Russ W. Ercolani (SBN 240493)
Russ@ErcolaniLawGroup.com
Melissa L. Emerson (SBN 343982)
Melissa@ErcolaniLawGroup.com
ERCOLANI LAW GROUP
31225 La Baya Dr., Suite 113
Westlake Village, CA 91362
Telephone: +1 805 338 6880
Facsimile: +1 805 367 4454

Attorneys for Plaintiff
RICHARD CLINTON FOSHEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CLINTON FOSHEE, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE, and AHMAD SHAFIQ HAIDARY, an individual,<br><br>      Defendants. | CASE NO:   8:23-cv-00375<br><br>COMPLAINT FOR DAMAGES<br><br>**NEGLIGENCE – (MOTOR VEHICLE) ACTION UNDER FEDERAL TORT CLAIMS ACT AND DEMAND FOR JURY TRIAL** |

Plaintiff RICHARD CLINTON FOSHEE (hereinafter "Plaintiff") for causes of action against Defendants UNITED STATES OF AMERICA, UNITED STATES

- 1 -
COMPLAINT FOR DAMAGES

POSTAL SERVICE, and AHMAD SHAFIQ HAIDARY (collectively hereinafter "Defendants") and alleges as follows:

## I. JURISDICTION

1.  The action arises out of an automobile collision wherein Defendant driver, United States Postal Service ("USPS") employee AHMAD SHAFIQ HAIDARY (hereinafter, "HAIDARY") was in the course and scope of his employment and duties as a postal service employee with the United States Postal Service at the time of the subject collision. Prior to filing this complaint Plaintiff filed a claim on the Standard From (SF) 95 with all supporting medical records, medical billing and vehicle repair documentation within the 2-year statute of limitations, complying with the requirements set forth under the Federal Tort Claims Act. (A true and correct copy of Plaintiff's claim form is attached hereto as Exhibit A). To date, Plaintiff has not received a denial from the United States Postal Service. As such Plaintiff is authorized under 28 U.S.C. § 2401(b) to proceed with the instant lawsuit.

2.  This action is brought pursuant to the Tort Claims Act, 28 U.S.C. §2671 et seq. This Court has original jurisdiction over this matter under Tort Claims Act 28 U.S.C. § 1346; 28 U.S.C. §2674.

## II. VENUE

3.  Venue is proper in the Central District of California. The motor vehicle collision giving rise to this complaint occurred at or near Ashland Drive, at the intersection with Weyburn Drive, in Laguna Hills, Orange County, California,

which is within the present judicial district. Plaintiffs also resides within this judicial district.

### III. PARTIES

4.  Plaintiff RICHARD CLINTON FOSHEE is and at all relevant times was a resident of Laguna Hills, Orange County, California.

5.  At all times relevant herein, the Defendant UNITED STATES OF AMERICA is a governmental agency.

6.  At all times relevant herein, the Defendant UNITED STATES POSTAL SERVICE is a governmental agency.

7.  Plaintiff is informed and believes, and based upon thereon alleges, that at all times herein mentioned, Defendant AHMAD SHAFIQ HAIDARY, referred to hereinafter to as "HAIDARY" was employed by DEFENDANTS UNITED STATES OF AMERICA and UNITED STATES POSTAL SERVICE, and at all times mentioned herein, was in the course and scope of his duties and employment with Defendant UNITED STATES POSTAL SERVICE.

### IV. FACTS

8.  At all times mentioned herein, Defendants were the owners and/or operators of a USPS truck, Truck Number 0215995 ("Vehicle 1").

9.  At all times mentioned herein, Defendant HAIDARY used USPS's vehicle and was in the course and scope of his employment with UNITED STATES OF AMERICA and/or the UNITED STATES POSTAL SERVICE.

10. Plaintiff RICHARD CLINTON FOSHEE was operating and was the owner of a 2012 Chevrolet Cruze, California Identification Number 1G1PF5SC7C7305937 ("Vehicle 2").

11. On or about March 6, 2021, Plaintiff Richard Clinton Foshee's vehicle was struck by USPS employee HAIDARY. Plaintiff was traveling on Ashland Drive, Laguna Hills, California when HOFFMAN pulled out from where he was parked in front of a private driveway and struck the passenger side of Plaintiff's vehicle.

12. On said date, driver HAIDARY, an empoyee of Defendants UNITED STATES OF AMERICA, and/or UNITED STATES POSTAL SERVICE drove carelessly, negligently and with extreme recklessness, including, but not limited to, pulling out into the street from a private driveway without adequately clearing the roadway for oncoming vehicles.

13. As a result of the collision, Plaintiff suffered serious injuries. Plaintiff Ricahard Clinton Foshee suffered injuries to his back and neck with tingling from his shoulder down to his fingers on the right side, as well as post-concussive syndrome resulting in nausea, lightheadedness, cognitive imparment, and severe headaches.

14. Plaintiff's injuries ultimately required multiple epidural injections and a cervical fusion surgery.

15. Plaintiff sought emergency evaluation, physical medicine, orthopedic care, neurolgical care, physical therapy, and, ultimately, surgery, for his injuries,

ailments, and conditions that directly and proximately resulted from Defendants' negligence.

