E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ADAM I. Gafni (Cal. Bar No. 230045)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2404
    E-mail: adam.gafni@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RICHARD CLINTON FOSHEE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America; United States Postal Service, and Ahmad Shafiq Haidary, an individual<br><br>    Defendants. | No. 8:23-cv-00375-DFM<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint served: March 29, 2023<br>Current response date: May 30, 2023<br>New response date: June 29, 2023 |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that pursuant to Local Rule 8-3, Defendant United States of America may have a thirty day extension of time, up to and including June 29, 2023, within which to answer, plead, or otherwise respond to Plaintiff's Complaint.

Dated: May 19, 2023  ERCOLANI LAW GROUP

/s/ Russ W. Ercolani  *
RUSS W. ERCOLANI
Attorneys for Plaintiff

Dated: May 22, 2023  E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ Adam I. Gafni
ADAM I. GAFNI
Assistant United States Attorney
Attorneys for Defendants

*Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.