Russ W. Ercolani SBN 240493
Russ@ErcolaniLawGroup.com
ERCOLANI LAW GROUP
31225 La Baya Dr. Suite 113
Westlake Village CA 91362
Tel. 805-338--6880
Attorneys for Plaintiff Rirchard Clinton Foshee

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Richard Clinton Foshee

Plaintiff(s),

v.

United States of America, et al.

Defendant(s).

CASE NUMBER

8:23-cv-00375-DFM

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) United States Postal Service and Ahmad Shafiq Haidary, an individual

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Richard Clinton Foshee.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

5/30/2023                             /s/ Russ W. Ercolani
*Date*                                *Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*