16. On September 3, 2021, Plaintiff's claim for for property damage and bodily injury based on the allegations herein were delivered to the UNITED STATES POSTAL SERVICE for administrative settlement. To date, the UNITED STATES POSTAL SERVICE has not issued a denial. Accordingly, Plaintiffs have complied with the requirements of the Federal Tort Claims Act for the timely filing of claims. Such claims having been deemed denied, Plaintiff hereby institutes the present lawsuit. (A true and correct copy of the USPS delivery confirmation is attached hereto as Exhibit B).

## V. CAUSE OF ACTION

NEGLIGENCE UNDER FEDERAL TORT CLAIMS ACT

(By Plaintiff RICHARD CLINTON FOSHEE against DEFENDANTS, inclusive)

17. Plaintiff realleges paragraphs 1 through 16 as if fully set forth herein and incorporate same by reference.

18. The collision was caused by the carelessness and negligence of Defendants in that, among other acts and omissions, that HAIDARY: (a) unsafely pulled into the street from where he was parked in front of a private driveway without clearing the roadway and struck Plaintiffs vehicle; (b) failed to observe due care and precaution and to maintain proper and adequate control of the motor vehicle; (c) failed to keep a proper lookout for other vehicles lawfully upon the road; (d) failed to exercise reasonable care in the operation of the motor vehicle

under the circumstances then and there existing; and (e) in other respects not now known to Plaintiff but which may become known prior to or at the time of trial.

19. Moreover, California Vehicle Code § 22350 Basic Speed Law provides: "No person shall drive a vehicle upon a highway at a speed greater than is reasonable or prudent having due regard for weather, visibility, the traffic on, and the surface and width of, the highway, and in no event at a speed which endangers the safety of persons or property."

20. Defendant HAIDARY was negligent inasmuch as he violated California Vehicle Code § 22350 when he failed to drive his vehicle upon a highway at a reasonable or prudent speed and therefore endangered the safety of persons or property.

21. Furthermore, California Vehicle Code § 22106 provides: "No person shall start a vehicle stopped, standing, or parked on a highway, nor shall any person back a vehicle on a highway until such movement can be made with reasonable safety."

22. Defendant HAIDARY was negligent inasmuch as he violated California Vehicle Code § 22106 when he drove his vehicle onto a roadway without ensuring such movement could be done with reasonable safety.

23. The UNITED STATES OF AMERICA and US POSTAL SERVICE employee was driving negligently and carelessly, including but not limited to making an unsafe manuever from where he was parked in front of a private driveway,

pulling into the street without adequately clearing the roadway for oncoming vehicles, and striking Plaintiff's vehicle.

24. UNITED STATES OF AMERICA and US POSTAL SERVICE and its agents and employee acted carelessly, recklessly, unskillfully, unlawfully, tortiously, wantonly and wrongfully entrusted, permitted, managed, serviced, repaired, inspected, maintained, operated, controlled, and drove the USPS vehicle as to proximately cause the same to collide against the vehicle in which Plaintiff, RICHARD CLINTON FOSHEE, was then driving, as aforesaid, thereby proximately causing the injuries and damages hereinafter mentioned.

25. The UNITED STATES OF AMERICA and US POSTAL SERVICE employee was also negligent in failing to keep attentive as to his whereabouts and oncoming traffic. Defendant HAIDARY knew or should have known that there was oncoming traffic and attempting to pull out into the roadway would be unsafe, all of which negligence, carelessness and recklessness constituted the proximate cause of him striking the Plaintiff.

26. As a direct and proximate result of the negligence and carelessness of Defendant, Plaintiff suffered serious, painful and permanent bodily injuries, great physical pain and mental anguish, severe and substantial emotional distress, and loss of the capacity for the enjoyment of life.

27. As a further direct and proximate result of the negligence and carelessness of Defendant, Plaintiff was, and will continue to be, required to undergo

medical treatment and to incur medical costs and expenses in order to alleviate injuries, pain and suffering.

28. As a further direct and proximate result of the negligence and carelessness of Defendant, Plaintiff was, and will continue to be, precluded from engaging in normal activities and pursuits.

29. All of Plaintiff's losses were, are, and will be due solely to and by reason of the carelessness and negligence of Defendants without any negligence or want of due care on Plaintiff's part contributing thereto.

30. By reason of said collision, Plaintiff was deprived of the use of an automobile for a period of time, all to Plaintiffs' further damage, according to proof.

## VI. PRAYER

WHEREFORE, Plaintiff demands the following relief, jointly and severally, against all the Defendants;

a) For general damages for injuries sustained due to the negligence of the UNITED STATES OF AMERICA and US POSTAL SERVICE agent and employees, including past and future medical expenses, pain and suffering, mental anguish, and all other appropriate damages resulting from his injuries in the amount of $4,000,000.00;

b) For actual damages related to property damage expenses in the amount of $9,164.77; and

//

//

c) Such further relief as the Court deems just or proper.

DATE: March 3, 2023                ERCOLANI LAW GROUP


By:   /s/ Russ W. Ercolani
      Russ W. Ercolani
      ERCOLANI LAW GROUP
      Attorney for Plaintiff,
      RICHARD CLINTON FOSHEE

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial of this action.

DATE: March 3, 2023                ERCOLANI LAW GROUP


By:   /s/ Russ W. Ercolani
      Russ W. Ercolani
      ERCOLANI LAW GROUP
      Attorney for Plaintiff,
      RICHARD CLINTON FOSHEE