```
 1                    UNITED STATES OF AMERICA
                   UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
 3
                            - - -
 4               HONORABLE OTIS D. WRIGHT II
             UNITED STATES DISTRICT JUDGE PRESIDING
 5                          - - -

 6
     RICHARD CLINTON FOSHEE,            )
 7                                      )
                     PLAINTIFF,         )
 8                                      )
     VS.                               )   CASE NO.:
 9                                      )   SA CV 23-375-ODW
     UNITED STATES OF AMERICA,         )
10   ET AL.,                           )
                                        )
11                   DEFENDANT.         )
     _____)
12

13

14               REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                  TUESDAY, MARCH 18, 2025

16                    LOS ANGELES, CALIFORNIA

17

18

19

20

21

22

23
                 LAURA MILLER ELIAS, CSR 10019
24             FEDERAL OFFICIAL COURT REPORTER
               350 WEST 1ST STREET, ROOM 4455
25             LOS ANGELES, CALIFORNIA 90012
                    PH:  (213) 894-0374
```

```
 1

 2    APPEARANCES OF COUNSEL:

 3

 4    ON BEHALF OF PLAINTIFF:

 5

 6              WESTLAKE INJURY LAW

 7              BY:  RUSS ERCOLANI, ESQ.

 8                   MELISSA EMERSON, ESQ.

 9              4165 EAST THOUSAND OAKS BOULEVARD

10              SUITE 350

11              WESTLAKE VILLAGE, CA 91362

12

13

14    ON BEHALF OF DEFENDANT:

15

16              U.S. ATTORNEY'S OFFICE

17              BY:  JASMIN YANG

18                   PAULINE ALARCON

19              ASSISTANT UNITED STATES ATTORNEYS

20              300 NORTH LOS ANGELES STREET

21              SUITE 7516

22              LOS ANGELES, CA 90012

23

24

25
```

```
 1

 2                                    INDEX

 3     OPENING STATEMENTS                               PAGE

 4     BY:  MS. EMERSON                                  5
       BY:  MS. ALARCON                                 25
 5
       WITNESSES FOR
 6     THE PLAINTIFF:
                          DIRECT       CROSS     REDIRECT     RECROSS
 7
       FOSHEE, RICHARD
 8     BY: MR. ERCOLANI     30                   101
       BY: MS. YANG                     93
 9
       HAIDARY, AHMAD
10     BY:  MS. EMERSON    104                   118
       BY:  MS. ALARCON           114
11
       LABASTIDA, SANDRA
12     BY:  MS. EMERSON    120                   134
       BY:  MS. ALARCON           130                        135
13
       MOBIN, FARDAD
14     BY:  MR. ERCOLANI   137                   176
       BY:  MS. YANG              169
15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | LOS ANGELES, CALIFORNIA; TUESDAY, MARCH 18, 2025; 8:56 A.M. |
| 2 | - - - |
| 3 | THE CLERK:  Calling Item 1. |
| 4 | SA CV 23-375. |
| 08:56AM 5 | Richard Clinton Foshee versus United States. |
| 6 | Counsel, may I have your appearances, please. |
| 7 | MR. ERCOLANI:  Good morning, Madame Clerk. |
| 8 | Russell Ercolani for the plaintiff, Richard Clinton |
| 9 | Foshee. |
| 08:56AM 10 | MS. EMERSON:  Good morning. |
| 11 | Melissa Emerson, also for plaintiff, Richard |
| 12 | Clinton Foshee. |
| 13 | THE COURT:  Good morning. |
| 14 | MS. YANG:  Good morning, Your Honor. |
| 08:57AM 15 | Assistant United States Attorney Jasmin Yang on |
| 16 | behalf of defendant, United States. |
| 17 | MS. ALARCON:  Assistant United States Attorney, |
| 18 | Pauline Alarcon on behalf of defendant, United States of |
| 19 | America. |
| 08:57AM 20 | With us at counsel table is our paralegal, Olivia |
| 21 | Murillo. |
| 22 | THE COURT:  Good morning to you all.  All right. |
| 23 | We've here for our first day of the bench trial of this.  The |
| 24 | pronunciation for the plaintiff's name is Foshee.  What's the |
| 08:57AM 25 | correct pronunciation? |

1            MR. ERCOLANI:  Mr. Foshee will tell you also that

2    he's from Alabama, and many people say Foshee as well.  So he

3    accepts both.

4            THE COURT:  No comment.

08:57AM 5       All right.  Plaintiffs ready to get started?

6            MS. EMERSON:  Yes, Your Honor.

7            THE COURT:  I suppose everyone wants to do an

8    opening statement, and you certainly can.  If you're planning

9    on putting on card tricks or whatever, just drop that.

08:58AM 10       All right.  Let's go.

11           MS. EMERSON:  Good morning.  My name is Melissa

12   Emerson, and myself along with Russ Ercolani represent the

13   plaintiff in this matter, Mr. Richard Clinton Foshee.

14           A quick roadmap of my opening statement.  First,

08:59AM 15   I'll give a brief case overview and what this case is about

16   followed by an introduction of the parties.  I'll discuss our

17   single cause of action which is negligence under the Federal

18   Tort Claims Act.

19           I'll discuss a few stipulated facts we've been able

08:59AM 20   to agree to with opposing counsel.  We've had a great

21   relationship and very cooperative with opposing counsel.

22   Then I'll have a few questions that we would like this Court

23   to answer in this trial followed by the elements of

24   plaintiff's cause of action starting with liability,

08:59AM 25   Mr. Foshee's injuries and reasonable compensation for his

1    damages.

2          A brief case overview.  This case concerns a side

3    impact automobile collision between a USPS mail truck and

4    Mr. Foshee's vehicle.  There will not be a substantial debate

09:00AM 5    that this was a moderate collision, but there will be a

6    debate as to how Mr. Foshee's body moved inside the vehicle.

7          You will learn that Mr. Foshee's body was thrown

8    laterally and violently in this collision resulting in injury

9    to his neck and a head strike against the window which

09:00AM 10    resulted in a Traumatic Brain Injury.

11          You'll learn that Mr. Foshee treated conservatively

12    for 18 months with his physicians at Kaiser, his HMO health

13    plan, and Kaiser recommended and did perform a cervical

14    fusion surgery.  You will also hear that within days of this

09:00AM 15    collision, Mr. Foshee complained about persistent and

16    unrelenting TBI symptoms.  This includes headaches, an

17    episode of fainting, light-headedness, noise and light

18    sensitivity, irritability and most prominently, memory loss.

19          The defense will likely highlight that Mr. Foshee

09:01AM 20    has had a very troubled childhood.  He will testify that's

21    from the great State of Alabama, and he's a survivor of

22    sexual assault.  In spite of this, Mr. Foshee's family and

23    friends will testify that he was vibrant, funny, energetic,

24    full of life.  However, the defense will argue that to the

09:01AM 25    extent that Mr. Foshee suffers from TBI symptoms, they will

1   likely attribute it to his traumatic childhood.

2          Lastly, you will learn that of all of the possible

3   medical records that exist for Mr. Foshee prior to this

4   collision, they do not contain complaints of neck pain,

09:01AM 5   radiculopathy or numbness and tingling in his upper

6   extremities or a head injury.

7          I'll introduce you to Mr. Clinton Foshee.  At the

8   time of the collision, he was 43 years old.  He's a father.

9   He's an uncle.  He moved across the country to take care of

09:01AM10   nephew for several years.

11          He's also a realtor.  At the time of this

12   collision, he was building real estate business.  His

13   business partner, Mr. Albert Chavez, will testify Mr. Foshee

14   was very active in social media, great with people, and had

09:02AM15   excellent networking skills.

16          He was also once a very skilled jujitsu athlete.

17   He was a world champion.  He was very physically fit, and he

18   was deeply passionate about the sport.  He would spend

19   multiple days of the week in his jujitsu gym where he made

09:02AM20   robust connections, both socially and for his real estate

21   business.

22          This is a quick video of Mr. Foshee with his

23   daughter two days before this collision.

24                      (Video clip played.)

09:02AM25          MS. EMERSON:  And here is a brief clip at a jujitsu

competition where he won.

(Video clip played.)

MS. EMERSON:  Mr. Foshee's family and friends will describe him as someone who was full of life, excellent with people, very energetic, physically fit, driven and the life of the party.  And they will also testify that this vibrant, effervescent person that Mr. Foshee was has become a hollow and reclusive version of himself.

Next I'll introduce the defendant, the United States of America.  They are the only proper defendant in this action, and they are vicariously liable for the actions of a United States employee who acts within the course and scope of employment.  You will learn that the employee in this was USPS employee, Mr. Ahmad Shafiq Haidary.

We have one cause of action in this case, negligence under the Federal Tort Claims Act so the substantive law of California will govern.  Accordingly, the elements of plaintiff's case-in-chief are as follows.

First, that the defendant, United States, was negligent.  Second, that Mr. Foshee was harmed.  And third, that the defendant's negligence was a substantial factor in causing Mr. Foshee's harm.  And this is from CACI 400 Judicial Council instructions.

We stipulated to a few facts in this case.  First, that an accident occurred on March 6, 2021 at approximately

3:39 p.m., that Mr. Haidary had pulled away from the curb where he was parked on Ashland Drive in Laguna Hills, that there was, indeed, a collision between Mr. Foshee's vehicle and Mr. Haidary's mail truck, and that at the time of collision, Mr. Haidary was employed by the postal service, and he was acting within the course and scope of his employment.

That leaves five questions for this Court to answer in this trial.

First, was the United States Postal Service negligent by way of the actions of their driver, Mr. Haidary?

2. Was Mr. Foshee comparatively negligent in causing the collision?

3. Did Mr. Foshee suffer harm?

4. Was this negligence a substantial factor in causing Mr. Foshee's harm?

And lastly, what is the full and reasonable compensation for all harms and losses to Mr. Foshee?

Beginning with Element No. 1, liability.

Mr. Foshee will testify that on March 6, 2021, he was driving through a residential neighborhood in Laguna Hills. There is no dispute in this case that Mr. Foshee was traveling the speed limit of 25 miles per hour.

Although Mr. Haidary testified at deposition, he believed Mr. Foshee to be traveling in excess of the speed

1    limit, the defense accident reconstructionist, Mr. Benjamin

2    Molnar, opines that Mr. Foshee's vehicle was traveling

3    approximately 25 miles per hour at the time of the collision.

4         Mr. Foshee also had three small children in his

09:05AM 5    vehicle; his daughter, Savannah, who was 4, his son,

6    Philippe, who was 3 and his baby daughter, Nairobi, who was

7    nine months old.  He was taking them to the park this day.

8         Mr. Haidary will testify that he was delivering

9    mail in the area, and that he parked his postal truck along

09:06AM 10    the curb at a residence on Ashland Drive.  And this is a

11    Google image of where Mr. Foshee's mail truck was parked

12    along the curb prior to this collision.

13         Mr. Foshee will testify that as he was driving down

14    the street, the postal service truck jutted out from the

09:06AM 15    curb, and he swerved hard to avoid a collision, but he was

16    unable to do so.  There was then a collision between the two

17    vehicles which resulted in two separate impacts.

18         Mr. Foshee will testify that there's a blank spot

19    in his memory at the time that he had swerved his vehicle.

09:06AM 20    He recalls swerving and then coming to, and his children were

21    screaming in the back seat of his car.  His medical records

22    show that he repeatedly reported to his medical provider that

23    he struck his head against the driver's side window.

24         You will hear from plaintiff's expert, accident

09:06AM 25    reconstructionist and biomechanical engineer, Dr. Jesse

Wobrock, regarding the mechanics of this case.  He will

testify that the first impact was to the front right

passenger side of Mr. Foshee's vehicle.  And this is an

illustration of that first impact.

Dr. Wobrock will testify tat this initial impact

would have caused Mr. Foshee's body to move to the right and

rebound left again.  And this is an actual photo of the front

of Mr. Foshee's vehicle from the first impact.

Dr. Wobrock will testify that the second impact was

to the rear passenger side of Mr. Foshee's vehicle.  And this

is an actual photo of Mr. Foshee's vehicle.

Dr. Wobrock will testify that in this second

impact, Mr. Foshee's body was out of position from the first

impact, and this caused his body to move to the right and

rebound left again which created the mechanism of injury to

both his cervical spine and his head strike against the

window.  And this is Dr. Wobrock's illustration of the

sequence of these two impacts.

You will hear from the driver of the postal service

truck, Mr. Haidary, about what he remembers about the

collision.  He testified at deposition that when the accident

occurred, the accident that resulted in this damage to the

USPS truck, that he believed he hit a piece of rock.  You

will also hear Mr. Haidary say he saw Mr. Foshee's vehicle in

his mirrors prior to pulling away from the curb.

1        You will also hear from a Ms. Sandra Labastida in

2   this matter.  She is a USPS employee, and she was Mr.

3   Haidary's supervisor at the time of this collision.  In the

4   weeks after the collision, the USPS conducted an

09:08AM 5   investigation.  Mr. Haidary was out of work for several

6   weeks, and Mr. Haidary was deemed to have failed to check

7   clearance, and he was given subsequent training after this

8   collision.

9        You will hear from defense experts in this case

09:09AM 10  regarding the kinematics of this collision.  You will watch a

11  video created by the defense expert, Mr. Todd Roescher, their

12  biomechanical engineer.  This video shows Mr. Roescher

13  driving a vehicle similar to Mr. Foshee's with a passenger in

14  his front seat.  This video does not show an impact to the

09:09AM 15  vehicle.

16       Dr. Wobrock will testify that this video is not an

17  accurate re-enactment of the kinematics of this collision.

18  His opinion is based on the fact that this video will not

19  show any impact to the vehicle, it does not account for the

09:09AM 20  type of sudden and unexpected evasive maneuver that Mr.

21  Foshee employed, and that that evasive maneuver would have

22  caused his body to be thrown laterally and out of position

23  which caused the mechanism of injury for the cervical injury

24  and head strike against the window.

09:09AM 25       Plaintiff's next element are his injuries.

1          Mr. Foshee has claimed two primary injuries in this

2     case.  The first is to his cervical spine, and the second is

3     a Traumatic Brain Injury with a chief complaint of memory

4     issues.

09:10AM 5          Beginning with the cervical spine, on the day of

6     the collision, Mr. Foshee sought care at Kaiser Permanente,

7     his HMO healthcare plan, where he did the majority of his

8     treatment.  He had complaints of neck and back pain as well

9     as nausea.

09:10AM 10          Within a matter of days, Mr. Foshee was reporting

11    radiating pain from his neck down his right shoulder.

12          And within 16 days, Mr. Foshee was reporting hand

13    and finger numbness.  Plaintiff's neurological expert will

14    testify that that is called radiculopathy.  It's an

09:10AM 15    indication of nerve impingement, and it is an active symptom

16    which would indicate a need for cervical fusion surgery.  Mr.

17    Foshee never had radiating tingling or numbness prior to the

18    collision on March 6, 2021.

19          Mr. Foshee received conservative care for

09:10AM 20    18 months; orthopedic care, chiropractic care, physical

21    therapy, injections, pain management and neurology.

22          The defense will highlight that Mr. Foshee visited

23    a chiropractor, Dr. Monica Scott, on three occasions in 2020

24    before this collision.  You will see in those records that

09:11AM 25    Mr. Foshee's complaints were for low back tightness.  You

```
 1    will see that those records do not contain complaints of neck

 2    pain or radiculopathy is his upper extremities.

 3            Conservative efforts failed for Mr. Foshee which

 4    lead him to consult with Dr. Vincent Cheung at Kaiser.

 5    Dr. Vincent Cheung is a neurological surgeon, and he is with

 6    Mr. Foshee's Kaiser HMO health plan.  He is not an

 7    attorney-referred physician or even an outside specialist.

 8    And he deemed Mr. Foshee to be a proper candidate for a

 9    cervical discectomy and fusion surgery, also known as ACDF,

10    at level C5-6 and possibly at level C6-7.  Dr. Cheung

11    performed that fusion surgery on September 15, 2022 at level

12    C5-6 as Mr. Foshee had opted to only do one level at that

13    time.

14            This is a medical illustration of Mr. Foshee's

15    surgery.

16            And here is a short clip of Mr. Foshee after

17    surgery.

18            Orthopedic surgeon, Dr. Brian Rudin, will testify

19    for the defense regarding Mr. Foshee's cervical injury.  He

20    will testify that Mr. Foshee like the majority of the

21    population at his age had degenerative disk disease prior to

22    the collision on March 6th.  Mr. Rudin, however, does not

23    contend that Mr. Foshee did not need his ACDF surgery.  He

24    also does not contend that Mr. Foshee does not need a future

25    surgery.
```

          1          However, he opines that the epidural injections as

          2   well as Mr. Foshee's cervical fusion surgery were not

          3   indicated as a result of this collision.  However, Dr. Rudin

          4   will also testify that he has had patients very similar to

09:13AM   5   Mr. Foshee with pre-existing degenerative conditions that get

          6   into a collision, and they develop radiculopathy and then

          7   need ACDF surgery.

          8          Dr. Rudin's opinions are based upon Mr. Foshee's

          9   quote chronic findings and history of neck tightness as noted

09:13AM  10   back in a chiropractic visit in 2020.  This is in reference

         11   to those chiropractic visits I mentioned previously from low

         12   back tightness.

         13          Dr. Fardad Mobin will testify for plaintiffs

         14   regarding Mr. Foshee's cervical injury.  He is a board

09:13AM  15   certified neurological surgeon.  He's reviewed Mr. Foshee's

         16   records dating back to 2014, seven years before this

         17   collision, and he will testify that prior to the collision,

         18   Mr. Foshee did not have antecedent history of chronic neck

         19   pain, lower back pain or radiculopathy.

09:14AM  20          Other than Mr. Foshee's prior history of

         21   post-traumatic stress and depression, Mr. Foshee was in quote

         22   top physical shape prior to this collision.

         23          Dr. Rudin's opinions that Mr. Foshee's complaints

         24   of neck pain and radiculopathy as the result of pre-existing

09:14AM  25   degenerative conditions are quote contrary to the weight and

substance of the medical record --

     MS. ALARCON:  Objection, argumentative.

     THE COURT:  Overruled.

     MS. EMERSON:  Dr. Rudin's opinions are quote, "Contrary to the weight and substance of the medical records and common sense," according to Dr. Mobin.

     Dr. Mobin will testify that degenerative conditions are not necessarily a diagnosis that would destine an individual for surgery.  There are millions of individuals in this country who have degenerative spinal conditions and they remain asymptomatic for life.  But Mr. Foshee's underlying degenerative condition is what made him susceptible to developing irretractable neck pain and radiculopathy as a result of the collision on March 6th.

     THE COURT:  Am I gonna hear from the doctors?

     MS. EMERSON:  Yes, Your Honor.

     THE COURT:  Okay.  Let's hear from the doctors.

     MS. EMERSON:  Understood.

     You will hear in this trial that Mr. Foshee is a very unlucky man.  On November 4th, 2022, while he was still in a C collar as he was seven weeks out of ACDF surgery, Mr. Foshee was rear ended.  He will testify that his bumper was cracked, he sustained approximately $1200 in property damage, and he went to the ER as a precaution.

     Dr. Mobin will testify that imaging after that

visit showed no post-surgical hardware failure of his ACDF
surgery, and Mr. Foshee continued on the course of treatment
that had existed prior to that collision.

Moving on to Mr. Foshee's claims of traumatic brain
injury, when Mr. Foshee presented to the ER on March 6th,
2021, he complained of nausea and was given prescription
medication.  Within weeks, he reported persistent headaches.
By April 2021, one month after the collision, Mr. Foshee
sought medical attention through Kaiser for continued
irritability, dizziness, noise and light sensitivity and
headaches.

By June of 2021, three months after this collision,
he presented to the ER with an episode of syncope or
fainting.  He had passed out in the bathroom and woke up on
the floor and did not know how long he was out.  At that
time, he complained of worsening headaches over the past
several months in addition to feeling discombobulated and
lightheaded.

He was thereafter referred to the neurology
department at Kaiser where he continued to report of
headaches, brain fog and memory issues.

You will hear in this case that Mr. Foshee
underwent three separate neuropsychological evaluations; one
with a Kaiser doctor, Priscilla Armstrong, one with
plaintiff's expert, Dr. Hyman Gross, and one with the defense

expert, Dr. Charles Hinkin.  In every single one of these

neuropsychological examinations, Mr. Foshee was found to have

deficits in his verbal memory.

        Mr. Foshee's condition continued to progress.  He

was forgetting to pay his bills, call important clients,

follow up on business deals or even remember where he was

driving.  His finances were in ruin, and by March 3rd of

2023, he executed a power of attorney granting his brother,

Mr. Tyler Thompson, power of attorney to manage his financial

affairs.

        Dr. Charles Hinkin will testify for the defense

regarding Mr. Foshee's traumatic brain injury claim.  He is a

clinical psychologist.  His grant work and extracurricular

support roles focus almost entirely on patients with HIV and

AIDS which Mr. Foshee does not have.

        He conducted a neuropsychological examination of

Mr. Foshee and stated that Mr. Foshee was quote "attempting

to exaggerate/feign cognitive symptoms and appeared to be

worse off than is actually the case."

        You will also hear from Dr. Elan Danan regarding

Mr. Foshee's brain injury claim.  He is a neurologist

specializing in brain injury.  He will testify for the

defense.  He's a consultant for the NFL.  And he opines that

it is quote "clear that Mr. Foshee does not meet the

diagnostic criteria for post-concussion syndrome."  This

1    opinion is based on an approximately one-hour long defense

2    medical examination where Mr. Foshee did not appear to

3    exhibit signs or symptoms of cognitive deficits.

4         Plaintiff's expert neurologist, Dr. Hyman Gross, is

09:18AM 5    a board certified neurologist since 1979.  And he will

6    testify that Mr. Foshee has unequivocally suffered from a

7    brain injury, and that to a medical degree of certainty, the

8    collision on March 6th, 2021 was a substantial factor in

9    causing that brain injury.

09:18AM 10         Dr. Gross will show evidence of Mr. Foshee's brain

11    injury in two ways.  The first is objective, tangible

12    evidence of brain injury as seen in Mr. Foshee's advanced

13    brain MRI.  Dr. Gross will testify there is damage to the

14    left prefrontal region of Mr. Foshee's brain, same part of

09:19AM 15    his head that hit the window.  And these are 3D images of

16    Mr. Foshee's brain from his MRI that Dr. Gross will testify

17    shows brain injury.

18         The second basis for Dr. Gross' opinions is his

19    neuropsychological examination.  He includes a holistic

09:19AM 20    consideration of the various factors of brain injury

21    including Mr. Foshee's subjective complaints of his memory,

22    his inability to manage his own financial affairs, his

23    complete retirement from jujitsu, a sport that he's loved,

24    and his repeated reports to Kaiser about his memory issues.

09:19AM 25         You will hear from three witnesses in this case who

UNITED STATES DISTRICT COURT

will testify to the changes they've seen in Mr. Foshee from before the collision and after.

You will hear from his friend and former jujitsu training partner, Mr. Kenneth Tenny.  The two of them used to train jujitsu regularly together multiple times a week.  And he will testify that he has not seen Mr. Foshee come back to the jujitsu gym and train in jujitsu since this collision.

He will also testify that he nearly lost his friendship with Mr. Foshee due to his memory issues.  The two of them had a business deal together.  They were gonna open a podcast studio.  Mr. Tenny had poured thousands of dollars into this venture, and Mr. Foshee forgot about it completely.

Mr. Tenny will also testify the level of depression Mr. Foshee has suffered as a result of this collision and his memory issues and how he likely saved Mr. Foshee from taking his own life.

You will also hear from Mr. Foshee's brother, Mr. Tyler Thompson.  Mr. Foshee and Mr. Thompson have a very close and unique relationship.  At the age of five years old, Mr. Thompson came to live with Mr. Foshee and their mother, and at the age of 17, Mr. Foshee raised Mr. Thompson as their mother was not around.  They lived together the majority of Mr. Thompson's life until he joined the Marine Corps.

And he will testify that Mr. Foshee was someone who he entrusted to care for his son.  In 2015, Mr. Foshee moved

UNITED STATES DISTRICT COURT

across the country from Alabama to California where
Mr. Thompson was stationed at Camp Pendleton, and he became
the primary caregiver of Mr. Thompson's son.

As adults, Mr. Foshee and Mr. Thompson talk
multiple times a week, usually about Florida Gator football.
And he'll testify that Mr. Foshee's memory problems are so
bad that he asked him to be his power of attorney.  He'll
testify that Mr. Foshee can't even remember conversations
that they have, even ones about Florida Gator football,
something they are deeply passionate and bonded over.

You will hear Mr. Thompson testify that today, he
could not and would not rely on Mr. Foshee to take care of
his son in the ways that did he in 2015.

Lastly, you will hear from Mr. Foshee's business
partner, Mr. Albert Chavez.  Mr. Albert Chavez will testify
how he essentially had to take over Mr. Foshee's real estate
business after this collision.  He will testify how much the
real estate business has suffered and how Mr. Foshee cannot
remember important phone calls, meetings and business deals.

You've already heard that Mr. Foshee is a very
unlucky man, and you will likely also learn that on
September 18th, 2024, just six months ago, Mr. Foshee was in
another collision.  This collision has not helped
Mr. Foshee's persistent neck pain and symptomology, and he
has continued on his path of treatment.

1          The last element of plaintiff's claims are his

2     damages.  Mr. Foshee is making a claim for past economic

3     damages, medical expenses and property damage, future

4     economic damages for medical experiences and past and future

09:22AM 5     non-economic damages.

6          Begin with past economic damages, these are the two

7     amounts that each side has valued Mr. Foshee's past medical

8     costs.  Plaintiff's life care planner and medical billing

9     expert, Ms. Jan Roughan, will testify that she used her

09:23AM 10    methodology and reviewed Mr. Foshee's billing records and

11    determined this to be the usual, customary and reasonable

12    value of Mr. Foshee's past medical services.

13         The defense medical billing expert, Ms. Lyndsay

14    Knutson, also created her own summary of the reasonable value

09:23AM 15    of medical services.  And you will note that her table does

16    not include the billing from Kaiser Permanente.  Here is

17    Ms. Knutson's table of the reasonable values of the past

18    medical services rendered to Mr. Foshee, and you will see

19    that it does not have Kaiser on it.

09:23AM 20         This is Ms. Roughan's table of the reasonableness

21    of past medical billing for Mr. Foshee.  You will see that it

22    does have Kaiser.  And you will also note that the billing

23    from Kaiser accounts for 64 percent of the total medical

24    billing of services rendered to Mr. Foshee.  Ms. Roughan is

09:24AM 25    going to be the only expert then that you will hear about the

costs of Mr. Foshee's treatment at Kaiser including his cervical fusion service.

Mr. Foshee also has a claim for property damage. His vehicle was declared a total loss and valued at just over $9,000.

For future economic damages, Ms. Roughan for the plaintiff consulted with Mr. Foshee, Dr. Mobin and Dr. Gross. She created a life care plan for Mr. Foshee which includes things like a future cervical surgery, epidurals, vocational rehab, memory care, imaging and other treatment, and she valued the cost of that future treatment to exceed $3.9 million. It's unknown what the defense estimates Mr. Foshee's medical cost to be and Mr. Knutson did not draft a life care plan.

Lastly, Mr. Foshee's final claim is for non-economic damages, both past and future. Mr. Foshee is now 47 years old. It has been four years since the collision, and based on actuarial tables, he has approximately 31 more years of life.

He has retired completely from jujitsu. This is a sport he loved where he made all of his friends, his social connections and his business connections. And he had never sustained an injury prior to this collision that forced him to retire completely.

His friends and family will testify that he is

1    reclusive, depressed and in financial ruin, and he will

2    testify that the only thing keeping him here are his

3    children.  His family and friends will testify to the severe

4    physical pain, mental suffering, emotional distress and loss

09:25AM 5    enjoyment of life he has suffered.

6          As for inconvenience, Mr. Chavez will testify how

7    many times Mr. Foshee has to leave his business to attend

8    medical appointments.  Additionally, the witnesses will

9    testify about Mr. Foshee's extreme anxiety about the future.

09:26AM 10   In total, Mr. Foshee is asking this Court to award $3 million

11   in past and future non-economic damages.

12         In sum, we come back to the final questions for

13   this Court to answer in this trial.  The first, was the

14   postal service negligent by way of the actions of their

09:26AM 15   driver, Mr. Haidary?  We would like this Court to answer yes.

16         Next, was Mr. Foshee comparatively negligent in

17   causing the collision?  We would like this Court to answer

18   no.

19         Did Mr. Foshee suffer harm?  We would like this

09:26AM 20   Court to answer yes.

21         Was this negligence a substantial factor in causing

22   Mr. Foshee's harm?  We ask this Court to answer yes.

23         And lastly, what is the full and reasonable

24   compensation of all harms and losses to Mr. Foshee?  And we

09:26AM 25   are asking for the damages discussed previously.

```
 1              And with that, Your Honor, I will rest.

 2              Thank you for your time.

 3              MS. ALARCON:  May I proceed?

 4              THE COURT:  Please.

09:28AM 5       MS. ALARCON:  May I proceed?

 6              This is a minor accident with major claimed injury.

 7    The evidence doesn't add up.

 8              The evidence will show that on March 6, 2021,

 9    United States Postal Service Carrier Ahmad Haidary was

09:28AM10   delivering mail in Laguna Hills, California.  The evidence

11    will show that Mr. Haidary was delivering mail on Ashland

12    Drive, a residential street.  Mr. Haidary will testify that

13    he parked along the right side curb of Ashland Drive.  He got

14    out of his postal vehicle to deliver mail, and then he

09:29AM15   returned to his vehicle.

16              Mr. Haidary will tell you that when he returned to

17    his vehicle, he turned on his left turn signal, and he looked

18    in his left mirrors before reentering the road.  Mr. Haidary

19    will testify that in his left mirrors, he saw plaintiff's car

09:29AM20   a very far distance away.  The evidence will show that

21    Mr. Haidary pulled away from the curb, and Mr. Haidary's

22    vehicle made contact with plaintiff's car.

23              The evidence will show that after the accident,

24    plaintiff got out of his vehicle, plaintiff spoke to

09:29AM25   Mr. Haidary, and plaintiff told Mr. Haidary that he was okay.
```

1    The evidence will show that plaintiff drove away from the

2    scene of the accident in his vehicle, and plaintiff then went

3    to the park with his children.

4         THE COURT:  Let me -- I apologize for doing this,

09:29AM 5    but are these all of the photographs that were taken at or

6    near the scene?  It appears that the road crests, and as you

7    go further back, you may not even be able to see the location

8    of the accident.  It also curves.  I'm wondering do we have

9    anything that might show the vantage point of the driver of

09:30AM 10    the postal truck looking backward.

11         MS. ALARCON:  We have -- I think this photo,

12    Exhibit 1084-3, is his resting place of the LLV, and

13    Mr. Haidary will testify that he was about 10 to 20 yards

14    back from that.  So when he looked over his shoulder, the

09:30AM 15    evidence will show that there was a slight curve, and we do

16    have some more pictures that we will certainly present.  I'm

17    sure both sides will.

18         THE COURT:  You say he may have been 10 or 12 feet

19    back from where this picture depicts the vehicle at rest?

09:30AM 20         MS. ALARCON:  Correct.

21         THE COURT:  1084?

22         MS. ALARCON:  Correct.

23         THE COURT:  At what point in time -- I don't

24    understand this.  He may have been further back at the time

09:31AM 25    of the collision.

1          MS. ALARCON:  Correct, correct.

2          This is resting point of the vehicle.

3          THE COURT:  What is all of this debris in the

4    street in front of the vehicles?  The postal truck.

09:31AM 5    Normally, that might indicate point of impact, but what is

6    that -- apparently not.  What is this?

7          MS. ALARCON:  Uh, it's my understanding that the

8    bumper is, of course, from the LLV.  And I not entirely -- I

9    believe that, um -- that Mr. Molnar will testify that some of

09:31AM 10    this debris is from our LLV, but I'm not clear of the

11    entirety of that little orange dot.

12          THE COURT:  All right.  Thank you.

13          MS. ALARCON:  The United States accident

14    reconstruction engineer, Mr. Ben Molnar, will testify that

09:31AM 15    this accident was a low speed, low impact motor vehicle

16    accident with a change in speed between 2 to 4 miles per

17    hour.

18          The United States expert neuroradiologist,

19    Dr. Michael Brant-Zawadzki, will testify that the imaging

09:32AM 20    studies of plaintiff's brain and spine do not show any signs

21    of acute trauma.

22          The United States expert neuropsychologist,

23    Dr. Charles Hinkin, will testify that the neuropsychological

24    tests that he administered to plaintiff showed that plaintiff

09:32AM 25    was attempting to appear far more emotionally and cognitively

impaired than is actually the case.

The United States expert neurologist, Dr. Ilan Danan, will testify that there is no neurological indication that plaintiff's memory-related complaints were a result of this accident.

The United States expert orthopedist, Dr. Brian Rudin, will testify that this accident did not cause or contribute to the extent of plaintiff's chiropractic care, spinal injections or cervical spine fusion surgery.

The United States biomechanical engineering expert, Mr. Todd Roescher, will testify that the physical impact of this type of accident is not representative of plaintiff's claimed injuries.

Finally, the United States medical billing expert, Ms. Lindsay Knutson, will testify that the reasonable value of plaintiff's medical care is a small fraction of charges he incurred.

What will the evidence show?

That plaintiff is an experienced mixed martial arts and jujitsu fighter as demonstrated by this video, plaintiff in blue, from 2017.

The evidence will also show that plaintiff has a long history of neck and back related complaints which are repeatedly marked as degenerative.

Minor accident, major claimed injuries.  Why

```
 1   doesn't it add up?  Because the evidence will show that

 2   plaintiff will be unable to prove two essential elements of

 3   his claim, causation and damages.

 4          At the close of this trial, we will ask you to find

 5   that this accident did not cause or contribute to plaintiff's

 6   claimed injuries.  Thank you.

 7          THE COURT:  Thank you.

 8          All right, let's take ten.

 9          THE CLERK:  This court is in recess.

10                      (Recess taken.)

11          THE COURT:  All right.  Go back on the record.

12          All counsel are present.

13          Let's have the plaintiff's first witness.

14          MR. ERCOLANI:  Your Honor, plaintiffs would like to

15   call the plaintiff, Mr. Richard Clinton Foshee.

16          THE CLERK:  Please raise your right hand.

17                      (Witness sworn.)

18          THE CLERK:  Thank you.

19          Please be seated in this chair right here.

20          Please state your first and last name for the

21   record.

22          THE WITNESS:  My full name is Richard Clinton

23   Foshee.

24          THE CLERK:  Thank you.

25
```

```
  1                      DIRECT EXAMINATION

  2    BY MR. ERCOLANI:

  3    Q.   Good morning, Mr. Foshee.  We're here to talk today

  4    about an auto collision you were in in 2021, but before we

09:50AM 5   get into some of the details of that, can you tell me a

  6    little bit about yourself?  Where are you from?

  7    A.   I'm from Montgomery, Alabama.

  8    Q.   And what year were you born?

  9    A.   1977.

09:51AM10   Q.   Did you live in Alabama most of your life?

 11    A.   Yes, sir.

 12    Q.   And did you graduate from high school there?

 13    A.   I got my GED.

 14    Q.   And what year was that?

09:51AM15   A.   1995.

 16    Q.   Did you go to college?

 17    A.   Yes, sir, for two years.

 18    Q.   Where did you go?

 19    A.   Alabama State University.

09:51AM20   Q.   Do you have any kids?

 21    A.   Yes, sir.

 22    Q.   How many kids do you have?  Can you tell us your kids'

 23    names and ages?

 24    A.   Mallory is 19, Rylan is 15, Savannah is 8, Philippe is

09:51AM25   6, and Nairobi is 4.
```

```
 1   Q.   Were any of the kids with you in the car accident that

 2   we're talking about today?

 3   A.   Yes, sir.

 4   Q.   Which ones?

 5   A.   Savannah, Philippe and Nairobi.

 6   Q.   Were they restrained in car seats?

 7   A.   Yes, sir.

 8   Q.   Where do you live?

 9   A.   I live in Fountain Valley on Mt. Fletcher Circle.

10   Q.   Is that a house?

11   A.   Yes, sir.

12   Q.   Do you own a house?

13   A.   No, sir.

14   Q.   Are you renting there?

15   A.   I rent a room.

16   Q.   Is that where were you living at the time of this

17   accident?

18   A.   It is not.

19   Q.   Where were you living at the time of this accident?

20   A.   Laguna Hills.

21   Q.   And what was your living situation?  Were you renting a

22   room in Laguna Hills as well?

23   A.   No, sir.  I had my own apartment.  It was a one-bedroom.

24   Q.   Were you living with your children's mother at that

25   time?
```

```
 1    A.    I was not.  I lived alone.

 2    Q.    How long have you been separated?

 3    A.    A matter of months.

 4    Q.    And what do you do for work?

 5    A.    I'm a real estate agent.

 6    Q.    When did you start working in real estate?

 7    A.    I originally got my license I want to say 2017.

 8    Q.    Is that around the time that you moved to California?

 9    A.    Yes, sir.  It was about a year or so after, maybe two

10    years.

11    Q.    Do you have any siblings?

12    A.    Yes, sir.  I have a brother and a sister.

13    Q.    What was the reason that you moved to California?

14    A.    My brother who at the time was a United States marine

15    was stationed in Perris Island, South Carolina.  He got

16    divorced or separated, in the process of being divorced,

17    probably, I think two, three weeks before he was due to be

18    restationed at Camp Pendleton.  He had my nephew that he got

19    custody of during that, and he was concerned because as a

20    United States marine, you don't have a set 9:00 to 5:00.  You

21    can go out in the field, and he was concerned about having

22    care for my nephew.

23    Q.    How old was your nephew at the time?

24    A.    He, was -- I think at the time, he was 5.

25    Q.    What's his name?
```

```
 1    A.    Aidan.

 2    Q.    And did you move to California to assist?

 3    A.    Yes, sir.

 4    Q.    And where did you move?

 5    A.    I moved on to Camp Pendleton behind the hospital in the

 6    housing.

 7    Q.    Were you then primarily taking care of Aidan on a

 8    day-to-day basis?

 9    A.    Yes, sir.

10    Q.    What kind of things were you doing with Aidan?

11    A.    My brother was a marine so he had to be at work most of

12    the time early.  So I would take my nephew -- the daycare

13    worker would take a group of kids to school.  So some days I

14    would drop him off there.  Some days, I would take him to

15    school.  I went to school functions while my brother was in

16    the field, picked him up, cared for him, homework, basically

17    everything that my brother would do if he wasn't in the

18    field.

19    Q.    Now, at the time of this accident, you had three small

20    kids of your own; right?

21    A.    Yes, sir.

22    Q.    And what were you doing on the day of this accident?

23    A.    I was taking them to the park there.  It's close to my

24    house, and we go there.  We had been there often.

25          MR. ERCOLANI:  Your Honor, this is the first time
```

```
 1   so I'd like to ask -- I understand we don't need permission
 2   to publish any of the exhibits.  We just need to move forward
 3   freely since these have all been deemed admitted.
 4              THE COURT:  Correct.
 5              MR. ERCOLANI:  This is gonna be Plaintiff's
 6   Exhibit 55, turning the witness's attention to page 61 and
 7   62.  Mr. Foshee, I've put up plaintiff's Exhibit 55, page 62.
 8   This is a portion of Dr. Wobrock who is the accident
 9   reconstructionist and biomechanical engineer retained in this
10   case.
11   Q.   Do you recognize what's depicted in the photograph on
12   page 62?
13   A.   Yes, sir.
14   Q.   What is that?
15   A.   That is the street and park up ahead.
16   Q.   Was this approximately your view just prior to the
17   collision?
18   A.   Yes, sir.
19   Q.   And in that exhibit, do you see the area where the
20   vehicle that you ended up in a collision was?
21   A.   Yes, sir.
22   Q.   What was the vehicle that you ended up in a collision
23   with?
24   A.   It was a United States postal truck.
25   Q.   And can you point out for the Court on page 62,
```

1     apparently, you can mark with your finger, the area

2     approximately where the U.S. postal truck was as you

3     approached and had this view?

4     A.    Yes, sir.  It was behind the reddish orange truck in

09:58AM 5     between where that gray car is, somewhere in between there.

6     It was in between those two vehicles.  This is hard --

7     because of the angle, it's hard to do, but it was in between

8     those two.

9     Q.    Was it in the street?  In the driveway?  Next to the

09:58AM 10    curb?

11    A.    It was -- I just know it was behind that.  It was

12    against the curb on the right-hand side behind that orange

13    reddish truck.  I don't know how far back it was.

14    Q.    And as you approached this area, what approximately was

09:59AM 15    the speed you were driving?

16    A.    25 miles per hour.  I got small kids.  I kind of know

17    because I'm always leery of my kids playing out by the road

18    and people driving fast.

19    Q.    Turning your attention to page 61, it looks like your X

09:59AM 20    is translated now to page 61.

21            Is there a way for us to erase the X on this page?

22    Oh, it's my job.  Perfect.  Thank you?

23            Turning your attention to Exhibit 55, page 61,

24    Mr. Foshee, do you recognize what's depicted in this

10:00AM 25    photograph?

```
 1    A.    Yes, sir.

 2    Q.    And what is that?

 3    A.    That's the road I was traveling on.  Again, the park is

 4    right up ahead.

 5    Q.    And where was your vehicle positioned in the roadway as

 6    you approached this area?

 7    A.    I was in the middle of my lane.

 8    Q.    And was your speed still -- had you sped up, slowed down

 9    or anything like that or were you still approximately

10    25 miles per hour?

11    A.    No, the same.

12    Q.    Looking at Exhibit 55, page 61, are you able to mark for

13    the Court with a box, an X or a line an approximation of

14    where you saw the postal truck?

15    A.    Somewhere in there.

16    Q.    At some point, did you see that postal truck move?

17    A.    Yes, sir.

18    Q.    When was that?

19    A.    It was all at the last second.  He was against the curb,

20    he jetted out, and I quickly tried to swerve to avoid hitting

21    him.

22            THE COURT:  You said it jetted out.

23            THE WITNESS:  Yes, sir.

24            THE COURT:  Okay.

25    BY MR. ERCOLANI:
```

```
 1   Q.    Did the movement of the postal truck appear abrupt or

 2   slow?

 3   A.    It was quick.

 4   Q.    On that postal truck, did you see a blinker as you

 5   approached from behind?

 6   A.    I don't remember.

 7   Q.    Would it have alerted you to use some greater amount of

 8   caution?

 9           MS. YANG:  Objection.  Improper hypothetical.

10           THE COURT:  Sustained.

11   BY MR. ERCOLANI:

12   Q.    Did you take any different action as you approached the

13   rear of the postal truck or was it your intention to drive

14   straight by?

15           MS. YANG:  Objection.  Compound, vague.

16           THE COURT:  Sustained.

17   BY MR. ERCOLANI:

18   Q.    What was your intention as you approached the postal

19   truck?

20   A.    I had no intentions of anything with the postal truck.

21   I was just trying to get my kids to the park to play.

22   Q.    And you said that you saw the postal truck I believe you

23   used the word jet out.  What did you do when that happened?

24   A.    I swerved hard to the left to try to avoid hitting the

25   postal truck cause like I said, I had my kids in the car, and
```

10:01AM (line 5)
10:02AM (line 10)
10:02AM (line 15)
10:02AM (line 20)
10:02AM (line 25)

| | |
|---|---|
| 1 | when I did, I don't know the sequential, but I swerved to the |
| 2 | left.  I don't know how the order, but he hit me, I hit my |
| 3 | head off the window, and all I remember next was the car |
| 4 | coming to a stop and my kids screaming. |
| 10:03AM 5 | MR. ERCOLANI:  Let me ask you some questions about |
| 6 | that.  Turning your attention to page 75 of Exhibit 55, this |
| 7 | was -- is the exhibit that we see on page 75 created by |
| 8 | Dr. Wobrock. |
| 9 | Q.   Do you believe that is a fair depiction of what occurred |
| 10:03AM 10 | when your vehicles came in contact? |
| 11 | MS. YANG:  Objection, foundation. |
| 12 | THE COURT:  I'm not understanding that objection. |
| 13 | MS. YANG:  The witness testified he has not |
| 14 | prepared this diagram. |
| 10:04AM 15 | THE COURT:  Oh, that's all right.  Overruled. |
| 16 | BY MR. ERCOLANI: |
| 17 | Q.   When the vehicles came in contact in the first contact, |
| 18 | Mr. Foshee, Exhibit 55, page 75, does that appear to be a |
| 19 | fair and accurate description of when the vehicles came in |
| 10:04AM 20 | contact? |
| 21 | MS. YANG:  Objection. |
| 22 | Calls for improper expert testimony. |
| 23 | THE COURT:  Overruled. |
| 24 | MR. ERCOLANI:  You can answer. |
| 10:04AM 25 | THE WITNESS:  Yes, sir. |

|   |   |
|---|---|
| 1 | THE COURT:  What number is that?  The one you just |
| 2 | questioned the witness on, which exhibit was that? |
| 3 | MR. ERCOLANI:  Exhibit 55, page 75, Your Honor. |
| 4 | THE COURT:  Thank you. |
| 10:05AM 5 | BY MR. ERCOLANI: |
| 6 | Q.    Just before the impact, where were you looking? |
| 7 | A.    Straight ahead. |
| 8 | Q.    And you had little kids in the car.  Were they doing |
| 9 | anything? |
| 10:05AM 10 | A.    I wasn't -- like I said, I was looking at the road.  I |
| 11 | wasn't paying attention to what they were doing. |
| 12 | Q.    Have you had any experience where the kids have been |
| 13 | distracting when you've been driving?  Has that happened? |
| 14 | A.    Yes.  Of course.  Okay?  Got small kids, yes. |
| 10:05AM 15 | Q.    Was that happening just prior to this accident? |
| 16 | A.    No, sir. |
| 17 | Q.    Were you using your cell phone or were you distracted by |
| 18 | anything else? |
| 19 | A.    No, sir. |
| 10:05AM 20 | Q.    You said after the -- strike that.  You said that you're |
| 21 | not sure of the sequence of events, but you jerked the wheel, |
| 22 | the impact happened, you hit your head, and the next thing |
| 23 | you know, your kids were screaming.  What did you do next? |
| 24 | A.    First thing I did, my kids were screaming and freaking |
| 10:06AM 25 | out, and so I turned around to make sure they were okay. |

UNITED STATES DISTRICT COURT

```
 1    Q.    Were you wearing a seat belt?

 2    A.    Yes, sir.

 3    Q.    When you turned around to see if the kids were okay,

 4    what did you see?

10:06AM 5    A.    I saw the kids screaming and crying and upset.

 6    Q.    And what did you do after that?

 7    A.    I got out of the car to check the kids cause I was

 8    worried and concerned.

 9    Q.    Did you hit the brakes?

10:07AM10    A.    I don't -- I don't remember.

11    Q.    Do you know where your car came to a stop in relation to

12    the postal vehicle?

13    A.    It was probably about 50 feet up from where the postal

14    truck was.

10:07AM15    Q.    You said the next thing you remember was the kids were

16    screaming.  Do you believe that you were knocked out?

17              MS. YANG:  Objection, foundation.

18              THE COURT:  Overruled.

19              THE WITNESS:  Can I answer?

10:07AM20              MR. ERCOLANI:  You can answer.

21              THE WITNESS:  There's a blank spot of time from the

22    time that I swerved and the impact from the accident to the

23    time that my kids were screaming so I would assume so, um,

24    because there's a blank spot of time.

10:07AM25              THE COURT:  How do you know?
```

```
 1              THE WITNESS:  Sir?

 2              THE COURT:  Never mind.

 3    BY MR. ERCOLANI:

 4    Q.   His Honor asked how do you know there was a blank spot.

 5    A.   Because I can't remember that period of time with trying

 6    to go back with my memory.

 7    Q.   And by that period of time, do you remember a second

 8    impact to the rear of your vehicle?

 9    A.   I don't.  All I remember was swerving, the impact.  It

10    all happened so quickly that the next thing I remembered was

11    the car being stopped and my kids yelling and screaming.

12    Q.   When you eventually got out of the car, did you look at

13    the damage to the vehicle?

14    A.   I did.

15    Q.   Was there damage to the rear of the vehicle as well as

16    the front?

17    A.   Yes, sir.

18    Q.   And you have no recollection of the postal truck hitting

19    the back of your car?

20    A.   No, sir.  There's -- it's blank.

21    Q.   Did the postal worker get out to come speak to you?

22    A.   He did.

23    Q.   What did he say to you?

24    A.   Uh, that he was very sorry.

25    Q.   Did he ask you anything else?
```

```
  1    A.    He asked if the kids were okay.

  2    Q.    And what did you tell him?

  3    A.    That I was trying to check on them.  But they seemed

  4    okay.

10:09AM 5    Q.    What else, if anything, did you do in relation to making

  6    sure the kids were okay?

  7    A.    I called their mother.

  8    Q.    That's Ms. Nava?

  9    A.    Yes.

10:09AM10    Q.    Did she come to the scene?

 11    A.    She did.

 12    Q.    Approximately how long after the collision?

 13    A.    Mmm, it was within probably 30 minutes.

 14    Q.    What did she do when she got there?

10:09AM15    A.    She first checked on the kids, said she was gonna take

 16    them to the hospital.  I was frantic.  She was frantic.  She

 17    said she would take them to the hospital, that I needed to

 18    focus on myself right now, and that I seemed loopy and needed

 19    to go make sure I went to the doctor.

10:10AM20              MR. ERCOLANI:  I'm gonna turn your attention to

 21    Exhibit 1, page 1.

 22    Q.    What's depicted in Exhibit 1, page 1, Mr. Foshee?

 23    A.    Damage to my car.

 24    Q.    Was this the -- what kind of car were you driving at the

10:10AM25    time of the accident?
```

1    A.    It was a Chevy Cruze.

2    Q.    And is this the damage that appeared on your vehicle

3    when you took a look at it at the scene on March 6, 2021?

4    A.    Yes, sir.

10:10AM 5    Q.    Did you take these pictures?

6    A.    Yes, sir.

7    Q.    Is page 2 a picture of damage to the wheel and rim of

8    the car?

9    A.    Yes, sir.

10:11AM 10   Q.    Is page 3 of Exhibit 1 the front of your vehicle on

11   March 6, 2021?

12           MS. YANG:  Objection, leading.

13           THE COURT:  It's all right.

14           Go ahead.

10:11AM 15           THE WITNESS:  Yes, sir.

16   BY MR. ERCOLANI:

17   Q.    Turning your attention to page 5 of Exhibit 1, what's

18   depicted on page 5?

19   A.    It's the postal truck that hit my car.  That in front of

10:11AM 20   the bumper is my wheel well that was ripped out from the car,

21   and then that pink stuff is the -- up under the wheel well,

22   there's insulation or whatever.  That's the insulation from

23   behind up under my wheel well.

24   Q.    So the debris in the street that's in front of the

10:12AM 25   postal truck, is that parts of your car that were ripped out

UNITED STATES DISTRICT COURT

1   in the collision?

2   A.   Yes, sir.  That's the wheel well and then the insulation

3   that was up under the wheel well.

4   Q.   Is the position of the postal vehicle as depicted in

10:12AM 5   page 5 of Exhibit 1 approximately where the postal vehicle

6   was when your car first impacted the postal vehicle?

7   A.   When it first impacted, it was not.

8   Q.   In what way was the postal vehicle -- strike that.  Can

9   you describe where the postal vehicle was by looking at

10:12AM 10   page 5 of Exhibit 1 when your vehicle first came into contact

11   with the postal truck?

12   A.   He was originally farther back, more so in front of that

13   white vehicle -- here I'll do it.  It was more so closer to

14   that in front of probably this white truck that's right

10:13AM 15   there.

16   Q.   So you just marked with an X a white truck that's parked

17   in the driveway.  You believe that when the impact first

18   occurred, the postal truck was approximately even with the

19   while truck you marked an X on?

10:13AM 20   A.   Yes, sir.

21   Q.   Other than calling Ms. Nava, did you take any other

22   action after the collision?

23   A.   I called the police.

24   Q.   Did the police arrive?

10:13AM 25   A.   Yes, sir.

1    Q.    Did you speak with them?

2    A.    Yes, sir.

3    Q.    Was an ambulance sent to the scene?

4    A.    No, sir.  There was no eminent danger so I didn't -- I

10:14AM 5    didn't go in the ambulance.

6    Q.    Did you ask for an ambulance?

7    A.    No, sir.  There was. . .

8    Q.    Were your kids still with you when the police arrived?

9    A.    I can't remember if during that time, they were there or

10:14AM 10    their mom had got there.  It was all kind of blurry, and I

11    was kind of per say on autopilot just tryin' to make sure my

12    kids were taken care of.

13    Q.    At some point, did Ms. Nava take the kids from the

14    scene?

10:14AM 15    A.    Yes, sir.

16    Q.    Do you see where she took them?

17    A.    She took them to the hospital.

18    Q.    Were they checked out that day?

19    A.    Yes.

10:14AM 20    Q.    The kids okay?

21    A.    Yes, sir.  Thankfully, they were in their car seats.

22    Q.    They didn't need further care after that day?

23    A.    No sir.

24    Q.    Where did you go after you left the scene of the

10:14AM 25    accident?

```
 1    A.    I went to Kaiser.

 2    Q.    Was your car still drivable still after the accident?

 3    A.    Yes.

 4    Q.    At some point, did you make a property damage claim with

 5    your insurance company?

 6    A.    Yes, sir.

 7    Q.    What was the result of that?

 8    A.    They totaled out my car and gave me a check for that.

 9    Q.    When you went to Kaiser, why did you go to Kaiser?

10    A.    When Itsa came, she told me -- she made me promise that

11    I was gonna go because she said I was acting loopy.

12    Q.    Were you feeling any physical symptoms after the impact?

13    A.    Yes, sir.  I was -- I had a headache, nausea, neck pain

14    into my shoulder and my low back.

15    Q.    You were discharged from the hospital that day?

16    A.    Yes, sir.

17    Q.    Where did you go once you were discharged from the

18    hospital?

19    A.    I went home and rested and took the medicine that they

20    gave me.

21    Q.    What medicines had they given you?

22    A.    I can't remember the exact medicines that they gave me

23    that day.

24    Q.    Before the day of this accident that we're talking

25    about, March 2021, had you ever been in any other vehicle
```

```
 1   collisions?

 2   A.   Yes, sir.

 3   Q.   When was the first one you can recall?

 4   A.   I was, I think, 18.

 5   Q.   And what happened in that accident?

 6   A.   In that particular accident, I rear ended someone and

 7   had to go get medical care.

 8   Q.   What was that medical care?

 9   A.   I got stitched in my forehead.

10   Q.   And did you have any persisting pain or injury as a

11   result of that accident?

12   A.   No, sir.

13   Q.   What's the next accident you can recall?

14   A.   It was around, I want to say, 19, 20, 21.  I was around

15   that age.

16   Q.   What happened in that accident?

17   A.   It was a multi-car collision, and we were rear ended.

18   Q.   Were you injured?

19   A.   Yes.  I was the passenger.

20   Q.   And do you remember what parts of your body you felt

21   pain?

22   A.   My low back.

23   Q.   And did you have any persistent pain from that accident

24   that you experienced at 20, 21?

25   A.   Yes.  I went to different doctors during that time.
```

```
 1    Q.    Did that ever resolve?

 2    A.    Yes.

 3    Q.    Did you continue having treatment into your late 20s?

 4    A.    Yeah.  I mean, I would go to the doctors or whatever and

 5    a chiropractor whenever I would be stiff or whatever.

 6    Q.    What are the parts of your body, if any, that you

 7    injured in this accident?

 8    A.    My head, my neck into my shoulder down through my arms,

 9    numbness and tingling, extreme pain in my neck, stiffness,

10    tightness, the numbness and tingling down through my hands,

11    my low back numbness, tingling going down through my leg and

12    from my head, memory issues.  And yeah, that's it.

13    Q.    Let's start by talking about your neck.  Do you still

14    have pain in your neck?

15    A.    Every day.

16    Q.    What do you feel?

17    A.    Tightness, pain, and I still get numbness and tingling

18    down through my arm into my hand.

19    Q.    Have you ever heard any of your doctors refer to that as

20    radiculopathy?

21    A.    Yes, sir.

22    Q.    And did you have ever have radiculopathy or radicular

23    pain shootin' down your arm or into your hand before this

24    accident?

25    A.    No, sir.
```

| | |
|---|---|
| 1 | Q.    Is that something you would have reported to one of your |
| 2 | medical providers? |
| 3 | A.    I would definitely go to the doctors if I was having |
| 4 | these problems I'm having now. |
| 10:19AM 5 | Q.    What efforts have you taken after this accident to try |
| 6 | to treat your neck pain, if anything? |
| 7 | A.    I've tried everything.  I've done -- they've done spinal |
| 8 | injections.  I went to physical therapy three times a week |
| 9 | for, I think, a year or two.  I've done trigger point or |
| 10:20AM 10 | whatever it is injections or therapies.  Physical therapy. |
| 11 | I've literally tried everything I could. |
| 12 | Q.    Was any of that successful providing with long term or |
| 13 | short term relief? |
| 14 | A.    Unfortunately, not. |
| 10:20AM 15 | Q.    At some point, did you have any additional treatment in |
| 16 | your neck? |
| 17 | A.    I eventually was told that I needed to do a C-5 C-6 |
| 18 | fusion.  And at that time, the doctor was also gonna do the |
| 19 | 6'7, but he was worried about me having what he referred to |
| 10:21AM 20 | as Frankenstein neck with not having movement so he wanted to |
| 21 | the C-5, C-6 level and see if that would help. |
| 22 | Q.    Did you end up doing a cervical fusion at the C-5, C-6 |
| 23 | level? |
| 24 | A.    Yes, sir. |
| 10:21AM 25 | Q.    And did that provide you any relief? |

1    A.    Briefly, slight relief, but it's been consistent,

2    constant the same things all along.

3            MR. ERCOLANI:  I apologize, Your Honor.

4            Apparently, there's a player that's missing from

10:22AM 5    this laptop.  If I may have just a moment to try to get to

6    this work?

7            THE COURT:  Why?

8            MR. ERCOLANI:  So that I can --

9            THE COURT:  Well, he's in the hospital, just got

10:22AM 10    out of surgery.  He's a little on the loopy side.  And this

11    is gonna aid me how?

12            MR. ERCOLANI:  Just in evaluating Mr. Foshee's

13    recovery and the, uh --

14            THE COURT:  He just got out of surgery.

10:22AM 15            MR. ERCOLANI:  I understand, Your Honor.

16            We'll move on.

17            THE COURT:  Okay.

18    BY MR. ERCOLANI:

19    Q.    You described -- you said head injury or headaches.  Can

10:22AM 20    you describe for me when did you first begin feeling any pain

21    to your head after this accident?

22    A.    Immediately after.

23    Q.    And what did you feel?

24    A.    A throbbing type headache.

10:23AM 25    Q.    Does that cause you any other issues?

A.   Yes.  Leading up into the next day and over a period of

time, I was having extreme light sensitivity, sensitivity to

the noises and nausea.

Q.   Did you describe any of those symptoms when you went to

10:23AM 5 Kaiser on the day of the accident?

A.   Yes, sir.

Q.   Does that pain continue to today?

A.   Yes, sir.

Q.   Does it cause you any other symptoms as a result of the

10:23AM10 headaches?

A.   Can you say again?  I'm sorry.

Q.   Do you have any other symptoms as a result of the head

injury?

A.   I have headaches, memory loss, and at times, dizziness.

10:24AM15 Q.   What do you mean by memory loss?

A.   I can't remember things.  I have blank spots of time

where I don't remember things.

Q.   Has that ever affected you while you were driving?

A.   No, sir.

10:24AM20 Q.   Has that ever affected you when you were with your

children?

A.   Well, I mean, I forget at times where I'm going.  So one

of the things that I have to do is constantly make sure that

I put -- even if I'm going to the office that I'm putting in

10:24AM25 my maps where I'm going because at times in the past, I've

```
 1    forgotten where I was going or where I was at.
 2    Q.    Is that an experience that you ever had before this
 3    accident?
 4    A.    No, sir.
 5    Q.    Are there any other ways that you feel that your
 6    memory's been affected?
 7    A.    I mean, it's totally affected in my psychological.  It's
 8    affected my mental health.  It's affected my business.  I can
 9    no longer train jujitsu or work out or do the things I did
10    before the accident.
11    Q.    You said that your memory has affected your business.
12    In what ways has it affected your business?
13    A.    Well, my business, primarily, one of the ways that I got
14    a lot of business with real estate was my connections with my
15    jujitsu gym, and because I had become pretty popular on
16    social media because I was known for jujitsu, um, it's
17    affected me not being able to get clientele.  Most of my
18    business was through either people that I trained jujitsu
19    with or referrals from those people.  So because those
20    connections were strained, it affected my business as well as
21    I had to bring on a business partner because as time went on
22    and things progressed, I've been unable to do more and more
23    things.
24    Q.    And who is that?
25    A.    Albert Chavez.
```

Q.   And in what role was Mr. Chavez related with you at the

time of this accident?

A.   Mr. Chavez had reached out to me in January.  He was a

mechanical engineering student at Cal-State Fullerton.  His

10:27AM  dad was a lender.  And he was getting towards the end of his

degree and felt like he wanted to look at the options of

becoming a real estate agent, and he asked me if he could

be -- if I would mentor him.

Q.   Did you begin serving as Mr. Chavez's mentor in January

10:27AM  of 2021?

A.   Yes, sir.

Q.   Did the nature of that relationship morph or change at

some point?

A.   It did after the accident.

10:27AM  Q.   How would you describe your interaction with Mr. Chavez

now?  Are you mentoring him?

A.   No.  He's my 50/50 business partner.  I had to bring him

on after the accident.

Q.   And why did you have to bring him on?

10:27AM  A.   As things progressed with my memory, I was forgetting to

return phone calls, forgetting interactions, um, and so he's

kind of taken over the business along the way.

Q.   You had said that you stopped doing jujitsu.  Was that

due to one of the prior injuries that you described?  Neck

10:28AM  injury, head injury or some combination?

```
 1    A.    Yes, sir.

 2    Q.    Why did you stop doing jujitsu?

 3    A.    I was concerned with my health because I was having

 4    multiple health issues, and I just didn't feel like it was

 5    safe or the best thing for me to do.  At the end of the day,

 6    I have five kids that I have to provide for.

 7    Q.    Were you concerned about hitting your head again?

 8    A.    Yes, sir.

 9    Q.    What was your level of achievement in the jujitsu at the

10    time of this accident?  Were you a beginner?  Were you an

11    intermediate?  Were you advanced?

12    A.    I was very good.  I've been a Pan American championship

13    through IBJJF as well as a world champion.

14    Q.    Can you describe for us what is Brazilian jujitsu?

15    A.    If you've ever seen high school wrestling, it's similar

16    to high school wrestling.  It's a grappling, uh, type martial

17    art.

18    Q.    Is there striking in Brazilian jujitsu?

19    A.    No, sir.  You are a disqualified if you strike.

20    Q.    Do you -- can you throw people down hard on the mat?

21    A.    Yes, sir.  It's a mixture of grappling as well as judo

22    so yeah.  You can -- there's takedowns as well as they call

23    them throws in judo.

24    Q.    And is there also choking maneuvers?

25    A.    Yes, sir.
```

Time stamps: 10:28AM (line 5), 10:28AM (line 10), 10:29AM (line 15), 10:29AM (line 20), 10:30AM (line 25)

```
 1    Q.    Where you put pressure points on people's joints?

 2    A.    Yes, sir.

 3    Q.    What belt had you reached prior to this accident?

 4    A.    I was a four stripe brown belt which is right before

 5    black belt.  I was due to get my black belt within the next

 6    couple of months.

 7    Q.    Was that important to you?

 8    A.    Yeah.  I mean, it's the pinnacle of being a martial

 9    artist.  Anybody strives to get their black belt.  That's

10    what it's all about.

11    Q.    And you were just one belt before testing for your black

12    belt?

13    A.    Yes, sir.  I had a fourth stripe.  It's four stripes,

14    and then you go to the next belt.  I had got my fourth

15    stripe, and I was due to get my black belt in the next couple

16    of months.

17    Q.    Did you do any Brazilian jujitsu training after this

18    accident?

19    A.    I did not.

20    Q.    Was it significant decision to you to stop going to your

21    gym?

22    A.    Yeah.  It's been devastating.

23    Q.    In what ways?

24    A.    Financially.  Um, my relationships.  You know, I moved

25    here from Alabama.  I had no family here.  My brother was
```

```
 1    medically retired as a marine, and he went to Alabama so I

 2    had no one here but my kids and my friends and people that I

 3    trained jujitsu with.  It was the lifeline of my business as

 4    well as, you know, my personal relationships and livelihood.

 5    Q.   How long had you been training jujitsu prior to the

 6    March 2021 collision?

 7    A.   I would say 10 to 12 years?

 8    Q.   In any of those times training jujitsu, were you ever

 9    knocked out?

10    A.   No, sir.

11    Q.   Did you ever have an injury for which you needed to seek

12    medical attention after the injury?

13    A.   No, sir.

14    Q.   Did you ever have any persistent pain that you sought

15    some treatment for as a result of Brazilian jujitsu?

16    A.   No, nothing that was significant enough for me to go to

17    a doctor.

18    Q.   Did you go to some chiropractic care in the year before

19    this accident?

20    A.   Yes, sir.

21    Q.   Is that something -- you told us earlier that you had

22    treated periodically for chiropractic care for your low back.

23    Were you treating for your low back or were you treating for

24    some other part of your body in those chiropractic visits?

25    A.   It was my low back primarily, but when you go to a
```

1    chiropractor, you know, they go through adjusting, you know,

2    your neck, your back.  They kind of do all of that.

3    Q.    And do you have injuries to your ears?

4    A.    Yes, sir.

10:33AM 5    Q.    Is there a name for the injuries to ears?

6    A.    Yes, sir.  It's commonly cauliflower ear.

7    Q.    Is that something you developed over the ten years of

8    doing Brazilian jujitsu?

9    A.    Yes, sir.  I actually got those both pretty quickly into

10:33AM 10    my training career.

11    Q.    How did that happen to you?

12    A.    Brazilian jujitsu, you have what they call is a Gi so

13    there's lapels.  As you kind of take down or you're in

14    movement, whatever, your ear is folded.  There's friction

10:33AM 15    from, you know, either the ground or the person's Gi or

16    whatever.  And as the ear folds or flops and kind of gets

17    flipped during those things, uh, what ends up happening is

18    the cartilage ends up breaking in there.

19            THE COURT:  How does the Gi affect your ears?

10:34AM 20            THE WITNESS:  Well, the Gi, it's kind of like --

21            THE COURT:  You're talking about the opponents's

22    Gi.

23            THE WITNESS:  Yes, sir.  The Gis are kind of

24    waffled.  I don't want to sandpaper but like waffled so it's

10:34AM 25    kind of one of those things.  As you're grinding on somebody

1    and taking 'em, you can even see how my ear kind of folds.

2    And what happens as you're grinding and doing things like

3    that, the ears flip or they get caught in Gis or whatever.

4    And as that happens, it tears the cartilage in there.

10:34AM 5            THE COURT:  Okay.

6    BY MR. ERCOLANI:

7    Q.   Was the cauliflower ear that you developed as a result

8    of being struck in the head?

9    A.   No, sir.  I've been struck in the head.  I mean,

10:35AM 10   cauliflower ear, if you've ever seen high school or

11   collegiate wrestlers or wrestlers in general that have never

12   even had any strikes to the head, MMA, training or anything,

13   they commonly -- cauliflower ear is a very common thing.  So

14   it's not just like it's an MMA thing.  It comes from

10:35AM 15   wrestling or grappling.

16   Q.   You mentioned MMA.  What is MMA?

17   A.   Mixed Martial Arts.

18   Q.   And in what ways does Mixed Martial Arts differ from

19   jujitsu?

10:35AM 20   A.   It's different in the fact that you have striking with

21   either hands, elbows or feet.

22   Q.   And in any portion of the ten years that you were

23   training in Brazilian jujitsu prior to this accident did you

24   also train in Mixed Martial Arts?

10:36AM 25   A.   Yes, sir.

```
 1    Q.    For how long?

 2    A.    It was a couple of years.

 3    Q.    And within Mixed Martial Arts, are there different

 4    specialties?

 5    A.    Yes, sir.

 6    Q.    What was yours?

 7    A.    I was a grappler slash Brazilian jujitsu style fighter.

 8    Q.    And what does that mean in the parlance of MMA?

 9    A.    I'm not primarily a striker.  I grew up playing football

10    so I was the takedown type guy.  And so that was kind of I

11    was more versed in, and we primarily trained at the gym that

12    I was at in grappling slash Brazilian jujitsu.

13    Q.    Have you ever been you struck while doing Mixed Martial

14    Arts?

15    A.    Yes, sir, of course.

16    Q.    Were you ever knocked out?

17    A.    No, sir.

18    Q.    Did you ever have your bell rung?

19    A.    I've -- I'm an athlete.  I grew up in Alabama.  We play

20    tackle football from the time we're 5.  I've played little

21    league football, middle school football.  I've trained

22    jujitsu.  I've done MMA.  Have I had my bell rung?  Yes, but

23    nothing to the point of where we're at or that I needed to go

24    seek medical treatment from it.

25    Q.    I've used that expression as kind of a common colloquial
```

1    expression.  What does gettin' your bell rung mean to you?

2    A.    Gettin' your bell rung would be something where you've

3    -- if you've ever bumped your head, hit your head or

4    whatever, you get that slight, weird like foggy type, uh,

10:37AM 5    feeling.

6    Q.    Does that include -- did that include for you any

7    dizziness?

8    A.    Yes, sir.

9    Q.    And what's the longest prior to this accident you ever

10:38AM 10    experienced, you know, dizziness as a result of gettin' your

11    bell rung?

12    A.    A few hours, nothing -- anything that would last more

13    than a day or couple hours.

14    Q.    If it lasted more than a day, would you have gone and

10:38AM 15    gotten medical care?

16    A.    Of course.

17    Q.    Did you ever go get medical care as a result of a head

18    injury prior to this accident?

19    A.    No, sir.

10:38AM 20    Q.    When you do Brazilian jujitsu, do you wear headgear or

21    mouth guards, protective gear?

22    A.    During Brazilian jujitsu, I did not wear headgear.  Some

23    people wear headgear, whether it's Brazilian jujitsu or

24    wrestling.  I -- I did not.

10:38AM 25    Q.    Why did you not?

1    A.    It's just one of those things.  Cauliflower ear for

2    Brazilian jujitsu or wrestling or grappling, mmm, is kind of

3    like a rite of passage.  And so it was something that I was

4    never fearful of and kind of embraced.  It was kind of like a

10:39AM 5    badge of honor in the grappling world.

6    Q.    So did you not wear headgear because you wanted to

7    develop the cauliflower ear?

8    A.    I don't necessarily think I wanted to, but it was one of

9    those things I was never fearful of.  A lot of people in the

10:39AM 10    grappling industry specifically want cauliflower ear.  I

11    don't think I ever wanted it, but it was one of those things

12    that I wasn't fearful of it.

13    Q.    When you trained in MMA for those two years, did you

14    wear headgear or mouth guards?

10:39AM 15    A.    Yes.  And 16-ounce gloves.

16    Q.    And why is that?

17    A.    Striking is completely different than grappling in the

18    fact of there's blows or strikes to the head.  And just to be

19    honest, I was working during this time that I did MMA.  I was

10:40AM 20    working a full-time job, and so I was a supervisor for a

21    medical equipment company.  I was over two different states.

22    So I wore the headgear not just to protect me from damage,

23    but I couldn't go into the office if I'm busted all up.

24    Q.    All right.  So you wore the protective headgear because

10:40AM 25    you had a job, and you wanted to make sure you looked

1   presentable, and you didn't end up busted up.

2   A.    Busted up, yeah.

3   Q.    In your ten years of Brazilian jujitsu and then a couple

4   years within that of Mixed Martial Arts, did you ever end up

10:40AM 5   with pain or soreness to your low back as a result of your

6   training?

7   A.    You know, yeah.  There's been times where there's been

8   stiffness or, you know, tightness or pain.  When you're an

9   athlete and you train at the level that I train, you're gonna

10:41AM 10   have as they say bumps or bruises.  So, of course, over the

11   time, yes, I would have stiffness or pain.

12   Q.    We've got three medical records of chiropractic

13   treatment that you had in the years before this accident.

14   Were there any others?

10:41AM 15   A.    Not that I remember.

16   Q.    And did you always go to Dr. Monica?

17   A.    Yes.

18   Q.    Had you gone to anyone else in that year before that

19   accident?

10:41AM 20   A.    I think I went to one other guy, and he ended up -- his

21   business ended up closing.

22   Q.    How many times did you go to him?

23   A.    I think once or twice.

24   Q.    So in the year before the accident, you had gone to

10:41AM 25   chiropractic care a total of four or five times?  Is that

```
 1    accurate?
 2    A.    Somewhere in there.  Yes, sir.
 3    Q.    And how often were you seeking medical care related to
 4    your neck pain after this accident?
 5    A.    After the accident?  I've gone to doctors or specialists
 6    constantly since then.
 7    Q.    Why?
 8    A.    Because I've been debilitated by pain and numbness and
 9    tingling going down through my arm and into my hand to the
10    point of where I have barely sensation in that arm.
11    Q.    Do you still have that today?
12    A.    Yes, sir.
13    Q.    And has that gotten any better or worse?
14    A.    It's been constant throughout.
15    Q.    You spoke earlier about your head injury as a result of
16    this accident.  Prior to this accident, did you have any
17    instances where you told any medical professional you had
18    some difficulty concentrating?
19    A.    Yes, sir.
20    Q.    And what doctor was that?
21    A.    Her name was Nooshin.
22    Q.    And what were you seeing Dr. Nooshin for?
23    A.    Kind of embarrassing.  I have post traumatic stress
24    disorder.
25    Q.    And is Dr. Nooshin a therapist?
```

```
        1    A.    Yes, sir, with Kaiser.

        2    Q.    And how long have you seen Dr. Nooshin?

        3    A.    Mmm, I started going to her about a year before the

        4    accident, somewhere in that time.

10:43AM  5    Q.    What I did you start going to her?

        6    A.    Um, I went through my second divorce, and I felt like I

        7    been through a lot of tough times in my life.  Uh, it was a

        8    lot of heavy things, and I just felt uneasy and felt like I

        9    needed to try to get some help to be a better man and a

10:44AM 10    better father to my kids.

       11    Q.    Did you tell Dr. Nooshin at some point the issues you

       12    were dealing with was affecting your ability to concentrate?

       13    A.    Yes, sir.

       14    Q.    Did it affect your memory at all?

10:44AM 15    A.    It never affected my memory.

       16    Q.    Were you diagnosed by Dr. Nooshin prior to this accident

       17    with major depression disorder?

       18    A.    Yes, sir.  I've dealt with depression for a long time.

       19    Q.    And I'm sorry to have to pry, but it's significant to

10:44AM 20    understand the nature of how these things affect you.  What

       21    when you began seeing Dr. Nooshin were the primary drivers of

       22    your depression?

       23    A.    Um, through EMDR, I had a lot of trauma that I didn't

       24    know existed, and through that, I found out that, uh, I was

10:45AM 25    raped as a child.  And so I started putting pieces together
```

1    throughout my life of why I was making certain decisions at

2    certain times.

3    Q.    And since you've been dealing with that, has that had an

4    effect on ability -- on your functioning?

10:45AM 5    A.    I mean, it affected me during a portion of time, but as

6    I've gone through therapy and learned to have coping

7    mechanisms and learned to navigate through the traumas that I

8    had, it's helped me become a better man and a better father

9    because I dealt with those unresolved issues.

10:46AM 10    Q.    Did your therapy and dealing with these very serious

11    emotional and psychological issues have any effect on -- you

12    said it didn't affect your memory, but did ever have brain

13    fog or any of the other symptoms that you've previously told

14    us you're experiencing now as a result of your head injury?

10:46AM 15    A.    I was going through -- when I first started unearthing

16    being raped as a child and finding out that my mother knew

17    about it and put me in the company of those people knowing

18    that they were that way, uh, it affected in me in my

19    concentration and my mental health, and I dealt with

10:47AM 20    depression from that.

21    Q.    Do you believe that affected your ability to do your job

22    and to perform your functions as a realtor?

23    A.    Not to the extent of what I'm dealing with today.

24    Q.    When you say with the extent of what you're dealing with

10:47AM 25    today, has there been a slow progression or dramatic change

```
 1    with your memory?

 2    A.    It's been a constant, slow progression.  It started out

 3    with the light sensitivity and the concussion symptoms, and

 4    as time kinda went on, I started forgetting things like where

 5    I was goin', uh, payin' my bills, all of those things.

 6    Q.    Before this accident, had you ever been diagnosed with a

 7    concussion?

 8    A.    No, sir.

 9    Q.    Have you had ever sought medical care for what you

10    believed was a concussion?

11    A.    No, sir.

12    Q.    As you sit here today, do you recall specifically what

13    symptoms you were feeling at each of your medical visits

14    following this accident?

15    A.    What do you mean?  I'm sorry.

16    Q.    Sure.  It's been four years since the accident.

17    A.    Yes, sir.

18    Q.    Do you believe that you have a very good recollection of

19    what symptoms you were feeling at your various medical

20    appointments in the months and even years that followed this

21    accident?

22    A.    I can remember bits and pieces.

23    Q.    Would it help refresh your recollection if I showed you

24    some medical records and asked what you were experiencing at

25    that time?
```

```
 1    A.    Yes, sir.

 2    Q.    At the time of this accident, did you have an HMO

 3    medical care?

 4    A.    Yes, sir.

 5    Q.    And who was that through?

 6    A.    Kaiser.

 7    Q.    Did you also get chiropractic care from a place called

 8    Kessler?

 9    A.    Yes.

10    Q.    And how did you find Kessler?

11    A.    I was referred through my attorney.

12    Q.    Were there any other providers that you sought care from

13    that you were referred to by my office?

14    A.    Um, Dr. Ackerman.  And I think that's it.

15    Q.    Did you have any concern with the care that you were

16    receiving immediately following the accident from Kaiser?

17    A.    Yes.  Kaiser, one of the -- the only reason I was still

18    with Kaiser to be honest is because of Nooshin.  Uh, because

19    Kaiser is so difficult as they've grown, it's hard to get in

20    for treatment with them.  I know when I first started talking

21    to them about physical therapy, they said it was gonna be

22    months before I could get an appointment.

23    Q.    Did you feel that you needed more prompt care?

24    A.    I was panicking to be honest to try to get any kind of

25    help that I could get.
```

1    Q.    And did you reach out to my office to get that help?

2    A.    Yes, sir.

3    Q.    The day of the accident, you went you said to Kaiser;

4    correct?

10:51AM  5    A.    Yes, sir.

6              MR. ERCOLANI:    I'm gonna turn your attention to

7    Exhibit 6, pages 1 through 3.

8    Q.    Is this a record from chiropractor Monica Scott?

9    A.    Yes, sir.

10:51AM 10    Q.    That previously we were discussing?

11    A.    Yes, sir.

12    Q.    Under subjective, it states pain and soreness reported

13    in the lower back and bilateral knee from training Brazilian

14    jujitsu.  Is that something that you reported to Ms. Scott on

10:52AM 15    or about March 12, 2020?

16    A.    Yes, sir.

17    Q.    When you went in, you were seeking help from her to help

18    try to deal with some pain that you had from training; right?

19    A.    Yes, sir.

10:52AM 20    Q.    If you had pain in your neck, would you have told her my

21    neck hurts, too?

22    A.    Yes, sir, of course.

23    Q.    And you also had some pain in your knees?

24    A.    Yes, sir.

10:52AM 25    Q.    Was she helping you with that as well?

1    A.    Yes, sir.

2    Q.    Under the assessment section, it says subluxation of the

3    lumbar spine also affects the sacroiliac complex and injury

4    noted to the muscles, disks and surrounding tissue in lumbar

10:53AM 5    spine.  Did Dr. Scott tell you that she observed and sensed

6    that you had some injury in the low back and injury in the

7    tissue surrounding your lumbar spine?

8    A.    Yes, sir.

9    Q.    And did you come up with a plan to try to help you get

10:53AM 10    that better?

11    A.    Yes, sir.

12    Q.    Turning your attention to page 2 of Monica Scott's

13    records, did you see her four days later on March 16th of

14    2020?

10:53AM 15    A.    Yes, sir.

16    Q.    And did you report the same pain and difficulty?

17    A.    Yes, sir.

18    Q.    And did she treat you in the same way again?

19    A.    She did.

10:54AM 20    Q.    And was the next time that you saw her eight months

21    later on November 5th of 2020?

22    A.    Yes, sir.

23    Q.    During that eight months, the pain that you felt in your

24    low back, was it substantial?

10:54AM 25    A.    Uh, I wouldn't say substantial, but it was bothersome.

```
 1    Q.   Is that why you went back in November?

 2    A.   Yes, sir.

 3    Q.   How would you compare the pain that you felt in your low

 4    back during the three treatments that you saw Monica Scott

10:54AM 5    for in 2020 to what you felt in the weeks and months after

 6    the accident?

 7    A.   Uh, this was more of like a moderate stiffness pain.  I

 8    would go in there, she would do adjustments, and then I would

 9    be fine.  I would go back to training.

10:55AM10    Q.   If you had any radiating pain down your legs into your

11    thighs, would you have felt that was important to tell

12    Ms. Scott?

13    A.   Yes, sir.

14    Q.   Did you tell Ms. Scott that you had any radiating pain

10:55AM15    from your low back into your legs?

16    A.   No, sir.

17    Q.   Did you have any radiating pain before this accident

18    down your legs?

19    A.   No, sir.  I'm pretty much an open book.

10:55AM20    Q.   On the day of the accident, did you go to Mission Viejo

21    Kaiser urgent care?

22    A.   Yes, sir.

23    Q.   Did you talk to a medical provider on that day and tell

24    them what you were experiencing?

10:56AM25    A.   I did.
```

```
 1   Q.   Did you tell them you had been in a car accident?
 2   A.   I did.
 3   Q.   Did you tell them that you were experiencing nausea, but
 4   you weren't vomiting?
10:56AM 5   A.   Yes, sir.
 6   Q.   Did you tell them you had no loss of consciousness?
 7   A.   I don't remember.
 8   Q.   Do you believe that you told them you had no head
 9   trauma?
10:56AM10   A.   I don't remember.
11   Q.   Were you complaining about pain in your upper back and
12   neck and pain radiating into your left lower leg?
13   A.   Yes, sir.
14   Q.   In that immediate visit, do you know if you complained
10:57AM15   to them about any radiating pain down into your hands?
16   A.   I don't remember if I did.  I don't think so.
17   Q.   Turning your attention to March 15, 2021, did you see an
18   orthopedic surgeon nine days later related to your complaints
19   that you had as a result of this accident?
10:57AM20   A.   Yes, sir.
21   Q.   And was that because you felt that you needed to see
22   someone sooner than Kaiser was able to get you in?
23   A.   Yes, sir.
24        THE COURT:  Counsel, as badly as I want you to get
10:57AM25   through this, can we stop leading?
```

```
 1              MR. ERCOLANI:  Yes, Your Honor.
 2    Q.    Who was the next doctor that you went to go see?
 3    A.    I think it was Dr. Gillman.
 4    Q.    And, again, if you don't have perfect recollection of
10:58AM 5    these things, I can present you with medical records and then
 6    ask to refresh your recollection with them if that helps.
 7    A.    Yes, sir.
 8    Q.    Do you believe that that would help in your recollection
 9    of the timeline of the treatment that you sought?
10:58AM10   A.    Yes, sir.
11    Q.    Do you believe that that would help in your accuracy of
12    what you were reporting and feeling at those times?
13    A.    Yes, sir.
14    Q.    Did you talk to Dr. Gillman on March 15th, 2021?
10:59AM15   A.    Yes, sir.
16    Q.    Would reading the history of illness in front of you
17    help refresh your recollection about what you told him?
18    A.    Yes.
19    Q.    Just to avoid the tediousness to the Court, I'm not
10:59AM20   gonna have you read every one of your records.  If you could
21    read through that, and then I'll interject some questions
22    after you read though it to refresh your recollection.
23    A.    Severe pain, neck --
24    Q.    Mr. Foshee, I don't want you to read out loud.
10:59AM25   A.    Oh.
```

```
 1    Q.    Just read to yourself.

 2    A.    Okay.

 3    Q.    Inside voice.

 4    A.    Yes, sir.

10:59AM 5    Q.    And read the record.  And if that refreshes your

 6    recollection, I will then ask you some questions about what

 7    happened in that visit.

 8    A.    Yes, sir.  Um, I saw him for pain in my neck --

 9    Q.    So hold on one second.  Go ahead and read through it.

10:59AM10    Let me know when you finish reading it.

11    A.    Okay, I'm sorry.  Okay, I've read it.

12    Q.    When you saw Dr. Gillman, what parts of your body were

13    you describing that you had pain in?

14    A.    My neck, my shoulder, my low back and my left leg, thigh

11:00AM15    area.

16    Q.    When you said your right shoulder, what were you

17    experiencing in your right shoulder?

18    A.    I was experiencing extreme tightness in my neck, and it

19    was going down into my shoulder.

11:00AM20    Q.    Did you describe that to him as radiating pain?

21    A.    Yes, sir.

22    Q.    Did the pain that you felt in your low back also travel

23    into your left thigh?

24              MS. YANG:  Objection, leading.

11:01AM25              THE COURT:  You know what leading is; right?
```

UNITED STATES DISTRICT COURT

```
         1              MR. ERCOLANI:  I do, Your Honor.  I apologize.

         2    Q.    What did you feel in your left leg?

         3    A.    Uh, I felt numbness and tingling radiate down from my

         4    low back slash buttocks down through.

11:01AM  5    Q.    Reading the diagnosis and impression, does that refresh

         6    your recollection as to what, if anything, Dr. Gillman told

         7    you about his impressions of your injuries?

         8    A.    Yes, sir.

         9    Q.    What did he tell you about the injuries that he believed

11:01AM 10    you had?

        11    A.    He thought I had a possible herniated cervical disk as

        12    well as we originally thought my shoulder because it was

        13    radiating down, that it was a rotator cuff or some sort of

        14    tear in my shoulder because it was going down as well as low

11:02AM 15    back, I guess you call it, lumbar pain at my L-5, S-1.  It

        16    was going down through my leg.

        17    Q.    Do you recall what he recommended you do from there?

        18    A.    Mmm. . . I don't remember.

        19    Q.    Would turning your attention to the treatment plan

11:02AM 20    section of his report help refresh your recollection about

        21    what Dr. Gillman recommended you do?

        22    A.    Yes, sir.

        23    Q.    Go ahead and read that and let me know when you're done

        24    reading that.

11:02AM 25    A.    Okay.
```

UNITED STATES DISTRICT COURT

1    Q.    Did Dr. Gillman order any further medical care or

2    imaging for you?

3    A.    Yes, sir.  He wanted me to do imaging of my cervical

4    spine, my right shoulder and my lumbar spine.  He wanted to

11:03AM 5    do physical therapy and have chiropractic treatment.

6    Q.    Did you do those things?

7    A.    Yes, sir.

8    Q.    When was the -- do you recall the next time you sought

9    medical care after March 15th, 2022?

11:03AM 10    A.    I don't remember.

11    Q.    If I refresh your recollection with the medical records,

12    would that help you?

13    A.    Yes, sir.

14    Q.    Turning your attention to Exhibit 9, is that your

11:04AM 15    handwriting, Mr. Foshee?

16    A.    Yes, sir.

17    Q.    And did you go see Kessler -- strike that.  Would you go

18    ahead and look through Exhibit 9 and let me know when you've

19    had a chance to read through it.

11:04AM 20         THE COURT:  We're gonna break in five minutes.

21         MR. ERCOLANI:  Your Honor, if I may, while we

22    estimated times for various witnesses, we believe some of

23    them will take much less time than some others.  I think the

24    Court's instruction was that you weren't going to manage the

11:05AM 25    time we spent with each witness.  Do we have hard stops on

|  | |
|---|---|
| 1 | any of our witnesses or it's just the total time that was set |
| 2 | from the Court? |
| 3 | THE COURT:  We'll talk about it because I'm getting |
| 4 | a feel for this now. |
| 11:05AM 5 | MR. ERCOLANI:  Thank you, Your Honor. |
| 6 | Q.   Is this your writing on Exhibit 9, Mr. Foshee? |
| 7 | A.   Yes, sir. |
| 8 | Q.   Did you fill out the portion of the report concerning |
| 9 | impact that said did any part of your body strike anything in |
| 11:05AM 10 | the vehicle? |
| 11 | A.   Yes, sir. |
| 12 | Q.   What did you tell them? |
| 13 | A.   I don't remember. |
| 14 | Q.   Why did you tell them that? |
| 11:05AM 15 | A.   I had blank spots, and at the time, I didn't remember. |
| 16 | Q.   Turning your attention next, did you see any other |
| 17 | doctor on or about March 31st of 2021, 15 days after the |
| 18 | accident? |
| 19 | A.   Yes, sir, Dr. Gillman. |
| 11:06AM 20 | Q.   And I've put a record in front of you.  Would that |
| 21 | refresh your recollection as to what you were experiencing |
| 22 | and report to Dr. Gillman at that time? |
| 23 | A.   Yes, sir, it would. |
| 24 | Q.   Please read through your subjective complaints and let |
| 11:06AM 25 | me know when you're done. |

```
 1    A.    Okay.

 2    Q.    What were you experiencing as of March 31st?

 3    A.    Uh, radiating numbness down through my shoulder into my

 4    arms and hands and in my low back down through my leg.

 5    Q.    Were you experiencing that on one side or both sides?

 6    A.    Uh, one side.

 7    Q.    Which side?

 8    A.    My right side from my arm slash hand and the left side

 9    for my lower back.

10    Q.    Did you thereafter see a neurosurgeon on April 30th --

11    strike that.  Did you see any medical professional on

12    April 30th, 2021?

13    A.    Yes, sir, Dr. Ackerman.

14    Q.    Do you have any recollection of what you told

15    Dr. Ackerman?

16    A.    I don't.

17    Q.    Would it refresh your recollection to review the

18    doctor's medical record at this time?

19    A.    Yes, sir.

20    Q.    Please read through your description of injury treatment

21    and let me know when you can answer some questions about

22    that.

23    A.    Okay.

24    Q.    Did you tell Dr. Ackerman what happened to your body

25    inside the car?
```

1   A.   Yes.

2   Q.   What did you tell him?

3   A.   Um, that I hit my head off of the door window in the

4   car.

11:08AM 5   Q.   What physical pain, if any, did you describe you

6   experiencing at that time?

7   A.   Uh, my headache as well as down through my shoulder and

8   my low back down through my leg.

9   Q.   Did you report to Dr. Ackerman what treatment you had

11:08AM 10   had to that point?

11   A.   Yes, sir.

12   Q.   What was that?

13   A.   I had gone to an orthopedist, chiropractor.  I did

14   trigger point injections, pain management and physical

11:08AM 15   therapy.

16   Q.   Was any of that helping?

17   A.   No, sir.

18   Q.   What was your purpose in seeking out a neurosurgeon?

19   A.   I was trying to get back my life.

11:09AM 20   Q.   Did Dr. -- strike that.  Do you remember what

21   Dr. Ackerman's recommendations to you were?

22   A.   I don't remember.

23   Q.   Turning your attention to Dr. Ackerman's recommendation

24   portion of his report, please let me know if reviewing that

11:09AM 25   refreshes your recollection.

A.   Yes.

Q.   What did Dr. Ackerman recommend, if anything, for you to treat the symptoms you described to him?

A.   He suggested that I get the C-5, C-6 epidural shot.

Q.   Did you do that or seek out any other medical advice prior to that?

A.   I ended up getting an epidural injection.

Q.   Did Dr. Ackerman make any recommendation to you as it related to jujitsu?

A.   Yes, sir.  He told me to refrain from it.

Q.   At some point, did you return to your doctors at Kaiser?

A.   Yes, sir.

Q.   And do you know when that was?

A.   I don't remember.

Q.   Did you see a Dr. Nicolescu at Kaiser at some point?

A.   Yes, sir.  He was a pain management specialist guy.

Q.   Do you know when you saw Dr. Nicolescu?

A.   I don't remember.

Q.   If I put in front of this record of June 2nd which is Plaintiff's Exhibit 17, does that help your refresh your recollection when you saw Dr. Nicolescu?

A.   Yes, sir.  It was on 06-02-2021.

Q.   Do you recall the reason for your visit that you saw Dr. Nicolescu?

A.   Yes, sir.  I was still having pain and radiculopathy.

1    Q.    Do you see the section that reads chief complaint?

2    A.    Yes, sir.

3    Q.    Can you read that to yourself, please, and see if that

4    refreshes your recollection at to what you were seeking from

11:11AM 5    Dr. Nicolescu?

6    A.    Yes, sir.

7    Q.    What did you seek from Dr. Nicolescu?

8    A.    He was the pain management specialist.  I was seeking to

9    try to get relief.

11:11AM 10    Q.    Turning your attention to the section of the report that

11    reads HPI, can you read through that and let me know when

12    you've had a chance to read it, Mr. Foshee?

13    A.    Yes, sir.

14    Q.    What did you describe about the pain you were

11:12AM 15    experiencing at that time?

16    A.    Uh, neck pain down through my shoulder into my arm and

17    hands and low back pain going through my leg as well as

18    headaches and light-headedness.

19    Q.    Did you have any improvement of the symptoms you had

11:13AM 20    been experiencing since March 6th?

21    A.    No, sir.

22    Q.    Did you have any events where you -- strike that.

23          Did you have any events in your home that you felt

24    were a result of the symptoms you were feeling or

11:13AM 25    experiencing following the March 6, 2021 accident?

```
 1    A.   Yes.

 2    Q.   What happened?

 3    A.   I woke up one time on the floor and couldn't remember

 4    how I got there, and I went to the emergency room.

11:13AM 5    Q.   Where were you on the floor?

 6    A.   In the bathroom floor.

 7    Q.   Do you have any recollection of how you ended up on the

 8    bathroom floor?

 9              MS. YANG:  Objection.

11:14AM10              Asked and answered, cumulative.

11              THE COURT:  This has been covered.

12    BY MR. ERCOLANI:

13    Q.   Following that event, did you seek out any further

14    consultation with medical providers after your ER visit?

11:14AM15    A.   Yes, sir.

16    Q.   And what further medical care did you seek out?

17    A.   I went to, I can't pronounce her name, Dr. Sigaphi for

18    the head issues that I was dealing with.

19    Q.   Is this based on your recollection or are you taking a

11:14AM20    look at the medical records that I've put up in front of you?

21    A.   I'm looking at the medical record.

22              MR. ERCOLANI:  I've placed in front of you

23    Plaintiff's Exhibit 19, a Kaiser medical record dated

24    June 3rd, 2021.

11:15AM25    Q.   Did you seek out a consultation with a doctor at Kaiser
```

1    at that time?

2    A.    Yes, sir.

3              THE COURT:  All right.  Let's take our break.

4              Let's come back at 12:30.  We're at lunch.

11:15AM 5          THE CLERK:  This court's in recess.

6                        (Lunch recess.)

7              MR. ERCOLANI:  Your Honor, may I proceed?

8              THE COURT:  Absolutely.

9              MR. ERCOLANI:  And I will move more expeditiously.

12:28PM 10   We have six records, Your Honor, and we will be done with

11   records.

12                   DIRECT EXAMINATION (CONTINUED)

13   BY MR. ERCOLANI:

14   Q.    Just before the lunch break, you talked about having a

12:28PM 15   recommendation for a cervical epidural steroid injection.  Do

16   you recall that?

17   A.    Yes, sir.

18   Q.    Did you have that cervical epidural steroid injection?

19   A.    Yes, sir.

12:29PM 20   Q.    Where did you have that?

21   A.    Kaiser.

22   Q.    Approximately five months after this accident, were you

23   still experiencing any effects of the head injury you

24   previously discussed?

12:29PM 25   A.    Yes, sir.

| | |
|---|---|
| 1 | Q.    Were you seeking medical care for that? |
| 2 | A.    Yes, sir. |
| 3 | Q.    Do you know what the symptoms were that you were |
| 4 | experiencing specifically? |
| 12:29PM 5 | A.    In regards to my head, I was having headaches, dizziness |
| 6 | and loss of memory. |
| 7 | Q.    Were you reporting that to your medical providers? |
| 8 | A.    Yes, sir. |
| 9 | Q.    Was it affecting any part of your life? |
| 12:30PM 10 | A.    Yes, sir. |
| 11 | Q.    Which parts of your life? |
| 12 | A.    My work primarily and my every day life. |
| 13 | Q.    Did you persistently report this to your medical |
| 14 | providers? |
| 12:30PM 15 | A.    Yes, sir. |
| 16 | Q.    Did you go back to Kaiser on or about September 2nd, |
| 17 | 2021 to seek medical care? |
| 18 | A.    I don't remember. |
| 19 | Q.    If I show you a record from Kaiser's neurology |
| 12:31PM 20 | department, would that refresh your recollection? |
| 21 | A.    Yes, sir. |
| 22 | Q.    Turning your attention to Exhibit 25, a record dated |
| 23 | September 2nd, 2021, encounter date August 31st, 2021, I |
| 24 | think you -- did you mean to -- there's a section under |
| 12:31PM 25 | messages.  Did you write to your doctor on that day?  Do you |

```
 1   have the ability to write to your doctor at Kaiser?
 2   A.   Yes, sir.  You can send sort of like direct messages to
 3   the doctors.
 4   Q.   Were you intending to describe what you were currently
 5   feeling at that time?
 6             MS. YANG:  Objection, leading.
 7             THE COURT:  Yeah, and I can read it.
 8   BY MR. ERCOLANI:
 9   Q.   Was your mental -- your head injury having any other
10   effect on you?
11   A.   Uh, yes, sir.
12   Q.   What was that?
13   A.   I was having headaches, dizziness, and it was affecting
14   my work and my personal life.
15   Q.   When did you have your first cervical epidural steroid
16   injection?
17   A.   I don't remember the exact date.  My memory is really
18   off.
19             THE COURT:  Hard stop in 30 minutes.
20             MR. ERCOLANI:  Yes, Your Honor.  I'm putting in
21   front of you a record dated October 20, 2021 from Kaiser
22   Permanente.
23   Q.   Is this a record from pain management Dr. Danny Boutros?
24   A.   Yes, sir.
25   Q.   Is that a doctor that you saw for pain management at
```

1 Kaiser?

2 A. Yes.

3 Q. Is that the date you had your first cervical steroid

4 epidural injection?

12:33PM 5 A. Yes, sir.

6 Q. Did you continue to reach out to your doctors at Kaiser

7 after that cervical epidural steroid injection for any

8 reason?

9 A. Yes, sir.

12:33PM 10 Q. What were you experiencing at that time?

11 A. I was experiencing fatigue, depression, anxiety,

12 forgetfulness, fog, all of those things.

13 Q. Are you refreshing your recollection with Exhibit 28 on

14 November 29th, 2021 Kaiser record?

12:34PM 15 A. Yes, sir.

16 Q. And in that did, you write to Dr. Sagophi about all the

17 symptoms were experiencing?

18 A. Yes, sir.

19 Q. Were you ever recommended to have any other type of

12:34PM 20 epidural injection?

21 A. Yes, sir.  They also asked, uh -- or said, suggested

22 that I needed to get lumbar epidural.

23 Q. And what were you told was the reason for that?

24 A. Because of low back pain that was radiating down my leg.

12:34PM 25 Q. Did that help?

A.    It gave brief relief, but not -- not really.

Q.    At the conclusion of those two epidurals, did you have any other epidurals?

A.    Yes.  I think I had two in my cervical and two in my lumbar.

Q.    Did you reach out to your pain management doctor after your second cervical epidural injection?

A.    Yes, sir.

Q.    What was the purpose of that?

A.    I was -- to be honest, I was messaging them going to appointments.  I was trying to get help any way that I could.

Q.    Turning your attention to the clinical note of September 9, 2022, is this a message that you sent to your pain management doctor?

A.    Yes, sir.

Q.    How do you describe your experience in your life at that point?

A.    I was still having the numbness and tingling in my neck. I was still having the headaches.  I was experiencing, uh, car sickness.  Um, and they had mentioned before about surgery which personally, at first, I was kind of hesitant on, but as things got further and further, as I told them, I was willing to do whatever I could to get relief and get back to my normal life.

Q.    Did you eventually have that surgery?

1    A.    Yes, sir, I did.

2    Q.    When did you have that surgery?

3    A.    I think it was in September of 2022.

4    Q.    Did you have another accident, a subsequent car

12:36PM 5    accident, after the one we're here talking about with the

6    postal truck?

7    A.    Yes, sir, I did.

8    Q.    When was that?

9    A.    I know cause it was on my birthday.  It was November 4th

12:37PM 10    of 2022.

11    Q.    And had you recovered yet from the cervical fusion

12    surgery?

13    A.    No, sir.  I actually had the C collar on during that

14    time.

12:37PM 15    Q.    What happened in that car accident?

16    A.    Uh, I was a passenger in -- on the 5 freeway.  Uh, my ex

17    was taking me to a dinner, and we were rear ended.

18    Q.    Uh, were you the owner of the car?

19    A.    I was.

12:37PM 20    Q.    Do you know how much damage was done to you car in that

21    collision?

22    A.    I think it was like a thousand dollars?  Maybe 1500?  I

23    don't remember.  It was not very much.

24    Q.    Did you go get medical care after that accident?

12:37PM 25    A.    Yes.  I was concerned that it might have done some sort

UNITED STATES DISTRICT COURT

1    of damage to the neck surgery so I went as a precaution.  And

2    I kind of felt, uh -- I mean, I just -- my bell got rang in

3    that accident.

4    Q.   What happened?  How do you, uh -- how do you feel that

12:38PM 5   your bell got rung in that accident?

6    A.   I just feel like it hit, and, uh, I experienced

7    dizziness from that.

8    Q.   Have your symptoms related to head injury changed from

9    before that November 2022 accident to today?

12:38PM 10  A.   It's -- it's been a constant all along decline.  There

11   was no damage from that that did anything or was any

12   different.

13   Q.   Were you -- were in any other car accidents subsequent

14   to that accident?

12:39PM 15  A.   Yes, sir.

16   Q.   When was that?

17   A.   A few months back in, I think, September.

18   Q.   Was that of 2024?

19   A.   Yes, sir.

12:39PM 20  Q.   And what happened?  How did that accident happen?

21   A.   Um, I was right past the light, and the lady was trying

22   to get through the light, I guess, she said, and she rear

23   ended me.

24   Q.   And how substantial was that accident?

12:39PM 25  A.   It was pretty substantial.

|   | |
|---|---|
| 1 | Q.    And what, if any, physical effect did you have from that |
| 2 | accident? |
| 3 | A.    From that accident, I started getting numbness and |
| 4 | tingling down through my left arm as well as I had a |
| 12:39PM 5 | concussion from it. |
| 6 | Q.    Do you currently take any medications for pain? |
| 7 | A.    Yes, sir. |
| 8 | Q.    What do you take, and how often? |
| 9 | A.    I take Gabapentin three times a day.  I also take |
| 12:40PM 10 | Tylenol, and I take Tylenol p.m. to help me sleep and |
| 11 | caffeine throughout the day. |
| 12 | Q.    Did you take Gabapentin before the postal accident? |
| 13 | A.    No, sir. |
| 14 | Q.    When were you first prescribed Gabapentin?  Was it after |
| 12:40PM 15 | the postal accident? |
| 16 | A.    Yes. |
| 17 | Q.    Was it before the November 2022 accident? |
| 18 | A.    Yes. |
| 19 | Q.    Have you been taking it continuously since that time? |
| 12:40PM 20 | A.    Yes, sir. |
| 21 | Q.    Do you take any other medication currently? |
| 22 | A.    No, sir. |
| 23 | Q.    At some point, were you taking Cymbalta? |
| 24 | A.    Yes, sir. |
| 12:40PM 25 | Q.    Why were you prescribed Cymbalta? |

| | |
|---|---|
| 1 | A.   I was dealing with depression and PTSD. |
| 2 | Q.   Do you feel like you still deal with those things? |
| 3 | A.   Uh, I mean, do I have those things?  Probably still, but |
| 4 | as going through therapy and learning how to have coping |
| 12:41PM 5 | mechanisms and navigate through that, I stopped taking the |
| 6 | medication for those. |
| 7 | Q.   And were any other medications you were taking for those |
| 8 | symptoms? |
| 9 | A.   No, sir, not that I remember. |
| 12:41PM 10 | Q.   Mr. Foshee, have you ever been in trouble with the law? |
| 11 | A.   Yes, sir. |
| 12 | Q.   When? |
| 13 | A.   When I was younger, I dealt with a lot of family |
| 14 | problems, was hanging with the wrong crowd, and I was a |
| 12:42PM 15 | knuckle head.  Uh, I got arrested when I was 16 years old for |
| 16 | stealing a vehicle. |
| 17 | Q.   Were you convicted? |
| 18 | A.   Yes, sir. |
| 19 | Q.   What was the punishment? |
| 12:42PM 20 | A.   Probation. |
| 21 | Q.   Were you ever convicted of any other felony? |
| 22 | A.   Yes, sir.  When I was 19, I was arrested with marijuana |
| 23 | with intent to sell. |
| 24 | Q.   And what was the punishment for that? |
| 12:43PM 25 | A.   Probation. |

```
 1    Q.    Have you been in trouble with the law at all since 19?
 2    A.    No, sir.  It was kind of a Come to Jesus moment, and I
 3    was raising my brother, and I wanted to try and break the
 4    cycle of what I had to go through and live.  And so I started
12:43PM 5  raising my brother and get my life on the right track to
 6    which I was successful with my business, with jujitsu and
 7    everything else until this accident four years ago, and it's
 8    been a nightmare ever since.
 9    Q.    Mr. Foshee, I'm gonna show you just one other thing
12:43PM10  before we rest -- not before we rest, before I conclude my
11    direct examination.  Have you seen a video that was prepared
12    by defense expert, Dr. Roescher, that purports to create some
13    type of recreation video.  Have you seen this?
14    A.    No, sir.
12:44PM15         MR. ERCOLANI:  I'm gonna turn your attention to
16    this video.
17                        (Video played.)
18    BY MR. ERCOLANI:
19    Q.    Mr. Foshee, that video we just showed and purported to
12:44PM20  be quote "hard left turn," is that a representation -- or an
21    accurate representation of what you experienced when you --
22    just before the collision with the postal truck?
23         MS. YANG:  Objection, foundation.  This witness
24    testified he's never seen this video before.
12:44PM25         THE COURT:  Is it necessary to have seen the video?
```

```
 1                MR. ERCOLANI:  May I respond, Your Honor?

 2                It's not necessary to have seen the video.  He was

 3      in the accident.  He knows the evasive maneuvers he took.

 4      They're purporting to put this on to try to persuade the

12:45PM 5    Court this somehow represents what happened in the accident.

 6      He can certainly give his personal testimony about whether it

 7      fairly and accurately depicts what happened.

 8                THE COURT:  You can take a shot at it.  He's

 9      already talked about, I forgot what the adjective was, the

12:45PM10    maneuver to the left to avoid the collision.  Then he also

11      talked about not a blackout, but there was just nothing

12      there.  He's got no memory.  You can take a run at it.

13                MR. ERCOLANI:  Okay.

14                THE COURT:  Actually, just in case, maybe we need

12:45PM15    to lay some foundation for this.

16                MR. ERCOLANI:  Okay.

17      Q.   Mr. Foshee. . .

18                THE COURT:  He probably can't do it, though.

19      BY MR. ERCOLANI:

12:46PM20    Q.   Mr. Foshee, at what point in the collision do you have

21      what you described as a gap in your memory?

22      A.   After I swerved and was hit by the postal truck and hit

23      my head.  It all happened pretty quickly.

24      Q.   Do you have a recollection of the maneuver you performed

12:46PM25    to try to avoid the postal truck as you told us?
```

```
 1   A.    To swerve to the left, yes, sir.

 2   Q.    The video you just watched, is that an accurate

 3   representation of what you performed in that maneuver?

 4   A.    I mean, this is going -- I was going 25 miles per hour

 5   when the guy jetted out, and I took a quick turn to the left

 6   to protect my kids.  This, the guy's goin' it shows 10 to

 7   15 miles per hour whereas I was going 25 miles per hour so

 8   this doesn't in any shape, form or fashion depict what

 9   happened.

10   Q.    Is that a close representation of what you performed

11   when you said you turned the wheel to the left?

12   A.    I wish, but that is in no shape, form or fashion of what

13   happened.

14             MR. ERCOLANI:  I have nothing further, Your Honor.

15             MS. YANG:  And Your Honor, briefly, before I get

16   started, Mr. Foshee is a joint witness so there are gonna be

17   a couple of brief topics that are outside the scope of his

18   direct given that he's been designated by both.

19                       CROSS-EXAMINATION

20   BY MS. YANG:

21   Q.    Good afternoon, Mr. Foshee.  My name is Jasmine Yang.  I

22   represent the United States.  I wanted to talk very briefly

23   about your jujitsu experience.  You've been in about 30 to 40

24   competitions matches before; right?

25   A.    Matches, yes.
```

Timestamps (left margin): 12:46PM line 5, 12:47PM line 10, 12:47PM line 15, 12:48PM line 20, 12:48PM line 25

1    MS. YANG:  And then I wanted to give the Court a

2    sense of what some of your matches look like.  Exhibit 1048

3    is a video that's already been stipulated and entered into

4    evidence, and I'm going to go ahead and have Ms. Murillo pull

12:48PM 5    that up on the screen.  Thank you.

6    All right.  And so I'm gonna go ahead and play

7    Exhibit 1048.

8    (Exhibit 1048 played.)

9    BY MS. YANG:

12:49PM 10    Q.  And Mr. Foshee, is that you in the video?

11    A.  That is me.

12    Q.  And are you wearing the blue uniform?

13    A.  It's a Gi, yes, ma'am.

14    MS. YANG:  I'll call it the right thing the next

12:49PM 15    time.  And Mr. Foshee, Exhibit 1050 is another video from a

16    jujitsu match, I should say.  And I'll go ahead and pull that

17    one up.

18    Q.  Mr. Foshee, in that exhibit, you are an also wearing the

19    blue Gi in that video; is that correct?

12:50PM 20    A.  Yes, ma'am.

21    Q.  I want to go back to the accident.  At the accident

22    scene, you did take some photographs; right?

23    A.  Yes, ma'am.

24    MS. YANG:  Okay.  I'm gonna bring up what's already

12:50PM 25    been stipulated and admitted as Exhibit 1059-6.

UNITED STATES DISTRICT COURT

```
 1    Q.    And Mr. Foshee, this Exhibit 1059-6, is that a

 2    photograph you took yourself?

 3    A.    Yes, ma'am.

 4    Q.    That was taken at the accident scene; is that correct?

 5    A.    Yes, ma'am.

 6    Q.    That was taken immediately after the accident happened?

 7    A.    Yes, ma'am.

 8          MS. YANG:  Let me turn to Exhibit 1059-8.  I'm not

 9    going to bore the Court too much with this picture.

10    Q.    But Mr. Foshee, this picture which we're trying to

11    orient the right way, that's also another picture that you

12    took; correct?

13    A.    Yes, ma'am.

14    Q.    And you also took that at the accident scene?

15    A.    Yes, ma'am.

16    Q.    And you took that immediately after the accident

17    happened?

18    A.    Yes, ma'am.

19    Q.    And as part of your real estate business, you maintain

20    an active social media presence; is that correct?

21    A.    Yes, ma'am, it is.

22    Q.    And one of your social media activity -- or one of your,

23    I guess, forums is Instagram; is that correct?

24    A.    Yes, ma'am.

25    Q.    And, uh, your handle on Instagram is Southern Realtor in
```

12:51PM 5
12:52PM 10
12:52PM 15
12:52PM 20
12:52PM 25

```
 1    OC; correct?

 2    A.   Yes, ma'am.

 3         MS. YANG:  I'm gonna go ahead and pull up what's

 4    already been stipulated as Exhibit 1043.

 5    Q.   And is this Instagram video something you posted on the

 6    day of the accident?

 7    A.   I can't remember if it was the day of the accident, but

 8    it is posted to my Instagram handle.

 9         MS. YANG:  Can you play that one more time?

10              (Exhibit 1043 played.)

11    BY MS. YANG:

12    Q.   And that's video that's in this post, that's a video

13    that you took yourself?

14    A.   Yes, ma'am.

15    Q.   And I see that the date stamp on the Instagram post is

16    March 6, 2021.  Is that the day of the accident?

17    A.   Yes, ma'am.

18    Q.   Okay.  Just talking about your day-to-day life, in your

19    current living situation where you're renting a room, you

20    don't have any day-to-day help; is that right?

21    A.   Uh, Albert Chavez.  Do you mean as far as my business or

22    you just mean as far as my living?

23    Q.   Your living, sir.

24    A.   Living?  No, ma'am.

25    Q.   Okay.  And you're able to get up in the morning, get
```

1    brushed -- get dressed, brush your teeth, make breakfast?

2    A.    Yes, ma'am.

3    Q.    And we just discussed your medications with counsel.

4    You have taken a lot of medication since the accident; right?

12:54PM 5    A.    Yes, ma'am.

6    Q.    And no one is reminding you to take your medication; is

7    that right?

8    A.    Uh, I have reminders on my phone.

9    Q.    Okay.  But a person reminding you to take them, do you

12:54PM 10    have that?

11    A.    No, ma'am.

12    Q.    And you're able to drive to locations wherever you need

13    to go during the day; is that right?

14    A.    Uh, I'm not currently driving.

12:54PM 15    Q.    Okay.  Um, at the time of your deposition, were you

16    driving?

17    A.    Uh, I think so.  I have not been driving since my last

18    automobile accident.

19    Q.    And your driver's license was never taken away or

12:55PM 20    suspended since the accident, was it.

21    A.    No, ma'am.

22    Q.    And after the March 2021 accident, you had to get a new

23    car; right?

24    A.    Yes, ma'am.

12:55PM 25    Q.    And the car you bought after the March 2021 accident was

```
 1    a Hyundai Tucson?

 2    A.    Yes, ma'am.

 3    Q.    And you signed for the purchase agreement and the

 4    financing for that car by yourself; right?

 5    A.    Yes, ma'am.

 6    Q.    Okay.  I wanted to talk about your real estate business

 7    for a bit.  You're employed as a real estate salesperson;

 8    correct?

 9    A.    Yes, ma'am.

10    Q.    You're the principal of Foshee Real Estate Group; right?

11    A.    Yes, ma'am.

12    Q.    Since the March 2021 accident, have you still been able

13    to do your real estate salesperson activities?

14    A.    With the help of Albert Chavez, yes.

15    Q.    Okay.  And sometimes on your Instagram account, you post

16    humorous content about the real estate business; is that

17    right?

18    A.    It is.

19          MS. YANG:  Exhibit 1040 has already been stipulated

20    to and entered into evidence.  Let me pull that up.

21    Q.    And in this post, that's you wearing the red shirt;

22    correct?

23    A.    It is.

24          MS. YANG:  Let me go next to Exhibit 1044.

25    Q.    And is this exhibit that's been marked at 1044, is that
```

UNITED STATES DISTRICT COURT

          1    a review from one of your clients?

          2    A.    Yes, ma'am.

          3    Q.    Okay.  And this is a review from a satisfied customer

          4    praising your skills; is that correct?

12:57PM   5    A.    Yes, ma'am.

          6          MS. YANG:  And then I'm going to pull up what's

          7    been stipulated and entered into evidence as Exhibit 1046.

          8    Q.    And this is another review from a customer; is that

          9    correct?

12:57PM  10    A.    Yes, ma'am.

         11    Q.    Okay.  And, again, it's another review where your client

         12    is praising your skills and your services; is that correct?

         13    A.    Yes, ma'am.

         14    Q.    And, in fact, your business income actually increased

12:58PM  15    from 2021 to 2022; is that correct?

         16    A.    I don't remember.

         17    Q.    Okay.  Do you remember reviewing interrogatory responses

         18    in this case?

         19    A.    I don't know.  What does that mean?

12:58PM  20          MS. YANG:  Okay.  I'm gonna grab a document off the

         21    desk, and I'll be right back.  Sorry about that.

         22    Exhibit 1098 has already been stipulated and entered into

         23    evidence.  Those are special interrogatories.

         24    Q.    So on this page, Mr. Foshee, I'll ask you this first.

12:59PM  25    Do you ever remember reviewing this document before?

```
 1   A.    Um, I think I've seen it, yes.
 2   Q.    Okay.  And does -- this list of, you know, different
 3   numbers after different years, does that help refresh your
 4   recollection regarding what your -- what Foshee Group Real
 5   Estate Inc. income was between 2016 and 2022?
 6   A.    Yes, I see it.
 7   Q.    Okay.  And did your gross income increase from 2021 to
 8   2022?
 9   A.    Yes.
10   Q.    All right.  And then briefly, I wanted to talk about you
11   discussed a car accident a long time ago with counsel where
12   you mentioned hurting your low back.  Do you remember that?
13   A.    Yes, ma'am.
14   Q.    And you were diagnosed back then with SI Joint
15   Dysfunction, weren't you?
16   A.    Yes.
17   Q.    And you were diagnosed with an injury to L-5 to S- 1 in
18   that accident; right?
19   A.    Yes.
20   Q.    I don't want to spend too much time on it, and I don't
21   want to belabor the point.  We've been talking about some
22   of -- one of your symptoms is depression; is that correct?
23   A.    Yes.
24   Q.    And, in fact, depression is something that you've been
25   dealing with for several years; right?
```

UNITED STATES DISTRICT COURT

```
 1    A.   Yes, ma'am.

 2    Q.   And when you were a young man, you enlisted in the Army;

 3    is that correct?

 4    A.   Yes.

 5    Q.   But you were discharged after around 26 days?

 6    A.   Yes.

 7    Q.   And you were discharged in part due to your depression?

 8    A.   Yes.

 9              MS. YANG:  All right.

10              That's all I have for right now.

11                       REDIRECT EXAMINATION

12    BY MR. ERCOLANI:

13    Q.   Mr. Foshee, Ms. Yang asked you about the activities that

14    you performed in the morning.  You're able to perform those

15    on your own?

16    A.   Yes, with reminders.

17    Q.   The memory issues that you discussed earlier on direct,

18    do you -- can you describe for the Court how those affect

19    your functions differently or does it affect your functions

20    differently as it relates to your daily life versus your

21    work?

22    A.   Yes sir.

23    Q.   How so?

24    A.   As an example, because of my memory, my weight severely

25    fluctuates so I even have to have like a reminder on there
```

1    daily to eat which I've been doing intermitting, fasting, so

2    I could help that because I was forgetting to eat or if I had

3    eaten that day.

4    Q.    Ms. Yang showed you your income responses.  Do you see

01:03PM 5    that or remember that?

6    A.    Yes, sir.

7    Q.    Your income went from it looked like in 2020 102,000 to

8    in 2021, the year of this accident, down to 33,000.  Is that

9    accurate?

01:03PM 10    A.    That is.

11    Q.    And why is that?

12    A.    I was taken off work for medical appointments as well as

13    I was takin' a lot of time off with headaches and pain and

14    different things from the accident.

01:03PM 15    Q.    And then it increased in 2022, I believe, to even higher

16    than it had been in 2020; correct?

17    A.    Yes.  I passed everything off to Albert.

18    Q.    How did that happen?

19    A.    I passed the business off to Albert as far as in 2021,

01:04PM 20    there was such a severe decline, um, I had to give Albert

21    more and more things and start being more transparent with

22    him.  He had come to me and said hey, I'm having concerns

23    with your memory and not being able to do things.  Can I take

24    on more of the work load?  I'm a very prideful man.  I grew

01:04PM 25    up taking care of myself and taking care of my family and my

```
 1    kids so it was hard for me to do, but I eventually had to be
 2    able to pass off more and more tasks to him because I had to
 3    be able to do something to sustain.
 4    Q.    And you still accept a proportion of those transactions.
 5    What roll do you play in the transactions?  Are you the
 6    source of the leads or do you perform some day-to-day
 7    function on the transaction?  What is it that you do that's
 8    kind of your contribution?
 9    A.    My contribution is my personality and my connections
10    that I have or had.  And daily, yes, I have tasks.  Albert
11    has to give me a to-do list daily for what I need to do or
12    what activities I need to perform, and then throughout the
13    day, he has to check in with me to make sure I'm doing those
14    things.
15    Q.    So you can still perform some of these functions that
16    you need to kind of be reminded and prodded through the
17    process?
18    A.    Yes.
19    Q.    Is that something that happened before this accident?
20    A.    Never.
21    Q.    We saw from Ms. Yang some of your social media posts.
22    Is that a substantial portion or a small portion of your
23    business generation?
24    A.    Albert's 25, 26 years old.  Every industry runs now off
25    of social media.  Do I like it?  Do I like to deal with it?
```

```
 1    Personally, I don't, but it's the life line for me to be able
 2    to sustain for my business.  Does it represent how I'm
 3    feeling on that day?  No.  Albert would show up at my house
 4    sometimes to record videos or whatever, and I literally would
 5    have to roll out of the bed and take two to three caffeine
 6    pills just to have enough energy to perform those videos.
 7    But it's necessary for my business.  I need to be able to
 8    take care of my kids.
 9             MR. ERCOLANI:  I have nothing further, Your Honor.
10             MS. YANG:  Your Honor, I also have nothing further.
11             THE COURT:  You may step down, sir.
12             THE WITNESS:  Thank you so much.
13             MS. EMERSON:  Calling Mr. Haidary.
14             THE CLERK:  Please raise your right hand.
15                      (Witness sworn.)
16             THE CLERK:  Could you please be seated in this
17    chair?
18             Please state your name and spell it and speak
19    slowly for the record.
20             THE WITNESS:  My name is Ahmad Shafiq Haidary,
21    A-h-m-a-d S-h-a-f-i-q, Haidary, H-a-i-d as in David a-r-y.
22                      DIRECT EXAMINATION
23    BY MS. EMERSON:
24    Q.   Good afternoon, Mr. Haidary.  It's nice to see you in
25    person.
```

01:06PM (line 5)
01:06PM (line 10)
01:07PM (line 15)
01:08PM (line 20)
01:08PM (line 25)

```
 1    A.    Thank you.

 2    Q.    What is your current occupation?

 3    A.    I just recently start working with Applied Medical as a

 4    operator.

 5    Q.    Okay.  And were you previously employed at one point by

 6    United States Postal Service?

 7    A.    Yes, ma'am.

 8    Q.    When did you begin working for the postal service?

 9    A.    Starting in 2019, I believe.

10    Q.    And how long did you work for the postal service?

11    A.    Almost probably three years.

12    Q.    And what positions did you hold at the postal service?

13    A.    That was a requirement was two years working as a City

14    Assistant, CCA, and then after that, you are qualified for a

15    regular employee.

16    Q.    Okay.  Were you employed by the postal service on

17    March 6, 2021?

18    A.    Yes.

19    Q.    What was your position at that time?

20    A.    City Career, the CCA.  I don't what ti stands for right

21    now.  I forgot.

22    Q.    Did that consist of delivering mail?

23    A.    Yes, ma'am.

24    Q.    Did that consist of driving to a home and getting out

25    and walking to deliver mail?
```

A.    Some houses, yes, but some, just drop the mails in the

mailbox.

Q.    Okay.  Do you recall being involved in a collision on

March 6, 2021 while working for the postal service?

01:10PM A.    Yes.

Q.    Do you recall what route you were driving that day?

A.    Could you repeat one more time?

Q.    Do you recall what route you were driving that day?

A.    I don't remember, but just between 32 to 34, that was

01:10PM the route number.

Q.    Okay.  Was that was a route that you had driven before?

A.    Yes, I did.

Q.    Approximately how many times?

A.    Probably more than 30, 40 times.  Yeah.

01:10PM Q.    And just prior to the collision on March 6, 2021, were

you pulled over to the curb at a residence on Ashland Drive

in Laguna Hills, California?

A.    Yes, I did.

        MS. EMERSON:  Your Honor, I'd like to identify

01:11PM Exhibit 55 which has been stipulated to and admitted.  I'll

direct you to page 61.

Q.    Mr. Haidary, do you see what appears to be a Google

image of a roadway in front of you?

A.    Yes.

01:11PM Q.    Does that appear to be the location where your postal

| | |
|---|---|
| 1 | service truck was parked on Ashland drive prior to the |
| 2 | collision on March 6, 2021? |
| 3 | A.   The mailboxes?  Yes.  I was parked there by the curb. |
| 4 | Q.   Okay.  I understand that you are able to draw on the |
| 01:11PM 5 | screen.  Can you put an X or circle on the screen where your |
| 6 | mail truck was parked?  Thank you.  Prior to this collision, |
| 7 | did you have to get out of your vehicle to deliver mail? |
| 8 | A.   These sort of boxes, yes. |
| 9 | Q.   So prior to the collision, you were out of your vehicle, |
| 01:12PM 10 | and then you re-entered your collision prior to the |
| 11 | collision? |
| 12 | A.   After I delivered the mails?  Yeah.  I was trying to get |
| 13 | into -- back to the car. |
| 14 | Q.   When you got back into your vehicle, did you put your |
| 01:12PM 15 | seat belt on? |
| 16 | A.   Yes, I did. |
| 17 | Q.   And did you turn your engine on? |
| 18 | A.   Before we turn the engine on, you put seat belt on.  We |
| 19 | look in the mirror.  Then we turn on the engine.  We look at |
| 01:12PM 20 | it again, right -- I mean left, right, left and then signal, |
| 21 | and then we get into the road. |
| 22 | Q.   Okay.  And when you checked your mirrors left, right and |
| 23 | left again, did you see any vehicles in your mirror prior to |
| 24 | pulling away from the curb? |
| 01:13PM 25 | A.   Before the accident?  Yes, I did. |

1    Q.    Do you recall what vehicle you saw in mirror?

2    A.    I don't remember, but I see there's a vehicles.

3    Q.    Was it the vehicle that your postal truck collided with?

4    A.    Seems like, yes.

01:13PM 5    Q.    And when you saw the vehicle in your mirror,

6    approximately how far away was that vehicle?

7    A.    Probably 200 to 300 feet.

8    Q.    Okay.  And were you able to see it long enough to

9    estimate how fast that vehicle was traveling?

01:13PM 10   A.    The street limit was, uh -- the speed limit was 25 miles

11   per hour.  So based on my information, I was safe to get into

12   the street.

13   Q.    Are you able to estimate how fast that vehicle was

14   traveling?

01:14PM 15   A.    I'm not really sure.

16   Q.    When you pulled away from the curb, what happened next?

17   A.    When -- when I pulled away from the curb, I just -- it

18   sounds like I heard a rock hitting my vehicle.  For a second,

19   I was like what happened?  And then that's it.  That was all.

01:14PM 20   I like turn off my engine, I turn on my emergency light, and

21   I know something has happened.

22        MS. EMERSON:  I'd like to identify Plaintiff's

23   Exhibit No. 1 which has been stipulated to and admitted as

24   evidence.

01:14PM 25   Q.    Mr. Haidary, do you see a photograph in front of you of

1    a postal service truck?

2    A.    Yes, I do.

3    Q.    Is that the postal service vehicle you were driving on

4    the day of the collision?

01:15PM 5    A.    Correct.

6    Q.    Okay.  Did you take this photograph?

7    A.    I don't remember -- no.

8    Q.    Does it appear to be a fair and accurate representation

9    of what the postal service vehicle looked like after the

01:15PM 10    collision?

11    A.    Seems like it, yes.

12    Q.    And I'll ask the same question for this photograph.

13    Does it look like a fair and accurate representation of the

14    postal service vehicle after the collision?

01:15PM 15    A.    Yes.

16    Q.    And Mr. Haidary, what made you think you had hit a piece

17    of rock?

18    A.    The sounds was like -- like -- first of all, I never

19    thought I'm involved in an accident.  I thought a piece of

01:15PM 20    rock hitting, and this is sound inside the vehicle because is

21    a boxy one and all metal, and I thought where does it come

22    from?  I never even thought about it, there's another car

23    collision.

24    Q.    Did you feel the impact?

01:16PM 25    A.    I felt it, yes.

UNITED STATES DISTRICT COURT

```
 1    Q.   Mr. Haidary, after you exited your vehicle, did you call
 2    a supervisor at some point?
 3    A.   I -- in that situation, we train that if any incidents
 4    happened, do not leave the vehicles.  And just what I did, I
 5    just turn on the emergency light and then stay in my vehicle
 6    and then call my supervisor.
 7    Q.   Who was the supervisor that you called?
 8    A.   Uh, Sandra.
 9    Q.   Is that Sandra Labastida?
10    A.   The last name is -- could be, yeah.
11    Q.   Were you required to write a statement after the
12    collision?
13    A.   Oh.  Yeah.  Once Sandra came, she was take over for
14    everything else, and she told me to write the statement.
15    Q.   Okay.  And to your knowledge, was she the supervisor
16    that conducted the investigation after this collision?
17    A.   I believe yes, she was the one.  Yeah.
18    Q.   After this collision, were you put off work for any
19    period of time?
20    A.   We are -- yes.  You -- it's USPS requirement.  Even
21    though it's not your fault, you are part of investigation.
22    You are out of duty.
23    Q.   Okay.  Do you recall how long you were off work after
24    this collision?
25    A.   I'm not really sure, but I know it was more than a week.
```

UNITED STATES DISTRICT COURT

1    Q.    When you returned to work, did you have to meet with a

2    supervisor upon your return?

3    A.    Before I come to work, the USPS requirement to go take

4    again the classes.  You have to review everything again.

01:17PM 5    Yeah.

6    Q.    Do you recall having a meeting with the supervisor upon

7    your return prior --

8              MS. ALARCON:  Objection, leading.

9              MS. EMERSON:  It's a hostile witness, Your Honor.

01:17PM 10              THE COURT:  Go ahead.

11    BY MS. EMERSON:

12    Q.    Do you recall having a meeting with the supervisor upon

13    your return prior to taking the classes that you just

14    mentioned?

01:18PM 15    A.    To mention?  Yes.  The meeting was always asking about

16    the courses or it was training.  The retrain was how that was

17    done?  You know.  And just like emphasize that, just be more

18    careful.

19    Q.    Okay.  Who did you meet with at that time?

01:18PM 20    A.    There was I believe was Abraham although I'm not really

21    sure of his last name.  Abraham?  I'm not -- to be honest, I

22    forgot.  Yeah.

23    Q.    Did Abraham or any other USPS employee tell you that had

24    failed to check clearance?

01:18PM 25    A.    No.

```
 1    Q.    They did not tell you that.

 2    A.    No.

 3          MS. EMERSON:  Your Honor, I'd like to introduce

 4    Exhibit No. 3 which has previously been stipulated to and

 5    admitted.

 6    Q.    Mr. Haidary, do you see a form in front of you, and it

 7    says USPS Postal Service Accident Investigation worksheet?

 8    A.    Yes.

 9    Q.    Have you ever seen this document before?

10    A.    Yes.

11    Q.    Did your supervisor discuss this document with you at

12    your meeting when you returned?

13    A.    Yes.

14    Q.    Did they show you this document?

15    A.    Yes.

16    Q.    Mr. Haidary, I'd like you to look at line number 33 on

17    this document.

18          MS. ALARCON:  Objection, lack of foundation.

19          This is a different document.

20          THE COURT:  Different from what?

21          MS. ALARCON:  Than the previous document which

22    counsel just asked Mr. Haidary if he'd seen.

23          THE COURT:  Overruled.

24          Go ahead.

25    BY MS. EMERSON:
```

1    Q.   Mr. Haidary, do you see at line 33, it reads unsafe

2    practices, failure to check clearance?

3    A.   Line 33?  Yes.

4    Q.   Do you recall the supervisor telling you that you had

01:20PM 5    failed to check clearance when they reviewed this document

6    with you?

7    A.   Probably in a conversation, he mentioned.  I'm -- to be

8    honest with you, I don't remember right now.

9    Q.   Okay.  Were you sent to training after you returned back

01:20PM 10    to work?

11    A.   After training?  Yes.

12    Q.   What did that training consist of?

13    A.   About, uh, how do you drive, the distance, clearance,

14    signals, basic driving for postal office.

01:20PM 15    Q.   And you said one of the reasons for that training is to

16    be more careful; correct?

17    A.   More careful, yes.

18         MS. EMERSON:  Your Honor, may I have one minute to

19    confer with counsel?

01:20PM 20         THE COURT:  Yes.

21         MS. EMERSON:  I have no further questions at this

22    time.

23         THE COURT:  Cross?

24         MS. ALARCON:  Before I begin, similar to plaintiff,

01:21PM 25    Mr. Haidary is designated as a joint witness by plaintiff and

UNITED STATES DISTRICT COURT

|   | |
|---|---|
| 1 | defense so some of my questions will be beyond what was just |
| 2 | asked. |
| 3 | CROSS-EXAMINATION |
| 4 | BY MS. ALARCON: |
| 01:21PM 5 | Q.   Good afternoon, Mr. Haidary.  Before this accident, had |
| 6 | you ever been in a motor vehicle accident as a postal service |
| 7 | city carrier assistant while on the job? |
| 8 | A.   No. |
| 9 | MS. ALARCON:  I'm gonna pull up what has been |
| 01:21PM 10 | marked as Exhibit 1059-6 which has been stipulated to and is |
| 11 | in evidence. |
| 12 | Q.   As we reorient that image, Mr. Haidary, is this a |
| 13 | picture of the vehicle you were driving on the day of the |
| 14 | accident? |
| 01:21PM 15 | A.   There is no pictures. |
| 16 | MS. ALARCON:  I'm sorry. |
| 17 | Madame Clerk, do you mind switching over? |
| 18 | Q.   How many times had you driven a postal vehicle before |
| 19 | the day of the accident? |
| 01:22PM 20 | A.   To the same route?  To the same route? |
| 21 | Q.   Just in general. |
| 22 | A.   From 19 -- I mean 2019.  Since then, I was driving this |
| 23 | vehicle, yeah. |
| 24 | Q.   Can you give an estimate of approximately how many times |
| 01:22PM 25 | you had driven this type of vehicle? |

A.   Every day.  Every day I was delivering mail.  These were
the vehicles we were taking mail.

Q.   And looking at that image on the screen, on the left and
the right side of that postal vehicle are those mirrors?

01:23PM A.   These are mirrors, yeah.

Q.   Would you ever adjust those mirrors?

A.   The USPS requirement, every morning we have to check
those mirrors and adjust it.

Q.   How long would it take you to adjust the mirrors?

01:23PM A.   Less than five minutes.

Q.   Do you recall if you adjusted those mirrors on the day
of the accident?

A.   Yes, I did.

Q.   And approximately how many times had you driven the
01:23PM route you were driving on the day of the accident?

A.   I don't remember exactly, but just I know it was more
than 30 to 40 times, this route.

Q.   Can you describe Ashland Drive for us?

A.   It's a residential, quiet neighborhood.

01:23PM Q.   And you mentioned that you had checked your mirrors
before reentering the road.  Which mirrors did you check?

A.   In a requirement for driving, we have to check left,
right and left again.  Then you can get into the street.

Q.   And you mentioned seeing a vehicle in your mirror.
01:24PM Approximately how far away was that vehicle?

1    A.    Probably 200 to 300 feet.

2    Q.    And approximately how many houses were there between

3    where your vehicle was and that vehicle you saw?

4    A.    Since the houses big, there were probably four to five

01:24PM 5    houses.

6    Q.    And after the accident, were you injured in any way?

7    A.    No.

8    Q.    After the accident, did you move your vehicle?

9    A.    USPS requirement is anytime you get involved in

01:24PM 10    accident, don't move.  Stay the spot you are.

11    Q.    So did you follow that practice?

12    A.    Yes, I did.

13    Q.    Immediately after the accident happened, what did you do

14    next?

01:24PM 15    A.    First of all, in this cases, we have to watch -- I mean,

16    I've been trained to watch the mails, make sure everything is

17    secure.  So I was keeping an eye on my mails and everything

18    is okay.

19    Q.    What, if any, contact did you have with plaintiff?

01:25PM 20    A.    Can you repeat that, please?

21    Q.    What, if any, contact did you have with the plaintiff?

22    A.    I don't remember right now.

23    Q.    Do you recall if you ever saw the plaintiff?

24    A.    I saw Mr. Foshee's vehicle, yes, on my left side.  It's

01:25PM 25    like horrible.

```
 1    Q.   And did -- and are you talking about the car or are you
 2    talking about --
 3    A.   The car.
 4    Q.   Okay.  And after the accident happened, what if, any
 5    contact did you have with Mr. Foshee?
 6    A.   Uh, for a second, I was like -- I mean, it's like I said
 7    what happened?  Just pay attention to my mails to be sure
 8    everything is okay.  And then I saw that the gentleman was in
 9    my right side of my vehicles and asked me are you okay.
10    Q.   Was he standing next to your vehicle or where was he?
11    A.   He came to me.  Yes.  While I was sitting in the car,
12    yes, in my vehicle.
13    Q.   And how did you respond to Mr. Foshee?
14    A.   I mean, I said I'm okay.  I just said are you okay?
15    What happened?  And in that moment, I didn't know I'm
16    involved in accident.  And then he said yes, involved in
17    accident.  Yeah.
18    Q.   When did you realize that you were involved in an
19    accident?
20    A.   When, uh, Mr. Foshee was asking me everything is okay,
21    and I said what happened?  He said we got involved.  And then
22    he said there's kids in the car.  I said are they okay?  He
23    said yes.  And then I notice the car accident.
24    Q.   And where -- where did you see plaintiff's car at that
25    time?
```

A.   I didn't see.  I was sitting in my vehicles.  Yeah.  I

didn't even pay attention that the car hitted me.  Yeah.

Q.   And after the accident happened, did you ever see

plaintiff's car?

01:27PM A.   Oh.  When Sandra comes, you know, Sandra say write your

statement, and then I see that the car is right there in

front of me.  Yes.

          MS. ALARCON:  No further questions at this time.

          MS. EMERSON:  Just a few brief questions.

01:27PM                  REDIRECT EXAMINATION

BY MS. EMERSON:

Q.   Mr. Haidary, I showed you a photograph of the photos,

Plaintiff's Exhibit 1.  Do you recall seeing the photo of the

USPS truck or would you like me to pull it up again?

01:28PM A.   Would you, please?

Q.   Mr. Haidary, do you recall looking at this photograph?

A.   This is the vehicles I was drove, yes.

Q.   And you testified that this is a fair and accurate

representation of your vehicle after the collision; correct?

01:28PM A.   Correct.

Q.   Okay.  Would you agree that the bumper is falling off,

at least partially on this USPS vehicle?

A.   Yes.

Q.   Okay.  And it's your testimony that you did not believe

01:28PM there was a collision until after you exited the vehicle?

```
 1   A.   Yes.

 2   Q.   Do you contend that Mr. Foshee who was driving the

 3   vehicle that you collided with did something wrong to cause

 4   the collision?

 5            MS. ALARCON:  Objection.

 6            Improper opinion, relevance.

 7            THE COURT:  Sustained.

 8            MS. ALARCON:  Argumentative.

 9            THE COURT:  Sustained.

10   BY MS. EMERSON:

11   Q.   Mr. Haidary, you testified previously that you saw

12   Mr. Foshee's vehicle in your mirror, and you estimate it was

13   four to five houses back; is that correct?

14   A.   Yes.

15   Q.   Is it correct that you looked in your mirror long enough

16   to form an estimation of how far away he was?

17   A.   I'm not really sure with the distance, you know, how

18   far.

19            THE COURT:  Wait, wait, wait.  Listen to the

20   question.  You gave an estimate of how far back.

21            THE WITNESS:  200 to 300.  That's what I'm saying.

22            THE COURT:  The question is did you look in your

23   mirror long enough to form that estimate.

24            THE WITNESS:  I was looking enough to feel safe.

25            MS. EMERSON:  Mr. Haidary, it's a yes or no
```

```
  1    question, please.
  2            THE COURT:  Did you look in your mirror long enough
  3    to be able to form an estimate as to how far that vehicle
  4    was?
01:30PM 5          THE WITNESS:  I believe so.  Yes.
  6            MS. EMERSON:  Thank you.
  7            I have no further questions.
  8            MS. ALARCON:  Nothing further.
  9            THE COURT:  All right.
01:30PM10          MS. ALARCON:  May this witness be excused?
 11            THE COURT:  It's up to you all.
 12            You may step down, sir.  You're excused.
 13            Next?
 14            MS. ALARCON:  I believe plaintiff is calling Ms.
01:30PM15   Sandra Labastida.
 16            THE CLERK:  Please raise your right hand.
 17                    (Witness sworn.)
 18            THE CLERK:  Please state your name, spell it, first
 19    and last name for the record and speak slowly.
01:31PM20          THE WITNESS:  Okay.  Good afternoon.  My name is
 21    Sandra, S-a-n-d-r-a, Labastida, L-a-b as in boy a-s-t-i-d-a.
 22                    DIRECT EXAMINATION
 23    BY MS. EMERSON:
 24    Q.   Good afternoon, Ms. Labastida.  Thank you for being here
01:31PM25   today.
```

```
        1    A.   Good afternoon.

        2    Q.   What is your current occupation?

        3    A.   Supervise Customer Service in Dana Point.

        4    Q.   Is that with the--

01:31PM  5    A.   Post office, yes.

        6    Q.   Thank you.  With the United States Postal Service;

        7    correct?

        8    A.   Correct.

        9    Q.   How long have you been employed by the postal service?

01:32PM 10    A.   Um, around, give or take, 20 years.

       11    Q.   And were you employed by the postal service on March 6,

       12    2021?

       13    A.   Yes, I was.

       14    Q.   Do you recall what your role was at that time?

01:32PM 15    A.   I was Acting Manager in Laguna Hills post office.

       16    Q.   Were you the supervisor of Mr. Haidary on March 6, 2021?

       17    A.   Yes, I was.

       18    Q.   Did you respond to the report of a collision on March 6,

       19    2021?

01:32PM 20    A.   Yes.

       21    Q.   Okay.  Did that collision involve Mr. Haidary?

       22    A.   Uh, yes.

       23    Q.   Did you respond to the scene of that collision?

       24    A.   Yes, I went there.  Yes.

01:32PM 25    Q.   When you arrived there, what did you do?
```

A.   I came out of the vehicle.  I asked if everybody was

okay.  I make sure that everybody was in a safe place.  Um, I

approach the, um -- the other driver, the private driver.  I

don't remember the name, I'm sorry.  I asked him if he was

okay, and then I went to the carrier, and I asked him if he

was okay.

Q.   Okay.  Did you take any photographs while you were

there?

A.   Yes, I did.

     MS. EMERSON:  I'd like to pull up Plaintiff's

Exhibit No. 1.  Page 5 of Plaintiff's Exhibit No. 1.

Q.   Ms. Labastida, do you see the photograph there on your

screen.

A.   Yes.

Q.   Did you take this photograph?

A.   I'm not sure.  I take a bunch of pictures that day.

Q.   It this a fair and accurate representation of what the

vehicle looked like when you arrived?

A.   Yes.

Q.   After this collision, did you perform an investigation?

A.   I try to do it, yes.

Q.   Okay.  What did that investigation consist of?

A.   Where the carrier was prior to that, how it happen, what

had happen.  Usually when we show up to the scene, when it's

an accident, we make sure that everybody is fine.  We make

1    sure that everybody is in safe place, and then we proceed to

2    talk to the other person involved and the carrier.

3           When I said I try to do the investigation because

4    the time I start asking everybody was okay, what had

01:34PM 5    happened, the private driver would not cooperate with me.  He

6    was really irritated so I couldn't proceed with the normal

7    investigation.

8    Q.   When you say the other driver was irritated, what did

9    you witness?

01:34PM 10   A.   Well, when I approach him to -- to see if I can get his

11   part of the -- you know, um, part of the report that what had

12   happened, he would not cooperate with me.  He was just like

13   covering the vehicle and will not talk to me or answer me any

14   straight questions.  He was really irritated.

01:35PM 15   Q.   Do you recall Mr. Foshee telling you he wasn't

16   comfortable with you?

17   A.   No, I don't remember him saying that, no.

18   Q.   Do you remember him saying that he had kids in his car

19   and was concerned about them?

01:35PM 20   A.   Uh, I remember he says my kids are there.  I remember he

21   says they're okay.

22   Q.   Okay.  Do you remember him saying that he was concerned

23   about them?

24   A.   No.

01:35PM 25   Q.   Other than the day of the collision, did you conduct any

```
 1   investigation afterwards?

 2   A.   When I -- before we leave the scene, I did the

 3   investigation.  I start, uh, taking the pictures.  I was

 4   there for, uh. . . I was there over 30 minutes, and that was

 5   when my -- uh, taking pictures, taking, um, the carrier or

 6   the, uh, employee statements.

 7   Q.   As part of your investigation, did you have to create

 8   any type of report?

 9   A.   Yes, we do create reports.  Yes.

10        MS. EMERSON:  I'd like to pull up Plaintiff's

11   Exhibit No. 3.

12   Q.   Ms. Labastida, do you see a document in front of you

13   titled U.S. Postal Service Accident Investigation worksheet?

14   A.   Yes.

15   Q.   Does this document look familiar to you?

16   A.   Uh, yes.

17   Q.   Was this a document you filled out?

18   A.   I'm not sure.  I do it on the computer so I cannot tell

19   you if this is the specific one that I did it.

20   Q.   At the bottom of page number 1, do you see where it says

21   employee name, Ahmad Shafiq Haidary?

22   A.   Yeah.

23   Q.   And was this report created in response to the collision

24   that involved Mr. Haidary on March 6, 2021?

25   A.   I'm assuming, I'm not sure.
```

The timestamps in the left margin read: 01:35PM (line 5), 01:35PM (line 10), 01:36PM (line 15), 01:36PM (line 20), 01:36PM (line 25).

|   | |
|---|---|
| 1 | Q.   On page 3 of this Exhibit, line 43, it says investigator |
| 2 | printed name and signature, Sandra Labastida.  Is that you? |
| 3 | A.   That's me. |
| 4 | Q.   Does this refresh your recollection if you created this |
| 01:37PM 5 | report? |
| 6 | A.   Uh, not necessarily.  When -- usually when we did the -- |
| 7 | when I do the forms, we print it up, and then we sign it, and |
| 8 | then we send them to -- to, uh, safety. |
| 9 | Q.   Is there any reason to believe someone other than you |
| 01:37PM 10 | completed this report? |
| 11 | A.   Not necessarily, no. |
| 12 | Q.   Do you see this document titled PS Form 1769/301 |
| 13 | accident report? |
| 14 | A.   Do I see it?  Yes. |
| 01:37PM 15 | Q.   Is this an additional document that goes along with the |
| 16 | first one I showed you as part of the investigation? |
| 17 | A.   That's part of the package, yes. |
| 18 | Q.   And I want to direct your attention to line number 10. |
| 19 | It says serious accident, and then it says yes.  Can you |
| 01:38PM 20 | explain why you wrote yes next to serious accident? |
| 21 | A.   Most of these answers are options that you have on the |
| 22 | report, it's not like you can do your own, and it has either |
| 23 | yes or no.  Usually when it's an actual accident that we have |
| 24 | to report to safety, it's a yes. |
| 01:38PM 25 | Q.   Okay.  So you had the option to select no. |

A.   You can have an option, yes.

Q.   Your only option was no.

A.   I did not say that.  I don't remember if that's the only other option.  It could be yes, no or NA perhaps.

01:38PM Q.   And I want to direct your attention to lines 32 and 33. Line 32, it says unsafe personal factor.  Is that supposed to say personnel?

A.   It's one of the options.  I'm not sure.  Every time you have an accident, you have three different options that what

01:39PM do you believe link to the -- to the, uh, accident perhaps or incident.

Q.   And unsafe personnel factors is meant to refer to personnel as an employee.  Correct?

A.   Uh, correct.

01:39PM Q.   Okay.  And it says other unsafe personal factor.  And then line 33, unsafe practices, failure to check clearance. Did you write that?

A.   It's one of the options the report will give me.  It's not -- most of that I can't -- 99 percent of that report,

01:39PM it's just an option you have.

Q.   Okay.  So you decided to choose the option that it says failure to check --

A.   At that moment, that would have been my -- my answer, why was the accident.

01:39PM Q.   Okay.  And that's in reference to Mr. Haidary; correct?

A.    That's a -- that's an option.  The only thing that I can

opinion at the moment is the carrier, the employee.  This is

the employer report.  This is not about the other person.

Q.    I understand.  Yes.  And it's just a yes or no question.

01:40PM 5  This is in reference to Mr. Haidary; correct?

A.    Uh, yes.

Q.    I want to direct your attention to line 100 on page 7.

It says preventive action, provide training and instruction.

Is that an option that you chose to put into this report?

01:40PM 10  A.    Correct.

Q.    Okay.  Did you make the decision to send Mr. Haidary to

training?

A.    Everybody -- if we have an accident, we do the training

and instructions for the employee to prevent any other

01:40PM 15  further incidents, yes.

Q.    Okay.  So everyone who has an accident has to undergo

additional training; correct?

A.    Uh, not necessarily, depending what kind of accident or

incident cause it's one report for all kinda accidents or

01:40PM 20  incidents that we have in the post office.

Q.    So if a postal service vehicle is rear ended by another

vehicle, would that driver be sent to remedial training?

A.    Yes.

        MS. EMERSON:  Your Honor, I have no further

01:41PM 25  questions at this time.

1           THE COURT:  That last form, not this one, the one

2     before that, the one where personal or personnel spelled two

3     different ways, and obviously had two different meanings?

4     Lines 32 and 33?

01:41PM 5           THE WITNESS:  Mm-hmm.

6           THE COURT:  Did you have any input there with

7     respect to anything on lines 32 or 33?

8           THE WITNESS:  Like I mentioned, it's a report that

9     we have to fill it out, and it's options that you view on

01:41PM10    drop downs.

11           THE COURT:  My question is did you have any input

12    on what's contained on lines 32 and 33?

13           THE WITNESS:  Uh, Yes, I do.

14           THE COURT:  So what was your input?  What did you

01:42PM15    write or cause to appear on those lines?

16           THE WITNESS:  As a supervisor, as an employee, we

17    are required to drive, um, defensive meaning we have to have

18    more precaution to prevent accidents because we're on the

19    clock.  When -- we have a very limited view on the vehicle.

01:42PM20    So as a postal employee, we're required to overview that

21    safety around it.

22           So, to me, in that moment, it was if he failed to

23    do it, that's why it was an accident.  To me or to a postal

24    employee, it is preventable if you would not move move.  That

01:42PM25    doesn't mean it's legal or illegal.  It's just the perception

UNITED STATES DISTRICT COURT

     1    that I have as the supervisor to employee.

     2              THE COURT:  Okay.  So I guess the answer is --

     3    well, did you type in the words other unsafe personal factor

     4    or failure to check clearance?  Did you actually type --

01:43PM  5              THE WITNESS:  I did not type them, no.

     6              THE COURT:  You did not.

     7              THE WITNESS:  It's options.

     8              THE COURT:  Pull down?  Pull down menu?

     9              THE WITNESS:  Mm-hmm.

01:43PM 10              THE COURT:  Okay, good.  Thank you.

    11              THE WITNESS:  Mm-hmm.

    12              THE COURT:  All right.

    13              MS. EMERSON:  Your Honor, may I ask one further

    14    question?

01:43PM 15              THE COURT:  Absolutely.

    16    BY MS. EMERSON:

    17    Q.   Ms. Labastida, you said that a postal truck had limited

    18    view; correct?

    19    A.   When it comes to the back part, that meaning we have

01:43PM 20    mirrors, a lot more mirrors than the regular, uh, vehicle.

    21    Q.   Okay.  So because it has limited view, would you agree

    22    that a driver has to take extra safety precautions than if

    23    they were in a passenger vehicle?

    24              MS. ALARCON:  Objection.

01:43PM 25              Improper opinion, lacks foundation, speculation.

```
 1              THE COURT:  Sustained.

 2              MS. EMERSON:  I have no further questions at this

 3    time.

 4              MS. ALARCON:  As for the last two, Ms. Labastida is

 5    a joint witness.

 6                        CROSS-EXAMINATION

 7    BY MS. ALARCON:

 8    Q.   Good afternoon, Ms. Labastida.

 9    A.   Good afternoon.

10    Q.   When you arrived at the accident scene, what did you

11    see?

12    A.   If I can recollect, it's been a long time, but, um, I

13    remember seeing the LV leaving the curb.  It was another

14    vehicle parked, um, in front of him.  And then in the same

15    distance or right in between, there was the private vehicle

16    still in the middle of the street, and I went around and --

17    and parked in front of them.

18    Q.   Was the plaintiff's vehicle in front of the LLV?

19    A.   As a distance, yes.  Not right in front but as a

20    distance, yes.

21    Q.   And did you ever see the plaintiff?

22    A.   Yes, I did.

23    Q.   Mr. Foshee.

24    A.   Yes.

25    Q.   Did you see that Mr. Foshee was bleeding?
```

1    A.    No.

2    Q.    Did you see any visible bumps or bruises on Mr. Foshee?

3    A.    No.

4    Q.    Did Mr. Foshee appear to be in any physical distress to

01:44PM 5    you?

6    A.    Uh, other than irritated, no.

7    Q.    So you mentioned needing to take pictures as part of

8    your investigation.  What did you need to take pictures of?

9    A.    When we sent all the package to the post office for

01:45PM 10    insurance purposes and all creation of the scene or the

11    accident, we are required to take much as information we can;

12    pictures, statements, um, street names, if any witnesses were

13    around or whatever the case is, driver's license to both

14    parties and everything.

01:45PM 15    Q.    Were you able to take pictures of plaintiff's vehicle?

16    A.    I was trying, but, no, he was covering the vehicle for

17    me not to take pictures.

18    Q.    You mentioned needing to get a statement.  Were you able

19    to get that statement?

01:45PM 20    A.    From who?

21    Q.    From the plaintiff.

22    A.    From the private driver?

23    Q.    Yes, the private driver.

24    A.    He refused to do so.

01:45PM 25    Q.    And you mentioned needing to get the private driver

UNITED STATES DISTRICT COURT

1    driver's licence.  Why did you need that information?

2    A.    I needed it to send to safety department of the post

3    office.  I need to get all the information and send

4    everything to them.  I'm assuming it's for insurance purposes

01:46PM 5   to cover the -- the damage or whatever the case was.

6    Q.    What, if anything, did you do to obtain this

7    information?

8    A.    I asked him for it, and he refused to give it to me.

9    So, uh, at that point, when I saw it was no cooperation for

01:46PM 10   me to do my job and to -- one of my jobs is to protect the

11    interests of the post office, and this is regards that, I had

12    to call the police.

13    Q.    Did you call for an ambulance?

14    A.    Uh, no, because when I asked if everybody was okay, they

01:46PM 15   were okay.  I don't feel it was needed it, to call an

16    ambulance, no.

17    Q.    Did the police arrive?

18    A.    Yeah, they did.

19    Q.    What happened after the police arrived?

01:46PM 20   A.    Right between that, um, they arrive, I was in the

21    vehicle because, um, as I was not obtaining the information,

22    and -- and the private driver was kinda irritated again,

23    the -- my supervisor cause I took a supervisor with me got

24    out of the vehicle and told me go in the vehicle.  You need

01:47PM 25   to stay there just to prevent any further difficulties.

UNITED STATES DISTRICT COURT

1          The police arrived there, and I approach the

2     private driver and -- and the employee, the postal employee,

3     and they talk to them.  If I'm not mistaken, it was two

4     different officers.  And then I came out of the vehicle, and,

01:47PM 5     uh, I present myself.  I show 'em my badge and ask them if

6     he -- I could get, uh, information from the driver because he

7     was not willing to give it to me.

8     Q.   And what if -- were you able to obtain that information?

9     A.   Through the police, yes.

01:47PM 10    Q.   How long did your interaction last with the private

11    driver in total?

12    A.   I did not have much interaction with him because he

13    would not cooperate with me so I'm not sure.  With him

14    personally, I don't think it was long.

01:48PM 15    Q.   After you obtained the information from the private

16    driver, what did you see the private driver do next, if

17    anything?

18    A.   After, um. . . when everybody was getting to moving

19    along, when we have the -- the insurance, I saw him driving

01:48PM 20    down to a park and park in there and took the kids out.

21    Q.   Out into the park?

22    A.   Yeah, they run into the park, yes.

23          MS. ALARCON:  No further questions at this time.

24          MS. EMERSON:  Just a few more questions.

01:48PM 25

134

```
 1                      REDIRECT EXAMINATION

 2   BY MS. EMERSON:

 3   Q.    Ms. Labastida, you said that Mr. Foshee who was the

 4   driver of that private vehicle would not speak with you;

 5   correct?

 6   A.    Correct.

 7   Q.    And that he was uncooperative?

 8   A.    Correct.

 9   Q.    How did you determine that he was okay and did not need

10   an ambulance?

11   A.    The way he was acting and moving.  He was a lot of time

12   on his phone.

13   Q.    Okay.  Did you observe that Mr. Foshee had children in

14   his vehicle?

15   A.    I notice the kids after it was mentioned, yes.

16   Q.    Okay.  At any point, did he say please don't take photos

17   of my children?

18   A.    Hmm, I never attempt to take pictures of the children.

19              MS. EMERSON:  I have no further questions.

20              THE COURT:  Were all the kids in a car seat?

21              THE WITNESS:  I -- I -- after I saw them going to

22   the park, I believe it was two, and I can see their little

23   heads jumping around.

24              THE COURT:  I think you could be excused.

25              Thank you.
```

```
 1              MS. ALARCON:  Your Honor, can I ask one brief
 2    question?
 3              THE COURT:  Oh.  No, I'm sorry.  Okay.
 4                       RECROSS-EXAMINATION
 5    BY MS. ALARCON:
 6    Q.   How long were you at the scene of the accident in total?
 7    A.   Um, by the time I arrival in there after I leave,
 8    probably it was around an hour because I have to wait for the
 9    towing truck to take the LV.  I would not leave the LV
10    unattended on the street.  So it's -- it was longer after
11    that.
12              MS. ALARCON:  Thank you.  No further questions.
13              May this witness be excused?
14              MS. EMERSON:  Yes.
15              MS. ALARCON:  Thank you.
16              THE WITNESS:  Thank you.
17              MR. ERCOLANI:  Your Honor, our next witness is
18    Dr. Mobin.  He's waiting in the hall.  Maybe we can take a
19    brief break to confer with him?  He'll probably be on the
20    stand for a little while.
21              THE COURT:  Okay.
22              THE CLERK:  15 minutes.  All rise.  We're on break.
23                       (Recess taken.)
24              THE COURT:  Back on the record.
25              MR. ERCOLANI:  Your Honor, the plaintiffs would
```

01:49PM  5
01:50PM 10
01:50PM 15
01:50PM 20
02:10PM 25

```
 1    like to call Dr. Fardad Mobin.
 2              THE CLERK:  Please raise your right hand.
 3                        (Witness sworn.)
 4              THE CLERK:  Thank you.
 5              Please be seated in this chair.  Speak directly in
 6    the mic so we can hear you.  Pull it forward.
 7              Please state your first and last name, spell it,
 8    and speak slowly for the record, please.
 9              THE WITNESS:  Fardad Mobin, F-a-r-d-a-d M-o-b-i-n.
10              MR. ERCOLANI:  Good afternoon, Dr. Mobin.
11              Your Honor, in this matter, Ms. Yang and I have
12    stipulated that the expert witnesses' CVs will be admitted,
13    and their expertise will be stipulated so I will abbreviate
14    and truncate dramatically some introduction of Dr. Mobin if
15    that's okay.
16              THE COURT:  That's great.  By any chance, of all
17    the paperwork I have up here, do I happen to have the CVs?
18              MR. ERCOLANI:  Yes, Your Honor, Exhibit 57,
19    page 80, I believe.
20              THE COURT:  Excellent.  I will find it.  Thank you.
21              MR. ERCOLANI:  It's not page 80, Your Honor, I
22    apologize.  It begins at page 75 and runs through his fee
23    structure.
24              THE COURT:  Exhibit number?
25              MR. ERCOLANI:  Exhibit No. 57.  Page number 75
```

        1    begins the CV of Dr. Mobin.

        2              THE COURT:  Good.  Thank you.

        3                      DIRECT EXAMINATION

        4    BY MR. ERCOLANI:

02:12PM 5    Q.    And Dr. Mobin, you've provided your CV in this case.  Is

        6    that current and up-to-date CV for your expertise and

        7    experience?

        8    A.    I believe so, yes.

        9    Q.    Can you generally take the Court through your

02:12PM10    background, what it is that you do for a living and what your

       11    training and experience is?

       12    A.    I'm a neurosurgeon.  I'm in private practice.  I've been

       13    practicing in the field of neurosurgery for closer to

       14    25 years.  I started my medical training at the University of

02:13PM15    California Davis.  I completed that in 1995.  I attended

       16    UC Davis Medical Center for general surgery training, and

       17    after the first year of internship, I did my neurosurgical

       18    training at the same hospital, UC Davis Medical Center.

       19              I did my neuroradiology, neuropathology, stroke

02:13PM20    neurology and functional neurosurgery training at UCLA during

       21    my residency.  I went back to UC Davis for my completion of

       22    my training.  I was the Chief Resident for the last year of

       23    the training.  I went back to UCLA as a clinical instructor

       24    and Fellow in the Department of Neurosurgery, and I completed

02:13PM25    my fellowship in 2002.  I've been in private practice since

```
 1    then uninterrupted.

 2    Q.    Do you have a clinical practice to this day?

 3    A.    I do.

 4    Q.    How many days a week approximately do you perform

 5    surgery and see patients in your clinical practice as opposed

 6    to any time that you dedicate to medical legal work?

 7    A.    I see patients five days a week.  Surgeries are one to

 8    two days a week.  Med-legal type work is about five percent

 9    for depositions and court appearance and 20 percent for doing

10    reports and record reviews and opinions.

11    Q.    What were you asked to do in this case?

12    A.    I wasn't really asked directly, but I did see Mr. Foshee

13    on three occasions.  I have reviewed a large volume of

14    medical records, depositions, imaging studies in relation to

15    his complaints of neck pain and lower back pain and a

16    condition called radiculopathy which is also known as

17    sciatica for the lower extremities and arm pain for the upper

18    extremities after the March 6, 2021 accident, and I have

19    provided my opinions regarding causation, reasonableness of

20    care and future care.

21    Q.    Thank you.  Dr. Mobin, did you prepare a Rule 26

22    expert's report in this case?

23    A.    I have, yes.

24    Q.    Is that what is being displayed -- your initial report,

25    is that what's being displayed in front of you as Exhibit 57?
```

```
 1   A.    That's correct.

 2   Q.    And within that report, do you identify all of the

 3   medical records that you reviewed in this case?

 4   A.    Yes.

02:16PM  5   Q.    In the course of your review of medical records, did you

 6   find reference to medical records that would indicate there

 7   was other relevant records that you wanted to see?

 8   A.    There were some indications of follow-up visits which I

 9   ultimately did receive.

02:16PM 10   Q.    Other than the things that you did receive, is there any

11   records that you wanted or that you saw a reference that you

12   believed were relevant that you have not received?

13   A.    Not that I know of, no.

14   Q.    Were you provided records related to Mr. Foshee's

02:16PM 15   treatment before the March 6, 2021 accident that we're here

16   to discuss?

17   A.    Yes.

18   Q.    And you reviewed those records?

19   A.    I have.

02:17PM 20   Q.    Did you receive images, the images themselves of MRIs

21   and CT scans that were performed on Mr. Foshee?

22   A.    Yes.

23   Q.    Did you review those images?

24   A.    I did.

02:17PM 25   Q.    Is that something you do as part of your clinical
```

1   practice when treating patients?

2   A.   Yes.

3   Q.   What is your training and background regarding reading

4   MRIs of the cervical and lumbar spine?

02:17PM 5   A.   As I said, I had direct training at UCLA.  I did a

6   neurology rotation within the residency.  As a part of

7   training as a neurosurgeon, we are well-established in

8   reading x-rays, CAT scans, MRIs.  We have to depend on our

9   reading to make life and death decisions.  And we've seen

02:17PM 10   more than 10,000 MRIs probably, perhaps more over my career.

11   Q.   Do you frequently review MRIs and rely on your opinions

12   based on those MRIs before you perform a surgery?

13   A.   Yes.

14   Q.   When performing a surgery, does that then instruct you

02:18PM 15   about what you reviewed and whether you were correct in your

16   observation?

17   A.   Yes.

18   Q.   And over a period of time, has that also instructed or

19   informed how you read MRIs?

02:18PM 20   A.   That's the advantage that clinicians have over

21   radiologists.  We actually correlate what we see on the

22   imaging studies with what we observe, experience and treat

23   for patients intraoperatively.

24   Q.   Turning your attention to -- Dr. Mobin, do you have your

02:18PM 25   Rule 26 report with you there?

A.    Yes.

Q.    Turning your attention to the opinions that you generated in this case, would you please tell us what opinions, if any, have you generated concerning the matters that you said you were here to speak on?

            THE WITNESS:  Your Honor, may I refer to my report?

            THE COURT:  Absolutely.

            THE WITNESS:  So as far as my opinion, they're all listed in the Rule 26 report.  There's a diagnostic section which starts on page 17.

            I have -- the first diagnosis for Mr. Foshee after evaluating him after reviewing all the pertinent records and imaging studies, that this gentleman was involved in a side impact car collision with closed head trauma, cervical spine on lumbar spine trauma.

            He did have constellation of symptoms after the accident consistent with cervical radiculopathy which there is a disk in his neck that was pinching the nerve that became either activated for -- actually, the disk was ruptured because of the accident.  The end result was that he was complaining of new onset arm pain after the accident.

            He also complained of new onset left-sided radiculopathy in his leg.  He did have prior history of low back pain but no indication of sciatica prior to the accident.  So after reviewing all the imagining, his direct

1    history to me and also the records that I reviewed in

2    examining him, it became evident that his sciatica symptoms

3    did start after the collision.

4         My other opinion was that he has undergone a

02:20PM 5    surgical intervention referred to as Anterior Cervical Fusion

6    and Discectomy which is ACDF for the C-5,6 level but

7    continued to have ongoing chronic pain in his neck and also

8    ongoing right-sided arm symptoms which his radiculopathy.

9    BY MR. ERCOLANI:

02:21PM 10    Q.    Taking each of the things that you've just spoke about,

11    concerning opinions you generated concerning Mr. Foshee's

12    cervical spine, you mentioned that he developed

13    radiculopathy.  In your review of his medical records prior

14    to this accident, those go back as much as, I believe, eight

02:21PM 15    years at Kaiser; is that correct?

16    A.    Yes.

17    Q.    Prior to this accident?

18    A.    I've seen 2014, yes.

19    Q.    Sorry, seven years.  In any of those seven years of

02:21PM 20    records, and additionally, I believe you have some

21    chiropractic records, was there any discussion of

22    radiculopathy, any complaints of radiculopathy or anything

23    that Mr. Foshee was experiencing radiculopathy prior to this

24    accident?

02:21PM 25    A.    Not that I saw.

Q.   What's the significance of that, if any, to you?

A.   So given the fact that Mr. Foshee was complaining of neck pain and arm pain very shortly after the accident, even prior to the March 24th MRI, it's evident that there's a direct causation, medical causation for his onset of radiculopathy in relation to the accident he had.

Q.   Is there, uh -- do you believe to a reasonable degree of medical probability that Mr. Foshee's injury to his cervical spine was caused or substantially caused by the March 6, 2021 car accident?

A.   That's my opinion.

Q.   Other than the onset of radiculopathy pain that did not exist prior to what you just told us about, is there anything else that you observed in the imaging or the records that lead you to that conclusion?

A.   So as far as correlation with imaging studies, we have an MRI which was, I believe, three weeks or so after this subject accident.  I believe it's March 24, 2021?  That particular MRI has elements in it that are suggestive of recent traumatic changes.

        And if you have -- the image, this is, I believe, page 51 of my report.  It's under imaging studies, first image.  And there are particular sequences on the MRI that allows us to see water versus fat versus other elements.

        The image on the left-hand side is a particular

sequence that looks at water in a bright manner.  It's a T2
weighted image.  And if you look at the MRI, and I have a
model in my hand which shows the vertebral bodies, there is
particular signature of water content in the front of the
vertebrae, in the very anterior or front of the vertebrae.

          And that's consistent with an impact that's what's
called a hyperflexion impact.  When the head whips forward,
and the two vertebrae are injured in the front portion, that
area shows up as a high T2 signal or bright signal.  It's a
white signal within the very end plates in the front of the
spine.

          And on top of that, we also see a high intensity
signal within the disk itself.

          In addition to that at the 5, 6 level which is the
level above, the disk that's herniated has the same signal
characteristic as the proper disk meaning that if you look at
the disk herniations that's come, the portion that's coming
out from the nucleus of the disk, from the center part of the
disk has the same signal signature.  In other words, this
part of the disk that's herniated had not been sitting out of
the spinal canal for months or years.  It's a recent
herniation.

Q.   How can you tell that?

A.   Multiple things.  One, as I said, the signal of the disk
proper and the part that's herniated is one in the same.

1    One.

2         Number two, there is no bone spur formation, the

3    so-called osteophytes.  Osteophytes are by definition

4    formation of bone due to degenerative forces that occur to

02:25PM 5    the end plates that cause overgrowth or over, uh -- off,

6    uh -- overgrowth of the bone coming out from the spine called

7    bone spur.  We don't see any of that.

8         So this is not a disk that's been sitting in the

9    spinal canal for a number of years or a long-standing

02:25PM 10   degenerative change.  More so it is indication of a recent

11   disk herniation and also indication at C-7 T1 vertebrae has

12   an initial and traumatic injury to them.

13   Q.   Are these observations that you're making be what you

14   call objective findings?  It's visible here in the image.

02:26PM 15   A.   They are.

16   Q.   Do these objective findings correlate with what you

17   reviewed in Mr. Foshee's medical records concerning the new

18   onset or, uh -- new onset of radiculopathy complaints?

19   A.   So the correlation is also done, uh, across -- across

02:26PM 20   time.  This one of the cases that we have multiple MRIs.  So

21   to answer your question, yes, it's correlated with patient's

22   complaints.  And two, we have cross-sectional data meaning

23   that we have -- if you look at time line, we have MRIs in

24   2021, uh, in March, then in July.  Then we have July of 2022.

02:26PM 25        And what we see is the edema is getting less and

| | |
|---|---|
| 1 | less and less.  So in degenerative conditions, it should |
| 2 | actually increase.  We should see more degenerative signal. |
| 3 | But over time, the swelling is coming down, and we see less |
| 4 | and less prominence of that at C-6, C-7. |
| 02:27PM 5 | Q.   You said further indication that the March 6, 2021 was |
| 6 | the cause, in fact, of that bright signal strength? |
| 7 | A.   Yes. |
| 8 | Q.   We've learned that you can use your finger on this |
| 9 | court's wonderful system and circle things.  Dr. Mobin, can |
| 02:27PM 10 | you for the Court's benefit point out the areas where you're |
| 11 | instructing us that there's bright signal strength indicating |
| 12 | the recent injury. |
| 13 | A.   So I just circled the area.  The two bright spots that |
| 14 | we see within the red circle are indication of what we call |
| 02:27PM 15 | trabecular bone or part of the vertebrae that is containing |
| 16 | edema in it or water content in it.  And in comparison to the |
| 17 | image next to it which is a T1 sequence, we see that's a dark |
| 18 | signal.  Now, if you look at the water, this is the spinal |
| 19 | fluid which is up here, that's bright on this particular |
| 02:28PM 20 | sequence, and we can see the spinal fluid is dark on this |
| 21 | particular sequence so that's how I know which sequence I'm |
| 22 | looking at. |
| 23 | Q.   You talked about the presence of bright signal strength |
| 24 | or fluid.  What does fluid going into the area indicate? |
| 02:28PM 25 | What's the significance of that? |

A.    So that's the initial, uh, cascade of trauma.  There is

trauma to the bone.  There is sequence of things that

happened.  One of them is changes within the bone itself and

local edema, local inflammation that sets in.  One of the

findings of inflammation or swelling is local edema which is

bright on T2.

Q.    So when there's the injury in the area, the body rushes

fluid to the area as a response.

A.    Correct.

Q.    And that's what we see in Exhibit 57, page 51, uh, in

the left most image that you circled.

A.    Correct.

Q.    And in the middle image as well, that's also edema, but

this appears darker in that sequence based on the way it's

rendered.

MS. YANG:  Objection, leading.

THE COURT:  Sustained.

BY MR. ERCOLANI:

Q.    Is there a reason that it appears white in one and dark

in the other?

A.    Yes.

Q.    Why?

A.    As I mentioned earlier, the spinal fluid is bright on

this particular sequence which is the T2 sequence so water

appears bright.  This image next to it which is a T1

1    sequence, the water is dark.  So edema appears to be what we

2    call low intensity so it's darker.

3    Q.   Do you believe that the treat -- strike that.

4         Did you review Mr. Foshee's medical records for the

02:30PM 5  treatment that he obtained following this accident and before

6    his cervical fusion surgery in September of 2022,

7    approximately 18 months after this accident?

8    A.   I did.

9    Q.   Was the treatment that he received reasonably medically

02:30PM 10  justified?

11   A.   It was, yes.

12   Q.   Can you tell us to a medical degree of probability, was

13   that treatment necessary as a result of the March 6, 2021 car

14   accident?

02:30PM 15  A.   The treatment that he had subsequent to the March 2021

16   accident was in a correct sequence.  It was from less

17   invasive to more involved treatment.  In other words, he had

18   initial chiropractic treatment, medical management.  His care

19   was appropriately escalated to pain management evaluation.

02:30PM 20       He had two cervical epidurals to try to contain his

21   complaints of arm pain and neck pain.  He did not have a

22   positive response to that.  Ultimately, he was recommended to

23   see a spine surgeon.  So Dr. Cheung is a neurosurgeon, and

24   Dr. Cheung did offer him the cervical fusion that he

02:31PM 25  ultimately had.

1    Q.    And Dr. Cheung is a neurosurgeon with Kaiser; correct?

2    A.    That's correct.

3    Q.    And do you agree with Dr. Cheung's recommendation for

4    him to undergo the ACDF surgery?

02:31PM 5    A.    Yes.  He was an appropriate candidate for that.

6    Q.    Now, Mr. Foshee has talked about whether he would have

7    fusion at 5'6 and 6'7 and some discussions that he had with

8    Dr. Cheung concerning why he would do one versus both.  Do

9    you have any opinions concerning whether it was medically

02:32PM 10    appropriate for Dr. Cheung to do just 5'6 or 5'6 and 6'7 at

11    the same time?

12    A.    Uh, there is no problem as far as doing the 5'6 with the

13    understanding that he would of ultimately needed 6'7.  The

14    decision to do a less invasive surgery is something that's

02:32PM 15    taken place between the doctor and the physician's patient.

16    And as we increase levels of surgery, there's a higher chance

17    of complication.  So that's a balance of benefits versus harm

18    that the physician has to consider before ultimately

19    providing the actual surgery for the patient.

02:32PM 20    Q.    Do you have an opinion as to whether Mr. Foshee will

21    need to expand his fusion to 6'7?

22    A.    My opinion is that he does need it as of now, yes.

23    Q.    And that is based on what?

24    A.    It is based on his ongoing right-sided arm symptoms

02:32PM 25    which are consistent with the C-6'7 pathology meaning that

       1    the nerve that's being compressed at the C-6'7 level is the

       2    one that goes to his triceps, and he has significant weakness

       3    in his triceps muscle at the last time I seen him as recent

       4    as February of this year.

02:33PM 5    Q.    Now, are you aware that Mr. Foshee has been in a couple

       6    of subsequent car accidents after the one with the postal

       7    truck?

       8    A.    Yes.

       9    Q.    Did you review medical records after Mr. Foshee's

02:33PM 10   cervical fusion surgery but two days before his November 4th

      11    car accident on his birthday?

      12    A.    I did.

      13    Q.    Was there any reference in those records to radicular

      14    pain?  Did the surgery resolve all of his radicular pain?

02:33PM 15   A.    There was reference surgery did not resolve the entirety

      16    of right-side arm symptoms prior to November 4th accident.

      17    Dr. Cheung, the neurosurgeon, saw him on November 2nd, and

      18    his note very succinctly states that there's still residual

      19    right upper extremity pain.

02:34PM 20   Q.    Is that an indication to you whether as of November 2nd,

      21    2022, Mr. Foshee was gonna need that C-6 C-7 fusion as well?

      22    A.    Well, he was certainly symptomatic still.  And

      23    Dr. Cheung was trying to see if the passage of time would

      24    help that, but it didn't.  So I think my opinion is that he

02:34PM 25   would ultimately need the C-6'7 surgery even in absence of

UNITED STATES DISTRICT COURT

1     the November 4th, 2022 accident.

2     Q.    Can you tell us to a reasonable degree of medical

3     probability that Mr. Foshee was going to need the C-6 C-7

4     fusion surgery in the future even absent the November 4th,

02:34PM 5     2022 collision?

6     A.    That's my opinion, yes.

7     Q.    In the process of fusing C-5 C-6, does -- does that have

8     any other effect on the disk in the cervical spine?

9     A.    Yes.

02:35PM 10     Q.    What's is that affect?

11     A.    So this phenomenon happens.  It's called the stress

12     riser phenomenon.  It's a known entity that happens actually

13     in architecture.  When you increase rigidity in one level in

14     the spine, that rigid fixation of the level of the disk has

02:35PM 15     to be transmitted to the level above and to a certain extent

16     to the level below.  And so what happens is the level above

17     has to overtake the loss of motion in the level that was

18     fused, and that leads to what's called accelerated

19     degeneration which is a well-known entity in our field

02:35PM 20     referred to as adjacent segment phenomenon or adjacent

21     segment disease.

22     Q.    Is that phenomenon greater or less or the same depending

23     on how many disks you fuse?

24     A.    Same.

02:36PM 25     Q.    Do you have any opinion as to following the

 1    September 2022 surgery within what period of time is it --

 2    um, can you tell us is there a likelihood under which period

 3    of time Mr. Foshee would need to go undergo the adjacent disk

 4    surgery, the fusion?

02:36PM 5    A.    So in Mr. Foshee's instance, uh, so after qualifying --

 6    I'll give you a detailed explanation if you don't mind.   The

 7    C-6'7 level was already symptomatic.   In other words, he

 8    needed that surgery even without considering adjacent segment

 9    issues.   Um, the C-4'5 which is the level above the C-5'6

02:37PM10    fusion is the one in jeopardy which generally takes about 10

11    to 15 years to become radiographically evident.

12          And if it become symptomatic, then that is the

13    level that needs to be treated with exact, same thing that he

14    had before; physical therapy, chiropractic treatment, medical

02:37PM15    management and injections.   If those fail, then he goes to

16    adjacent segment fusion.

17    Q.    So as he sat on November 2nd, 2024, Mr. Foshee already

18    was a candidate for a needed surgery at the level below at

19    C-6, C-7, but as a result of the September 2022 surgery, he

02:37PM20    also may need surgery at the level above within 10 to

21    15 years?

22    A.    In evaluating everything, in a retrospect view of

23    everything, yes, that is my opinion.

24    Q.    Did you speak to Jan Roughan, another expert retained by

02:37PM25    plaintiffs, concerning reasonableness of billing and a life

1    care plan that was completed for Mr. Foshee for future care

2    that he will need as a result of the March 6, 2021 collision?

3    A.    I did speak to Ms. Roughan about future care

4    recommendations that I have, yes.

02:38PM 5    Q.    Have you seen her life care plan?

6    A.    I have.

7    Q.    Does it accurately include the opinions that you've

8    informed her, uh, what Mr. Foshee would need in the future

9    that is your medical opinion?

02:38PM10    A.    In relation to the spine, yes.

11    Q.    Do you have any other -- before we move on, do you have

12    any other opinions we haven't discussed concerning

13    Mr. Foshee's cervical injury and his need for future care or

14    the treatment related to his cervical injury?

02:38PM15    A.    No.    Just to highlight the opinion I have is that

16    Mr. Foshee did not have any significant complaints of neck

17    pain or any complaint of radiculopathy before the March 6,

18    2021 accident.    After the accident, it became very evident

19    that he was complaining about radiculopathy in his arm on the

02:39PM20    right side.

21          The physicians at Kaiser including the physician

22    and physiatrist that saw him, the pain management specialist

23    that saw him and the neurologist that saw him and ultimately,

24    the neurosurgeon that evaluated Mr. Foshee, they all

02:39PM25    identified cervical radiculopathy.    They provided him with

1    interventional pain injections in succession after the less

2    invasive options.  And ultimately, he did see the

3    neurosurgeon who appropriately deemed Mr. Foshee a candidate

4    for the surgery after the accident.

02:39PM 5          As far as medical causation, again, my opinion is

6    that the accident is the most likely proximate cause of

7    Mr. Foshee's onset of neck pain and radiculopathy.

8          And similarly, he did complain of lower back pain

9    now with sciatica after the subject accident.  He did have

02:39PM 10   low back pain before.  He was treated with chiropractic

11   treatment which was mostly indicative of muscular ligamentous

12   issues.  There was no mention of radiculopathy nor did any

13   physician prior to the accident have any suspicion to order

14   MRIs let alone referral to pain management or surgery prior

02:40PM 15   to the accident.

16          So given the substance of all the records, my

17   evaluation of Mr. Foshee, that's my opinion, that the

18   March 6, 2021 accident is the most likely cause of his neck

19   and back injuries.

02:40PM 20   Q.   Were you provided with the deposition transcript of the

21   defense's retained orthopedic surgeon, Dr. Brian Rudin?

22   A.   I did.

23   Q.   Did you also receive Dr. Rudin's Rule 26 report?

24   A.   I have, yes.

02:40PM 25   Q.   And you reviewed both of those.

UNITED STATES DISTRICT COURT

1    A.    I did both, yes.

2    Q.    Do you have any opinions concerning -- well, strike

3    that.   In his deposition, did Dr. Rudin form any opinions

4    about whether Mr. Foshee was a good candidate for cervical

02:41PM 5    fusion surgery at 5'6 and 6'7?

6    A.    Uh, he did.   That was his opinion.

7    Q.    Did he agree that surgery at 5'6 and even 6'7 would be

8    medically justified?

9    A.    We were both of the same opinion, yes.

02:41PM10    Q.    He did, however, disagree that the March 6, 2021

11    accident was the cause of his need for that surgery; correct?

12    A.    That was my understanding from reading the deposition,

13    yes.

14    Q.    What in reviewing that did Dr. Rudin rely upon to

02:41PM15    conclude that the March 6, 2021 accident was not a cause, in

16    fact, of Mr. Foshee's need for that surgery?

17    A.    From my recollection, Dr. Rudin was talking about

18    records of neck pain and potential radiculopathy prior to

19    this accident.   I have not seen any.   And I think in further

02:42PM20    questioning in the deposition, he did not have any

21    recollections either.   And then the ultimate opinion that he

22    provided was this was a coincidence, that the accident and

23    the radiculopathy ended up being a coincidental issue, that

24    he developed radiculopathy because of degenerative causes.

02:42PM25    Q.    So his opinion as you understand it from his deposition

1    and his report was that the onset of radicular pain was

2    coincidental to the accident; is that right?

3    A.    Correct.

4    Q.    And you disagree with that opinion.

02:42PM 5    A.    I don't agree with that.  I think Dr. Rudin was giving

6    himself as an example and said look, I have pain, and it went

7    away.  But this is not the same thing.  Mr. Foshee actually

8    presented with significant ongoing radicular symptoms for a

9    number of months after the accident.  His surgery was in 2022

02:43PM 10   in September.  His accident was in March 2021.  So it took a

11   year-and-a-half of complaints of pain and radiculopathy

12   ultimately for him to come to surgical attention.

13         So it's -- it's very different from having just a

14   momentary, experiential thing of radiculopathy as opposed to

02:43PM 15   having a chronic pain after an event that ultimately comes to

16   surgical attention.  So I don't agree with the ideas that

17   this was, oh, well, this is all degenerative, and all that

18   happened, and accident happened, too, so it's coincidental.

19   Q.    Dr. Rudin also talked about Modic changes.  What are

02:43PM 20   Modic changes?

21   A.    Modic changes are referring to changes in the appearance

22   of the vertebral body signal, the ones we just talked about

23   on MRI.  It's named after a radiologist, Dr. Modic.  And

24   there are three different types.  There's Modic 1, 2 and 3,

02:44PM 25   Modic 1 being what we call traumatically induced where there

```
 1    is high intensity signal on T2, low intensity on T1

 2    consistent with water content edema as a result of trauma.

 3    Q.   What would differentiate -- strike that.  Is a Modic 2

 4    change also traumatic or non-traumatic?

 5    A.   My recollection is that Modic 2 and 3 are long-standing

 6    degenerative findings, and Modic 1 is a traumatic one.

 7    Q.   And in this case, for all the reasons you previously

 8    told us, you do not believe that these would be Modic 2 or 3

 9    changes; correct?

10    A.   Uh, correct.  In Modic 2 and 3, you will see a high

11    intensity signal on T1 image which is more of a fatty

12    infiltration, a chronic finding in degenerative changes of

13    vertebrae, so called marrow replacement.  We don't see that

14    here.

15    Q.   No, you also reviewed reports of a Dr. Danan who offered

16    some opinions concerning Mr. Foshee's cervical disk injury,

17    initially; correct?

18    A.   Yes.

19    Q.   Dr. Danan offered an opinion that because Mr. Foshee's

20    radicular symptoms related to C6-7 did not develop until

21    after the November 2024 accident that that was an indicator

22    that anything that happened in the C-6 C-7 injury was in the

23    subsequent accident.  But that ignored the fact that he had

24    those same complaints two days before the accident, did it

25    not?
```

|     |     |
| --- | --- |
| 1 | MS. YANG:  Objection, leading. |
| 2 | THE COURT:  Sustained. |
| 3 | BY MR. ERCOLANI: |
| 4 | Q.    In reviewing Dr. Danan's report, did you draw any |
| 02:46PM 5 | conclusions about his opinions concerning the cause of |
| 6 | Mr. Foshee's injuries and need for treatment at C-6 C-7? |
| 7 | A.    I did. |
| 8 | Q.    And what were those? |
| 9 | A.    So both myself and Dr. Rudin have seen the records from |
| 02:46PM10 | Kaiser, have seen the record from the treating neurosurgeon, |
| 11 | Dr. Cheung, who has very clearly identified radiculopathy |
| 12 | prior to his surgery. |
| 13 | Dr. Danan was saying, well, the surgery was an |
| 14 | unfortunate event that caused the radiculopathy.  That's not |
| 02:46PM15 | in accord with the medical records, it's not in accord with |
| 16 | what I've seen in the report of Dr. Cheung, and it's |
| 17 | diametrically opposed to what Dr. Rudin and what other |
| 18 | defense experts said so I don't agree with that. |
| 19 | The November 2022 accident as we established, there |
| 02:46PM20 | is a report of Dr. Cheung two days prior which actually does |
| 21 | state that there's a right arm radiculopathy.  So the |
| 22 | statement that the right-sided symptom started after the |
| 23 | November 2022 accident is, again, not supported by the |
| 24 | medical records.  It's not something that I agree with. |
| 02:47PM25 | Q.    Did you have -- we talked about the totality of any |

```
 1   opinions that you have concerning Mr. Foshee's cervical

 2   injury, treatment and future treatment.

 3   A.   I think we've covered it.

 4   Q.   You talked at the beginning also about Mr. Foshee's

 5   lumbar injury, and that he had no prior sciatica; is that

 6   correct?

 7   A.   Yes.

 8   Q.   What is no prior sciatica mean?

 9   A.   He did not complain of any type of radiation of pain

10   from his back into his legs prior to the accident.

11   Q.   And have you seen treatment records that predate the

12   accident where Mr. Foshee complained of back tightness?

13   A.   Yes.

14   Q.   Was there any complaint of radicular pain radiating pain

15   into his legs?

16   A.   No.

17   Q.   What does that indicate to you?

18   A.   There was no clinical complaint that would indicate

19   there was a history of sciatica prior to the accident.

20   Q.   Does Mr. Foshee have some form of instability in his

21   lumbar spine from a condition that predates this accident?

22   A.   He has a congenital condition which may or may not cause

23   instability.

24   Q.   And what is that congenital condition?

25   A.   Pars defect.
```

UNITED STATES DISTRICT COURT

Q.   What is pars defect?

A.   Pars defect is if you look at the spine, the way the spine is organized, there are areas that are called the joints or the facet joints.  And there is an inferior joint, the one that's pointing down, and there's a superior joint, the one that's pointing up.  These two joints are connected by a bridge.  The interconnecting bridge is referred to as pars interarticularis which is the bridge between the two joints literally.

In some individuals, when they're born, the bone ossification center is -- I'm trying to see how I can explain it easier, but the areas that bone grow together, there is a center on top, and then there's a center on the bottom, and these two come together to form this bridge.  In some individuals, those two centers don't meet, and it becomes a point of weakness that can cause the area to separate, and that's called a pars defect.

Q.   And that can cause instability.

A.   Yes.

Q.   Can it also make someone more susceptible to pain or aggravation in the area?

A.   Yes.

Q.   Is this something that Mr. Foshee had presented either as a congenital defect or for some long period of time?

A.   That's correct.

1    Q.    Did that play a role in the -- does that play a role

2    in your opinions concerning the cause of Mr. Foshee's need

3    for ongoing back treatment?

4    A.    It does.  So the pars defect is a condition that's

02:50PM 5    prevalent, up to 7 to 10 percent of population.  We don't

6    operate on 7 to 10 percent of the population.  It's a

7    condition that can be lived by and tolerated and even what we

8    call asymptomatic.  You won't know about it.  And there are

9    categoric studies that have been done post-mortem on

02:50PM 10    individuals who never had pain, but they found pars defects.

11            Um, it a condition that does make the spine more

12    susceptible, especially traumatic events.  The fact that the

13    two areas are not connected makes this area less stable, and

14    the nerve is going through the area of instability.  So when

02:50PM 15    there is a force, that causes compression, rotation or sheer

16    forces that can damage the nerve in the nearby pars defect

17    which is generally the exiting nerve root.

18    Q.    Is there anything that you observed objectively in

19    Mr. Foshee's lumbar spine that relates to your opinions in

02:51PM 20    this case?

21    A.    I have, yes.

22    Q.    And what is that?

23    A.    So Mr. Foshee's last intervertebral disk in the lower

24    back which is the L5 level has advanced degenerative changes

02:51PM 25    which makes them susceptible to forces that cause

UNITED STATES DISTRICT COURT

1    compression, rotation and stretching of the nerve root.

2    Q.    And those are degenerative conditions; right?

3    A.    Yes.

4    Q.    So those are things that would have been present in him

02:51PM 5    for some period of time before the March 6, 2021 accident.

6    A.    That's correct.

7    Q.    And how are you able to differentiate between what see

8    in that level versus what you told us you saw in the cervical

9    spine?

02:51PM 10    A.    So this is a very good example of a Modic change or

11    change in the vertebrae appearance that's long standing.

12    Q.    Is there a particular image I can point the Court to?

13    A.    Sure.  So if you go to Image 14 which is page 66.  So,

14    again, what we're looking at, these are images of the lower

02:52PM 15    back.  We're looking at the last vertebrae here, and this is

16    the T2 image here.

17         Now you can see the water contents bright, water

18    content is bright.  This is a particular image that takes the

19    fat out.  But you can see that there is not a huge signal

02:52PM 20    brightness as we saw before on the T2 weighted image.  And

21    comparing apples to apples, comparing the T2 weighted image

22    to the T2 weighted image in the cervical spine and lumbar

23    spine, this is a chronic change.

24         This is Modic Type 2, perhaps Type 3 even where we

02:53PM 25    see that the signal is little bit bright but not as bright as

1    you would see in acute injury.  This is a long-standing

2    change, and because of that, the disk area is collapsed.  The

3    nerves are being compressed.  And this is a condition that

4    can be a asymptomatic meaning Mr. Foshee could have easily

02:53PM  5    been walking around with no pain.

6            Then he gets to an incident that the nerves get

7    stretched, his spine gets compressed, the nerves -- the

8    biology of the nerve is changed meaning it has what we call

9    post-traumatic neuropathy that sets in, and pain starts.  And

02:53PM 10    that's when we get involved as surgeons and physicians to try

11    to decrease the inflammation.  Ultimately, if the epidurals

12    don't help which is the case here, then he's a candidate for

13    surgical correction.

14    Q.    And as a surgeon, do you make decisions to perform

02:54PM 15    surgery based on solely what you see on an MRI?

16    A.    No.

17    Q.    What purpose does the MRI serve in making decisions

18    about whether surgery is appropriate treatment for an

19    individual patient?

02:54PM 20    A.    So the MRI provides us with an anatomic roadmap, Number

21    one, and it also provides us with actual pathology.  Then we

22    go back to what the patient's complaints are, and then we

23    come up with a concept which is called clinical correlation.

24    Is there a correlation between what Mr. Foshee's telling me

02:54PM 25    and the MRI?  If there is one, then I can tell him yes, I can

1    go in and fix that area to help you with your complaint.

2    Q.    And do you believe that there is something that you can

3    do or any qualified neurosurgeon could do to help Mr. Foshee

4    address the complaints that he's had and that you've observed

02:54PM 5    in his medical records related to his lumbar spine?

6    A.    Yes.

7    Q.    And what is that?

8    A.    At this point in time, he's had medical management,

9    physical therapy, chiropractic treatment, number of

02:55PM 10    neuropathic pain medications without improvement, and he's a

11    candidate for lumbar decompression infusion which will be a

12    procedure where we go in, reconstruct the height of the disks

13    that's lost and put screws across the back to provide

14    stability and fusion.

02:55PM 15    Q.    Do you believe based on your -- how long did you meet

16    with -- Dr. Mobin, how long did you meet with Mr. Foshee?

17    A.    I spent close to two hours with him overall.

18    Q.    And based on your examinations of Mr. Foshee, the

19    medical records that you've reviewed and the imaging that

02:55PM 20    you're reviewed, can you tell us do you have an opinion about

21    the cause of his need for ACDF -- sorry, lumbar dissection

22    and fusion in his lumbar spine?

23    A.    My opinion is that he's had significant aggravation of

24    underlying condition which was not symptomatic in sense of

02:56PM 25    sciatica prior to the accident.

```
 1   Q.   Can you tell us to a reasonable degree of medical

 2   probability that the March 6, 2021 accident was a substantial

 3   contributing factor for his current need for that surgery?

 4   A.   Yes.

 5   Q.   In your consultations with Jan Roughan, did you advise

 6   her as to the reasonableness of treatment that he has

 7   received since March 6, 2021 to the current date?

 8   A.   Yes.

 9   Q.   And in reviewing her life care plan and reasonableness

10   of medical billing report, does that correctly take into

11   account the opinions that you have concerning the

12   reasonableness of his medical care?

13   A.   As far as actual treatment, I agree with that, and then

14   Ms. Roughan will give her own opinion regarding billing.

15   Q.   Perfect.  We're almost done, Dr. Mobin.  You also had

16   brought -- well, strike that.  I'm gonna turn your attention

17   to a demonstrative that you have provided.  Have you just

18   circled areas on the lumbar spine that just came up?

19   A.   That was from before.  I can circle them again if you

20   want.

21   Q.   Yeah.  Okay, you did circle that.  I apologize.  I

22   didn't see the other two on the third image.  In the third

23   image, those were the areas that you were explaining where

24   you see disk collapse.

25   A.   Disk collapse and nerve impingement, yes.
```

02:56PM (line 5)
02:56PM (line 10)
02:57PM (line 15)
02:57PM (line 20)
02:58PM (line 25)

UNITED STATES DISTRICT COURT

|      |                                                                      |
|------|----------------------------------------------------------------------|
| 1    | Q.    I've placed in front of you Exhibit 59, Dr. Mobin.  Is          |
| 2    | this a demonstrative exhibit that was provided by your               |
| 3    | office?                                                               |
| 4    | A.    This is a demonstrative that I reviewed and                     |

02:58PM 5   authenticated, and it was provided to me from an artist.  I
6   have not done this.
7   Q.    I understand.  Thank you.  What does Exhibit 59 depict?
8   A.    It depicts the surgery that was performed on
9   September 15, 2022 by Dr. Cheung for Mr. Foshee.  This is a
02:59PM 10   C-5'6 anterior fusion.
11   Q.    Can you tell us in the first panel in A, what would the
12   surgeon have done to begin the surgery on Mr. Foshee?
13   A.    So for the Panel A, what has to take place is an
14   incision that's made in front of the neck.  The surgeon then
02:59PM 15   has to split the muscles and gain access to the front of the
16   vertebral bodies.  And what we do at that point is do a
17   intraoperative x-ray to make sure we have the correct level
18   and then take a knife and then cut into the disk.  And then
19   we have instruments.  As shown in this image, the pituitary
02:59PM 20   forceps are used to take out the disk, and then the sequence
21   starts.
22   Q.    And is that -- pituitary forceps, is that what's in the
23   middle of the top panel?
24   A.    Correct.
02:59PM 25   Q.    And that would be used to remove the extruded disk?

A.    Yes.  In combination with curettes and other special

instruments that we use, the pituitary is what's used to take

out the disk.

Q.    What is depicted in Figure B of Exhibit 59?

03:00PM 5   A.    So that is a high speed drill.  Uh, usually it's a

diamond or matchstick burr that we use to take out the

cartilage and take out any unwanted protuberances from the

vertebral body to decompress the spine.

Q.    In the bottom left in Panel C of Exhibit 59, the next

03:00PM 10  step of the surgery after that debridement's done?

A.    Yes.  Those are the sequences that show the cage being

placed between the 5 and 6 vertebrae.  The cage is being

filled with bone graft that helps mend the two bones

together.  And then the last sequence is where the screws are

03:00PM 15  placed in through in cage into the vertebral bodies in order

to secure the cage in place.

Q.    Generally, what is the expected recovery period

following a surgery like what Mr. Foshee underwent?

A.    Generally, the healing portion for the initial healing

03:01PM 20  is two weeks, and then the subsequent therapies, anywhere

from three months to six months.

Q.    And does that include depending on the surgeon wearing

of the cervical collar?

A.    Yes.

03:01PM 25  Q.    Generally, is pain medication prescribed for some period

1    of time for most patients?

2    A.    That is correct.

3    Q.    Was it prescribed for Mr. Foshee?

4    A.    Yes.

03:01PM 5    Q.    In your deposition, I believe there was some discussion

6    about do you consider Delta V.  Do you understand what the

7    reference to Delta V is in reference to an auto collision?

8    A.    Yes.

9    Q.    What is your understanding of Delta V?

03:02PM 10    A.    Change of velocity that occurs when two moving bodies

11    strike each other.

12    Q.    Do you consider the Delta V of a patient's collision if

13    they're, in fact, in an auto collision in drawing conclusions

14    about causation for patient's injuries?

03:02PM 15    A.    I don't.

16    Q.    Why not?

17    A.    It's not part of medical training nor I know any

18    physician that would use Delta V to consider medical

19    causation in terms of providing care for a patient.

03:03PM 20    Q.    As it related to Mr. Foshee's lumbar spine, was he in a

21    more susceptible state of injury in his lumbar spine because

22    of the conditions you previously told the Court about?

23    A.    Yes.

24    Q.    Does that mean that it would have required generally

03:03PM 25    less force or less impact in order for him to sustain injury?

```
 1                    MS. YANG:  Objection, leading.

 2                    THE COURT:  Overruled.

 3                    THE WITNESS:  That's correct.

 4       BY MR. ERCOLANI:

 5       Q.   Have we covered all of the opinions you've rendered as

 6       part of your Rule 26 report in this matter, Dr. Mobin?

 7       A.   I believe we have, yes.

 8       Q.   Was there anything else that you believe that you'd like

 9       to offer to the Court concerning your opinions related to

10       Mr. Foshee's cervical injury or his lumbar injury?

11       A.   No.  We've covered all of it.

12                    MR. ERCOLANI:  That's what I have, Your Honor.

13                          CROSS-EXAMINATION

14       BY MS. YANG:

15       Q.   Good afternoon, Dr. Mobin.  It's good to see you again.

16       A.   Good afternoon.

17       Q.   You've been retained as an expert witness between 200 to

18       300 times in your career; is that correct?

19       A.   Yes.

20       Q.   And when you have been retained as an expert, about 80

21       to 90 percent of the time, it's been for plaintiff?

22       A.   Yes.

23       Q.   And you've testified in court as an expert witness about

24       100 times; correct?

25       A.   Yes.
```

Q.   And the majority of the time you testified in court is also on behalf of plaintiff; correct?

A.   That's correct.

Q.   And you did look at plaintiff's medical records in forming your opinions in this case; right?

A.   Yes.

Q.   And that included his Kaiser records; right?

A.   Yes.

        MS. YANG:  Exhibit 1015 has already been stipulated to and entered into evidence.  I'll put that up on the screen right now.

Q.   And Dr. Mobin, I'll give you a second to take a look at it.

A.   Okay.

Q.   Was this one of the records that you reviewed?

A.   If it was in the Kaiser records, yes, but I don't remember every single record.

Q.   Okay.  Would it refresh your recollection if we looked at your report?

A.   Sure.

        MS. YANG:  So I believe your report is plaintiff's Exhibit 57?  And I believe this record appears at page 41 of your report.

Q.   Do you want to take a second to look for it in the binder?

1    A.    I have my report, actually.

2    Q.    Okay.

3    A.    Okay, I'm there.

4    Q.    So having looked at your report, does that refresh your

03:07PM 5    recollection as to whether you've reviewed this record

6    before?

7    A.    This is an Occupational Therapy assessment.  I don't

8    believe I have the OT in my report, but that's okay.

9    Q.    So you're not sure whether you've reviewed this document

03:07PM 10    before?

11    A.    I'm not sure.

12          MS. YANG:  Okay.  So I'm putting Exhibit 1015-1

13    where it discusses pain assessment.

14    Q.    Do you see the sentence where it states the patient

03:07PM 15    complains of pain in cervical spine for many years?

16    A.    Yes.

17    Q.    But that's not noted in your report, is it?

18    A.    Not that I've seen, no.

19          MS. YANG:  And I'm gonna turn to Exhibit 1010?

03:08PM 20    Q.    And do you know if you've seen this record before?

21    A.    I might have.  I'm not sure.

22    Q.    You're not sure if you've reviewed it before?

23    A.    Correct, I have to look at my report.  It -- it sounds

24    familiar.

03:08PM 25    Q.    Okay.  Do you see on this page 6 where it discusses

```
 1   degenerative changes and spondylosis in cervical spine,
 2   especially C-6 to 7?
 3   A.   I see that.
 4        MS. YANG:  Okay.  Let's turn next to Exhibit 1011.
 5   Q.   Is this one of the records that you reviewed?
 6   A.   This is the MRI report of the cervical spine.  I believe
 7   so, yes.
 8   Q.   Okay.  And if we turn to page 2 and page 3, it discusses
 9   multi-level degenerative changes in cervical spine; is that
10   correct?
11   A.   Yes.
12        MS. YANG:  I'm gonna turn next to Exhibit 1000.
13   Q.   Is this one of the records that you recall reviewing?
14   A.   That's Dr. Gillman.  I believe so, yes.
15   Q.   And on page 2 of this record, do you see where Dr.
16   Gillman notes that plaintiff has significant degenerative
17   change at C-5 to 6 and more so at C-6 to 7?
18   A.   Yes.
19   Q.   And you've also reviewed plaintiff's chiropractic
20   records that predate this accident; correct?
21   A.   I did.
22        MS. YANG:  I'm gonna put Exhibit 1037 up on the
23   screen.
24   Q.   And if we go down to the last paragraph, do you see the
25   reference to tight muscle groups including the neck -- or
```

```
 1    notably the neck?  I'm sorry.

 2    A.    You're looking at the bottom?

 3    Q.    Yes.

 4    A.    Okay, thank you.  Yes, that's better.  Yes.

 5    Q.    And then if we scroll up on that page, it states pain

 6    and soreness reported in lower back and bilateral knee from

 7    training for Brazilian jujitsu.  Do you see that?

 8    A.    Yes.

 9          MS. YANG:  Okay.  And I'll turn to page 2 of this

10    record.

11    Q.    And if we go down to the last paragraph where it

12    discusses the plan, do you see where it states neck extension

13    exercises to restore motion and a proper biomechanics of the

14    cervical curve?

15    A.    Yes.

16    Q.    Dr. Mobin, this is gonna be a yes or no question.

17    Despite having reviewed several medical records describing

18    plaintiff's cervical spine as having degenerative changes,

19    your opinion is that the March 2021 car accident caused

20    plaintiff to need neck surgery.  Yes or no.

21    A.    Yes.

22    Q.    And you testified earlier that you do agree that

23    plaintiff's lumbar spine has degenerative changes that

24    predate this accident; correct?

25    A.    That is correct.
```

|   |   |
|---|---|
| 1 | Q.   And your opinion is that not withstanding those |
| 2 | degenerative changes that this March 2021 accident is the |
| 3 | cause for his lumbar symptoms? |
| 4 | A.   That is correct. |
| 03:12PM 5 | Q.   Okay.  Um, and you examined plaintiff yourself for close |
| 6 | to two hours; right? |
| 7 | A.   Yes.  I've seen Mr. Foshee on three occasions. |
| 8 | Q.   And you're aware of plaintiff having participated in |
| 9 | mixed martial arts and jujitsu; correct? |
| 03:12PM 10 | A.   Yes. |
| 11 | Q.   Over the course of your career, you have seen other |
| 12 | individuals who have been mixed martial arts fighters in the |
| 13 | past for spinal conditions; is that correct? |
| 14 | A.   I have. |
| 03:13PM 15 | Q.   And you are aware that mixed martial arts is a full |
| 16 | contact fighting sport? |
| 17 | A.   That is correct. |
| 18 | Q.   You did not ask plaintiff during your exam if had |
| 19 | experienced frequent head strikes during his MMA and jujitsu |
| 03:13PM 20 | activities; is that correct? |
| 21 | A.   That is correct. |
| 22 | Q.   And after you examined plaintiff, you did not recall |
| 23 | whether you noticed his ears during your examination; is that |
| 24 | correct? |
| 03:13PM 25 | A.   I believe I did on the subsequent.  It was not on the |

```
 1   first one, that is correct.

 2   Q.   Okay.  So the first time you examined him for about

 3   90 minutes, you did not notice his ears; is that correct?

 4   A.   I don't believe I did.

 5   Q.   And the exam notes that you made following your first

 6   examination of plaintiff that lasted for one-and-a-half

 7   hours, um, your exam notes make no note of plaintiff's ears

 8   during your exam; is that correct?

 9   A.   That is correct.

10   Q.   And, um, we did discuss a couple of plaintiff's other

11   accidents.  During your, um, initial evaluation of plaintiff,

12   the one that lasted an hour-and-a-half, did you ask him about

13   whether he had been in any other car accidents?

14   A.   I'm looking at my report under previous injury section.

15   He did, yes.

16   Q.   Did you know that he had been previously diagnosed with

17   SI Joint Dysfunction after a prior car accident?

18   A.   I'm not sure.

19   Q.   Did you know that he had been diagnosed with injury to

20   L-5 to S-1 in a prior car accident?

21   A.   It is possible, but I don't have that.

22   Q.   And at the time that you did your report, you didn't

23   realize that he had been in accident in September of 2024; is

24   that correct?

25   A.   Ms. Yang, I stand corrected.  So if you look at my
```

report, page 9, um, I have here 25 years, uh, ago MDA,

multi-car collision, diagnosed with SI joint dysfunction and

sciatica.  Patient underwent PT and injection, and his pain

resolved.  He went on to train in jujitsu is what I have.

03:15PM 5    Q.    Thank you.  At the time you did your report, did you

know whether plaintiff had been in an accident in

September 2024?

A.    Mmm, that was after my visit so I was not aware of that.

Q.    Okay.  So at the time you did your report, you didn't

03:15PM10   know anything about November 2024 accident; is that correct?

A.    Yeah.  That would be traveling in time, that's correct.

Q.    And you also didn't know, for example, during your first

exam that his car was totalled from the September 2024

accident; right?

03:15PM15   A.    Uh, again, if it was after my visit with him, I would

have not any knowledge of that.

MS. YANG:  All right.  Thank you, Dr. Mobin.

REDIRECT EXAMINATION

BY MR. ERCOLANI:

03:16PM20   Q.    Dr. Mobin, counsel pointed out a single reference prior

to March 6, 2021 of a tight muscle group.  Is a tight muscle

group an indicator for surgery?

A.    No.

Q.    Is a tight muscle group an indicator of anything?

03:16PM25   A.    It's indicative of muscular ligamentis origin of pain

1    which the chiropractor was treating Mr. Foshee prior to the

2    accident.  There's no indication of arm pain or lower

3    extremity sciatica in those records that I've seen.

4    Q.    Do you generally find, uh, Mr. Foshee to be a good

03:16PM 5    historian and accurate reporting of what you were observing?

6    A.    As much as he could.  He has lot of lapses in memory,

7    but the complaints that he provided to me are corroborated by

8    objective imaging studies, and it's also consistent with the

9    records of Dr. Cheung, the treating neurosurgeon.

03:17PM 10   Q.    And Ms. Yang pointed out a couple different MRIs that

11   stated the condition in his neck.  It looks like the MRI of

12   June 21 stated it was degenerative.  You disagree with that,

13   that that's a degenerative condition; correct?

14   A.    Well, there's definitely degenerative findings on the

03:17PM 15   MRIs.  I testified this afternoon to the findings of

16   degeneration.  We see that.  However, there are acute changes

17   which are in the foreground of the background of

18   degeneration.  So the radiologist does mention multi-level

19   degenerative disk disease.  No problem with that.  What the

03:17PM 20   radiologist also indicated, that there is several fractures

21   on the CAT scan which is consistent with what we see on the

22   MRIs, the high T2 signal at C-6'7.  Those are all consistent.

23   We have to look at the entirety of the report.  We can't just

24   cherry pick one word.

03:18PM 25   Q.    And he calls them fractures, but yet you've described

          1    that today as potentially the Modic 1 changes or the high

          2    intensity signal; is that right?

          3    A.    Correct.  So they're two modalities, both the CAT scan

          4    that Mr. Foshee had and the MRI that he had indicated that

03:18PM   5    there was acute trauma to the C-6'7 consistent with

          6    hyperflexion injury.  That's the mechanism that causes disk

          7    disruption in this instance at the C-5'6 level and causes the

          8    changes at the C-6 vertebral body and the C-7 vertebral body.

          9    Q.    And the first document that Ms. Yang presented you with

03:18PM  10    was the September 2022 medical record that stated he had neck

         11    pain for many years.  At that point, he had been treating

         12    consistently and very regularly for a year-and-a-half; is

         13    that right?

         14             MS. YANG:  Objection, leading.

03:18PM  15             THE COURT:  Overruled.

         16             THE WITNESS:  Yes.  He was in treatment prior to

         17    the surgery for at least year-and-a-half.  Exactly.

         18    BY MR. ERCOLANI:

         19    Q.    And in any of the records you've seen going back since

03:19PM  20    2014, other than the single reference to muscle tightness,

         21    tight muscle groups in the neck, was there any other

         22    reference to Mr. Foshee complaining of any neck conditions

         23    prior to March 6, 2021?

         24    A.    Not that I've seen, no.

03:19PM  25             MR. ERCOLANI:  Nothing further.

1           MS. YANG:  And Your Honor, I have nothing for this

2    witness.

3           THE COURT:  Thank you, Doctor.  You're excused.

4           MR. ERCOLANI:  Your Honor, at my own peril, I do

03:19PM 5    have to inform the Court that we have moved surprisingly a

6    little more efficiently than we expected, and our next

7    witness will be here tomorrow morning.

8           THE COURT:  There is no peril in that.  Okay?

9           Excellent.  Good.  And goodbye.  I'm sorry.

03:20PM 10         Listen, we're done till tomorrow.

11              (Proceedings concluded at 3:19 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>CERTIFICATE OF REPORTER</u>

COUNTY OF LOS ANGELES        )

                             )   SS.

STATE OF CALIFORNIA          )


I, LAURA ELIAS, OFFICIAL REPORTER, IN AND FOR THE UNITED

STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,

DO HEREBY CERTIFY THAT I REPORTED, STENOGRAPHICALLY, THE

FOREGOING PROCEEDINGS AT THE TIME AND PLACE HEREINBEFORE SET

FORTH; THAT THE SAME WAS THEREAFTER REDUCED TO TYPEWRITTEN

FORM BY MEANS OF COMPUTER-AIDED TRANSCRIPTION; AND I DO

FURTHER CERTIFY THAT THIS IS A TRUE AND CORRECT TRANSCRIPTION

OF MY STENOGRAPHIC NOTES.



DATE: _MAY 5, 2025_____


    _/s/  LAURA MILLER ELIAS_____

LAURA MILLER ELIAS, CSR 10019

FEDERAL OFFICIAL COURT REPORTER

**$**

**$1200** [1] - 16:23
**$9,000** [1] - 23:5

**'**

**'em** [2] - 58:1, 133:5

**/**

**/s** [1] - 180:20

**0**

**06-02-2021** [1] - 79:22

**1**

**1** [21] - 4:3, 9:19, 42:21, 42:22, 43:10, 43:17, 44:5, 44:10, 68:7, 100:17, 108:23, 118:13, 122:11, 124:20, 156:24, 156:25, 157:6, 178:1
**10** [9] - 26:13, 26:18, 56:7, 93:6, 125:18, 152:10, 152:20, 161:5, 161:6
**10,000** [1] - 140:10
**100** [2] - 127:7, 169:24
**1000** [1] - 172:12
**10019** [2] - 1:23, 180:21
**101** [1] - 3:8
**1010** [1] - 171:19
**1011** [1] - 172:4
**1015** [1] - 170:9
**1015-1** [1] - 171:12
**102,000** [1] - 102:7
**1037** [1] - 172:22
**104** [1] - 3:10
**1040** [1] - 98:19
**1043** [2] - 96:4, 96:10
**1044** [2] - 98:24, 98:25
**1046** [1] - 99:7
**1048** [3] - 94:2, 94:7, 94:8
**1050** [1] - 94:15
**1059-6** [3] - 94:25, 95:1, 114:10
**1059-8** [1] - 95:8
**1084** [1] - 26:21
**1084-3** [1] - 26:12
**1098** [1] - 99:22
**114** [1] - 3:10
**118** [1] - 3:10
**12** [3] - 26:18, 56:7,

68:15
**120** [1] - 3:12
**12:30** [1] - 82:4
**130** [1] - 3:12
**134** [1] - 3:12
**135** [1] - 3:12
**137** [1] - 3:14
**14** [1] - 162:13
**15** [9] - 14:11, 30:24, 71:17, 76:17, 93:7, 135:22, 152:11, 152:21, 166:9
**1500** [1] - 87:22
**15th** [2] - 72:14, 75:9
**16** [2] - 13:12, 90:15
**16-ounce** [1] - 61:15
**169** [1] - 3:14
**16th** [1] - 69:13
**17** [3] - 20:21, 79:20, 141:10
**176** [1] - 3:14
**1769/301** [1] - 125:12
**18** [6] - 1:15, 4:1, 6:12, 13:20, 47:4, 148:7
**18th** [1] - 21:22
**19** [6] - 30:24, 47:14, 81:23, 90:22, 91:1, 114:22
**1977** [1] - 30:9
**1979** [1] - 19:5
**1995** [2] - 30:15, 137:15
**1ST** [1] - 1:24

**2**

**2** [13] - 9:12, 27:16, 43:7, 69:12, 156:24, 157:3, 157:5, 157:8, 157:10, 162:24, 172:8, 172:15, 173:9
**20** [6] - 26:13, 47:14, 47:24, 84:21, 121:10, 138:9
**200** [4] - 108:7, 116:1, 119:21, 169:17
**2002** [1] - 137:25
**2014** [3] - 15:16, 142:18, 178:20
**2015** [2] - 20:25, 21:13
**2016** [1] - 100:5
**2017** [2] - 28:21, 32:7
**2019** [2] - 105:9, 114:22
**2020** [8] - 13:23, 15:10, 68:15, 69:14, 69:21, 70:5, 102:7, 102:16
**2021** [62] - 8:25, 9:20, 13:18, 17:6, 17:8,

17:12, 19:8, 25:8, 30:4, 43:3, 43:11, 46:25, 53:10, 56:6, 71:17, 72:14, 76:17, 77:12, 80:25, 81:24, 83:17, 83:23, 84:21, 85:14, 96:16, 97:22, 97:25, 98:12, 99:15, 100:7, 102:8, 102:19, 105:17, 106:4, 106:15, 107:2, 121:12, 121:16, 121:19, 124:24, 138:18, 139:15, 143:9, 143:18, 145:24, 146:5, 148:13, 148:15, 153:2, 153:18, 154:18, 155:10, 155:15, 156:10, 162:5, 165:2, 165:7, 173:19, 174:2, 176:21, 178:23
**2022** [24] - 14:11, 16:20, 75:9, 86:13, 87:3, 87:10, 88:9, 89:17, 99:15, 100:5, 100:8, 102:15, 145:24, 148:6, 150:21, 151:1, 151:5, 152:1, 152:19, 156:9, 158:19, 158:23, 166:9, 178:10
**2023** [1] - 18:8
**2024** [8] - 21:22, 88:18, 152:17, 157:21, 175:23, 176:7, 176:10, 176:13
**2025** [3] - 1:15, 4:1, 180:18
**20s** [1] - 48:3
**21** [3] - 47:14, 47:24, 177:12
**213** [1] - 1:25
**23-375** [1] - 4:4
**23-375-ODW** [1] - 1:9
**24** [1] - 143:18
**24th** [1] - 143:4
**25** [12] - 3:4, 9:23, 10:3, 35:16, 36:10, 83:22, 93:4, 93:7, 103:24, 108:10, 137:14, 176:1
**26** [7] - 101:5, 103:24, 138:21, 140:25, 141:9, 154:23, 169:6
**28** [1] - 85:13

**29th** [1] - 85:14
**2nd** [6] - 79:19, 83:16, 83:23, 150:17, 150:20, 152:17

**3**

**3** [14] - 9:14, 10:6, 24:10, 43:10, 68:7, 112:4, 124:11, 125:1, 156:24, 157:5, 157:8, 157:10, 162:24, 172:8
**3.9** [1] - 23:12
**30** [7] - 3:8, 42:13, 84:19, 93:23, 106:14, 115:17, 124:4
**300** [5] - 2:20, 108:7, 116:1, 119:21, 169:18
**30th** [2] - 77:10, 77:12
**31** [1] - 23:19
**31st** [3] - 76:17, 77:2, 83:23
**32** [6] - 106:9, 126:5, 126:6, 128:4, 128:7, 128:12
**33** [8] - 112:16, 113:1, 113:3, 126:5, 126:16, 128:4, 128:7, 128:12
**33,000** [1] - 102:8
**34** [1] - 106:9
**350** [2] - 1:24, 2:10
**3:19** [1] - 179:11
**3:39** [1] - 9:1
**3D** [1] - 19:15
**3rd** [2] - 18:7, 81:24

**4**

**4** [4] - 9:15, 10:5, 27:16, 30:25
**40** [3] - 93:23, 106:14, 115:17
**400** [1] - 8:22
**41** [1] - 170:22
**4165** [1] - 2:9
**43** [2] - 7:8, 125:1
**4455** [1] - 1:24
**47** [1] - 23:17
**4th** [6] - 16:20, 87:9, 150:10, 150:16, 151:1, 151:4

**5**

**5** [12] - 3:4, 32:24,

43:17, 43:18, 44:5, 44:10, 59:20, 87:16, 122:11, 144:14, 167:12, 180:18
**5'6** [6] - 149:7, 149:10, 149:12, 155:5, 155:7
**50** [1] - 40:13
**50/50** [1] - 53:17
**51** [2] - 143:22, 147:10
**55** [8] - 34:6, 34:7, 35:23, 36:12, 38:6, 38:18, 39:3, 106:20
**57** [5] - 136:18, 136:25, 138:25, 147:10, 170:22
**59** [4] - 166:1, 166:7, 167:4, 167:9
**5:00** [1] - 32:20
**5th** [1] - 69:21

**6**

**6** [37] - 8:25, 9:20, 13:18, 25:8, 30:25, 43:3, 43:11, 68:7, 80:25, 96:16, 105:17, 106:4, 106:15, 107:2, 121:11, 121:16, 121:18, 124:24, 138:18, 139:15, 143:9, 144:14, 146:5, 148:13, 153:2, 153:17, 154:18, 155:10, 155:15, 162:5, 165:2, 165:7, 167:12, 171:25, 172:17, 176:21, 178:23
**6'7** [7] - 49:19, 149:7, 149:10, 149:13, 149:21, 155:5, 155:7
**61** [6] - 34:6, 35:19, 35:20, 35:23, 36:12, 106:21
**62** [4] - 34:7, 34:12, 34:25
**64** [1] - 22:23
**66** [1] - 162:13
**6th** [5] - 14:22, 16:14, 17:5, 19:8, 80:20

**7**

**7** [5] - 127:7, 161:5, 161:6, 172:2, 172:17
**75** [6] - 38:6, 38:7, 38:18, 39:3, 136:22, 136:25

**7516** [1] - 2:21

# 8

**8** [1] - 30:24
**80** [3] - 136:19, 136:21, 169:20
**894-0374** [1] - 1:25
**8:56** [1] - 4:1

# 9

**9** [5] - 75:14, 75:18, 76:6, 86:13, 176:1
**90** [2] - 169:21, 175:3
**90012** [2] - 1:25, 2:22
**91362** [1] - 2:11
**93** [1] - 3:8
**99** [1] - 126:19
**9:00** [1] - 32:20

# A

**a-r-y** [1] - 104:21
**a-s-t-i-d-a** [1] - 120:21
**A.M** [1] - 4:1
**abbreviate** [1] - 136:13
**ability** [4] - 64:12, 65:4, 65:21, 84:1
**able** [22] - 5:19, 26:7, 36:12, 52:17, 71:22, 96:25, 97:12, 98:12, 101:14, 102:23, 103:2, 103:3, 104:1, 104:7, 107:4, 108:8, 108:13, 120:3, 131:15, 131:18, 133:8, 162:7
**Abraham** [3] - 111:20, 111:21, 111:23
**abrupt** [1] - 37:1
**absence** [1] - 150:25
**absent** [1] - 151:4
**absolutely** [3] - 82:8, 129:15, 141:7
**accelerated** [1] - 151:18
**accept** [1] - 103:4
**accepts** [1] - 5:3
**access** [1] - 166:15
**accident** [206] - 8:25, 10:1, 10:24, 11:21, 11:22, 25:6, 25:23, 26:2, 26:8, 27:13, 27:15, 27:16, 28:5, 28:7, 28:12, 28:25, 29:5, 31:1, 31:17, 31:19, 33:19, 33:22, 34:8, 39:15, 40:22,

42:25, 45:25, 46:2, 46:24, 47:5, 47:6, 47:11, 47:13, 47:16, 47:23, 48:7, 48:24, 49:5, 50:21, 51:5, 52:3, 52:10, 53:2, 53:14, 53:18, 54:10, 55:3, 55:18, 56:19, 58:23, 60:9, 60:18, 62:13, 62:19, 62:24, 63:4, 63:5, 63:16, 64:4, 64:16, 66:6, 66:14, 66:16, 66:21, 67:2, 67:16, 68:3, 70:6, 70:17, 70:20, 71:1, 71:19, 76:18, 80:25, 82:22, 87:4, 87:5, 87:15, 87:24, 88:3, 88:5, 88:9, 88:14, 88:20, 88:24, 89:2, 89:3, 89:12, 89:15, 89:17, 91:7, 92:3, 92:5, 94:2, 95:4, 95:6, 95:14, 95:16, 96:6, 96:7, 96:16, 97:4, 97:18, 97:20, 97:22, 97:25, 98:12, 100:11, 100:18, 102:8, 102:14, 103:19, 107:25, 109:19, 114:5, 114:6, 114:14, 114:19, 115:12, 115:15, 116:6, 116:8, 116:10, 116:13, 117:4, 117:16, 117:17, 117:19, 117:23, 118:3, 122:25, 125:13, 125:19, 125:20, 125:23, 126:9, 126:10, 126:24, 127:13, 127:16, 127:18, 128:23, 130:10, 131:11, 135:6, 138:18, 139:15, 141:17, 141:20, 141:21, 141:25, 142:14, 142:17, 142:24, 143:3, 143:6, 143:10, 143:18, 148:5, 148:7, 148:14, 148:16, 150:11, 150:16, 151:1, 153:18, 154:4, 154:6, 154:9, 154:13, 154:15, 154:18, 155:11, 155:15, 155:19,

155:22, 156:2, 156:9, 156:10, 156:18, 157:21, 157:23, 157:24, 158:19, 158:23, 159:10, 159:12, 159:19, 159:21, 162:5, 164:25, 165:2, 172:20, 173:19, 173:24, 174:2, 175:17, 175:20, 175:23, 176:6, 176:10, 176:14, 177:2
**Accident** [2] - 112:7, 124:13
**accidents** [6] - 88:13, 127:19, 128:18, 150:6, 175:11, 175:13
**accord** [2] - 158:15
**according** [1] - 16:6
**accordingly** [1] - 8:17
**account** [3] - 12:19, 98:15, 165:11
**accounts** [1] - 22:23
**accuracy** [1] - 72:11
**accurate** [12] - 12:17, 38:19, 63:1, 91:21, 93:2, 102:9, 109:8, 109:13, 118:18, 122:17, 177:5
**accurately** [2] - 92:7, 153:7
**ACDF** [8] - 14:9, 14:23, 15:7, 16:21, 17:1, 142:6, 149:4, 164:21
**achievement** [1] - 54:9
**Ackerman** [7] - 67:14, 77:13, 77:15, 77:24, 78:9, 79:2, 79:8
**Ackerman's** [2] - 78:21, 78:23
**Act** [2] - 5:18, 8:16
**acting** [3] - 9:6, 46:11, 134:11
**Acting** [1] - 121:15
**action** [5] - 5:17, 5:24, 8:11, 8:15, 37:12, 44:22, 127:8
**actions** [3] - 8:12, 9:11, 24:14
**activated** [1] - 141:19
**active** [3] - 7:14, 13:15, 95:20
**activities** [4] - 98:13, 101:13, 103:12, 174:20

**activity** [1] - 95:22
**acts** [1] - 8:12
**actual** [6] - 11:7, 11:11, 125:23, 149:19, 163:21, 165:13
**actuarial** [1] - 23:18
**acute** [4] - 27:21, 163:1, 177:16, 178:5
**add** [2] - 25:7, 29:1
**addition** [2] - 17:17, 144:14
**additional** [3] - 49:15, 125:15, 127:17
**additionally** [2] - 24:8, 142:20
**address** [1] - 164:4
**adjacent** [5] - 151:20, 152:3, 152:8, 152:16
**adjective** [1] - 92:9
**adjust** [3] - 115:6, 115:8, 115:9
**adjusted** [1] - 115:11
**adjusting** [1] - 57:1
**adjustments** [1] - 70:8
**administered** [1] - 27:24
**admitted** [6] - 34:3, 94:25, 106:20, 108:23, 112:5, 136:12
**adults** [1] - 21:4
**advanced** [3] - 19:12, 54:11, 161:24
**advantage** [1] - 140:20
**advice** [1] - 79:5
**advise** [1] - 165:5
**affairs** [2] - 18:10, 19:22
**affect** [7] - 57:19, 64:14, 64:20, 65:12, 101:18, 101:19, 151:10
**affected** [14] - 51:18, 51:20, 52:6, 52:7, 52:8, 52:11, 52:12, 52:17, 52:20, 64:15, 65:5, 65:18, 65:21
**affecting** [3] - 64:12, 83:9, 84:13
**affects** [1] - 69:3
**afternoon** [12] - 93:21, 104:24, 114:5, 120:20, 120:24, 121:1, 130:8, 130:9, 136:10, 169:15, 169:16, 177:15
**afterwards** [1] - 124:1
**age** [4] - 14:21, 20:19,

20:21, 47:15
**agent** [2] - 32:5, 53:7
**ages** [1] - 30:23
**aggravation** [2] - 160:21, 164:23
**ago** [4] - 21:22, 91:7, 100:11, 176:1
**agree** [11] - 5:20, 118:21, 129:21, 149:3, 155:7, 156:5, 156:16, 158:18, 158:24, 165:13, 173:22
**agreement** [1] - 98:3
**ahead** [13] - 34:15, 36:4, 39:7, 43:14, 73:9, 74:23, 75:18, 94:4, 94:6, 94:16, 96:3, 111:10, 112:24
**AHMAD** [2] - 3:9, 104:21
**Ahmad** [3] - 25:9, 104:20, 124:21
**ahmad** [1] - 8:14
**aid** [1] - 50:11
**Aidan** [3] - 33:1, 33:7, 33:10
**AIDED** [1] - 180:13
**AIDS** [1] - 18:15
**AL** [1] - 1:10
**Alabama** [9] - 5:2, 6:21, 21:1, 30:7, 30:10, 30:19, 55:25, 56:1, 59:19
**ALARCON** [35] - 2:18, 3:4, 3:10, 3:12, 4:17, 16:2, 25:3, 25:5, 26:11, 26:20, 26:22, 27:1, 27:7, 27:13, 111:8, 112:18, 112:21, 113:24, 114:4, 114:9, 114:16, 118:8, 119:5, 119:8, 120:8, 120:10, 120:14, 129:24, 130:4, 130:7, 133:23, 135:1, 135:5, 135:12, 135:15
**Alarcon** [1] - 4:18
**Albert** [11] - 7:13, 21:15, 52:25, 96:21, 98:14, 102:17, 102:19, 102:20, 103:10, 104:3
**Albert's** [1] - 103:24
**alerted** [1] - 37:7
**allows** [1] - 143:24
**almost** [3] - 18:14, 105:11, 165:15

**alone** [2] - 32:1, 154:14
**ambulance** [6] - 45:3, 45:5, 45:6, 132:13, 132:16, 134:10
**America** [2] - 4:19, 8:10
**AMERICA** [2] - 1:1, 1:9
**American** [1] - 54:12
**amount** [1] - 37:7
**amounts** [1] - 22:7
**anatomic** [1] - 163:20
**AND** [4] - 180:8, 180:11, 180:13, 180:14
**ANGELES** [6] - 1:16, 1:25, 2:20, 2:22, 4:1, 180:4
**angle** [1] - 35:7
**answer** [15] - 5:23, 9:8, 24:13, 24:15, 24:17, 24:20, 24:22, 38:24, 40:19, 40:20, 77:21, 123:13, 126:23, 129:2, 145:21
**answered** [1] - 81:10
**answers** [1] - 125:21
**antecedent** [1] - 15:18
**Anterior** [1] - 142:5
**anterior** [2] - 144:5, 166:10
**anxiety** [2] - 24:9, 85:11
**anytime** [1] - 116:9
**apartment** [1] - 31:23
**apologize** [5] - 26:4, 50:3, 74:1, 136:22, 165:21
**appear** [8] - 19:2, 27:25, 37:1, 38:18, 106:25, 109:8, 128:15, 131:4
**appearance** [3] - 138:9, 156:21, 162:11
**APPEARANCES** [1] - 2:2
**appearances** [1] - 4:6
**appeared** [2] - 18:18, 43:2
**apples** [2] - 162:21
**Applied** [1] - 105:3
**appointment** [1] - 67:22
**appointments** [4] - 24:8, 66:20, 86:11, 102:12
**approach** [3] - 122:3,

123:10, 133:1
**approached** [6] - 35:3, 35:14, 36:6, 37:5, 37:12, 37:18
**appropriate** [3] - 149:5, 149:10, 163:18
**appropriately** [2] - 148:19, 154:3
**approximation** [1] - 36:13
**April** [3] - 17:8, 77:10, 77:12
**architecture** [1] - 151:13
**area** [17] - 10:9, 34:19, 35:1, 35:14, 36:6, 73:15, 144:9, 146:13, 146:24, 147:7, 147:8, 160:16, 160:21, 161:13, 161:14, 163:2, 164:1
**areas** [6] - 146:10, 160:3, 160:12, 161:13, 165:18, 165:23
**argue** [1] - 6:24
**argumentative** [2] - 16:2, 119:8
**arm** [17] - 48:18, 48:23, 63:9, 63:10, 77:8, 80:16, 89:4, 138:17, 141:21, 142:8, 143:3, 148:21, 149:24, 150:16, 153:19, 158:21, 177:2
**arms** [2] - 48:8, 77:4
**Armstrong** [1] - 17:24
**Army** [1] - 101:2
**arrested** [2] - 90:15, 90:22
**arrival** [1] - 135:7
**arrive** [3] - 44:24, 132:17, 132:20
**arrived** [6] - 45:8, 121:25, 122:18, 130:10, 132:19, 133:1
**art** [1] - 54:17
**artist** [2] - 55:9, 166:5
**Arts** [6] - 58:17, 58:18, 58:24, 59:3, 59:14, 62:4
**arts** [4] - 28:19, 174:9, 174:12, 174:15
**Ashland** [7] - 9:2, 10:10, 25:11, 25:13, 106:16, 107:1,

115:18
**assault** [1] - 6:22
**assessment** [3] - 69:2, 171:7, 171:13
**assist** [1] - 33:2
**assistant** [2] - 4:15, 114:7
**ASSISTANT** [1] - 2:19
**Assistant** [2] - 4:17, 105:14
**assume** [1] - 40:23
**assuming** [2] - 124:25, 132:4
**asymptomatic** [3] - 16:11, 161:8, 163:4
**AT** [1] - 180:11
**athlete** [3] - 7:16, 59:19, 62:9
**attempt** [1] - 134:18
**attempting** [2] - 18:17, 27:25
**attend** [1] - 24:7
**attended** [1] - 137:15
**attention** [30] - 17:9, 34:6, 35:19, 35:23, 38:6, 39:11, 42:20, 43:17, 56:12, 68:6, 69:12, 71:17, 74:19, 75:14, 76:16, 78:23, 80:10, 83:22, 86:12, 91:15, 117:7, 118:2, 125:18, 126:5, 127:7, 140:24, 141:2, 156:12, 156:16, 165:16
**attorney** [5] - 14:7, 18:8, 18:9, 21:7, 67:11
**Attorney** [2] - 4:15, 4:17
**ATTORNEY'S** [1] - 2:16
**attorney-referred** [1] - 14:7
**ATTORNEYS** [1] - 2:19
**attribute** [1] - 7:1
**August** [1] - 83:23
**authenticated** [1] - 166:5
**auto** [3] - 30:4, 168:7, 168:13
**automobile** [2] - 6:3, 97:18
**autopilot** [1] - 45:11
**avoid** [6] - 10:15, 36:20, 37:24, 72:19, 92:10, 92:25
**award** [1] - 24:10
**aware** [4] - 150:5,

174:8, 174:15, 176:8

# B

**baby** [1] - 10:6
**background** [3] - 137:10, 140:3, 177:17
**backward** [1] - 26:10
**bad** [1] - 21:7
**badge** [2] - 61:5, 133:5
**badly** [1] - 71:24
**balance** [1] - 149:17
**barely** [1] - 63:10
**based** [13] - 12:18, 15:8, 19:1, 23:18, 81:19, 108:11, 140:12, 147:14, 149:23, 149:24, 163:15, 164:15, 164:18
**basic** [1] - 113:14
**basis** [2] - 19:18, 33:8
**bathroom** [3] - 17:14, 81:6, 81:8
**became** [4] - 21:2, 141:18, 142:2, 153:18
**become** [5] - 8:7, 52:15, 65:8, 152:11, 152:12
**becomes** [1] - 160:15
**becoming** [1] - 53:7
**bed** [1] - 104:5
**bedroom** [1] - 31:23
**began** [1] - 64:21
**begin** [6] - 22:6, 50:20, 53:9, 105:8, 113:24, 166:12
**beginner** [1] - 54:10
**beginning** [3] - 9:19, 13:5, 159:4
**begins** [2] - 136:22, 137:1
**behalf** [3] - 4:16, 4:18, 170:2
**BEHALF** [2] - 2:4, 2:14
**behind** [6] - 33:5, 35:4, 35:11, 35:12, 37:5, 43:23
**belabor** [1] - 100:21
**bell** [7] - 59:18, 59:22, 60:1, 60:2, 60:11, 88:2, 88:5
**below** [2] - 151:16, 152:18
**belt** [12] - 40:1, 55:3, 55:4, 55:5, 55:9, 55:11, 55:12, 55:14,

55:15, 107:15, 107:18
**ben** [1] - 27:14
**bench** [1] - 4:23
**benefit** [1] - 146:10
**benefits** [1] - 149:17
**Benjamin** [1] - 10:1
**best** [1] - 54:5
**better** [7] - 63:13, 64:9, 64:10, 65:8, 69:10, 173:4
**between** [19] - 6:3, 9:3, 10:16, 27:16, 35:5, 35:6, 35:7, 100:5, 106:9, 116:2, 130:15, 132:20, 149:15, 160:8, 162:7, 163:24, 167:12, 169:17
**beyond** [1] - 114:1
**big** [1] - 116:4
**bilateral** [2] - 68:13, 173:6
**billing** [11] - 22:8, 22:10, 22:13, 22:16, 22:21, 22:22, 22:24, 28:14, 152:25, 165:10, 165:14
**bills** [2] - 18:5, 66:5
**binder** [1] - 170:25
**biology** [1] - 163:8
**biomechanical** [4] - 10:25, 12:12, 28:10, 34:9
**biomechanics** [1] - 173:13
**birthday** [2] - 87:9, 150:11
**bit** [3] - 30:6, 98:7, 162:25
**bits** [1] - 66:22
**black** [5] - 55:5, 55:9, 55:11, 55:15
**blackout** [1] - 92:11
**blank** [7] - 10:18, 40:21, 40:24, 41:4, 41:20, 51:16, 76:15
**bleeding** [1] - 130:25
**blinker** [1] - 37:4
**blows** [1] - 61:18
**blue** [3] - 28:21, 94:12, 94:19
**blurry** [1] - 45:10
**board** [2] - 15:14, 19:5
**bodies** [4] - 144:3, 166:16, 167:15, 168:10
**body** [17] - 6:6, 6:7, 11:6, 11:13, 11:14, 12:22, 47:20, 48:6,

56:24, 73:12, 76:9,
77:24, 147:7,
156:22, 167:8, 178:8
**bonded** [1] - 21:10
**bone** [10] - 145:2,
145:4, 145:6, 145:7,
146:15, 147:2,
147:3, 160:10,
160:12, 167:13
**bones** [1] - 167:13
**book** [1] - 70:19
**bore** [1] - 95:9
**born** [2] - 30:8, 160:10
**bothersome** [1] -
69:25
**bottom** [4] - 124:20,
160:13, 167:9, 173:2
**bought** [1] - 97:25
**BOULEVARD** [1] - 2:9
**Boutros** [1] - 84:23
**box** [1] - 36:13
**boxes** [1] - 107:8
**boxy** [1] - 109:21
**boy** [1] - 120:21
**Brain** [2] - 6:10, 13:3
**brain** [16] - 17:4,
17:21, 18:12, 18:21,
18:22, 19:7, 19:9,
19:10, 19:12, 19:13,
19:14, 19:16, 19:17,
19:20, 27:20, 65:12
**brakes** [1] - 40:9
**Brant** [1] - 27:19
**Brant-Zawadzki** [1] -
27:19
**Brazilian** [16] - 54:14,
54:18, 55:17, 56:15,
57:8, 57:12, 58:23,
59:7, 59:12, 60:20,
60:22, 60:23, 61:2,
62:3, 68:13, 173:7
**break** [6] - 75:20,
82:3, 82:14, 91:3,
135:19, 135:22
**breakfast** [1] - 97:1
**breaking** [1] - 57:18
**Brian** [3] - 14:18, 28:6,
154:21
**bridge** [4] - 160:7,
160:8, 160:14
**brief** [8] - 5:15, 6:2,
7:25, 86:1, 93:17,
118:9, 135:1, 135:19
**briefly** [4] - 50:1,
93:15, 93:22, 100:10
**bright** [14] - 144:1,
144:9, 146:6,
146:11, 146:13,
146:19, 146:23,
147:6, 147:23,

147:25, 162:17,
162:18, 162:25
**brightness** [1] -
162:20
**bring** [4] - 52:21,
53:17, 53:19, 94:24
**brother** [10] - 18:8,
20:17, 32:12, 32:14,
33:11, 33:15, 33:17,
55:25, 91:3, 91:5
**brought** [1] - 165:16
**brown** [1] - 55:4
**bruises** [2] - 62:10,
131:2
**brush** [1] - 97:1
**brushed** [1] - 97:1
**building** [1] - 7:12
**bumped** [1] - 60:3
**bumper** [4] - 16:22,
27:8, 43:20, 118:21
**bumps** [2] - 62:10,
131:2
**bunch** [1] - 122:16
**burr** [1] - 167:6
**business** [33] - 7:12,
7:13, 7:21, 18:6,
20:10, 21:14, 21:17,
21:18, 21:19, 23:22,
24:7, 52:8, 52:11,
52:12, 52:13, 52:14,
52:18, 52:20, 52:21,
53:17, 53:22, 56:3,
62:21, 91:6, 95:19,
96:21, 98:6, 98:16,
99:14, 102:19,
103:23, 104:2, 104:7
**busted** [3] - 61:23,
62:1, 62:2
**buttocks** [1] - 74:4
**BY** [51] - 2:7, 2:17, 3:4,
3:4, 3:8, 3:8, 3:10,
3:10, 3:12, 3:12,
3:14, 3:14, 30:2,
36:25, 37:11, 37:17,
38:16, 39:5, 41:3,
43:16, 50:18, 58:6,
81:12, 82:13, 84:8,
91:18, 92:19, 93:20,
94:9, 96:11, 101:12,
104:23, 111:11,
112:25, 114:4,
118:11, 119:10,
120:23, 129:16,
130:7, 134:2, 135:5,
137:4, 142:9,
147:18, 158:3,
169:4, 169:14,
176:19, 178:18,
180:13

# C

**C-4'5** [1] - 152:9
**C-5** [6] - 49:17, 49:21,
49:22, 79:4, 151:7,
172:17
**C-5'6** [3] - 152:9,
166:10, 178:7
**C-5,6** [1] - 142:6
**C-6** [14] - 49:17, 49:21,
49:22, 79:4, 146:4,
150:21, 151:3,
151:7, 152:19,
157:22, 158:6,
172:2, 172:17, 178:8
**C-6'7** [6] - 149:25,
150:1, 150:25,
152:7, 177:22, 178:5
**C-7** [8] - 145:11,
146:4, 150:21,
151:3, 152:19,
157:22, 158:6, 178:8
**C5-6** [2] - 14:10, 14:12
**C6-7** [2] - 14:10,
157:20
**CA** [2] - 2:11, 2:22
**CACI** [1] - 8:22
**caffeine** [2] - 89:11,
104:5
**cage** [4] - 167:11,
167:12, 167:15,
167:16
**Cal** [1] - 53:4
**Cal-State** [1] - 53:4
**California** [8] - 8:17,
21:1, 25:10, 32:8,
32:13, 33:2, 106:17,
137:15
**CALIFORNIA** [6] - 1:2,
1:16, 1:25, 4:1,
180:6, 180:9
**Camp** [3] - 21:2,
32:18, 33:5
**canal** [2] - 144:21,
145:9
**candidate** [7] - 14:8,
149:5, 152:18,
154:3, 155:4,
163:12, 164:11
**cannot** [2] - 21:18,
124:18
**car** [62] - 10:21, 25:19,
25:22, 31:1, 31:6,
35:5, 37:25, 38:3,
39:8, 40:7, 40:11,
41:11, 41:12, 41:19,
42:23, 42:24, 43:8,
43:19, 43:20, 43:25,
44:6, 45:21, 46:2,
46:8, 47:17, 71:1,

77:25, 78:4, 86:20,
87:4, 87:15, 87:18,
87:20, 88:13, 97:23,
97:25, 98:4, 100:11,
107:13, 109:22,
117:1, 117:3,
117:11, 117:22,
117:23, 117:24,
118:2, 118:4, 118:6,
123:18, 134:20,
141:14, 143:10,
148:13, 150:6,
150:11, 173:19,
175:13, 175:17,
175:20, 176:2,
176:13
**card** [1] - 5:9
**care** [52] - 7:9, 13:6,
13:19, 13:20, 20:25,
21:12, 22:8, 23:8,
23:10, 23:14, 28:8,
28:16, 32:22, 33:7,
45:12, 45:22, 47:7,
47:8, 56:18, 56:22,
60:15, 60:17, 62:25,
63:3, 66:9, 67:3,
67:7, 67:12, 67:15,
67:23, 70:21, 75:1,
75:9, 81:16, 83:1,
83:17, 87:24,
102:25, 104:8,
138:20, 148:18,
153:1, 153:3, 153:5,
153:13, 165:9,
165:12, 168:19
**cared** [1] - 33:16
**Career** [1] - 105:20
**career** [4] - 57:10,
140:10, 169:18,
174:11
**careful** [3] - 111:18,
113:16, 113:17
**caregiver** [1] - 21:3
**Carolina** [1] - 32:15
**Carrier** [1] - 25:9
**carrier** [6] - 114:7,
122:5, 122:23,
123:2, 124:5, 127:2
**cartilage** [3] - 57:18,
58:4, 167:7
**cascade** [1] - 147:1
**case** [29] - 5:15, 6:2,
8:15, 8:18, 8:24,
9:22, 11:1, 12:9,
13:2, 17:22, 18:19,
19:25, 28:1, 34:10,
92:14, 99:18,
131:13, 132:5,
137:5, 138:11,
138:22, 139:3,

141:3, 157:7,
161:20, 163:12,
170:5
**CASE** [1] - 1:8
**case-in-chief** [1] -
8:18
**cases** [2] - 116:15,
145:20
**CAT** [3] - 140:8,
177:21, 178:3
**categoric** [1] - 161:9
**caught** [1] - 58:3
**cauliflower** [7] - 57:6,
58:7, 58:10, 58:13,
61:1, 61:7, 61:10
**causation** [7] - 29:3,
138:19, 143:5,
154:5, 168:14,
168:19
**caused** [8] - 11:6,
11:14, 12:22, 12:23,
143:9, 158:14,
173:19
**causes** [4] - 155:24,
161:15, 178:6, 178:7
**causing** [6] - 8:22,
9:13, 9:16, 19:9,
24:17, 24:21
**caution** [1] - 37:8
**CCA** [2] - 105:14,
105:20
**cell** [1] - 39:17
**Center** [2] - 137:16,
137:18
**center** [4] - 144:18,
160:11, 160:13
**centers** [1] - 160:15
**CENTRAL** [2] - 1:2,
180:9
**certain** [3] - 65:1,
65:2, 151:15
**certainly** [4] - 5:8,
26:16, 92:6, 150:22
**certainty** [1] - 19:7
**CERTIFICATE** [1] -
180:2
**certified** [2] - 15:15,
19:5
**CERTIFY** [2] - 180:10,
180:14
**cervical** [50] - 6:13,
11:16, 12:23, 13:2,
13:5, 13:16, 14:9,
14:19, 15:2, 15:14,
23:2, 23:9, 28:9,
49:22, 74:11, 75:3,
82:15, 82:18, 84:15,
85:3, 85:7, 86:4,
86:7, 87:11, 140:4,
141:14, 141:17,

142:12, 143:8, 148:6, 148:20, 148:24, 150:10, 151:8, 153:13, 153:14, 153:25, 155:4, 157:16, 159:1, 162:8, 162:22, 167:23, 169:10, 171:15, 172:1, 172:6, 172:9, 173:14, 173:18
**Cervical** [1] - 142:5
**chair** [3] - 29:19, 104:17, 136:5
**champion** [2] - 7:17, 54:13
**championship** [1] - 54:12
**chance** [4] - 75:19, 80:12, 136:16, 149:16
**change** [11] - 27:16, 53:12, 65:25, 145:10, 157:4, 162:10, 162:11, 162:23, 163:2, 168:10, 172:17
**changed** [2] - 88:8, 163:8
**changes** [18] - 20:1, 143:20, 147:3, 156:19, 156:20, 156:21, 157:9, 157:12, 161:24, 172:1, 172:9, 173:18, 173:23, 174:2, 177:16, 178:1, 178:8
**characteristic** [1] - 144:16
**charges** [1] - 28:16
**Charles** [3] - 18:1, 18:11, 27:23
**Chavez** [10] - 7:13, 21:15, 24:6, 52:25, 53:1, 53:3, 53:15, 96:21, 98:14
**Chavez's** [1] - 53:9
**check** [14] - 12:6, 40:7, 42:3, 46:8, 103:13, 111:24, 113:2, 113:5, 115:7, 115:21, 115:22, 126:16, 126:22, 129:4
**checked** [4] - 42:15, 45:18, 107:22, 115:20
**cherry** [1] - 177:24
**Cheung** [15] - 14:4,

14:5, 14:10, 148:23, 148:24, 149:1, 149:8, 149:10, 150:17, 150:23, 158:11, 158:16, 158:20, 166:9, 177:9
**Cheung's** [1] - 149:3
**Chevy** [1] - 43:1
**chief** [3] - 8:18, 13:3, 80:1
**Chief** [1] - 137:22
**child** [2] - 64:25, 65:16
**childhood** [2] - 6:20, 7:1
**children** [8] - 10:4, 10:20, 24:3, 26:3, 51:21, 134:13, 134:17, 134:18
**children's** [1] - 31:24
**chiropractic** [17] - 13:20, 15:10, 15:11, 28:8, 56:18, 56:22, 56:24, 62:12, 62:25, 67:7, 75:5, 142:21, 148:18, 152:14, 154:10, 164:9, 172:19
**chiropractor** [6] - 13:23, 48:5, 57:1, 68:8, 78:13, 177:1
**choking** [1] - 54:24
**choose** [1] - 126:21
**chose** [1] - 127:9
**chronic** [6] - 15:9, 15:18, 142:7, 156:15, 157:12, 162:23
**circle** [5] - 107:5, 146:9, 146:14, 165:19, 165:21
**Circle** [1] - 31:9
**circled** [3] - 146:13, 147:11, 165:18
**City** [1] - 105:13
**city** [2] - 105:20, 114:7
**claim** [7] - 18:12, 18:21, 22:2, 23:3, 23:15, 29:3, 46:4
**claimed** [2] - 13:1, 25:6, 28:13, 28:25, 29:6
**claims** [2] - 17:4, 22:1
**Claims** [2] - 5:18, 8:16
**classes** [2] - 111:4, 111:13
**clear** [2] - 18:24, 27:10
**clearance** [7] - 12:7, 111:24, 113:2, 113:5, 113:13, 126:16, 129:4

**clearly** [1] - 158:11
**CLERK** [13] - 4:3, 29:9, 29:16, 29:18, 29:24, 82:5, 104:14, 104:16, 120:16, 120:18, 135:22, 136:2, 136:4
**Clerk** [2] - 4:7, 114:17
**client** [1] - 99:11
**clientele** [1] - 52:17
**clients** [2] - 18:5, 99:1
**clinical** [8] - 18:13, 86:12, 137:23, 138:2, 138:5, 139:25, 159:18, 163:23
**clinicians** [1] - 140:20
**CLINTON** [1] - 11:6
**Clinton** [7] - 4:5, 4:8, 4:12, 5:13, 7:7, 29:15, 29:22
**clip** [4] - 7:24, 7:25, 8:2, 14:16
**clock** [1] - 128:19
**close** [6] - 20:19, 29:4, 33:23, 93:10, 164:17, 174:5
**closed** [1] - 141:14
**closer** [2] - 44:13, 137:13
**closing** [1] - 62:21
**cognitive** [2] - 18:18, 19:3
**cognitively** [1] - 27:25
**coincidence** [1] - 155:22
**coincidental** [3] - 155:23, 156:2, 156:18
**collapse** [2] - 165:24, 165:25
**collapsed** [1] - 163:2
**collar** [3] - 16:21, 87:13, 167:23
**college** [1] - 30:16
**collegiate** [1] - 58:11
**collided** [2] - 108:3, 119:3
**collision** [90] - 6:3, 6:5, 6:8, 6:15, 7:4, 7:8, 7:12, 7:23, 9:3, 9:5, 9:13, 10:3, 10:12, 10:15, 10:16, 11:21, 12:3, 12:4, 12:8, 12:10, 12:17, 13:6, 13:18, 13:24, 14:22, 15:3, 15:6, 15:17, 15:22, 16:14, 17:3, 17:8, 17:12, 19:8, 20:2, 20:7,

20:14, 21:17, 21:23, 23:18, 23:23, 24:17, 26:25, 30:4, 34:17, 34:20, 34:22, 42:12, 44:1, 44:22, 47:17, 56:6, 87:21, 91:22, 92:10, 92:20, 106:3, 106:15, 107:2, 107:6, 107:9, 107:10, 107:11, 109:4, 109:10, 109:14, 109:23, 110:12, 110:16, 110:18, 110:24, 118:19, 118:25, 119:4, 121:18, 121:21, 121:23, 122:20, 123:25, 124:23, 141:14, 142:3, 151:5, 153:2, 168:7, 168:12, 168:13, 176:2
**collisions** [1] - 47:1
**colloquial** [1] - 59:25
**combination** [2] - 53:25, 167:1
**comfortable** [1] - 123:16
**coming** [5] - 10:20, 38:4, 144:17, 145:6, 146:3
**comment** [1] - 5:4
**common** [3] - 16:6, 58:13, 59:25
**commonly** [2] - 57:6, 58:13
**company** [3] - 46:5, 61:21, 65:17
**comparatively** [2] - 9:12, 24:16
**compare** [1] - 70:3
**comparing** [2] - 162:21
**comparison** [1] - 146:16
**compensation** [3] - 5:25, 9:18, 24:24
**competition** [1] - 8:1
**competitions** [1] - 93:24
**complain** [2] - 154:8, 159:9
**complained** [6] - 6:15, 17:6, 17:16, 71:14, 141:22, 159:12
**complaining** [5] - 71:11, 141:21, 143:2, 153:19, 178:22
**complains** [1] -

171:15
**complaint** [6] - 13:3, 80:1, 153:17, 159:14, 159:18, 164:1
**complaints** [21] - 7:4, 13:8, 13:25, 14:1, 15:23, 19:21, 28:4, 28:23, 71:18, 76:24, 138:15, 142:22, 145:18, 145:22, 148:21, 153:16, 156:11, 157:24, 163:22, 164:4, 177:7
**complete** [1] - 19:23
**completed** [4] - 125:10, 137:15, 137:24, 153:1
**completely** [4] - 20:12, 23:20, 23:24, 61:17
**completion** [1] - 137:21
**complex** [1] - 69:3
**complication** [1] - 149:17
**compound** [1] - 37:15
**compressed** [3] - 150:1, 163:3, 163:7
**compression** [2] - 161:15, 162:1
**COMPUTER** [1] - 180:13
**computer** [1] - 124:18
**COMPUTER-AIDED** [1] - 180:13
**concentrate** [1] - 64:12
**concentrating** [1] - 63:18
**concentration** [1] - 65:19
**concept** [1] - 163:23
**concern** [1] - 67:15
**concerned** [8] - 32:19, 32:21, 40:8, 54:3, 54:7, 87:25, 123:19, 123:22
**concerning** [16] - 76:8, 141:4, 142:11, 145:17, 149:8, 149:9, 152:25, 153:12, 155:2, 157:16, 158:5, 159:1, 161:2, 165:11, 169:9
**concerns** [2] - 6:2, 102:22
**conclude** [2] - 91:10, 155:15

**concluded** [1] - 179:11
**conclusion** [2] - 86:2, 143:15
**conclusions** [2] - 158:5, 168:13
**concussion** [5] - 18:25, 66:3, 66:7, 66:10, 89:5
**condition** [13] - 16:12, 18:4, 138:16, 159:21, 159:22, 159:24, 161:4, 161:7, 161:11, 163:3, 164:24, 177:11, 177:13
**conditions** [9] - 15:5, 15:25, 16:7, 16:10, 146:1, 162:2, 168:22, 174:13, 178:22
**conduct** [1] - 123:25
**conducted** [3] - 12:4, 18:16, 110:16
**confer** [2] - 113:19, 135:19
**congenital** [3] - 159:22, 159:24, 160:24
**connected** [2] - 160:6, 161:13
**connections** [6] - 7:20, 23:22, 52:14, 52:20, 103:9
**consciousness** [1] - 71:6
**conservative** [2] - 13:19, 14:3
**conservatively** [1] - 6:11
**consider** [4] - 149:18, 168:6, 168:12, 168:18
**consideration** [1] - 19:20
**considering** [1] - 152:8
**consist** [4] - 105:22, 105:24, 113:12, 122:22
**consistent** [9] - 50:1, 141:17, 144:6, 149:25, 157:2, 177:8, 177:21, 177:22, 178:5
**consistently** [1] - 178:12
**constant** [4] - 50:2, 63:14, 66:2, 88:10
**constantly** [2] - 51:23,

63:6
**constellation** [1] - 141:16
**consult** [1] - 14:4
**consultant** [1] - 18:23
**consultation** [2] - 81:14, 81:25
**consultations** [1] - 165:5
**consulted** [1] - 23:7
**contact** [1] - 25:22, 38:10, 38:17, 38:20, 44:10, 116:19, 116:21, 117:5, 174:16
**contain** [3] - 7:4, 14:1, 148:20
**contained** [1] - 128:12
**containing** [1] - 146:15
**contend** [3] - 14:23, 14:24, 119:2
**content** [5] - 98:16, 144:4, 146:16, 157:2, 162:18
**contents** [1] - 162:17
**continue** [3] - 48:3, 51:7, 85:6
**continued** [6] - 17:2, 17:9, 17:20, 18:4, 21:25, 142:7
**CONTINUED** [1] - 82:12
**continuously** [1] - 89:19
**contrary** [1] - 15:25
**Contrary** [1] - 16:5
**contribute** [2] - 28:8, 29:5
**contributing** [1] - 165:3
**contribution** [2] - 103:8, 103:9
**conversation** [1] - 113:7
**conversations** [1] - 21:8
**convicted** [2] - 90:17, 90:21
**cooperate** [3] - 123:5, 123:12, 133:13
**cooperation** [1] - 132:9
**cooperative** [1] - 5:21
**coping** [2] - 65:6, 90:4
**Corps** [1] - 20:23
**CORRECT** [1] - 180:14
**correct** [85] - 4:25, 26:20, 26:22, 27:1,

34:4, 68:4, 94:19, 95:4, 95:12, 95:20, 95:23, 96:1, 98:8, 98:22, 99:4, 99:9, 99:12, 99:15, 100:22, 101:3, 102:16, 109:5, 113:16, 118:19, 118:20, 119:13, 119:15, 121:7, 121:8, 126:13, 126:14, 126:25, 127:5, 127:10, 127:17, 129:18, 134:5, 134:6, 134:8, 139:1, 140:15, 142:15, 147:9, 147:12, 148:16, 149:1, 149:2, 155:11, 156:3, 157:9, 157:10, 157:17, 159:6, 160:25, 162:6, 166:17, 166:24, 168:2, 169:3, 169:18, 169:24, 170:2, 170:3, 171:23, 172:10, 172:20, 173:24, 173:25, 174:4, 174:9, 174:13, 174:17, 174:20, 174:21, 174:24, 175:1, 175:3, 175:8, 175:9, 175:24, 176:10, 176:11, 177:13, 178:3
**corrected** [1] - 175:25
**correction** [1] - 163:13
**correctly** [1] - 165:10
**correlate** [2] - 140:21, 145:16
**correlated** [1] - 145:21
**correlation** [4] - 143:16, 145:19, 163:23, 163:24
**corroborated** [1] - 177:7
**cost** [2] - 23:11, 23:13
**costs** [2] - 22:8, 23:1
**Council** [1] - 8:23
**COUNSEL** [1] - 2:2
**counsel** [11] - 4:6, 4:20, 5:20, 5:21, 29:12, 71:24, 97:3, 100:11, 112:22, 113:19, 176:20
**country** [3] - 7:9, 16:10, 21:1
**COUNTY** [1] - 180:4

**couple** [9] - 55:6, 55:15, 59:2, 60:13, 62:3, 93:17, 150:5, 175:10, 177:10
**course** [11] - 8:13, 9:6, 17:2, 27:8, 39:14, 59:15, 60:16, 62:10, 68:22, 139:5, 174:11
**courses** [1] - 111:16
**Court** [21] - 5:22, 9:8, 24:10, 24:13, 24:15, 24:17, 24:20, 24:22, 34:25, 36:13, 72:19, 76:2, 92:5, 94:1, 95:9, 101:18, 137:9, 162:12, 168:22, 169:9, 179:5
**court** [4] - 29:9, 138:9, 169:23, 170:1
**COURT** [94] - 1:1, 1:24, 4:13, 4:22, 5:4, 5:7, 16:3, 16:15, 16:17, 25:4, 26:4, 26:18, 26:21, 26:23, 27:3, 27:12, 29:7, 29:11, 34:4, 36:22, 36:24, 37:10, 37:16, 38:12, 38:15, 38:23, 39:1, 39:4, 40:18, 40:25, 41:2, 43:13, 50:7, 50:9, 50:14, 50:17, 57:19, 57:21, 58:5, 71:24, 73:25, 75:20, 76:3, 81:11, 82:3, 82:8, 84:7, 84:19, 91:25, 92:8, 92:14, 92:18, 104:11, 111:10, 112:20, 112:23, 113:20, 113:23, 119:7, 119:9, 119:19, 119:22, 120:2, 120:9, 120:11, 128:1, 128:6, 128:11, 128:14, 129:2, 129:6, 129:8, 129:10, 129:12, 129:15, 130:1, 134:20, 134:24, 135:3, 135:21, 135:24, 136:16, 136:20, 136:24, 137:2, 141:7, 147:17, 158:2, 169:2, 178:15, 179:3, 179:8, 180:9, 180:22
**court's** [2] - 82:5, 146:9

**Court's** [2] - 75:24, 146:10
**cover** [1] - 132:5
**covered** [4] - 81:11, 159:3, 169:5, 169:11
**covering** [2] - 123:13, 131:16
**cracked** [1] - 16:23
**create** [3] - 91:12, 124:7, 124:9
**created** [7] - 11:15, 12:11, 22:14, 23:8, 38:7, 124:23, 125:4
**creation** [1] - 131:10
**crests** [1] - 26:6
**criteria** [1] - 18:25
**cross** [2] - 113:23, 145:22
**CROSS** [5] - 3:6, 93:19, 114:3, 130:6, 169:13
**CROSS-EXAMINATION** [4] - 93:19, 114:3, 130:6, 169:13
**cross-sectional** [1] - 145:22
**crowd** [1] - 90:14
**Cruze** [1] - 43:1
**crying** [1] - 40:5
**CSR** [2] - 1:23, 180:21
**CT** [1] - 139:21
**cuff** [1] - 74:13
**cumulative** [1] - 81:10
**curb** [16] - 9:1, 10:10, 10:12, 10:15, 11:25, 25:13, 25:21, 35:10, 35:12, 36:19, 106:16, 107:3, 107:24, 108:16, 108:17, 130:13
**curettes** [1] - 167:1
**current** [6] - 96:19, 105:2, 121:2, 137:6, 165:3, 165:7
**curve** [2] - 26:15, 173:14
**curves** [1] - 26:8
**custody** [1] - 32:19
**customary** [1] - 22:11
**customer** [2] - 99:3, 99:8
**Customer** [1] - 121:3
**cut** [1] - 166:18
**CV** [5] - 1:9, 4:4, 137:1, 137:5, 137:6
**CVs** [2] - 136:12, 136:17
**cycle** [1] - 91:4
**Cymbalta** [2] - 89:23,

89:25

# D

**dad** [1] - 53:5
**daily** [4] - 101:20, 102:1, 103:10, 103:11
**damage** [17] - 11:22, 16:24, 19:13, 22:3, 23:3, 41:13, 41:15, 42:23, 43:2, 43:7, 46:4, 61:22, 87:20, 88:1, 88:11, 132:5, 161:16
**damages** [11] - 6:1, 22:2, 22:3, 22:4, 22:5, 22:6, 23:6, 23:16, 24:11, 24:25, 29:3
**Dana** [1] - 121:3
**Danan** [5] - 18:20, 28:3, 157:15, 157:19, 158:13
**Danan's** [1] - 158:4
**danger** [1] - 45:4
**Danny** [1] - 84:23
**dark** [4] - 146:17, 146:20, 147:19, 148:1
**darker** [2] - 147:14, 148:2
**data** [1] - 145:22
**DATE** [1] - 180:18
**date** [6] - 83:23, 84:17, 85:3, 96:15, 137:6, 165:7
**dated** [3] - 81:23, 83:22, 84:21
**dating** [1] - 15:16
**daughter** [3] - 7:23, 10:5, 10:6
**David** [1] - 104:21
**Davis** [4] - 137:15, 137:16, 137:18, 137:21
**day-to-day** [4] - 33:8, 96:18, 96:20, 103:6
**daycare** [1] - 33:12
**days** [17] - 6:14, 7:19, 7:23, 13:10, 13:12, 33:13, 33:14, 69:13, 71:18, 76:17, 101:5, 138:4, 138:7, 138:8, 150:10, 157:24, 158:20
**deal** [4] - 20:10, 68:18, 90:2, 103:25
**dealing** [8] - 64:12, 65:3, 65:10, 65:23,

65:24, 81:18, 90:1, 100:25
**deals** [2] - 18:6, 21:19
**dealt** [4] - 64:18, 65:9, 65:19, 90:13
**death** [1] - 140:9
**debate** [2] - 6:4, 6:6
**debilitated** [1] - 63:8
**debridement's** [1] - 167:10
**debris** [3] - 27:3, 27:10, 43:24
**decided** [1] - 126:21
**decision** [3] - 55:20, 127:11, 149:14
**decisions** [4] - 65:1, 140:9, 163:14, 163:17
**declared** [1] - 23:4
**decline** [2] - 88:10, 102:20
**decompress** [1] - 167:8
**decompression** [1] - 164:11
**decrease** [1] - 163:11
**dedicate** [1] - 138:6
**deemed** [4] - 12:6, 14:8, 34:3, 154:3
**deeply** [2] - 7:18, 21:10
**defect** [7] - 159:25, 160:1, 160:2, 160:17, 160:24, 161:4, 161:16
**defects** [1] - 161:10
**defendant** [5] - 4:16, 4:18, 8:9, 8:10, 8:19
**DEFENDANT** [2] - 1:11, 2:14
**defendant's** [1] - 8:21
**defense** [16] - 6:19, 6:24, 10:1, 12:9, 12:11, 13:22, 14:19, 17:25, 18:11, 18:23, 19:1, 22:13, 23:12, 91:12, 114:1, 158:18
**defense's** [1] - 154:21
**defensive** [1] - 128:17
**deficits** [2] - 18:3, 19:3
**definitely** [2] - 49:3, 177:14
**definition** [1] - 145:3
**degeneration** [3] - 151:19, 177:16, 177:18
**degenerative** [27] - 14:21, 15:5, 15:25, 16:7, 16:10, 16:12,

28:24, 145:4, 145:10, 146:1, 146:2, 155:24, 156:17, 157:6, 157:12, 161:24, 162:2, 172:1, 172:9, 172:16, 173:18, 173:23, 174:2, 177:12, 177:13, 177:14, 177:19
**degree** [6] - 19:7, 53:6, 143:7, 148:12, 151:2, 165:1
**deliver** [3] - 25:14, 105:25, 107:7
**delivered** [1] - 107:12
**delivering** [5] - 10:8, 25:10, 25:11, 105:22, 115:1
**Delta** [5] - 168:6, 168:7, 168:9, 168:12, 168:18
**demonstrated** [1] - 28:20
**demonstrative** [3] - 165:17, 166:2, 166:4
**department** [3] - 17:20, 83:20, 132:2
**Department** [1] - 137:24
**depict** [2] - 93:8, 166:7
**depicted** [6] - 34:11, 35:24, 42:22, 43:18, 44:4, 167:4
**depiction** [1] - 38:9
**depicts** [3] - 26:19, 92:7, 166:8
**deposition** [9] - 9:24, 11:21, 97:15, 154:20, 155:3, 155:12, 155:20, 155:25, 168:5
**depositions** [2] - 138:9, 138:14
**depressed** [1] - 24:1
**depression** [11] - 15:21, 20:13, 64:17, 64:18, 64:22, 65:20, 85:11, 90:1, 100:22, 100:24, 101:7
**describe** [13] - 8:4, 44:9, 50:20, 51:4, 53:15, 54:14, 73:20, 78:5, 80:14, 84:4, 86:16, 101:18, 115:18
**described** [5] - 50:19, 53:24, 79:3, 92:21, 177:25

**describing** [2] - 73:13, 173:17
**description** [2] - 38:19, 77:20
**designated** [2] - 93:18, 113:25
**desk** [1] - 99:21
**despite** [1] - 173:17
**destine** [1] - 16:8
**detailed** [1] - 152:6
**details** [1] - 30:5
**determine** [1] - 134:9
**determined** [1] - 22:11
**devastating** [1] - 55:22
**develop** [3] - 15:6, 61:7, 157:20
**developed** [4] - 57:7, 58:7, 142:12, 155:24
**developing** [1] - 16:13
**diagnosed** [7] - 64:16, 66:6, 100:14, 100:17, 175:16, 175:19, 176:2
**diagnosis** [3] - 16:8, 74:5, 141:11
**diagnostic** [2] - 18:25, 141:9
**diagram** [1] - 38:14
**diametrically** [1] - 158:17
**diamond** [1] - 167:6
**differ** [1] - 58:18
**different** [19] - 37:12, 47:25, 58:20, 59:3, 61:17, 61:21, 88:12, 100:2, 100:3, 102:14, 112:19, 112:20, 126:9, 128:3, 133:4, 156:13, 156:24, 177:10
**differentiate** [2] - 157:3, 162:7
**differently** [2] - 101:19, 101:20
**difficult** [1] - 67:19
**difficulties** [1] - 132:25
**difficulty** [2] - 63:18, 69:16
**dinner** [1] - 87:17
**DIRECT** [6] - 3:6, 30:1, 82:12, 104:22, 120:22, 137:3
**direct** [11] - 84:2, 91:11, 93:18, 101:17, 106:21, 125:18, 126:5, 127:7, 140:5,

141:25, 143:5
**directly** [2] - 136:5, 138:12
**disagree** [3] - 155:10, 156:4, 177:12
**Discectomy** [1] - 142:6
**discectomy** [1] - 14:9
**discharged** [4] - 46:15, 46:17, 101:5, 101:7
**discombobulated** [1] - 17:17
**discuss** [5] - 5:16, 5:19, 112:11, 139:16, 175:10
**discussed** [6] - 24:25, 82:24, 97:3, 100:11, 101:17, 153:12
**discusses** [4] - 171:13, 171:25, 172:8, 173:12
**discussing** [1] - 68:10
**discussion** [2] - 142:21, 168:5
**discussions** [1] - 149:7
**disease** [3] - 14:21, 151:21, 177:19
**disk** [28] - 14:21, 74:11, 141:18, 141:19, 144:13, 144:15, 144:16, 144:17, 144:18, 144:19, 144:20, 144:24, 145:8, 145:11, 151:8, 151:14, 152:3, 157:16, 161:23, 163:2, 165:24, 165:25, 166:18, 166:20, 166:25, 167:3, 177:19, 178:6
**disks** [3] - 69:4, 151:23, 164:12
**disorder** [2] - 63:24, 64:17
**displayed** [2] - 138:24, 138:25
**dispute** [1] - 9:22
**disqualified** [1] - 54:19
**disruption** [1] - 178:7
**dissection** [1] - 164:21
**distance** [6] - 25:20, 113:13, 119:17, 130:15, 130:19, 130:20
**distracted** [1] - 39:17

distracting [1] - 39:13
distress [2] - 24:4,
131:4
DISTRICT [5] - 1:1,
1:2, 1:4, 180:9
DIVISION [1] - 1:2
divorce [1] - 64:6
divorced [2] - 32:16
dizziness [7] - 17:10,
51:14, 60:7, 60:10,
83:5, 84:13, 88:7
DO [2] - 180:10,
180:13
doctor [14] - 17:24,
42:19, 49:18, 56:17,
63:20, 72:2, 76:17,
81:25, 83:25, 84:1,
84:25, 86:6, 86:14,
149:15
Doctor [1] - 179:3
doctor's [1] - 77:18
doctors [10] - 16:15,
16:17, 47:25, 48:4,
48:19, 49:3, 63:5,
79:11, 84:3, 85:6
document [16] -
99:20, 99:25, 112:9,
112:11, 112:14,
112:17, 112:19,
112:21, 113:5,
124:12, 124:15,
124:17, 125:12,
125:15, 171:9, 178:9
dollars [2] - 20:11,
87:22
done [17] - 49:7, 49:9,
59:22, 74:23, 76:25,
82:10, 87:20, 87:25,
111:17, 145:19,
161:9, 165:15,
166:6, 166:12,
167:10, 179:10
door [1] - 78:3
dot [1] - 27:11
down [37] - 10:13,
13:11, 36:8, 48:8,
48:10, 48:11, 48:18,
48:23, 54:20, 57:13,
63:9, 70:10, 70:18,
71:15, 73:19, 74:3,
74:4, 74:13, 74:14,
74:16, 77:3, 77:4,
78:7, 78:8, 80:16,
85:24, 89:4, 102:8,
104:11, 120:12,
129:8, 133:20,
146:3, 160:5,
172:24, 173:11
downs [1] - 128:10
Dr [112] - 10:25, 11:9,

11:12, 11:17, 12:16,
13:23, 14:4, 14:5,
14:10, 14:18, 15:3,
15:13, 16:4, 16:6,
16:7, 16:25, 17:25,
18:1, 18:20, 19:4,
19:13, 19:16, 19:18,
23:7, 27:19, 27:23,
28:2, 28:6, 34:8,
38:8, 62:16, 63:22,
63:25, 64:2, 64:11,
64:16, 64:21, 67:14,
69:5, 72:3, 72:14,
73:12, 74:6, 74:21,
75:1, 76:19, 76:22,
77:13, 77:15, 77:24,
78:9, 78:20, 78:21,
78:23, 79:2, 79:8,
79:15, 79:17, 79:21,
79:24, 80:5, 80:7,
81:17, 84:23, 85:16,
91:12, 135:18,
136:1, 136:10,
136:14, 137:1,
137:5, 138:21,
140:24, 148:23,
148:24, 149:1,
149:3, 149:8,
149:10, 150:17,
150:23, 154:21,
154:23, 155:3,
155:14, 155:17,
156:5, 156:19,
156:23, 157:15,
158:4, 158:9,
158:11, 158:13,
158:16, 158:17,
158:20, 164:16,
165:15, 166:1,
166:9, 169:6,
169:15, 170:12,
172:14, 172:15,
173:16, 176:17,
176:20, 177:9
dr [7] - 11:5, 15:8,
15:23, 18:11, 19:10,
146:9, 157:19
draft [1] - 23:13
dramatic [1] - 65:25
dramatically [1] -
136:14
draw [2] - 107:4, 158:4
drawing [1] - 168:13
dressed [1] - 97:1
drill [1] - 167:5
drivable [1] - 46:2
drive [5] - 37:13,
97:12, 107:1,
113:13, 128:17
Drive [6] - 9:2, 10:10,

25:12, 25:13,
106:16, 115:18
driven [5] - 8:5,
106:11, 114:18,
114:25, 115:14
driver [20] - 9:11,
11:19, 24:15, 26:9,
122:3, 123:5, 123:8,
127:22, 129:22,
131:22, 131:23,
131:25, 132:22,
133:2, 133:6,
133:11, 133:16,
134:4
driver's [4] - 10:23,
97:19, 131:13, 132:1
drivers [1] - 64:21
driveway [2] - 35:9,
44:17
driving [23] - 9:21,
10:13, 12:13, 18:7,
35:15, 35:18, 39:13,
42:24, 51:18, 97:14,
97:16, 97:17,
105:24, 106:6,
106:8, 109:3,
113:14, 114:13,
114:22, 115:15,
115:22, 119:2,
133:19
drop [4] - 5:9, 33:14,
106:1, 128:10
drove [2] - 26:1,
118:17
due [7] - 20:9, 32:17,
53:24, 55:5, 55:15,
101:7, 145:4
during [18] - 32:19,
45:9, 47:25, 57:17,
60:22, 61:19, 65:5,
69:23, 70:4, 87:13,
97:13, 137:20,
174:18, 174:19,
174:23, 175:8,
175:11, 176:12
duty [1] - 110:22
Dysfunction [2] -
100:15, 175:17
dysfunction [1] -
176:2

## E

ear [10] - 57:6, 57:14,
57:16, 58:1, 58:7,
58:10, 58:13, 61:1,
61:7, 61:10
early [1] - 33:12
ears [7] - 57:3, 57:5,
57:19, 58:3, 174:23,

175:3, 175:7
easier [1] - 160:12
easily [1] - 163:4
EAST [1] - 2:9
eat [2] - 102:1, 102:2
eaten [1] - 102:3
economic [7] - 22:2,
22:4, 22:5, 22:6,
23:6, 23:16, 24:11
edema [7] - 145:25,
146:16, 147:4,
147:5, 147:13,
148:1, 157:2
effect [5] - 65:4,
65:11, 84:10, 89:1,
151:8
effects [1] - 82:23
effervescent [1] - 8:7
efficiently [1] - 179:6
efforts [2] - 14:3, 49:5
eight [3] - 69:20,
69:23, 142:14
either [7] - 52:18,
57:15, 58:21,
125:22, 141:19,
155:21, 160:23
Elan [1] - 18:20
elbows [1] - 58:21
Element [1] - 9:19
element [2] - 12:25,
22:1
elements [5] - 5:23,
8:18, 29:2, 143:19,
143:24
ELIAS [4] - 1:23,
180:8, 180:20,
180:21
embarrassing [1] -
63:23
embraced [1] - 61:4
EMDR [1] - 64:23
emergency [3] - 81:4,
108:20, 110:5
Emerson [2] - 4:11,
5:12
EMERSON [38] - 2:8,
3:4, 3:10, 3:12, 4:10,
5:6, 5:11, 7:25, 8:3,
16:4, 16:16, 16:18,
104:13, 104:23,
106:19, 108:22,
111:9, 111:11,
112:3, 112:25,
113:18, 113:21,
118:9, 118:11,
119:10, 119:25,
120:6, 120:23,
122:10, 124:10,
127:24, 129:13,
129:16, 130:2,

133:24, 134:2,
134:19, 135:14
eminent [1] - 45:4
emotional [2] - 24:4,
65:11
emotionally [1] -
27:25
emphasize [1] -
111:17
employed [7] - 9:5,
12:21, 98:7, 105:5,
105:16, 121:9,
121:11
employee [17] - 8:12,
8:14, 12:2, 105:15,
111:23, 124:6,
124:21, 126:13,
127:2, 127:14,
128:16, 128:20,
128:24, 129:1, 133:2
employer [1] - 127:3
employment [2] -
8:13, 9:7
enactment [1] - 12:17
encounter [1] - 83:23
end [8] - 49:22, 53:5,
54:5, 62:1, 62:4,
141:20, 144:10,
145:5
ended [13] - 16:22,
34:20, 34:22, 47:6,
47:17, 62:20, 62:21,
79:7, 81:7, 87:17,
88:23, 127:21,
155:23
ends [2] - 57:17, 57:18
energetic [2] - 6:23,
8:5
energy [1] - 104:6
engine [4] - 107:17,
107:18, 107:19,
108:20
engineer [4] - 10:25,
12:12, 27:14, 34:9
engineering [2] -
28:10, 53:4
enjoyment [1] - 24:5
enlisted [1] - 101:2
entered [6] - 94:3,
98:20, 99:7, 99:22,
107:10, 170:10
entirely [2] - 18:14,
27:8
entirety [3] - 27:11,
150:15, 177:23
entity [2] - 151:12,
151:19
entrusted [1] - 20:25
epidural [11] - 15:1,
79:4, 79:7, 82:15,

82:18, 84:15, 85:4, 85:7, 85:20, 85:22, 86:7
**epidurals** [5] - 23:9, 86:2, 86:3, 148:20, 163:11
**episode** [2] - 6:17, 17:13
**equipment** [1] - 61:21
**ER** [4] - 16:24, 17:5, 17:13, 81:14
**erase** [1] - 35:21
**ERCOLANI** [64] - 2:7, 3:8, 3:14, 4:7, 5:1, 29:14, 30:2, 33:25, 34:5, 36:25, 37:11, 37:17, 38:5, 38:16, 38:24, 39:3, 39:5, 40:20, 41:3, 42:20, 43:16, 50:3, 50:8, 50:12, 50:15, 50:18, 58:6, 68:6, 72:1, 74:1, 75:21, 76:5, 81:12, 81:22, 82:7, 82:9, 82:13, 84:8, 84:20, 91:15, 91:18, 92:1, 92:13, 92:16, 92:19, 93:14, 101:12, 104:9, 135:17, 135:25, 136:10, 136:18, 136:21, 136:25, 137:4, 142:9, 147:18, 158:3, 169:4, 169:12, 176:19, 178:18, 178:25, 179:4
**Ercolani** [2] - 4:8, 5:12
**escalated** [1] - 148:19
**especially** [2] - 161:12, 172:2
**ESQ** [2] - 2:7, 2:8
**essential** [1] - 29:2
**essentially** [1] - 21:16
**established** [2] - 140:7, 158:19
**Estate** [2] - 98:10, 100:5
**estate** [13] - 7:12, 7:20, 21:16, 21:18, 32:5, 32:6, 52:14, 53:7, 95:19, 98:6, 98:7, 98:13, 98:16
**estimate** [7] - 108:9, 108:13, 114:24, 119:12, 119:20, 119:23, 120:3
**estimated** [1] - 75:22
**estimates** [1] - 23:12
**estimation** [1] -

119:16
**ET** [1] - 1:10
**evaluated** [1] - 153:24
**evaluating** [3] - 50:12, 141:12, 152:22
**evaluation** [3] - 148:19, 154:17, 175:11
**evaluations** [1] - 17:23
**evasive** [3] - 12:20, 12:21, 92:3
**event** [3] - 81:13, 156:15, 158:14
**events** [4] - 39:21, 80:22, 80:23, 161:12
**eventually** [4] - 41:12, 49:17, 86:25, 103:1
**evidence** [19] - 19:10, 19:12, 25:7, 25:8, 25:10, 25:20, 25:23, 26:1, 26:15, 28:18, 28:22, 29:1, 94:4, 98:20, 99:7, 99:23, 108:24, 114:11, 170:10
**evident** [4] - 142:2, 143:4, 152:11, 153:18
**ex** [1] - 87:16
**exact** [3] - 46:22, 84:17, 152:13
**exactly** [2] - 115:16, 178:17
**exaggerate/feign** [1] - 18:18
**exam** [5] - 174:18, 175:5, 175:7, 175:8, 176:13
**EXAMINATION** [14] - 30:1, 82:12, 93:19, 101:11, 104:22, 114:3, 118:10, 120:22, 130:6, 134:1, 135:4, 137:3, 169:13, 176:18
**examination** [6] - 18:16, 19:2, 19:19, 91:11, 174:23, 175:6
**examinations** [2] - 18:2, 164:18
**examined** [3] - 174:5, 174:22, 175:2
**examining** [1] - 142:2
**example** [4] - 101:24, 156:6, 162:10, 176:12
**exceed** [1] - 23:11
**excellent** [4] - 7:15, 8:4, 136:20, 179:9

**excess** [1] - 9:25
**excused** [5] - 120:10, 120:12, 134:24, 135:13, 179:3
**executed** [1] - 18:8
**exercises** [1] - 173:13
**Exhibit** [60] - 26:12, 34:6, 34:7, 35:23, 36:12, 38:6, 38:18, 39:3, 42:21, 42:22, 43:10, 43:17, 44:5, 44:10, 68:7, 75:14, 75:18, 76:6, 79:20, 81:23, 83:22, 85:13, 94:2, 94:7, 94:8, 94:15, 94:25, 95:1, 95:8, 96:4, 96:10, 98:19, 98:24, 99:7, 99:22, 106:20, 108:23, 112:4, 114:10, 118:13, 122:11, 124:11, 125:1, 136:18, 136:24, 136:25, 138:25, 147:10, 166:1, 166:7, 167:4, 167:9, 170:9, 170:22, 171:12, 171:19, 172:4, 172:12, 172:22
**exhibit** [7] - 19:3, 34:19, 38:7, 39:2, 94:18, 98:25, 166:2
**exhibits** [1] - 34:2
**EXHIBITS** [1] - 3:16
**exist** [2] - 7:3, 143:13
**existed** [2] - 17:3, 64:24
**existing** [2] - 15:5, 15:24
**exited** [2] - 110:1, 118:25
**exiting** [1] - 161:17
**expand** [1] - 149:21
**expected** [2] - 167:17, 179:6
**expeditiously** [1] - 82:9
**expenses** [1] - 22:3
**experience** [7] - 39:12, 52:2, 86:16, 93:23, 137:7, 137:11, 140:22
**experienced** [6] - 28:19, 47:24, 60:10, 88:6, 91:21, 174:19
**experiences** [1] - 22:4
**experiencing** [20] - 65:14, 66:24, 70:24, 71:3, 73:17, 73:18,

76:21, 77:2, 77:5, 78:6, 80:15, 80:20, 80:25, 82:23, 83:4, 85:10, 85:11, 85:17, 86:19, 142:23
**experiential** [1] - 156:14
**expert** [22] - 10:24, 12:11, 13:13, 17:25, 18:1, 19:4, 22:9, 22:13, 22:25, 27:18, 27:22, 28:2, 28:6, 28:10, 28:14, 38:22, 91:12, 136:12, 152:24, 169:17, 169:20, 169:23
**expert's** [1] - 138:22
**expertise** [2] - 136:13, 137:6
**experts** [2] - 12:9, 158:18
**explain** [2] - 125:20, 160:11
**explaining** [1] - 165:23
**explanation** [1] - 152:6
**expression** [2] - 59:25, 60:1
**extension** [1] - 173:12
**extent** [5] - 6:25, 28:8, 65:23, 65:24, 151:15
**extra** [1] - 129:22
**extracurricular** [1] - 18:13
**extreme** [4] - 24:9, 48:9, 51:2, 73:18
**extremities** [4] - 7:6, 14:2, 138:17, 138:18
**extremity** [2] - 150:19, 177:3
**extruded** [1] - 166:25
**eye** [1] - 116:17

**F**

**facet** [1] - 160:4
**fact** [11] - 12:18, 58:20, 61:18, 99:14, 100:24, 143:2, 146:6, 155:16, 157:23, 161:12, 168:13
**factor** [8] - 8:21, 9:15, 9:8, 24:21, 126:6, 126:15, 129:3, 165:3
**factors** [2] - 19:20, 126:12
**facts** [2] - 5:19, 8:24
**fail** [1] - 152:15

**failed** [5] - 12:6, 14:3, 111:24, 113:5, 128:22
**failure** [5] - 17:1, 113:2, 126:16, 126:22, 129:4
**fainting** [2] - 6:17, 17:14
**fair** [6] - 38:9, 38:19, 109:8, 109:13, 118:18, 122:17
**fairly** [1] - 92:7
**falling** [1] - 118:21
**familiar** [2] - 124:15, 171:24
**family** [7] - 6:22, 8:3, 23:25, 24:3, 55:25, 90:13, 102:25
**far** [17] - 25:20, 27:25, 35:13, 96:21, 96:22, 102:19, 108:6, 115:25, 119:16, 119:18, 119:20, 120:3, 141:8, 143:16, 149:12, 154:5, 165:13
**Fardad** [3] - 15:13, 136:1, 136:9
**FARDAD** [2] - 3:13, 136:9
**fashion** [2] - 93:8, 93:12
**fast** [3] - 35:18, 108:9, 108:13
**fasting** [1] - 102:1
**fat** [2] - 143:24, 162:19
**father** [3] - 7:8, 64:10, 65:8
**fatigue** [1] - 85:11
**fatty** [1] - 157:11
**fault** [1] - 110:21
**fearful** [3] - 61:4, 61:9, 61:12
**February** [1] - 150:4
**FEDERAL** [2] - 1:24, 180:22
**Federal** [2] - 5:17, 8:16
**fee** [1] - 136:22
**feet** [5] - 26:18, 40:13, 58:21, 108:7, 116:1
**Fellow** [1] - 137:24
**fellowship** [1] - 137:25
**felony** [1] - 90:21
**felt** [15] - 47:20, 53:6, 64:6, 64:8, 69:23, 70:3, 70:5, 70:11, 71:21, 73:22, 74:3, 80:23, 88:2, 109:25

**few** [7] - 5:19, 5:22, 8:24, 60:12, 88:17, 118:9, 133:24
**field** [5] - 32:21, 33:16, 33:18, 137:13, 151:19
**fighter** [2] - 28:20, 59:7
**fighters** [1] - 174:12
**fighting** [1] - 174:16
**Figure** [1] - 167:4
**fill** [2] - 76:8, 128:9
**filled** [2] - 124:17, 167:13
**final** [2] - 23:15, 24:12
**finally** [1] - 28:14
**finances** [1] - 18:7
**financial** [3] - 18:9, 19:22, 24:1
**financially** [1] - 55:24
**financing** [1] - 98:4
**findings** [7] - 15:9, 145:14, 145:16, 147:5, 157:6, 177:14, 177:15
**fine** [2] - 70:9, 122:25
**finger** [3] - 13:13, 35:1, 146:8
**finish** [1] - 73:10
**first** [45] - 4:23, 5:14, 8:19, 8:24, 9:10, 11:2, 11:4, 11:8, 11:13, 13:2, 19:11, 24:13, 29:13, 29:20, 33:25, 38:17, 39:24, 42:15, 44:6, 44:7, 44:10, 44:17, 47:3, 50:20, 65:15, 67:20, 84:15, 85:3, 86:21, 89:14, 99:24, 109:18, 116:15, 120:18, 125:16, 136:7, 137:17, 141:11, 143:22, 166:11, 175:1, 175:2, 175:5, 176:12, 178:9
**fit** [2] - 7:17, 8:5
**five** [11] - 9:8, 20:19, 54:6, 62:25, 75:20, 82:22, 115:10, 116:4, 119:13, 138:7, 138:8
**fix** [1] - 164:1
**fixation** [1] - 151:14
**Fletcher** [1] - 31:9
**flip** [1] - 58:3
**flipped** [1] - 57:17
**floor** [5] - 17:15, 81:3, 81:5, 81:6, 81:8

**flops** [1] - 57:16
**Florida** [2] - 21:5, 21:9
**fluctuates** [1] - 101:25
**fluid** [6] - 146:19, 146:20, 146:24, 147:8, 147:23
**focus** [2] - 18:14, 42:18
**fog** [3] - 17:21, 65:13, 85:12
**foggy** [1] - 60:4
**folded** [1] - 57:14
**folds** [2] - 57:16, 58:1
**follow** [3] - 18:6, 116:11, 139:8
**follow-up** [1] - 139:8
**followed** [3] - 5:16, 5:23, 66:20
**following** [8] - 66:14, 67:16, 80:25, 81:13, 148:5, 151:25, 167:18, 175:5
**follows** [1] - 8:18
**football** [6] - 21:5, 21:9, 59:9, 59:20, 59:21
**FOR** [3] - 3:5, 180:8, 180:9
**force** [2] - 161:15, 168:25
**forced** [1] - 23:23
**forceps** [2] - 166:20, 166:22
**forces** [3] - 145:4, 161:16, 161:25
**FOREGOING** [1] - 180:11
**foreground** [1] - 177:17
**forehead** [1] - 47:9
**forget** [1] - 51:22
**forgetfulness** [1] - 85:12
**forgetting** [5] - 18:5, 53:20, 53:21, 66:4, 102:2
**forgot** [4] - 20:12, 92:9, 105:21, 111:22
**forgotten** [1] - 52:1
**Form** [1] - 125:12
**form** [10] - 93:8, 93:12, 112:6, 119:16, 119:23, 120:3, 128:1, 155:3, 159:20, 160:14
**FORM** [1] - 180:13
**formation** [2] - 145:2, 145:4
**former** [1] - 20:3
**forming** [1] - 170:5

**forms** [1] - 125:7
**FORTH** [1] - 180:12
**forums** [1] - 95:23
**forward** [3] - 34:2, 136:6, 144:7
**Foshee** [161] - 4:5, 4:9, 4:12, 4:24, 5:1, 5:2, 5:13, 6:11, 6:15, 6:19, 6:25, 7:3, 7:7, 7:13, 7:22, 8:7, 8:20, 9:12, 9:14, 9:18, 9:20, 9:22, 9:25, 10:4, 10:13, 10:18, 12:21, 13:1, 13:6, 13:10, 13:12, 13:17, 13:19, 13:22, 14:3, 14:8, 14:12, 14:16, 14:20, 14:23, 14:24, 15:5, 15:18, 15:21, 16:19, 16:22, 17:2, 17:5, 17:8, 17:22, 18:2, 18:15, 18:17, 18:24, 19:2, 19:6, 20:1, 20:6, 20:9, 20:12, 20:14, 20:15, 20:18, 20:20, 20:21, 20:24, 20:25, 21:4, 21:8, 21:12, 21:18, 21:20, 21:22, 22:2, 22:18, 22:21, 22:24, 23:3, 23:7, 23:8, 23:16, 24:7, 24:10, 24:16, 24:19, 24:24, 29:15, 29:23, 30:3, 34:7, 35:24, 38:18, 42:22, 72:24, 75:15, 76:6, 80:12, 90:10, 91:9, 91:19, 92:17, 92:20, 93:16, 93:21, 94:10, 94:15, 94:18, 95:1, 95:10, 98:10, 99:24, 100:4, 101:13, 117:5, 117:13, 117:20, 119:2, 123:15, 130:23, 130:25, 131:2, 131:4, 134:3, 134:13, 138:12, 139:21, 141:11, 142:23, 143:2, 149:6, 149:20, 150:5, 150:21, 151:3, 152:3, 152:17, 153:1, 153:8, 153:16, 153:24, 154:3, 154:17, 155:4, 156:7, 159:12, 159:20, 160:23, 163:4, 164:3,

164:16, 164:18, 166:9, 166:12, 167:18, 168:3, 174:7, 177:1, 177:4, 178:4, 178:22
**FOSHEE** [2] - 1:6, 3:7
**Foshee's** [76] - 5:25, 6:4, 6:6, 6:7, 6:22, 8:3, 8:22, 9:3, 9:16, 10:2, 10:11, 11:3, 11:6, 11:8, 11:10, 11:11, 11:13, 11:24, 12:13, 13:25, 14:6, 14:14, 14:19, 15:2, 15:8, 15:14, 15:15, 15:20, 15:23, 16:11, 17:4, 18:4, 18:12, 18:21, 19:10, 19:12, 19:14, 19:16, 19:21, 20:17, 21:6, 21:14, 21:16, 21:24, 22:7, 22:10, 22:12, 23:1, 23:13, 23:15, 24:9, 24:22, 50:12, 116:24, 119:12, 139:14, 142:11, 143:8, 145:17, 148:4, 150:9, 152:5, 153:13, 154:7, 155:16, 157:16, 157:19, 158:6, 159:1, 159:4, 161:2, 161:19, 161:23, 163:24, 168:20, 169:10
**foundation** [6] - 38:11, 40:17, 91:23, 92:15, 112:18, 129:25
**Fountain** [1] - 31:9
**four** [9] - 23:17, 55:4, 55:13, 62:25, 66:16, 69:13, 91:7, 116:4, 119:13
**fourth** [2] - 55:13, 55:14
**fraction** [1] - 28:16
**fractures** [2] - 177:20, 177:25
**Frankenstein** [1] - 49:20
**frantic** [2] - 42:16
**freaking** [1] - 39:24
**freely** [1] - 34:3
**freeway** [1] - 87:16
**frequent** [1] - 174:19
**frequently** [1] - 140:11
**friction** [1] - 57:14
**friend** [1] - 20:3
**friends** [6] - 6:23, 8:3,

23:21, 23:25, 24:3, 56:2
**friendship** [1] - 20:9
**front** [33] - 11:2, 11:7, 12:14, 27:4, 41:16, 43:10, 43:19, 43:24, 44:12, 44:14, 72:16, 76:20, 79:19, 81:20, 81:22, 84:21, 106:23, 108:25, 112:6, 118:7, 124:12, 130:14, 130:17, 130:18, 130:19, 138:25, 144:4, 144:5, 144:8, 144:10, 166:1, 166:14, 166:15
**full** [7] - 6:24, 8:4, 9:17, 24:23, 29:22, 61:20, 174:15
**full-time** [1] - 61:20
**Fullerton** [1] - 53:4
**function** [1] - 103:7
**functional** [1] - 137:20
**functioning** [1] - 65:4
**functions** [5] - 33:15, 65:22, 101:19, 103:15
**funny** [1] - 6:23
**FURTHER** [1] - 180:14
**fuse** [1] - 151:23
**fused** [1] - 151:18
**fusing** [1] - 151:7
**Fusion** [1] - 142:5
**fusion** [24] - 6:14, 13:16, 14:9, 14:11, 15:2, 23:2, 28:9, 49:18, 49:22, 87:11, 148:6, 148:24, 149:7, 149:21, 150:10, 150:21, 151:4, 152:4, 152:10, 152:16, 155:5, 164:14, 164:22, 166:10
**future** [16] - 14:24, 22:3, 22:4, 23:6, 23:9, 23:11, 23:16, 24:9, 24:11, 138:20, 151:4, 153:1, 153:3, 153:8, 153:13, 159:2

## G

**Gabapentin** [3] - 89:9, 89:12, 89:14
**gain** [1] - 166:15
**gap** [1] - 92:21
**Gator** [2] - 21:5, 21:9
**gear** [1] - 60:21

**GED** [1] - 30:13
**general** [3] - 58:11, 114:21, 137:16
**generally** [8] - 137:9, 152:10, 161:17, 167:17, 167:19, 167:25, 168:24, 177:4
**generated** [3] - 141:3, 141:4, 142:11
**generation** [1] - 103:23
**gentleman** [2] - 117:8, 141:13
**gettin'** [3] - 60:1, 60:2, 60:10
**Gi** [7] - 57:12, 57:15, 57:19, 57:20, 57:22, 94:13, 94:19
**Gillman** [10] - 72:3, 72:14, 73:12, 74:6, 74:21, 75:1, 76:19, 76:22, 172:14, 172:16
**Gis** [2] - 57:23, 58:3
**given** [6] - 12:7, 17:6, 46:21, 93:18, 143:2, 154:16
**gloves** [1] - 61:15
**goin'** [2] - 66:5, 93:6
**gonna** [27] - 16:15, 20:10, 34:5, 42:15, 42:20, 46:11, 49:18, 50:11, 62:9, 67:21, 68:6, 72:20, 75:20, 91:9, 91:15, 93:16, 94:6, 94:24, 96:3, 99:20, 114:9, 150:21, 165:16, 171:19, 172:12, 172:22, 173:16
**goodbye** [1] - 179:9
**Google** [2] - 10:11, 106:22
**govern** [1] - 8:17
**grab** [1] - 99:20
**graduate** [1] - 30:12
**graft** [1] - 167:13
**grant** [1] - 18:13
**granting** [1] - 18:8
**grappler** [1] - 59:7
**grappling** [8] - 54:16, 54:21, 58:15, 59:12, 61:2, 61:5, 61:10, 61:17
**gray** [1] - 35:5
**great** [4] - 5:20, 6:21, 7:14, 136:16
**greater** [2] - 37:7, 151:22

**grew** [3] - 59:9, 59:19, 102:24
**grinding** [2] - 57:25, 58:2
**gross** [3] - 19:10, 19:13, 100:7
**Gross** [4] - 17:25, 19:4, 19:16, 23:7
**Gross'** [1] - 19:18
**ground** [1] - 57:15
**group** [4] - 33:13, 176:21, 176:22, 176:24
**Group** [2] - 98:10, 100:4
**groups** [2] - 172:25, 178:21
**grow** [1] - 160:12
**grown** [1] - 67:19
**guards** [2] - 60:21, 61:14
**guess** [4] - 74:15, 88:22, 95:23, 129:2
**guy** [4] - 59:10, 62:20, 79:16, 93:5
**gym** [5] - 7:19, 20:7, 52:15, 55:21, 59:11

## H

**HAID** [1] - 104:21
**HAIDARY** [1] - 3:9
**Haidary** [46] - 8:14, 9:1, 9:5, 9:11, 9:24, 10:8, 11:20, 11:24, 12:5, 12:6, 24:15, 25:9, 25:11, 25:12, 25:16, 25:18, 25:21, 25:25, 26:13, 104:13, 104:20, 104:21, 104:24, 106:22, 108:25, 109:16, 110:1, 112:6, 112:16, 112:22, 113:1, 113:25, 114:5, 114:12, 118:12, 118:16, 119:11, 119:25, 121:16, 121:21, 124:21, 124:24, 126:25, 127:5, 127:11
**Haidary's** [3] - 9:4, 12:3, 25:21
**half** [5] - 156:11, 175:6, 175:12, 178:12, 178:17
**hall** [1] - 135:18
**hand** [2] - 13:12, 29:16, 35:12, 48:18,

48:23, 63:9, 77:8, 104:14, 120:16, 136:2, 143:25, 144:3
**handle** [2] - 95:25, 96:8
**hands** [5] - 48:10, 58:21, 71:15, 77:4, 80:17
**handwriting** [1] - 75:15
**hanging** [1] - 90:14
**hard** [10] - 10:15, 35:6, 35:7, 37:24, 54:20, 67:19, 75:25, 84:19, 91:20, 103:1
**hardware** [1] - 17:1
**harm** [6] - 8:22, 9:14, 9:16, 24:19, 24:22, 149:17
**harmed** [1] - 8:20
**harms** [2] - 9:18, 24:24
**head** [36] - 6:9, 7:6, 10:23, 11:16, 12:24, 19:15, 38:3, 39:22, 48:8, 48:12, 50:19, 50:21, 51:12, 53:25, 54:7, 58:8, 58:9, 58:12, 60:3, 60:17, 61:18, 63:15, 65:14, 71:8, 78:3, 81:18, 82:23, 83:5, 84:9, 88:8, 90:15, 92:23, 141:14, 144:7, 174:19
**headache** [3] - 46:13, 50:24, 78:7
**headaches** [13] - 6:16, 17:7, 17:11, 17:16, 17:21, 50:19, 51:10, 51:14, 80:18, 83:5, 84:13, 86:19, 102:13
**headedness** [2] - 6:17, 80:18
**headgear** [7] - 60:20, 60:22, 60:23, 61:6, 61:14, 61:22, 61:24
**heads** [1] - 134:23
**healing** [2] - 167:19
**health** [6] - 6:12, 14:6, 52:8, 54:3, 54:4, 65:19
**healthcare** [1] - 13:7
**hear** [18] - 6:14, 10:24, 11:19, 11:24, 12:1, 12:9, 16:15, 16:17, 16:19, 17:22, 18:20, 19:25, 20:3, 20:17, 21:11, 21:14, 22:25, 136:6

**heard** [3] - 21:20, 48:19, 108:18
**heavy** [1] - 64:8
**height** [1] - 164:12
**help** [25] - 49:21, 64:9, 66:23, 67:25, 68:1, 68:17, 69:9, 72:8, 72:11, 72:17, 74:20, 75:12, 79:20, 85:25, 86:11, 89:10, 96:20, 98:14, 100:3, 102:2, 150:24, 163:12, 164:1, 164:3
**helped** [2] - 21:23, 65:8
**helping** [2] - 68:25, 78:16
**helps** [2] - 72:6, 167:13
**HEREBY** [1] - 180:10
**HEREINBEFORE** [1] - 180:11
**herniated** [4] - 74:11, 144:15, 144:20, 144:25
**herniation** [2] - 144:22, 145:11
**herniations** [1] - 144:17
**hesitant** [1] - 86:21
**high** [11] - 30:12, 54:15, 54:16, 58:10, 144:9, 144:12, 157:1, 157:10, 167:5, 177:22, 178:1
**higher** [2] - 102:15, 149:16
**highlight** [3] - 6:19, 13:22, 153:15
**Hills** [7] - 9:2, 9:22, 25:10, 31:20, 31:22, 106:17, 121:15
**himself** [2] - 8:8, 156:6
**Hinkin** [3] - 18:1, 18:11, 27:23
**historian** [1] - 177:5
**history** [8] - 15:9, 15:18, 15:20, 28:23, 72:16, 141:23, 142:1, 159:19
**hit** [13] - 11:23, 19:15, 38:2, 39:22, 40:9, 43:19, 60:3, 78:3, 88:6, 92:22, 109:16
**hitted** [1] - 118:2
**hitting** [6] - 36:20, 37:24, 41:18, 54:7, 108:18, 109:20
**HIV** [1] - 18:14

**hmm** [4] - 128:5, 129:9, 129:11, 134:18
**HMO** [4] - 6:12, 13:7, 14:6, 67:2
**hold** [2] - 73:9, 105:12
**holistic** [1] - 19:19
**hollow** [1] - 8:7
**home** [4] - 46:19, 80:23, 105:24
**homework** [1] - 33:16
**honest** [6] - 61:19, 67:18, 67:24, 86:10, 111:21, 113:8
**Honor** [38] - 4:14, 5:6, 16:16, 25:1, 29:14, 33:25, 39:3, 41:4, 50:3, 50:15, 72:1, 74:1, 75:21, 76:5, 82:7, 82:10, 84:20, 92:1, 93:14, 93:15, 104:9, 104:10, 106:19, 111:9, 112:3, 113:18, 127:24, 129:13, 135:1, 135:17, 135:25, 136:11, 136:18, 136:21, 141:6, 169:12, 179:1, 179:4
**honor** [1] - 61:5
**HONORABLE** [1] - 1:4
**horrible** [1] - 116:25
**hospital** [8] - 33:5, 42:16, 42:17, 45:17, 46:15, 46:18, 50:9, 137:18
**hostile** [1] - 111:9
**hour** [12] - 9:23, 10:3, 19:1, 27:17, 35:16, 36:10, 93:4, 93:7, 108:11, 135:8, 175:12
**hour-and-a-half** [1] - 175:12
**hours** [5] - 60:12, 60:13, 164:17, 174:6, 175:7
**house** [4] - 31:10, 31:12, 33:24, 104:3
**houses** [5] - 106:1, 116:2, 116:4, 116:5, 119:13
**housing** [1] - 33:6
**HPI** [1] - 80:11
**huge** [1] - 162:19
**humorous** [1] - 98:16
**hurting** [1] - 100:12
**hurts** [1] - 68:21
**Hyman** [2] - 17:25,

19:4
**hyperflexion** [2] - 144:7, 178:6
**hypothetical** [1] - 37:9
**Hyundai** [1] - 98:1

**I**

**IBJJF** [1] - 54:13
**ideas** [1] - 156:16
**identified** [2] - 153:25, 158:11
**identify** [3] - 106:19, 108:22, 139:2
**ignored** [1] - 157:23
**Il** [1] - 1:4
**Ilan** [1] - 28:2
**illegal** [1] - 128:25
**illness** [1] - 72:16
**illustration** [3] - 11:4, 11:17, 14:14
**image** [23] - 10:11, 106:23, 114:12, 115:3, 143:21, 143:23, 143:25, 144:2, 145:14, 146:17, 147:11, 147:13, 147:25, 157:11, 162:12, 162:16, 162:18, 162:20, 162:21, 162:22, 165:22, 165:23, 166:19
**Image** [1] - 162:13
**images** [5] - 19:15, 139:20, 139:23, 162:14
**imaging** [13] - 16:25, 23:10, 27:19, 75:2, 75:3, 138:14, 140:22, 141:13, 143:14, 143:16, 143:22, 164:19, 177:8
**imagining** [1] - 141:25
**immediate** [1] - 71:14
**immediately** [5] - 50:22, 67:16, 95:6, 95:16, 116:13
**impact** [26] - 6:3, 11:2, 11:4, 11:5, 11:8, 11:9, 11:13, 11:14, 12:14, 12:19, 27:5, 27:15, 28:11, 39:6, 39:22, 40:22, 41:8, 41:9, 44:17, 46:12, 76:9, 109:24, 141:14, 144:6, 144:7, 168:25
**impacted** [2] - 44:6,

44:7
**impacts** [2] - 10:17, 11:18
**impaired** [1] - 28:1
**impingement** [2] - 13:15, 165:25
**important** [4] - 18:5, 21:19, 55:7, 70:11
**impression** [1] - 74:5
**impressions** [1] - 74:7
**improper** [4] - 37:9, 38:22, 119:6, 129:25
**improvement** [2] - 80:19, 164:10
**IN** [1] - 180:8
**inability** [1] - 19:22
**Inc** [1] - 100:5
**incident** [12] - 126:11, 127:19, 163:6
**incidents** [3] - 110:3, 127:15, 127:20
**incision** [1] - 166:14
**include** [5] - 22:16, 60:6, 153:7, 167:22
**included** [1] - 170:7
**includes** [3] - 6:16, 19:19, 23:8
**including** [4] - 19:21, 23:1, 153:21, 172:25
**income** [5] - 99:14, 100:5, 100:7, 102:4, 102:7
**inconvenience** [1] - 24:6
**increase** [4] - 100:7, 146:2, 149:16, 151:13
**increased** [2] - 99:14, 102:15
**incurred** [1] - 28:17
**indeed** [1] - 9:3
**INDEX** [1] - 3:2
**indicate** [6] - 13:16, 27:5, 139:6, 146:24, 159:17, 159:18
**indicated** [3] - 15:3, 177:20, 178:4
**indicating** [1] - 146:11
**indication** [9] - 13:15, 28:3, 141:24, 145:10, 145:11, 146:5, 146:14, 150:20, 177:2
**indications** [1] - 139:8
**indicative** [2] - 154:11, 176:25
**indicator** [3] - 157:21, 176:22, 176:24
**individual** [2] - 16:9, 163:19

**individuals** [5] - 16:9, 160:10, 160:15, 161:10, 174:12
**induced** [1] - 156:25
**industry** [2] - 61:10, 103:24
**inferior** [1] - 160:4
**infiltration** [1] - 157:12
**inflammation** [3] - 147:4, 147:5, 163:11
**inform** [1] - 179:5
**information** [9] - 108:11, 131:11, 132:1, 132:3, 132:7, 132:21, 133:6, 133:8, 133:15
**informed** [2] - 140:19, 153:8
**infusion** [1] - 164:11
**initial** [7] - 11:5, 138:24, 145:12, 147:1, 148:18, 167:19, 175:11
**injection** [9] - 79:7, 82:15, 82:18, 84:16, 85:4, 85:7, 85:20, 86:7, 176:3
**injections** [8] - 13:21, 15:1, 28:9, 49:8, 49:10, 78:14, 152:15, 154:1
**injured** [4] - 47:18, 48:7, 116:6, 144:8
**injuries** [14] - 5:25, 12:25, 13:1, 28:13, 28:25, 29:6, 53:24, 57:3, 57:5, 74:7, 74:9, 154:19, 158:6, 168:14
**Injury** [2] - 6:10, 13:3
**injury** [55] - 6:8, 7:6, 11:15, 12:23, 14:19, 15:14, 17:5, 18:12, 18:21, 18:22, 19:7, 19:9, 19:11, 19:12, 19:17, 19:20, 23:23, 25:6, 47:10, 50:19, 51:13, 53:25, 56:11, 56:12, 60:18, 63:15, 65:14, 69:3, 69:6, 77:20, 82:23, 84:9, 88:8, 100:17, 143:8, 145:12, 146:12, 147:7, 153:13, 153:14, 157:16, 157:22, 159:2, 159:5, 163:1, 168:21, 168:25, 169:10, 175:14,

175:19, 178:6
**INJURY** [1] - 2:6
**input** [3] - 128:6, 128:11, 128:14
**inside** [4] - 6:6, 73:3, 77:25, 109:20
**instability** [4] - 159:20, 159:23, 160:18, 161:14
**Instagram** [6] - 95:23, 95:25, 96:5, 96:8, 96:15, 98:15
**instance** [2] - 152:5, 178:7
**instances** [1] - 63:17
**instruct** [1] - 140:14
**instructed** [1] - 140:18
**instructing** [1] - 146:11
**instruction** [2] - 75:24, 127:8
**instructions** [2] - 8:23, 127:14
**instructor** [1] - 137:23
**instruments** [2] - 166:19, 167:2
**insulation** [3] - 43:22, 44:2
**insurance** [4] - 46:5, 131:10, 132:4, 133:19
**intending** [1] - 84:4
**intensity** [6] - 144:12, 148:2, 157:1, 157:11, 178:2
**intent** [1] - 90:23
**intention** [2] - 37:13, 37:18
**intentions** [1] - 37:20
**interaction** [3] - 53:15, 133:10, 133:12
**interactions** [1] - 53:21
**interarticularis** [1] - 160:8
**interconnecting** [1] - 160:7
**interests** [1] - 132:11
**interject** [1] - 72:21
**intermediate** [1] - 54:11
**intermitting** [1] - 102:1
**internship** [1] - 137:17
**interrogatories** [1] - 99:23
**interrogatory** [1] - 99:17
**intervention** [1] - 142:5

**interventional** [1] - 154:1
**intervertebral** [1] - 161:23
**intraoperative** [1] - 166:17
**intraoperatively** [1] - 140:23
**introduce** [3] - 7:7, 8:9, 112:3
**introduction** [2] - 5:16, 136:14
**invasive** [3] - 148:17, 149:14, 154:2
**investigation** [12] - 12:5, 110:16, 110:21, 122:20, 122:22, 123:3, 123:7, 124:1, 124:3, 124:7, 125:16, 131:8
**Investigation** [2] - 112:7, 124:13
**investigator** [1] - 125:1
**involve** [1] - 121:21
**involved** [12] - 106:3, 109:19, 116:9, 117:16, 117:18, 117:21, 123:2, 124:24, 141:13, 148:17, 163:10
**irretractable** [1] - 16:13
**irritability** [2] - 6:18, 17:10
**irritated** [5] - 123:6, 123:8, 123:14, 131:6, 132:22
**IS** [1] - 180:14
**Island** [1] - 32:15
**issue** [1] - 155:23
**issues** [15] - 13:4, 17:21, 19:24, 20:9, 20:15, 48:12, 50:25, 54:4, 64:11, 65:9, 65:11, 81:18, 101:17, 152:9, 154:12
**Item** [1] - 4:3
**Itsa** [1] - 46:10
**itself** [2] - 144:13, 147:3

**J**

**Jan** [3] - 22:9, 152:24, 165:5
**January** [2] - 53:3, 53:9
**Jasmin** [1] - 4:15

**JASMIN** [1] - 2:17
**Jasmine** [1] - 93:21
**jeopardy** [1] - 152:10
**jerked** [1] - 39:21
**Jesse** [1] - 10:25
**Jesus** [1] - 91:2
**jet** [1] - 37:23
**jetted** [3] - 36:20, 36:22, 93:5
**job** [6] - 35:22, 61:20, 61:25, 65:21, 114:7, 132:10
**jobs** [1] - 132:10
**joined** [1] - 20:23
**Joint** [2] - 100:14, 175:17
**joint** [6] - 93:16, 113:25, 130:5, 160:4, 160:5, 176:2
**joints** [5] - 55:1, 160:4, 160:6, 160:9
**JUDGE** [1] - 1:4
**Judicial** [1] - 8:23
**judo** [2] - 54:21, 54:23
**jujitsu** [45] - 7:16, 7:19, 7:25, 19:23, 20:3, 20:5, 20:7, 23:20, 28:20, 52:9, 52:15, 52:16, 52:18, 53:23, 54:2, 54:9, 54:14, 54:18, 55:17, 56:3, 56:5, 56:8, 56:15, 57:8, 57:12, 58:19, 58:23, 59:7, 59:12, 59:22, 60:20, 60:22, 60:23, 61:2, 62:3, 68:14, 79:9, 91:6, 93:23, 94:16, 173:7, 174:9, 174:19, 176:4
**July** [2] - 145:24
**jumping** [1] - 134:23
**June** [4] - 17:12, 79:19, 81:24, 177:12
**justified** [2] - 148:10, 155:8
**jutted** [1] - 10:14

## K

**kaiser** [1] - 82:21
**Kaiser** [43] - 6:12, 6:13, 13:6, 14:4, 14:6, 17:9, 17:20, 17:24, 19:24, 22:16, 22:19, 22:22, 22:23, 23:1, 46:1, 46:9, 51:5, 64:1, 67:6, 67:16, 67:17, 67:18, 67:19, 68:3, 70:21,

71:22, 79:11, 79:15, 81:23, 81:25, 83:16, 84:1, 84:21, 85:1, 85:6, 85:14, 142:15, 149:1, 153:21, 158:10, 170:7, 170:16
**Kaiser's** [1] - 83:19
**keeping** [2] - 24:2, 116:17
**Kenneth** [1] - 20:4
**Kessler** [3] - 67:8, 67:10, 75:17
**kids** [40] - 30:20, 30:22, 31:1, 33:13, 33:20, 35:16, 35:17, 37:21, 37:25, 38:4, 39:8, 39:12, 39:14, 39:23, 39:24, 40:3, 40:5, 40:7, 40:15, 40:23, 41:11, 42:1, 42:6, 42:15, 45:8, 45:12, 45:13, 45:20, 54:6, 56:2, 64:10, 93:6, 103:1, 104:8, 117:22, 123:18, 123:20, 133:20, 134:15, 134:20
**kids'** [1] - 30:22
**kind** [26] - 33:10, 35:16, 42:24, 45:10, 45:11, 53:22, 57:2, 57:13, 57:16, 57:20, 57:23, 57:25, 58:1, 59:10, 59:25, 61:2, 61:4, 63:23, 67:24, 86:21, 88:2, 91:2, 103:8, 103:16, 127:18
**kinda** [3] - 66:4, 127:19, 132:22
**kinematics** [2] - 12:10, 12:17
**knee** [2] - 68:13, 173:6
**knees** [1] - 68:23
**knife** [1] - 166:18
**knocked** [3] - 40:16, 56:9, 59:16
**knowing** [1] - 65:17
**knowledge** [2] - 110:15, 176:16
**known** [5] - 14:9, 52:16, 138:16, 151:12, 151:19
**knows** [1] - 92:3
**knuckle** [1] - 90:15
**Knutson** [3] - 22:14, 23:13, 28:15
**Knutson's** [1] - 22:17

## L

**L-5** [3] - 74:15, 100:17, 175:20
**L5** [1] - 161:24
**LAB** [1] - 120:21
**LABASTIDA** [1] - 3:11
**Labastida** [12] - 12:1, 110:9, 120:15, 120:21, 120:24, 122:12, 124:12, 125:2, 129:17, 130:4, 130:8, 134:3
**lack** [1] - 112:18
**lacks** [1] - 129:25
**lady** [1] - 88:21
**Laguna** [7] - 9:2, 9:21, 25:10, 31:20, 31:22, 106:17, 121:15
**lane** [1] - 36:7
**lapels** [1] - 57:13
**lapses** [1] - 177:6
**laptop** [1] - 50:5
**large** [1] - 138:13
**last** [19] - 22:1, 29:20, 36:19, 60:12, 97:17, 110:10, 111:21, 120:19, 128:1, 130:4, 133:10, 136:7, 137:22, 150:3, 161:23, 162:15, 167:14, 172:24, 173:11
**lasted** [3] - 60:14, 175:6, 175:12
**lastly** [5] - 7:2, 9:17, 21:14, 23:15, 24:23
**late** [1] - 48:3
**laterally** [2] - 6:8, 12:22
**LAURA** [4] - 1:23, 180:8, 180:20, 180:21
**law** [3] - 8:17, 90:10, 91:1
**LAW** [1] - 2:6
**lay** [1] - 92:15
**lead** [2] - 14:4, 143:15
**leading** [11] - 43:12, 51:1, 71:25, 73:24, 73:25, 84:6, 111:8, 147:16, 158:1, 169:1, 178:14
**leads** [2] - 103:6, 151:18
**league** [1] - 59:21
**learn** [5] - 6:7, 6:11, 7:2, 8:13, 21:21
**learned** [3] - 65:6, 65:7, 146:8

**learning** [1] - 90:4
**least** [2] - 118:22, 178:17
**leave** [5] - 24:7, 110:4, 124:2, 135:7, 135:9
**leaves** [1] - 49:9
**leaving** [1] - 130:13
**leery** [1] - 35:17
**left** [32] - 11:7, 11:15, 19:14, 25:17, 25:18, 25:19, 37:24, 38:2, 45:24, 71:12, 73:14, 73:23, 74:2, 77:8, 89:4, 91:20, 92:10, 93:1, 93:5, 93:11, 107:20, 107:22, 107:23, 115:3, 115:22, 115:23, 116:24, 141:22, 143:25, 147:11, 167:9
**left-hand** [1] - 143:25
**left-sided** [1] - 141:22
**leg** [10] - 48:11, 71:12, 73:14, 74:2, 74:16, 77:4, 78:8, 80:17, 85:24, 141:23
**legal** [3] - 128:25, 138:6, 138:8
**legs** [5] - 70:10, 70:15, 70:18, 159:10, 159:15
**lender** [1] - 53:5
**less** [14] - 75:23, 115:10, 145:25, 146:1, 146:3, 146:4, 148:16, 149:14, 151:22, 154:1, 161:13, 168:25
**level** [30] - 14:10, 14:11, 14:12, 20:13, 49:21, 49:23, 54:9, 62:9, 142:6, 144:14, 144:15, 150:1, 151:13, 151:14, 151:15, 151:16, 151:17, 152:7, 152:9, 152:13, 152:18, 152:20, 161:24, 162:8, 166:17, 172:9, 177:18, 178:7
**levels** [1] - 149:16
**liability** [2] - 5:24, 9:19
**liable** [1] - 8:11
**licence** [1] - 132:1
**license** [3] - 32:7, 97:19, 131:13
**life** [29] - 6:24, 8:4, 8:5, 16:11, 20:16,

20:23, 22:8, 23:8, 23:14, 23:19, 24:5, 30:10, 64:7, 65:1, 78:19, 83:9, 83:11, 83:12, 84:14, 86:16, 86:24, 91:5, 96:18, 101:20, 104:1, 140:9, 152:25, 153:5, 165:9
**lifeline** [1] - 56:3
**ligamentis** [1] - 176:25
**ligamentous** [1] - 154:11
**light** [10] - 6:17, 17:10, 51:2, 66:3, 80:18, 88:21, 88:22, 108:20, 110:5
**light-headedness** [2] - 6:17, 80:18
**lightheaded** [1] - 17:18
**likelihood** [1] - 152:2
**likely** [6] - 6:19, 7:1, 20:15, 21:21, 154:6, 154:18
**limit** [4] - 9:23, 10:1, 108:10
**limited** [3] - 128:19, 129:17, 129:21
**Lindsay** [1] - 28:15
**line** [11] - 36:13, 104:1, 112:16, 113:1, 113:3, 125:1, 125:18, 126:6, 126:16, 127:7, 145:23
**lines** [5] - 126:5, 128:4, 128:7, 128:12, 128:15
**link** [1] - 126:10
**list** [2] - 100:2, 103:11
**listed** [1] - 141:9
**listen** [2] - 119:19, 179:10
**literally** [3] - 49:11, 104:4, 160:9
**live** [5] - 20:20, 30:10, 31:8, 31:9, 91:4
**lived** [3] - 20:22, 32:1, 161:7
**livelihood** [1] - 56:4
**living** [9] - 31:16, 31:19, 31:21, 31:24, 96:19, 96:22, 96:23, 96:24, 137:10
**LLV** [4] - 26:12, 27:8, 27:10, 130:18
**load** [1] - 102:24
**local** [3] - 147:4, 147:5

**location** [2] - 26:7, 106:25
**locations** [1] - 97:12
**long-standing** [3] - 145:9, 157:5, 163:1
**longest** [1] - 60:9
**look** [25] - 41:12, 43:3, 53:6, 75:18, 81:20, 94:2, 107:19, 109:13, 112:16, 119:22, 120:2, 124:15, 144:2, 144:16, 145:23, 146:18, 156:6, 160:2, 170:4, 170:12, 170:24, 171:23, 175:25, 177:23
**looked** [9] - 25:17, 26:14, 61:25, 102:7, 109:9, 119:15, 122:18, 170:18, 171:4
**looking** [14] - 26:10, 36:12, 39:6, 39:10, 44:9, 81:21, 115:3, 118:16, 119:24, 146:22, 162:14, 162:15, 173:2, 175:14
**looks** [3] - 35:19, 144:1, 177:11
**loopy** [3] - 42:18, 46:11, 50:10
**LOS** [6] - 1:16, 1:25, 2:20, 2:22, 4:1, 180:4
**loss** [8] - 6:18, 23:4, 24:4, 51:14, 51:15, 71:6, 83:6, 151:17
**losses** [2] - 9:18, 24:24
**lost** [2] - 20:8, 164:13
**loud** [1] - 72:24
**loved** [2] - 19:23, 23:21
**low** [28] - 13:25, 15:11, 27:15, 46:14, 47:22, 48:11, 56:22, 56:23, 56:25, 62:5, 69:6, 69:24, 70:3, 70:15, 73:14, 73:22, 74:4, 74:14, 77:4, 78:8, 80:17, 85:24, 100:12, 141:23, 148:2, 154:10, 157:1
**lower** [11] - 15:19, 68:13, 71:12, 77:9, 138:15, 138:17, 154:8, 161:23,

162:14, 173:6, 177:2
**lumbar** [23] - 69:3, 69:4, 69:7, 74:15, 75:4, 85:22, 86:5, 140:4, 141:15, 159:5, 159:21, 161:19, 162:22, 164:5, 164:11, 164:21, 164:22, 165:18, 168:20, 168:21, 169:10, 173:23, 174:3
**lunch** [2] - 82:4, 82:14
**Lunch** [1] - 82:6
**LV** [3] - 130:13, 135:9
**Lyndsay** [1] - 22:13

**M**

**M-o-b-i-n** [1] - 136:9
**ma'am** [32] - 94:13, 94:20, 94:23, 95:3, 95:5, 95:7, 95:13, 95:15, 95:18, 95:21, 95:24, 96:2, 96:14, 96:17, 96:24, 97:2, 97:5, 97:11, 97:21, 97:24, 98:2, 98:5, 98:9, 98:11, 99:2, 99:5, 99:10, 99:13, 100:13, 101:1, 105:7, 105:23
**madame** [1] - 114:17
**Madame** [1] - 4:7
**mail** [13] - 6:3, 9:4, 10:9, 10:11, 25:10, 25:11, 25:14, 105:22, 105:25, 107:6, 107:7, 115:1, 115:2
**mailbox** [1] - 106:2
**mailboxes** [1] - 107:3
**mails** [5] - 106:1, 107:12, 116:16, 116:17, 117:7
**maintain** [1] - 95:19
**major** [3] - 25:6, 28:25, 64:17
**majority** [4] - 13:7, 14:20, 20:22, 170:1
**Mallory** [1] - 30:24
**man** [6] - 16:20, 21:21, 64:9, 65:8, 101:2, 102:24
**manage** [3] - 18:9, 19:22, 75:24
**management** [14] - 13:21, 78:14, 79:16, 80:8, 84:23, 84:25, 86:6, 86:14, 148:18,

148:19, 152:15, 153:22, 154:14, 164:8
**Manager** [1] - 121:15
**maneuver** [5] - 12:20, 12:21, 92:10, 92:24, 93:3
**maneuvers** [2] - 54:24, 92:3
**manner** [1] - 144:1
**maps** [1] - 51:25
**March** [56] - 8:25, 9:20, 13:18, 14:22, 16:14, 17:5, 18:7, 19:8, 25:8, 43:3, 43:11, 46:25, 56:6, 68:15, 69:13, 71:17, 72:14, 75:9, 76:17, 77:2, 80:20, 80:25, 96:16, 97:22, 97:25, 98:12, 105:17, 106:4, 106:15, 107:2, 121:11, 121:16, 121:18, 124:24, 138:18, 139:15, 143:4, 143:9, 143:18, 145:24, 146:5, 148:13, 148:15, 153:2, 153:17, 154:18, 155:10, 155:15, 156:10, 162:5, 165:2, 165:7, 173:19, 174:2, 176:21, 178:23
**MARCH** [2] - 1:15, 4:1
**marijuana** [1] - 90:22
**marine** [4] - 32:14, 32:20, 33:11, 56:1
**Marine** [1] - 20:23
**mark** [2] - 35:1, 36:12
**marked** [5] - 28:24, 44:16, 44:19, 98:25, 114:10
**marrow** [1] - 157:13
**Martial** [6] - 58:17, 58:18, 58:24, 59:3, 59:13, 62:4
**martial** [6] - 28:19, 54:16, 55:8, 174:9, 174:12, 174:15
**mat** [1] - 54:20
**match** [1] - 94:16
**matches** [3] - 93:24, 93:25, 94:2
**matchstick** [1] - 167:6
**matter** [6] - 5:13, 12:2, 13:10, 32:3, 136:11, 169:6
**matters** [1] - 141:4

**MAY** [1] - 180:18
**MDA** [1] - 176:1
**mean** [25] - 48:4, 51:15, 51:22, 52:7, 55:8, 58:9, 59:8, 60:1, 65:5, 66:15, 83:24, 88:2, 90:3, 93:4, 96:21, 96:22, 99:19, 107:20, 114:22, 116:15, 117:6, 117:14, 128:25, 159:8, 168:24
**meaning** [7] - 128:17, 129:19, 144:16, 145:22, 149:25, 163:4, 163:8
**meanings** [1] - 128:3
**MEANS** [1] - 180:13
**meant** [1] - 126:12
**mechanical** [1] - 53:4
**mechanics** [1] - 11:1
**mechanism** [3] - 11:15, 12:23, 178:6
**mechanisms** [2] - 65:7, 90:5
**med** [1] - 138:8
**med-legal** [1] - 138:8
**media** [6] - 7:14, 52:16, 95:20, 95:22, 103:21, 103:25
**Medical** [3] - 105:3, 137:16, 137:18
**medical** [89] - 7:3, 10:21, 10:22, 14:14, 16:1, 16:5, 17:9, 19:2, 19:7, 22:3, 22:4, 22:7, 22:8, 22:12, 22:13, 22:15, 22:18, 22:21, 22:23, 23:13, 24:8, 28:14, 28:16, 47:7, 47:8, 49:2, 56:12, 59:24, 60:15, 60:17, 61:21, 62:12, 63:3, 63:17, 66:9, 66:13, 66:19, 66:24, 67:3, 70:23, 72:5, 75:1, 75:9, 75:11, 77:11, 77:18, 79:5, 81:14, 81:16, 81:20, 81:21, 81:23, 83:1, 83:7, 83:13, 83:17, 87:24, 102:12, 137:14, 138:6, 138:14, 139:3, 139:5, 139:6, 142:13, 143:5, 143:8, 145:17, 148:4, 148:12, 148:18, 150:9,

151:2, 152:14, 153:9, 154:5, 158:15, 158:24, 164:5, 164:8, 164:19, 165:1, 165:10, 165:12, 168:17, 168:18, 170:4, 173:17, 178:10
**medically** [4] - 56:1, 148:9, 149:9, 155:8
**medication** [6] - 17:7, 89:21, 90:6, 97:4, 97:6, 167:25
**medications** [4] - 89:6, 90:7, 97:3, 164:10
**medicine** [1] - 46:19
**medicines** [2] - 46:21, 46:22
**meet** [6] - 18:24, 111:1, 111:19, 160:15, 164:15, 164:16
**meeting** [4] - 111:6, 111:12, 111:15, 112:12
**meetings** [1] - 21:19
**Melissa** [2] - 4:11, 5:11
**MELISSA** [1] - 2:8
**memory** [30] - 6:18, 10:19, 13:3, 17:21, 18:3, 19:21, 19:24, 20:9, 20:15, 21:6, 23:10, 28:4, 41:6, 48:12, 51:14, 51:15, 52:11, 53:20, 64:14, 64:15, 65:12, 66:1, 83:6, 84:17, 92:12, 92:21, 101:17, 101:24, 102:23, 177:6
**memory's** [1] - 52:6
**memory-related** [1] - 28:4
**mend** [1] - 167:13
**mental** [4] - 24:4, 52:8, 65:19, 84:9
**mention** [3] - 111:15, 154:12, 177:18
**mentioned** [15] - 15:11, 58:16, 86:20, 100:12, 111:14, 113:7, 115:20, 115:24, 128:8, 131:7, 131:18, 131:25, 134:15, 142:12, 147:23
**mentor** [2] - 53:8, 53:9

**mentoring** [1] - 53:16
**menu** [1] - 129:8
**message** [1] - 86:13
**messages** [2] - 83:25, 84:2
**messaging** [1] - 86:10
**metal** [1] - 109:21
**methodology** [1] - 22:10
**mic** [1] - 136:6
**Michael** [1] - 27:19
**middle** [5] - 36:7, 59:21, 130:16, 147:13, 166:23
**might** [4] - 26:9, 27:5, 87:25, 171:21
**miles** [9] - 9:23, 10:3, 27:16, 35:16, 36:10, 93:4, 93:7, 108:10
**MILLER** [3] - 1:23, 180:20, 180:21
**million** [2] - 23:12, 24:10
**millions** [1] - 16:9
**mind** [3] - 41:2, 114:17, 152:6
**minor** [2] - 25:6, 28:25
**minute** [1] - 113:18
**minutes** [7] - 42:13, 75:20, 84:19, 115:10, 124:4, 135:22, 175:3
**mirror** [9] - 107:19, 107:23, 108:1, 108:5, 115:24, 119:12, 119:15, 119:23, 120:2
**mirrors** [14] - 11:25, 25:18, 25:19, 107:22, 115:4, 115:5, 115:6, 115:8, 115:9, 115:11, 115:20, 115:21, 129:20
**missing** [1] - 50:4
**Mission** [1] - 70:20
**mistaken** [1] - 133:3
**Mixed** [5] - 58:18, 58:24, 59:3, 59:13, 62:4
**mixed** [5] - 28:19, 58:17, 174:9, 174:12, 174:15
**mixture** [1] - 54:21
**MMA** [9] - 58:12, 58:14, 58:16, 59:8, 59:22, 61:13, 61:19, 174:19
**MOBIN** [1] - 3:13
**Mobin** [24] - 15:13,

16:6, 16:7, 16:25, 23:7, 135:18, 136:1, 136:9, 136:10, 136:14, 137:1, 137:5, 138:21, 140:24, 146:9, 164:16, 165:15, 166:1, 169:6, 169:15, 170:12, 173:16, 176:17, 176:20
**modalities** [1] - 178:3
**model** [1] - 144:3
**moderate** [2] - 6:5, 70:7
**Modic** [14] - 156:19, 156:20, 156:21, 156:23, 156:24, 156:25, 157:3, 157:5, 157:6, 157:8, 157:10, 162:10, 162:24, 178:1
**Molnar** [3] - 10:2, 27:9, 27:14
**mom** [1] - 45:10
**moment** [6] - 50:5, 91:2, 117:15, 126:23, 127:2, 128:22
**momentary** [1] - 156:14
**Monica** [5] - 13:23, 62:16, 68:8, 69:12, 70:4
**Montgomery** [1] - 30:7
**month** [1] - 17:8
**months** [21] - 6:12, 10:7, 13:20, 17:12, 17:17, 21:22, 32:3, 55:6, 55:16, 66:20, 67:22, 69:20, 69:23, 70:5, 82:22, 88:17, 144:21, 148:7, 156:9, 167:21
**morning** [11] - 4:7, 4:10, 4:13, 4:14, 4:22, 5:11, 30:3, 96:25, 101:14, 115:7, 179:7
**morph** [1] - 53:12
**mortem** [1] - 161:9
**most** [10] - 6:18, 30:10, 33:11, 52:17, 125:21, 126:19, 147:11, 154:6, 154:18, 168:1
**mostly** [1] - 154:11
**mother** [5] - 20:20, 20:22, 31:24, 42:7, 65:16

**motion** [2] - 151:17, 173:13
**motor** [2] - 27:15, 114:6
**mouth** [2] - 60:21, 61:14
**move** [13] - 11:6, 11:14, 33:2, 33:4, 34:2, 36:16, 50:16, 82:9, 116:8, 116:10, 128:24, 153:11
**moved** [8] - 6:6, 7:9, 20:25, 32:8, 32:13, 33:5, 55:24, 179:5
**movement** [3] - 37:1, 49:20, 57:14
**moving** [4] - 17:4, 133:18, 134:11, 168:10
**MR** [63] - 3:8, 3:14, 4:7, 5:1, 29:14, 30:2, 33:25, 34:5, 36:25, 37:11, 37:17, 38:5, 38:16, 38:24, 39:3, 39:5, 40:20, 41:3, 42:20, 43:16, 50:3, 50:8, 50:12, 50:15, 50:18, 58:6, 68:6, 72:1, 74:1, 75:21, 76:5, 81:12, 81:22, 82:7, 82:9, 82:13, 84:8, 84:20, 91:15, 91:18, 92:1, 92:13, 92:16, 92:19, 93:14, 101:12, 104:9, 135:17, 135:25, 136:10, 136:18, 136:21, 136:25, 137:4, 142:9, 147:18, 158:3, 169:4, 169:12, 176:19, 178:18, 178:25, 179:4
**MRI** [15] - 19:13, 19:16, 143:4, 143:17, 143:19, 143:23, 144:2, 156:23, 163:15, 163:17, 163:20, 163:25, 172:6, 177:11, 178:4
**MRIs** [13] - 139:20, 140:4, 140:8, 140:10, 140:11, 140:12, 140:19, 145:20, 145:23, 154:14, 177:10, 177:15, 177:22
**MS** [116] - 3:4, 3:4, 3:8, 3:10, 3:10, 3:12,

3:12, 3:14, 4:10, 4:14, 4:17, 5:6, 5:11, 7:25, 8:3, 16:2, 16:4, 16:16, 16:18, 25:3, 25:5, 26:11, 26:20, 26:22, 27:1, 27:7, 27:13, 37:9, 37:15, 38:11, 38:13, 38:21, 40:17, 43:12, 73:24, 81:9, 84:6, 91:23, 93:15, 93:20, 94:1, 94:9, 94:14, 94:24, 95:8, 96:3, 96:9, 96:11, 98:19, 98:24, 99:6, 99:20, 101:9, 99:6, 104:10, 104:13, 104:23, 106:19, 108:22, 111:8, 111:9, 111:11, 112:3, 112:18, 112:21, 112:25, 113:18, 113:21, 113:24, 114:4, 114:9, 114:16, 118:8, 118:9, 118:11, 119:5, 119:8, 119:10, 119:25, 120:6, 120:8, 120:10, 120:14, 120:23, 122:10, 124:10, 127:24, 129:13, 129:16, 129:24, 130:2, 130:4, 130:7, 133:23, 133:24, 134:2, 134:19, 135:1, 135:5, 135:12, 135:14, 135:15, 147:16, 158:1, 169:1, 169:14, 170:9, 170:21, 171:12, 171:19, 172:4, 172:12, 172:22, 173:9, 176:17, 178:14, 179:1
**Mt** [1] - 31:9
**multi** [4] - 47:17, 172:9, 176:2, 177:18
**multi-car** [2] - 47:17, 176:2
**multi-level** [2] - 172:9, 177:18
**multiple** [6] - 7:19, 20:5, 21:5, 54:4, 144:24, 145:20
**Murillo** [2] - 4:21, 94:4
**muscle** [7] - 150:3, 172:25, 176:21, 176:24, 178:20,

178:21
**muscles** [2] - 69:4, 166:15
**muscular** [2] - 154:11, 176:25
**MY** [1] - 180:15

# N

**NA** [1] - 126:4
**Nairobi** [3] - 10:6, 30:25, 31:5
**name** [20] - 4:24, 5:11, 29:20, 29:22, 32:25, 57:5, 63:21, 81:17, 93:21, 104:18, 104:20, 110:10, 111:21, 120:18, 120:19, 120:20, 122:4, 124:21, 125:2, 136:7
**named** [1] - 156:23
**names** [2] - 30:23, 131:12
**nature** [2] - 53:12, 64:20
**nausea** [5] - 13:9, 17:6, 46:13, 51:3, 71:3
**Nava** [3] - 42:8, 44:21, 45:13
**navigate** [2] - 65:7, 90:5
**near** [1] - 26:6
**nearby** [1] - 161:16
**nearly** [1] - 20:8
**necessarily** [5] - 16:8, 61:8, 125:6, 125:11, 127:18
**necessary** [4] - 91:25, 92:2, 104:7, 148:13
**neck** [50] - 6:9, 7:4, 13:8, 13:11, 14:1, 15:9, 15:18, 15:24, 16:13, 21:24, 28:23, 46:13, 48:8, 48:9, 48:13, 48:14, 49:6, 49:16, 49:20, 53:24, 57:2, 63:4, 68:20, 68:21, 71:12, 72:23, 73:8, 73:14, 73:18, 80:16, 86:18, 88:1, 138:15, 141:18, 142:7, 143:3, 148:21, 153:16, 154:7, 154:18, 155:18, 166:14, 172:25, 173:1, 173:12, 173:20, 177:11, 178:10,

178:21, 178:22
**need** [35] - 13:16, 14:23, 14:24, 15:7, 34:1, 34:2, 45:22, 92:14, 97:12, 103:11, 103:12, 103:16, 104:7, 131:8, 132:1, 132:3, 132:24, 134:9, 149:21, 149:22, 150:21, 150:25, 151:3, 152:3, 152:20, 153:2, 153:8, 153:13, 155:11, 155:16, 158:6, 161:2, 164:21, 165:3, 173:20
**needed** [14] - 42:17, 42:18, 49:17, 56:11, 59:23, 64:9, 67:23, 71:21, 85:22, 132:2, 132:15, 149:13, 152:8, 152:18
**needing** [3] - 131:7, 131:18, 131:25
**needs** [1] - 152:13
**negligence** [5] - 5:17, 8:16, 8:21, 9:15, 24:21
**negligent** [5] - 8:20, 9:11, 9:12, 24:14, 24:16
**neighborhood** [2] - 9:21, 115:19
**nephew** [5] - 7:10, 32:18, 32:22, 32:23, 33:12
**nerve** [9] - 13:15, 141:18, 150:1, 161:14, 161:16, 161:17, 162:1, 163:8, 165:25
**nerves** [3] - 163:3, 163:6, 163:7
**networking** [1] - 7:15
**neurological** [4] - 13:13, 14:5, 15:15, 28:3
**neurologist** [5] - 18:21, 19:4, 19:5, 28:2, 153:23
**neurology** [5] - 13:21, 17:19, 83:19, 137:20, 140:6
**neuropathic** [1] - 164:10
**neuropathology** [1] - 137:19
**neuropathy** [1] - 163:9

**neuropsychological** [5] - 17:23, 18:2, 18:16, 19:19, 27:23
**neuropsychologist** [1] - 27:22
**neuroradiologist** [1] - 27:18
**neuroradiology** [1] - 137:19
**neurosurgeon** [12] - 77:10, 78:18, 137:12, 140:7, 148:23, 149:1, 150:17, 153:24, 154:3, 158:10, 164:3, 177:9
**Neurosurgery** [1] - 137:24
**neurosurgery** [2] - 137:13, 137:20
**neurosurgical** [1] - 137:17
**never** [14] - 13:17, 23:22, 41:2, 58:11, 61:4, 61:9, 64:15, 91:24, 97:19, 103:20, 109:18, 109:22, 134:18, 161:10
**new** [5] - 97:22, 141:21, 141:22, 145:17, 145:18
**next** [33] - 8:9, 12:25, 24:16, 35:9, 38:3, 39:22, 39:23, 40:15, 41:10, 47:13, 51:1, 55:5, 55:14, 55:15, 69:20, 72:2, 75:8, 76:16, 94:14, 98:24, 108:16, 116:14, 117:10, 120:13, 125:20, 133:16, 135:17, 146:17, 147:25, 167:9, 172:4, 172:12, 179:6
**NFL** [1] - 18:23
**nice** [1] - 104:24
**Nicolescu** [6] - 79:15, 79:17, 79:21, 79:24, 80:5, 80:7
**nightmare** [1] - 91:8
**nine** [2] - 10:7, 71:18
**NO** [1] - 1:8
**noise** [2] - 6:17, 17:10
**noises** [1] - 51:3
**non** [4] - 22:5, 23:16, 24:11, 157:4
**non-economic** [3] - 22:5, 23:16, 24:11
**non-traumatic** [1] -

157:4
**NONE** [1] - 3:17
**Nooshin** [8] - 63:21, 63:22, 63:25, 64:2, 64:11, 64:16, 64:21, 67:18
**normal** [2] - 86:24, 123:6
**normally** [1] - 27:5
**NORTH** [1] - 2:20
**notably** [1] - 173:1
**note** [5] - 22:15, 22:22, 86:12, 150:18, 175:7
**noted** [3] - 15:9, 69:4, 171:17
**NOTES** [1] - 180:15
**notes** [3] - 172:16, 175:5, 175:7
**nothing** [10] - 56:16, 59:23, 60:12, 92:11, 93:14, 104:9, 104:10, 120:8, 178:25, 179:1
**notice** [3] - 117:23, 134:15, 175:3
**noticed** [1] - 174:23
**November** [18] - 16:20, 69:21, 70:1, 85:14, 87:9, 88:9, 89:17, 150:10, 150:16, 150:17, 150:20, 151:1, 151:4, 152:17, 157:21, 158:19, 158:23, 176:10
**nucleus** [1] - 144:18
**number** [10] - 39:1, 106:10, 112:16, 124:20, 125:18, 136:24, 136:25, 145:9, 156:9, 164:9
**Number** [2] - 145:2, 163:20
**numbers** [1] - 100:3
**numbness** [12] - 7:5, 13:13, 13:17, 48:9, 48:10, 48:11, 48:17, 63:8, 74:3, 77:3, 86:18, 89:3

---

**O**

---

**OAKS** [1] - 2:9
**objection** [20] - 16:2, 37:9, 37:15, 38:11, 38:12, 38:21, 40:17, 43:12, 73:24, 81:9, 84:6, 91:23, 111:8, 112:18, 119:5,

129:24, 147:16, 158:1, 169:1, 178:14
**objective** [4] - 19:11, 145:14, 145:16, 177:8
**objectively** [1] - 161:18
**observation** [1] - 140:16
**observations** [1] - 145:13
**observe** [2] - 134:13, 140:22
**observed** [4] - 69:5, 143:14, 161:18, 164:4
**observing** [1] - 177:5
**obtain** [2] - 132:6, 133:8
**obtained** [2] - 133:15, 148:5
**obtaining** [1] - 132:21
**obviously** [1] - 128:3
**OC** [1] - 96:1
**occasions** [3] - 13:23, 138:13, 174:7
**occupation** [2] - 105:2, 121:2
**Occupational** [1] - 171:7
**occur** [1] - 145:4
**occurred** [4] - 8:25, 11:22, 38:9, 44:18
**occurs** [1] - 168:10
**October** [1] - 84:21
**OF** [13] - 1:1, 1:2, 1:9, 1:14, 2:2, 2:4, 2:14, 180:2, 180:4, 180:6, 180:9, 180:13, 180:15
**offer** [2] - 148:24, 169:9
**OFFERED** [1] - 3:17
**offered** [2] - 157:15, 157:19
**OFFICE** [1] - 2:16
**office** [12] - 51:24, 61:23, 67:13, 68:1, 113:14, 121:5, 121:15, 127:20, 131:9, 132:3, 132:11, 166:3
**officers** [1] - 133:4
**OFFICIAL** [3] - 1:24, 180:8, 180:22
**often** [3] - 33:24, 63:3, 89:8
**old** [7] - 7:8, 10:7, 20:19, 23:17, 32:23, 90:15, 103:24

**Olivia** [1] - 4:20
**ON** [2] - 2:4, 2:14
**once** [4] - 7:16, 46:17, 62:23, 110:13
**one** [79] - 8:15, 14:12, 17:8, 17:23, 17:24, 17:25, 18:1, 19:1, 31:23, 39:1, 47:3, 49:1, 51:22, 52:13, 53:24, 55:11, 56:2, 57:25, 61:1, 61:8, 61:11, 62:20, 67:17, 72:20, 73:9, 77:5, 77:6, 81:3, 87:5, 91:9, 94:17, 95:22, 96:9, 97:6, 99:1, 100:22, 105:5, 106:7, 109:21, 110:17, 113:15, 113:18, 124:19, 125:16, 126:8, 126:18, 127:19, 128:1, 128:2, 129:13, 132:10, 135:1, 138:7, 144:24, 144:25, 145:1, 145:20, 147:3, 147:4, 147:19, 149:8, 150:2, 150:6, 151:13, 152:10, 157:6, 160:5, 160:6, 163:21, 163:25, 170:15, 172:5, 172:13, 175:1, 175:6, 175:12, 177:24
**one-and-a-half** [1] - 175:6
**one-bedroom** [1] - 31:23
**one-hour** [1] - 19:1
**ones** [3] - 21:9, 31:4, 156:22
**ongoing** [5] - 142:7, 142:8, 149:24, 156:8, 161:3
**onset** [8] - 141:21, 141:22, 143:5, 143:12, 145:18, 154:7, 156:1
**open** [2] - 20:10, 70:19
**opening** [2] - 5:8, 5:14
**OPENING** [1] - 3:3
**operate** [1] - 161:6
**operator** [1] - 105:4
**opines** [2] - 10:2, 15:1, 18:23
**opinion** [29] - 12:18,

19:1, 119:6, 127:2, 129:25, 141:8, 142:4, 143:11, 149:20, 149:22, 150:24, 151:6, 151:25, 152:23, 153:9, 153:15, 154:5, 154:17, 155:6, 155:9, 155:21, 155:25, 156:4, 157:19, 164:20, 164:23, 165:14, 173:19, 174:1

**opinions** [24] - 15:8, 15:23, 16:4, 19:18, 138:10, 138:19, 140:11, 141:2, 141:4, 142:11, 149:9, 153:7, 153:12, 155:2, 155:3, 157:16, 158:5, 159:1, 161:2, 161:19, 165:11, 169:5, 169:9, 170:5

**opponents's** [1] - 57:21

**opposed** [3] - 138:5, 156:14, 158:17

**opposing** [2] - 5:20, 5:21

**opted** [1] - 14:12

**option** [8] - 125:25, 126:1, 126:2, 126:4, 126:20, 126:21, 127:1, 127:9

**options** [8] - 53:6, 125:21, 126:8, 126:9, 126:18, 128:9, 129:7, 154:2

**orange** [3] - 27:11, 35:4, 35:12

**order** [5] - 38:2, 75:1, 154:13, 167:15, 168:25

**organized** [1] - 160:3

**orient** [1] - 95:11

**origin** [1] - 176:25

**originally** [3] - 32:7, 44:12, 74:12

**Orthopedic** [1] - 14:18

**orthopedic** [3] - 13:20, 71:18, 154:21

**orthopedist** [2] - 28:6, 78:13

**ossification** [1] - 160:11

**osteophytes** [1] - 145:3

**Osteophytes** [1] -

145:3

**OT** [1] - 171:8

**OTIS's** [1] - 1:4

**outside** [2] - 14:7, 93:17

**overall** [1] - 164:17

**overgrowth** [2] - 145:5, 145:6

**overruled** [7] - 16:3, 38:15, 38:23, 40:18, 112:23, 169:2, 178:15

**overtake** [1] - 151:17

**overview** [3] - 5:15, 6:2, 128:20

**own** [10] - 19:22, 20:16, 22:14, 31:12, 31:23, 33:20, 101:15, 125:22, 165:14, 179:4

**owner** [1] - 87:18

## P

**p.m** [3] - 9:1, 89:10, 179:11

**package** [2] - 125:17, 131:9

**PAGE** [1] - 3:3

**page** [44] - 34:6, 34:7, 34:12, 34:25, 35:19, 35:20, 35:21, 35:23, 36:12, 38:6, 38:7, 38:18, 39:3, 42:21, 42:22, 43:7, 43:10, 43:17, 43:18, 44:5, 44:10, 69:12, 99:24, 106:21, 122:11, 124:20, 125:1, 127:7, 136:19, 136:21, 136:22, 136:25, 141:10, 143:22, 147:10, 162:13, 170:22, 171:25, 172:8, 172:15, 173:5, 173:9, 176:1

**pages** [1] - 68:7

**pain** [106] - 7:4, 13:8, 13:11, 13:21, 14:2, 15:19, 15:24, 16:13, 21:24, 24:4, 46:13, 47:10, 47:21, 47:23, 48:9, 48:14, 48:17, 48:23, 49:6, 50:20, 51:7, 56:14, 62:5, 62:8, 62:11, 63:4, 63:8, 68:12, 68:18, 68:20, 68:23, 69:16, 69:23, 70:3, 70:7,

70:10, 70:14, 70:17, 71:11, 71:12, 71:15, 72:23, 73:8, 73:13, 73:20, 73:22, 74:15, 78:5, 78:14, 79:16, 79:25, 80:8, 80:14, 80:16, 80:17, 84:23, 84:25, 85:24, 86:6, 86:14, 89:6, 102:13, 138:15, 138:17, 141:21, 141:24, 142:7, 143:3, 143:12, 148:19, 148:21, 150:14, 150:19, 153:17, 153:22, 154:1, 154:7, 154:8, 154:10, 154:14, 155:18, 156:1, 156:6, 156:11, 156:15, 159:9, 159:14, 160:20, 161:10, 163:5, 163:9, 164:10, 167:25, 171:13, 171:15, 173:5, 176:3, 176:25, 177:2, 178:11

**Pan** [1] - 54:12

**panel** [2] - 166:11, 166:23

**Panel** [2] - 166:13, 167:9

**panicking** [1] - 67:24

**paperwork** [1] - 136:17

**paragraph** [2] - 172:24, 173:11

**paralegal** [1] - 4:20

**park** [11] - 10:7, 26:3, 33:23, 34:15, 36:3, 37:21, 133:20, 133:21, 133:22, 134:22

**parked** [10] - 9:2, 10:9, 10:11, 25:13, 44:16, 107:1, 107:3, 107:6, 130:14, 130:17

**parlance** [1] - 59:8

**pars** [8] - 159:25, 160:1, 160:2, 160:8, 160:17, 161:4, 161:10, 161:16

**part** [22] - 19:14, 56:24, 76:9, 83:9, 95:19, 101:7, 110:21, 123:11, 124:7, 125:16, 125:17, 129:19, 131:7, 139:25,

140:6, 144:18, 144:20, 144:25, 146:15, 168:17, 169:6

**partially** [1] - 118:22

**participated** [1] - 174:8

**particular** [10] - 47:6, 143:19, 143:23, 143:25, 144:4, 146:19, 146:21, 147:24, 162:12, 162:18

**parties** [2] - 5:16, 131:14

**partner** [5] - 7:13, 20:4, 21:15, 52:21, 53:17

**parts** [5] - 43:25, 47:20, 48:6, 73:12, 83:11

**party** [1] - 8:6

**pass** [1] - 103:2

**passage** [2] - 61:3, 150:23

**passed** [3] - 17:14, 102:17, 102:19

**passenger** [6] - 11:3, 11:10, 12:13, 47:19, 87:16, 129:23

**passionate** [2] - 7:18, 21:10

**past** [13] - 17:16, 22:2, 22:4, 22:6, 22:7, 22:12, 22:17, 22:21, 23:16, 24:11, 51:25, 88:21, 174:13

**path** [1] - 21:25

**pathology** [2] - 149:25, 163:21

**patient** [6] - 149:15, 149:19, 163:19, 168:19, 171:14, 176:3

**patient's** [4] - 145:21, 163:22, 168:12, 168:14

**patients** [7] - 15:4, 18:14, 138:5, 138:7, 140:1, 140:23, 168:1

**Pauline** [1] - 4:18

**PAULINE** [1] - 2:18

**pay** [3] - 18:5, 117:7, 118:2

**payin'** [1] - 66:5

**paying** [1] - 39:11

**Pendleton** [3] - 21:2, 32:18, 33:5

**people** [11] - 5:2, 7:14, 8:5, 35:18, 52:18,

52:19, 54:20, 56:2, 60:23, 61:9, 65:17

**people's** [1] - 55:1

**per** [10] - 9:23, 10:3, 27:16, 35:16, 36:10, 45:11, 93:4, 93:7, 108:11

**percent** [7] - 22:23, 126:19, 138:8, 138:9, 161:5, 161:6, 169:21

**perception** [1] - 128:25

**perfect** [2] - 35:22, 72:4, 165:15

**perform** [11] - 6:13, 65:22, 101:14, 103:6, 103:12, 103:15, 104:6, 122:20, 138:4, 140:12, 163:14

**performed** [7] - 14:11, 92:24, 93:3, 93:10, 101:14, 139:21, 166:8

**performing** [1] - 140:14

**perhaps** [4] - 126:4, 126:10, 140:10, 162:24

**peril** [2] - 179:4, 179:8

**period** [11] - 41:5, 41:7, 51:1, 110:19, 140:18, 152:1, 152:2, 160:24, 162:5, 167:17, 167:25

**periodically** [1] - 56:22

**Permanente** [3] - 13:6, 22:16, 84:22

**permission** [1] - 34:1

**Perris** [1] - 32:15

**persistent** [5] - 6:15, 17:7, 21:24, 47:23, 56:14

**persistently** [1] - 83:13

**persisting** [1] - 47:10

**person** [6] - 8:7, 97:9, 104:25, 123:2, 127:3

**person's** [1] - 57:15

**personal** [7] - 56:4, 84:14, 92:6, 126:6, 126:15, 128:2, 129:3

**personality** [1] - 103:9

**personally** [3] - 86:21, 104:1, 133:14

**personnel** [4] - 126:7, 126:12, 126:13,

128:2
persuade [1] - 92:4
pertinent [1] - 141:12
PH [1] - 1:25
phenomenon [4] - 151:11, 151:12, 151:20, 151:22
Philippe [3] - 10:6, 30:24, 31:5
phone [5] - 21:19, 39:17, 53:21, 97:8, 134:12
photo [4] - 11:7, 11:11, 26:11, 118:13
photograph [10] - 34:11, 35:25, 95:2, 108:25, 109:6, 109:12, 118:12, 118:16, 122:12, 122:15
photographs [3] - 26:5, 94:22, 122:7
photos [2] - 118:12, 134:16
physiatrist [1] - 153:22
physical [15] - 13:20, 15:22, 24:4, 28:11, 46:12, 49:8, 49:10, 67:21, 75:5, 78:5, 78:14, 89:1, 131:4, 152:14, 164:9
physically [2] - 7:17, 8:5
physician [5] - 14:7, 149:18, 153:21, 154:13, 168:18
physician's [1] - 149:15
physicians [3] - 6:12, 153:21, 163:10
pick [1] - 177:24
picked [1] - 33:16
picture [6] - 26:19, 43:7, 95:9, 95:10, 95:11, 114:13
pictures [12] - 26:16, 43:5, 114:15, 122:16, 124:3, 124:5, 131:7, 131:8, 131:12, 131:15, 131:17, 134:18
piece [3] - 11:23, 109:16, 109:19
pieces [2] - 64:25, 66:22
pills [1] - 104:6
pinching [1] - 141:18
pink [1] - 43:21
pinnacle [1] - 55:8

pituitary [3] - 166:19, 166:22, 167:2
PLACE [1] - 180:11
place [7] - 26:12, 67:7, 122:2, 123:1, 149:15, 166:13, 167:16
placed [4] - 81:22, 166:1, 167:12, 167:15
plaintiff [35] - 4:8, 4:11, 5:13, 23:7, 25:24, 25:25, 26:1, 26:2, 27:24, 28:19, 28:20, 28:22, 29:2, 29:15, 113:24, 113:25, 116:19, 116:21, 116:23, 120:14, 130:21, 131:21, 169:21, 170:2, 172:16, 173:20, 174:5, 174:8, 174:18, 174:22, 175:6, 175:11, 176:6
PLAINTIFF [3] - 1:7, 2:4, 3:6
Plaintiff's [8] - 34:5, 79:20, 81:23, 108:22, 118:13, 122:10, 122:11, 124:10
plaintiff's [31] - 4:24, 5:24, 8:18, 10:24, 12:25, 13:13, 17:25, 19:4, 22:1, 22:8, 25:19, 25:22, 27:20, 28:4, 28:8, 28:12, 28:16, 29:5, 29:13, 34:7, 117:24, 118:4, 130:18, 131:15, 170:4, 170:21, 172:19, 173:18, 173:23, 175:7, 175:10
plaintiffs [5] - 5:5, 15:13, 29:14, 135:25, 152:25
plan [11] - 6:13, 13:7, 14:6, 23:8, 23:14, 69:9, 74:19, 153:1, 153:5, 165:9, 173:12
planner [1] - 22:8
planning [1] - 5:8
plates [2] - 144:10, 145:5
play [7] - 37:21, 59:19, 94:6, 96:9, 103:5, 161:1
played [6] - 7:24, 8:2,

59:20, 91:17, 94:8, 96:10
player [1] - 50:4
playing [2] - 35:17, 59:9
podcast [1] - 20:11
point [32] - 26:9, 26:23, 27:2, 27:5, 34:25, 36:16, 45:13, 46:4, 49:9, 49:15, 53:13, 59:23, 63:10, 64:11, 78:10, 78:14, 79:11, 79:15, 86:17, 89:23, 92:20, 100:21, 105:5, 110:2, 132:9, 134:16, 146:10, 160:16, 162:12, 164:8, 166:16, 178:11
Point [1] - 121:3
pointed [2] - 176:20, 177:10
pointing [2] - 160:5, 160:6
points [1] - 55:1
police [8] - 44:23, 44:24, 45:8, 132:12, 132:17, 132:19, 133:1, 133:9
popular [1] - 52:15
population [3] - 14:21, 161:5, 161:6
portion [10] - 34:8, 58:22, 65:5, 76:8, 78:24, 103:22, 144:8, 144:17, 167:19
position [4] - 11:13, 12:22, 44:4, 105:19
positioned [1] - 36:5
positions [1] - 105:12
positive [1] - 148:22
possible [3] - 7:2, 74:11, 175:21
possibly [1] - 14:10
post [16] - 15:21, 17:1, 18:25, 63:23, 96:12, 96:15, 98:15, 98:21, 121:5, 121:15, 127:20, 131:9, 132:2, 132:11, 161:9, 161:9
post-concussion [1] - 18:25
post-mortem [1] - 161:9
post-surgical [1] - 17:1
post-traumatic [2] -

15:21, 163:9
postal [61] - 9:5, 10:9, 10:14, 11:19, 24:14, 25:14, 26:10, 27:4, 34:24, 35:2, 36:14, 36:16, 37:1, 37:4, 37:13, 37:18, 37:20, 37:22, 37:25, 40:12, 40:13, 41:18, 41:21, 43:19, 43:25, 44:4, 44:5, 44:6, 44:8, 44:9, 44:11, 44:18, 87:6, 89:12, 89:15, 91:22, 92:22, 92:25, 105:8, 105:10, 105:12, 105:16, 106:4, 106:25, 108:3, 109:1, 109:3, 109:9, 109:14, 113:14, 114:6, 114:18, 115:4, 121:9, 121:11, 127:21, 128:20, 128:23, 129:17, 133:2, 150:6
Postal [6] - 9:10, 25:9, 105:6, 112:7, 121:6, 124:13
posted [2] - 96:5, 96:8
posts [1] - 103:21
potential [1] - 155:18
potentially [1] - 178:1
poured [1] - 20:11
power [3] - 18:8, 18:9, 21:7
practice [6] - 116:11, 137:12, 137:25, 138:2, 138:5, 140:1
practices [2] - 113:2, 126:16
practicing [1] - 137:13
praising [2] - 99:4, 99:12
pre [2] - 15:5, 15:24
pre-existing [2] - 15:5, 15:24
precaution [3] - 16:24, 88:1, 128:18
precautions [1] - 129:22
predate [3] - 159:11, 172:20, 173:24
predates [1] - 159:21
prefrontal [1] - 19:14
prepare [1] - 138:21
prepared [2] - 38:14, 91:11
prescribed [4] - 89:14, 89:25, 167:25, 168:3
prescription [1] - 17:6

presence [2] - 95:20, 146:23
present [5] - 26:16, 29:12, 72:5, 133:5, 162:4
presentable [1] - 62:1
presented [5] - 17:5, 17:13, 156:8, 160:23, 178:9
PRESIDING [1] - 1:4
pressure [1] - 55:1
pretty [5] - 52:15, 57:9, 70:19, 88:25, 92:23
prevalent [1] - 161:5
prevent [3] - 127:14, 128:18, 132:25
preventable [1] - 128:24
preventive [1] - 127:8
previous [2] - 112:21, 175:14
previously [11] - 15:11, 24:25, 65:13, 68:10, 82:24, 105:5, 112:4, 119:11, 157:7, 168:22, 175:16
prideful [1] - 102:24
primarily [6] - 33:7, 52:13, 56:25, 59:9, 59:11, 83:12
primary [3] - 13:1, 21:3, 64:21
principal [1] - 98:10
print [1] - 125:7
printed [1] - 125:2
Priscilla [1] - 17:24
private [14] - 122:3, 123:5, 130:15, 131:22, 131:23, 131:25, 132:22, 133:2, 133:10, 133:15, 133:16, 134:4, 137:12, 137:25
probability [4] - 143:8, 148:12, 151:3, 165:2
probation [2] - 90:20, 90:25
problem [2] - 149:12, 177:19
problems [3] - 21:6, 49:4, 90:14
procedure [1] - 164:12
proceed [5] - 25:3, 25:5, 82:7, 123:1, 123:6
PROCEEDINGS [2] - 1:14, 180:11

**Proceedings** [1] - 179:11
**process** [2] - 32:16, 103:17, 151:7
**prodded** [1] - 103:16
**professional** [2] - 63:17, 77:11
**progress** [1] - 18:4
**progressed** [2] - 52:22, 53:20
**progression** [2] - 65:25, 66:2
**prominence** [1] - 146:4
**prominently** [1] - 6:18
**promise** [1] - 46:10
**prompt** [1] - 67:23
**pronounce** [1] - 81:17
**pronunciation** [2] - 4:24, 4:25
**proper** [5] - 8:10, 14:8, 144:16, 144:25, 173:13
**property** [4] - 16:23, 22:3, 23:3, 46:4
**proportion** [1] - 103:4
**protect** [3] - 61:22, 93:6, 132:10
**protective** [2] - 60:21, 61:24
**protuberances** [1] - 167:7
**prove** [1] - 29:2
**provide** [4] - 49:25, 54:6, 127:8, 164:13
**provided** [10] - 137:5, 138:19, 139:14, 153:25, 154:20, 155:22, 165:17, 166:2, 166:5, 177:7
**provider** [2] - 10:22, 70:23
**providers** [5] - 49:2, 67:12, 81:14, 83:7, 83:14
**provides** [2] - 163:20, 163:21
**providing** [3] - 49:12, 149:19, 168:19
**proximate** [1] - 154:6
**pry** [1] - 64:19
**PS** [1] - 125:12
**psychological** [2] - 52:7, 65:11
**psychologist** [1] - 18:13
**PT** [1] - 176:3
**PTSD** [1] - 90:1
**publish** [1] - 34:2
**pull** [12] - 94:4, 94:16,

96:3, 98:20, 99:6, 114:9, 118:14, 122:10, 124:10, 129:8, 136:6
**pulled** [5] - 9:1, 25:21, 106:16, 108:16, 108:17
**pulling** [2] - 11:25, 107:24
**punishment** [2] - 90:19, 90:24
**purchase** [1] - 98:3
**purported** [1] - 91:19
**purporting** [1] - 92:4
**purports** [1] - 91:12
**purpose** [3] - 78:18, 86:9, 163:17
**purposes** [2] - 131:10, 132:4
**put** [16] - 34:7, 51:24, 55:1, 65:17, 76:20, 79:19, 81:20, 92:4, 107:5, 107:14, 107:18, 110:18, 127:9, 164:13, 170:10, 172:22
**putting** [5] - 5:9, 51:24, 64:25, 84:20, 171:12

# Q

**qualified** [2] - 105:14, 164:3
**qualifying** [1] - 152:5
**questioned** [1] - 39:2
**questioning** [1] - 155:20
**questions** [19] - 5:22, 9:8, 24:12, 38:5, 72:21, 73:6, 77:21, 113:21, 114:1, 118:8, 118:9, 120:7, 123:14, 127:25, 130:2, 133:23, 133:24, 134:19, 135:12
**quick** [4] - 5:14, 7:22, 37:3, 93:5
**quickly** [4] - 36:20, 41:10, 57:9, 92:23
**quiet** [1] - 115:19
**quote** [7] - 15:9, 15:21, 15:25, 16:4, 18:17, 18:24, 91:20

# R

**radiate** [1] - 74:3
**radiating** [12] - 13:11,

13:17, 70:10, 70:14, 70:17, 71:12, 71:15, 73:20, 74:13, 77:3, 85:24, 159:14
**radiation** [1] - 159:9
**radicular** [7] - 48:22, 150:13, 150:14, 156:1, 156:8, 157:20, 159:14
**radiculopathy** [34] - 7:5, 13:14, 14:2, 15:6, 15:19, 15:24, 16:13, 48:20, 48:22, 79:25, 138:16, 141:17, 141:23, 142:8, 142:13, 142:22, 142:23, 143:6, 143:12, 145:18, 153:17, 153:19, 153:25, 154:7, 154:12, 155:18, 155:23, 155:24, 156:11, 156:14, 158:11, 158:14, 158:21
**radiographically** [1] - 152:11
**radiologist** [3] - 156:23, 177:18, 177:20
**radiologists** [1] - 140:21
**raise** [4] - 29:16, 104:14, 120:16, 136:2
**raised** [1] - 20:21
**raising** [2] - 91:3, 91:5
**rang** [1] - 88:2
**raped** [2] - 64:25, 65:16
**ray** [1] - 166:17
**rays** [1] - 140:8
**re** [2] - 12:17, 107:10
**re-enactment** [1] - 12:17
**re-entered** [1] - 107:10
**reach** [3] - 68:1, 85:6, 86:6
**reached** [2] - 53:3, 55:3
**read** [17] - 72:20, 72:21, 72:22, 72:24, 73:1, 73:5, 73:9, 73:11, 74:23, 75:19, 76:24, 77:20, 80:3, 80:11, 80:12, 84:7, 140:19
**reading** [8] - 72:16, 73:10, 74:5, 74:24, 140:3, 140:8, 140:9,

155:12
**reads** [3] - 80:1, 80:11, 113:1
**ready** [1] - 5:5
**Real** [2] - 98:10, 100:4
**real** [12] - 7:12, 7:20, 21:16, 21:18, 32:5, 32:6, 52:14, 53:7, 95:19, 98:6, 98:7, 98:13, 98:16
**realize** [2] - 117:18, 175:23
**really** [9] - 84:17, 86:1, 108:15, 110:25, 111:20, 119:17, 123:6, 123:14, 138:12
**Realtor** [1] - 95:25
**realtor** [2] - 7:11, 65:22
**rear** [10] - 11:10, 16:22, 37:13, 41:8, 41:15, 47:6, 47:17, 87:17, 88:22, 127:21
**reason** [7] - 32:13, 67:17, 79:23, 85:8, 85:23, 125:9, 147:19
**reasonable** [10] - 5:25, 9:17, 22:11, 22:14, 22:17, 24:23, 28:15, 143:7, 151:2, 165:1
**reasonableness** [6] - 22:20, 138:19, 152:25, 165:6, 165:9, 165:12
**reasonably** [1] - 148:9
**reasons** [2] - 113:15, 157:7
**rebound** [2] - 11:7, 11:15
**receive** [4] - 139:9, 139:10, 139:20, 154:23
**received** [4] - 13:19, 139:12, 148:9, 165:7
**receiving** [1] - 67:16
**recent** [5] - 143:20, 144:21, 145:10, 146:12, 150:3
**recently** [1] - 105:3
**recess** [3] - 29:9, 82:5, 82:6
**Recess** [2] - 29:10, 135:23
**reclusive** [2] - 8:8, 24:1
**recognize** [2] - 34:11, 35:24
**recollect** [1] - 130:12
**recollection** [29] -

41:18, 66:18, 66:23, 72:4, 72:6, 72:8, 72:17, 72:22, 73:6, 74:6, 74:20, 75:11, 76:21, 77:14, 77:17, 78:25, 79:21, 80:4, 81:7, 81:19, 83:20, 85:13, 92:24, 100:4, 125:4, 155:17, 157:5, 170:18, 171:5
**recollections** [1] - 155:21
**recommend** [1] - 79:2
**recommendation** [4] - 78:23, 79:8, 82:15, 149:3
**recommendations** [2] - 78:21, 153:4
**recommended** [5] - 6:13, 74:17, 74:21, 85:19, 148:22
**reconstruct** [1] - 164:12
**reconstruction** [1] - 27:14
**reconstructionist** [3] - 10:1, 10:25, 34:9
**record** [29] - 16:1, 29:11, 29:21, 68:8, 73:5, 76:20, 77:18, 79:19, 81:21, 81:23, 83:19, 83:22, 84:21, 84:23, 85:14, 104:4, 104:19, 120:19, 135:24, 136:8, 138:10, 158:10, 170:17, 170:22, 171:5, 171:20, 172:15, 173:10, 178:10
**records** [53] - 7:3, 10:21, 13:24, 14:1, 15:16, 16:5, 22:10, 62:12, 66:24, 69:13, 72:5, 72:20, 75:11, 81:20, 82:10, 82:11, 138:14, 139:3, 139:5, 139:6, 139:7, 139:11, 139:14, 139:18, 141:12, 142:1, 142:13, 142:20, 142:21, 143:14, 145:17, 148:4, 150:9, 150:13, 154:16, 155:18, 158:9, 158:15, 158:24, 159:11, 164:5, 164:19, 170:4, 170:7, 170:15,

170:16, 172:5, 172:13, 172:20, 173:17, 177:3, 177:9, 178:19
**recovered** [1] - 87:11
**recovery** [2] - 50:13, 167:17
**recreation** [1] - 91:13
**RECROSS** [2] - 3:6, 135:4
**RECROSS-EXAMINATION** [1] - 135:4
**red** [2] - 98:21, 146:14
**reddish** [2] - 35:4, 35:13
**REDIRECT** [5] - 3:6, 101:11, 118:10, 134:1, 176:18
**REDUCED** [1] - 180:12
**reentering** [2] - 25:18, 115:21
**refer** [3] - 48:19, 126:12, 141:6
**reference** [13] - 15:10, 126:25, 127:5, 139:6, 139:11, 150:13, 150:15, 168:7, 172:25, 176:20, 178:20, 178:22
**referral** [1] - 154:14
**referrals** [1] - 52:19
**referred** [8] - 14:7, 17:19, 49:19, 67:11, 67:13, 142:5, 151:20, 160:7
**referring** [1] - 156:21
**refrain** [1] - 79:10
**refresh** [15] - 66:23, 72:6, 72:17, 72:22, 74:5, 74:20, 75:11, 76:21, 77:17, 79:20, 83:20, 100:3, 125:4, 170:18, 171:4
**refreshes** [3] - 73:5, 78:25, 80:4
**refreshing** [1] - 85:13
**refused** [2] - 131:24, 132:8
**regarding** [10] - 11:1, 12:10, 14:19, 15:14, 18:12, 18:20, 100:4, 138:19, 140:3, 165:14
**regards** [2] - 83:5, 132:11
**region** [1] - 19:14
**regular** [2] - 105:15,

129:20
**regularly** [2] - 20:5, 178:12
**rehab** [1] - 23:10
**related** [13] - 28:4, 28:23, 53:1, 63:3, 71:18, 79:9, 88:8, 139:14, 153:14, 157:20, 164:5, 168:20, 169:9
**relates** [2] - 101:20, 161:19
**relation** [5] - 40:11, 42:5, 138:14, 143:6, 153:10
**relationship** [3] - 5:21, 20:19, 53:12
**relationships** [2] - 55:24, 56:4
**relevance** [1] - 119:6
**relevant** [2] - 139:7, 139:12
**relief** [6] - 49:13, 49:25, 50:1, 80:9, 86:1, 86:23
**rely** [3] - 21:12, 140:11, 155:14
**remain** [1] - 16:11
**remedial** [1] - 127:22
**remember** [54] - 18:6, 21:8, 21:19, 37:6, 38:3, 40:10, 40:15, 41:5, 41:7, 41:9, 45:9, 46:22, 47:20, 51:16, 51:17, 62:15, 66:22, 71:7, 71:10, 71:16, 74:18, 75:10, 76:13, 76:15, 78:20, 78:22, 79:14, 79:18, 81:3, 83:18, 84:17, 87:23, 90:9, 96:7, 99:16, 99:17, 99:25, 100:12, 102:5, 106:9, 108:2, 109:7, 113:8, 115:16, 116:22, 122:4, 123:17, 123:18, 123:20, 123:22, 126:3, 130:13, 170:17
**remembered** [1] - 41:10
**remembers** [1] - 11:20
**reminded** [1] - 103:16
**reminder** [1] - 101:25
**reminders** [2] - 97:8, 101:16
**reminding** [2] - 97:6, 97:9
**remove** [1] - 166:25

**rendered** [4] - 22:18, 22:24, 147:15, 169:5
**rent** [1] - 31:15
**renting** [3] - 31:14, 31:21, 96:19
**reorient** [1] - 114:12
**repeat** [2] - 106:7, 116:20
**repeated** [1] - 19:24
**repeatedly** [2] - 10:22, 28:24
**replacement** [1] - 157:13
**report** [53] - 17:20, 69:16, 74:20, 76:8, 76:22, 78:9, 78:24, 80:10, 83:13, 121:18, 123:11, 124:8, 124:23, 125:5, 125:10, 125:13, 125:22, 125:24, 126:18, 126:19, 127:3, 127:9, 127:19, 128:8, 138:22, 138:24, 139:2, 140:25, 141:6, 141:9, 143:22, 154:23, 156:1, 158:4, 158:16, 158:20, 165:10, 169:6, 170:19, 170:21, 170:23, 171:1, 171:4, 171:8, 171:17, 171:23, 172:6, 175:14, 175:22, 176:1, 176:5, 176:9, 177:23
**REPORTED** [1] - 180:10
**reported** [6] - 10:22, 17:7, 49:1, 68:12, 68:14, 173:6
**REPORTER** [4] - 1:24, 180:2, 180:8, 180:22
**REPORTER'S** [1] - 1:14
**reporting** [5] - 13:10, 13:12, 72:12, 83:7, 177:5
**reports** [4] - 19:24, 124:9, 138:10, 157:15
**represent** [3] - 5:12, 93:22, 104:2
**representation** [8] - 91:20, 91:21, 93:3, 93:10, 109:8, 109:13, 118:19, 122:17

**representative** [1] - 28:12
**represents** [1] - 92:5
**required** [5] - 110:11, 128:17, 128:20, 131:11, 168:24
**requirement** [6] - 105:13, 110:20, 111:3, 115:7, 115:22, 116:9
**residence** [2] - 10:10, 106:16
**residency** [2] - 137:21, 140:6
**Resident** [1] - 137:22
**residential** [3] - 9:21, 25:12, 115:19
**residual** [1] - 150:18
**resolve** [3] - 48:1, 150:14, 150:15
**resolved** [1] - 176:4
**respect** [1] - 128:7
**respond** [4] - 92:1, 117:13, 121:18, 121:23
**response** [3] - 124:23, 147:8, 148:22
**responses** [2] - 99:17, 102:4
**rest** [4] - 25:1, 26:19, 91:10
**restationed** [1] - 32:18
**rested** [1] - 46:19
**resting** [2] - 26:12, 27:2
**restore** [1] - 173:13
**restrained** [1] - 31:6
**result** [23] - 15:3, 15:24, 16:14, 20:14, 28:4, 46:7, 47:11, 51:9, 51:12, 56:15, 58:7, 60:10, 60:17, 62:5, 63:15, 65:14, 71:19, 80:24, 141:20, 148:13, 152:19, 153:2, 157:2
**resulted** [3] - 6:10, 10:17, 11:22
**resulting** [1] - 6:8
**retained** [5] - 34:9, 152:24, 154:21, 169:17, 169:20
**retire** [1] - 23:24
**retired** [2] - 23:20, 56:1
**retirement** [1] - 19:23
**retrain** [1] - 111:16
**retrospect** [1] - 152:22
**return** [5] - 53:21, 79:11, 111:2, 111:7,

111:13
**returned** [5] - 25:15, 25:16, 111:1, 112:12, 113:9
**review** [12] - 77:17, 99:1, 99:3, 99:8, 99:11, 111:4, 139:5, 139:23, 140:11, 142:13, 148:4, 150:9
**reviewed** [21] - 15:15, 22:10, 113:5, 138:13, 139:3, 139:18, 140:15, 142:1, 145:17, 154:25, 157:15, 164:19, 164:20, 166:4, 170:15, 171:5, 171:9, 171:22, 172:5, 172:19, 173:17
**reviewing** [9] - 78:24, 99:17, 99:25, 141:12, 141:25, 155:14, 158:4, 165:9, 172:13
**reviews** [1] - 138:10
**RICHARD** [2] - 1:6, 3:7
**Richard** [6] - 4:5, 4:8, 4:11, 5:13, 29:15, 29:22
**right-hand** [1] - 35:12
**right-side** [1] - 150:16
**right-sided** [3] - 142:8, 149:24, 158:22
**rigid** [1] - 151:14
**rigidity** [1] - 151:13
**rim** [1] - 43:7
**ripped** [2] - 43:20, 43:25
**rise** [1] - 135:22
**riser** [1] - 151:12
**rite** [1] - 61:3
**road** [7] - 25:18, 26:6, 35:17, 36:3, 39:10, 107:21, 115:21
**roadmap** [2] - 5:14, 163:20
**roadway** [2] - 36:5, 106:23
**robust** [1] - 7:20
**rock** [4] - 11:23, 108:18, 109:17, 109:20
**Roescher** [4] - 12:11, 12:12, 28:11, 91:12
**role** [4] - 53:1, 121:14, 161:1
**roles** [1] - 18:14
**roll** [2] - 103:5, 104:5

ROOM [1] - 1:24
room [4] - 31:15, 31:22, 81:4, 96:19
root [2] - 161:17, 162:1
rotation [3] - 140:6, 161:15, 162:1
rotator [1] - 74:13
Roughan [7] - 22:9, 22:24, 23:6, 152:24, 153:3, 165:5, 165:14
Roughan's [1] - 22:20
route [8] - 106:6, 106:8, 106:10, 106:11, 114:20, 115:15, 115:17
Rudin [12] - 14:18, 14:22, 15:3, 28:7, 154:21, 155:3, 155:14, 155:17, 156:5, 156:19, 158:9, 158:17
Rudin's [4] - 15:8, 15:23, 16:4, 154:23
ruin [2] - 18:7, 24:1
Rule [5] - 138:21, 140:25, 141:9, 154:23, 169:6
run [2] - 92:12, 133:22
rung [6] - 59:18, 59:22, 60:1, 60:2, 60:11, 88:5
runs [2] - 103:24, 136:22
ruptured [1] - 141:19
rushes [1] - 147:7
RUSS [1] - 2:7
Russ [1] - 5:12
Russell [1] - 4:8
Rylan [1] - 30:24

### S

S-1 [2] - 74:15, 175:20
SA [2] - 1:9, 4:4
sacroiliac [1] - 69:3
safe [5] - 54:5, 108:11, 119:24, 122:2, 123:1
safety [5] - 125:8, 125:24, 128:21, 129:22, 132:2
Sagophi [1] - 85:16
salesperson [2] - 98:7, 98:13
SAME [1] - 180:12
sandpaper [1] - 57:24
SANDRA [2] - 3:11, 120:21
Sandra [9] - 12:1, 110:8, 110:9,

110:13, 118:5, 120:15, 120:21, 125:2
sat [1] - 152:17
satisfied [1] - 99:3
Savannah [3] - 10:5, 30:24, 31:5
saved [1] - 20:15
saw [32] - 11:24, 25:19, 36:14, 37:22, 40:5, 69:20, 70:4, 73:8, 73:12, 79:17, 79:21, 79:23, 84:25, 103:21, 108:1, 108:5, 116:3, 116:23, 116:24, 117:8, 119:11, 132:9, 133:19, 134:21, 139:11, 142:25, 150:17, 153:22, 153:23, 162:8, 162:20
scan [2] - 177:21, 178:3
scans [2] - 139:21, 140:8
scene [16] - 26:2, 26:6, 42:10, 43:3, 45:3, 45:14, 45:24, 94:22, 95:4, 95:14, 121:23, 122:24, 124:2, 130:10, 131:10, 135:6
school [8] - 30:12, 33:13, 33:15, 54:15, 54:16, 58:10, 59:21
sciatica [10] - 138:17, 141:24, 142:2, 154:9, 159:5, 159:8, 159:19, 164:25, 176:3, 177:3
scope [3] - 8:13, 9:6, 93:17
Scott [7] - 13:23, 68:8, 68:14, 69:5, 70:4, 70:12, 70:14
Scott's [1] - 69:12
screaming [8] - 10:21, 38:4, 39:23, 39:24, 40:5, 40:16, 40:23, 41:11
screen [7] - 94:5, 107:5, 115:3, 122:13, 170:10, 172:23
screws [2] - 164:13, 167:14
scroll [1] - 173:5
seat [6] - 10:21, 12:14, 40:1, 107:15,

107:18, 134:20
seated [3] - 29:19, 104:16, 136:5
seats [2] - 31:6, 45:21
second [14] - 8:20, 11:9, 11:12, 13:2, 19:18, 36:19, 41:7, 64:6, 73:9, 86:7, 108:18, 117:6, 170:12, 170:24
section [7] - 69:2, 74:20, 80:1, 80:10, 83:24, 141:9, 175:14
sectional [1] - 145:22
secure [2] - 116:17, 167:16
see [91] - 13:24, 14:1, 22:18, 22:21, 26:7, 34:19, 36:16, 37:4, 38:7, 40:3, 40:4, 45:16, 49:21, 58:1, 69:13, 71:17, 71:21, 72:2, 75:17, 76:16, 77:10, 77:11, 79:15, 80:1, 80:3, 96:15, 100:6, 102:4, 104:24, 106:22, 107:23, 108:2, 108:8, 108:25, 112:6, 113:1, 117:24, 118:1, 118:3, 118:6, 122:12, 123:10, 124:12, 124:20, 125:12, 125:14, 130:11, 130:21, 130:25, 131:2, 133:16, 134:22, 138:5, 138:7, 138:12, 139:7, 140:21, 143:24, 144:12, 145:7, 145:25, 146:2, 146:3, 146:14, 146:17, 146:20, 147:10, 148:23, 150:23, 154:2, 157:10, 157:13, 160:11, 162:7, 162:17, 162:19, 162:25, 163:1, 163:15, 165:22, 165:24, 169:15, 171:14, 171:25, 172:3, 172:15, 172:24, 173:7, 173:12, 177:16, 177:21
seeing [5] - 63:22, 64:21, 115:24,

118:13, 130:13
seek [8] - 56:11, 59:24, 79:5, 80:7, 81:13, 81:16, 81:25, 83:17
seeking [6] - 63:3, 68:17, 78:18, 80:4, 80:8, 83:1
segment [4] - 151:20, 151:21, 152:8, 152:16
select [1] - 125:25
sell [1] - 90:23
send [5] - 84:2, 125:8, 127:11, 132:2, 132:3
sensation [1] - 63:10
sense [3] - 16:6, 94:2, 164:24
sensed [1] - 69:5
sensitivity [5] - 6:18, 17:10, 51:2, 66:3
sent [5] - 45:3, 86:13, 113:9, 127:22, 131:9
sentence [1] - 171:14
separate [3] - 10:17, 17:23, 160:16
separated [2] - 32:2, 32:16
September [16] - 14:11, 21:22, 83:16, 83:23, 86:13, 87:3, 88:17, 148:6, 152:1, 152:19, 156:10, 166:9, 175:23, 176:7, 176:13, 178:10
sequence [15] - 11:18, 39:21, 144:1, 146:17, 146:20, 146:21, 147:2, 147:14, 147:24, 148:1, 148:16, 166:20, 167:14
sequences [2] - 143:23, 167:11
sequential [1] - 38:1
serious [3] - 65:10, 125:19, 125:20
serve [1] - 163:17
service [19] - 9:5, 10:14, 11:19, 23:2, 24:14, 105:8, 105:10, 105:12, 105:16, 106:4, 107:1, 109:1, 109:3, 109:9, 109:14, 114:6, 121:9, 121:11, 127:21
Service [7] - 9:10, 25:9, 105:6, 112:7,

121:3, 121:6, 124:13
services [5] - 22:12, 22:15, 22:18, 22:24, 99:12
serving [1] - 53:9
set [2] - 32:20, 76:1
SET [1] - 180:11
sets [2] - 147:4, 163:9
seven [4] - 15:16, 16:21, 142:19
several [6] - 7:10, 12:5, 17:17, 100:25, 173:17, 177:20
severe [3] - 24:3, 72:23, 102:20
severely [1] - 101:24
sexual [1] - 6:22
Shafiq [3] - 8:14, 104:20, 124:21
SHAFIQ [1] - 104:21
shape [3] - 15:22, 93:8, 93:12
sheer [1] - 161:15
shirt [1] - 98:21
shootin' [1] - 48:23
short [2] - 14:16, 49:13
shortly [1] - 143:3
shot [2] - 79:4, 92:8
shoulder [14] - 13:11, 26:14, 46:14, 48:8, 73:14, 73:16, 73:17, 73:19, 74:12, 74:14, 75:4, 77:3, 78:7, 80:16
show [22] - 10:22, 12:14, 12:19, 19:10, 25:8, 25:11, 25:20, 25:23, 26:1, 26:9, 26:15, 27:20, 28:18, 28:22, 29:1, 83:19, 91:9, 104:3, 112:14, 122:24, 133:5, 167:11
showed [7] - 17:1, 27:24, 66:23, 91:19, 102:4, 118:12, 125:16
shown [1] - 166:19
shows [5] - 12:12, 19:17, 93:6, 144:3, 144:9
SI [3] - 100:14, 175:17, 176:2
siblings [1] - 32:11
sickness [1] - 86:20
side [20] - 6:2, 10:23, 11:3, 11:10, 22:7, 25:13, 35:12, 50:10, 77:5, 77:6, 77:7,

77:8, 115:4, 116:24, 117:9, 141:13, 143:25, 150:16, 153:20
**sided** [4] - 141:22, 142:8, 149:24, 158:22
**sides** [2] - 26:17, 77:5
**Sigaphi** [1] - 81:17
**sign** [1] - 125:7
**signal** [21] - 25:17, 107:20, 144:9, 144:10, 144:13, 144:15, 144:19, 144:24, 146:2, 146:6, 146:11, 146:18, 146:23, 156:22, 157:1, 157:11, 162:19, 162:25, 177:22, 178:2
**signals** [1] - 113:14
**signature** [2] - 125:2, 144:4, 144:19
**signed** [1] - 98:3
**significance** [2] - 143:1, 146:25
**significant** [8] - 55:20, 56:16, 64:19, 150:2, 153:16, 156:8, 164:23, 172:16
**signs** [2] - 19:3, 27:20
**similar** [4] - 12:13, 15:4, 54:15, 113:24
**similarly** [1] - 154:8
**single** [5] - 5:17, 18:1, 170:17, 176:20, 178:20
**sister** [1] - 32:12
**sit** [1] - 66:12
**sitting** [4] - 117:11, 118:1, 144:20, 145:8
**situation** [3] - 31:21, 96:19, 110:3
**six** [3] - 21:22, 82:10, 167:21
**skilled** [1] - 7:16
**skills** [3] - 7:15, 99:4, 99:12
**slash** [4] - 59:7, 59:12, 74:4, 77:8
**sleep** [1] - 89:10
**slight** [3] - 26:15, 50:1, 60:4
**slow** [3] - 37:2, 65:25, 66:2
**slowed** [1] - 36:8
**slowly** [3] - 119:14, 120:19, 136:8
**small** [6] - 10:4, 28:16,

33:19, 35:16, 39:14, 103:22
**so-called** [1] - 145:3
**social** [7] - 7:14, 23:21, 52:16, 95:20, 95:22, 103:21, 103:25
**socially** [1] - 7:20
**solely** [1] - 163:15
**someone** [6] - 8:4, 20:24, 47:6, 71:22, 125:9, 160:20
**sometimes** [2] - 98:15, 104:4
**somewhere** [4] - 35:5, 36:15, 63:2, 64:4
**son** [4] - 10:5, 20:25, 21:3, 21:13
**sooner** [1] - 71:22
**soreness** [3] - 62:5, 68:12, 173:6
**sorry** [13] - 41:24, 51:11, 64:19, 66:15, 73:11, 99:21, 114:16, 122:4, 135:3, 142:19, 164:21, 173:1, 179:9
**sort** [4] - 74:13, 84:2, 87:25, 107:8
**sought** [7] - 13:6, 17:9, 56:14, 66:9, 67:12, 72:9, 75:8
**sound** [1] - 109:20
**sounds** [3] - 108:18, 109:18, 171:23
**source** [1] - 103:6
**South** [1] - 32:15
**Southern** [1] - 95:25
**special** [2] - 99:23, 167:1
**specialist** [4] - 14:7, 79:16, 80:8, 153:22
**specialists** [1] - 63:5
**specializing** [1] - 18:22
**specialties** [1] - 59:4
**specific** [1] - 124:19
**specifically** [3] - 61:10, 66:12, 83:4
**speculation** [1] - 129:25
**sped** [1] - 36:8
**speed** [8] - 9:23, 9:25, 27:15, 27:16, 35:15, 36:8, 108:10, 167:5
**spell** [3] - 104:18, 120:18, 136:7
**spelled** [1] - 128:2
**spend** [2] - 7:18, 100:20

**spent** [2] - 75:25, 164:17
**spinal** [9] - 16:10, 28:9, 49:7, 144:21, 145:9, 146:18, 146:20, 147:23, 174:13
**spine** [42] - 11:16, 13:2, 13:5, 27:20, 28:9, 69:3, 69:5, 69:7, 75:4, 140:4, 141:14, 141:15, 142:12, 143:9, 144:11, 145:6, 148:23, 151:8, 151:14, 153:10, 159:21, 160:2, 160:3, 161:11, 161:19, 162:9, 162:22, 162:23, 163:7, 164:5, 164:22, 165:18, 167:8, 168:20, 168:21, 171:15, 172:1, 172:6, 172:9, 173:18, 173:23
**spite** [1] - 6:22
**split** [1] - 166:15
**spondylosis** [1] - 172:1
**sport** [4] - 7:18, 19:23, 23:21, 174:16
**spot** [5] - 10:18, 40:21, 40:24, 41:4, 116:10
**spots** [3] - 51:16, 76:15, 146:13
**spur** [2] - 145:2, 145:7
**SS** [1] - 180:5
**stability** [1] - 164:14
**stable** [1] - 161:13
**stamp** [1] - 96:15
**stand** [2] - 135:20, 175:25
**standing** [5] - 117:10, 145:9, 157:5, 162:11, 163:1
**stands** [1] - 105:20
**start** [8] - 32:6, 48:13, 64:5, 102:21, 105:3, 123:4, 124:3, 142:3
**started** [12] - 5:5, 64:3, 64:25, 65:15, 66:2, 66:4, 67:20, 89:3, 91:4, 93:16, 137:14, 158:22
**starting** [2] - 5:24, 105:9
**starts** [3] - 141:10, 163:9, 166:21

**State** [3] - 6:21, 30:19, 53:4
**STATE** [1] - 180:6
**state** [6] - 29:20, 104:18, 120:18, 136:7, 158:21, 168:21
**statement** [8] - 5:8, 5:14, 110:11, 110:14, 118:6, 131:18, 131:19, 158:22
**statements** [2] - 124:6, 131:12
**STATEMENTS** [1] - 3:3
**States** [23] - 4:5, 4:15, 4:16, 4:17, 4:18, 8:10, 8:12, 8:19, 9:10, 25:9, 27:13, 27:18, 27:22, 28:2, 28:6, 28:10, 28:14, 32:14, 32:20, 34:24, 93:22, 105:6, 121:6
**STATES** [6] - 1:1, 1:1, 1:4, 1:9, 2:19, 180:9
**states** [6] - 61:21, 68:12, 150:18, 171:14, 173:5, 173:12
**stationed** [2] - 21:2, 32:15
**stay** [3] - 110:5, 116:10, 132:25
**stealing** [1] - 90:16
**STENOGRAPHIC** [1] - 180:15
**STENOGRAPHICALLY** [1] - 180:10
**step** [3] - 104:11, 120:12, 167:10
**steroid** [5] - 82:15, 82:18, 84:15, 85:3, 85:7
**stiff** [1] - 48:5
**stiffness** [4] - 48:9, 62:8, 62:11, 70:7
**still** [22] - 16:20, 36:8, 36:9, 45:8, 46:2, 48:13, 48:17, 63:11, 67:17, 79:25, 82:23, 86:18, 86:19, 90:2, 90:3, 98:12, 103:4, 103:15, 130:16, 150:18, 150:22
**stipulated** [15] - 5:19, 8:24, 94:3, 94:25, 96:4, 98:19, 99:7, 99:22, 106:20, 108:23, 112:4,

114:10, 136:12, 136:13, 170:9
**stitched** [1] - 47:9
**stop** [6] - 38:4, 40:11, 54:2, 55:20, 71:25, 84:19
**stopped** [3] - 41:11, 53:23, 90:5
**stops** [1] - 75:25
**straight** [3] - 37:14, 39:7, 123:14
**strained** [1] - 52:20
**street** [12] - 10:14, 25:12, 27:4, 34:15, 35:9, 43:24, 108:10, 108:12, 115:23, 130:16, 131:12, 135:10
**STREET** [2] - 1:24, 2:20
**strength** [3] - 146:6, 146:11, 146:23
**stress** [3] - 15:21, 63:23, 151:11
**stretched** [1] - 163:7
**stretching** [1] - 162:1
**strike** [16] - 6:9, 11:16, 12:24, 39:20, 44:8, 54:19, 75:17, 76:9, 77:11, 78:20, 80:22, 148:3, 155:2, 157:3, 165:16, 168:11
**striker** [1] - 59:9
**strikes** [5] - 58:12, 61:18, 174:19
**striking** [3] - 54:18, 58:20, 61:17
**stripe** [3] - 55:4, 55:13, 55:15
**stripes** [1] - 55:13
**strives** [1] - 55:9
**stroke** [1] - 137:19
**struck** [4] - 10:23, 58:8, 58:9, 59:13
**structure** [1] - 136:23
**student** [1] - 53:4
**studies** [8] - 27:20, 138:14, 140:22, 141:13, 143:16, 143:22, 161:9, 177:8
**studio** [1] - 20:11
**stuff** [1] - 43:21
**style** [1] - 59:7
**subject** [2] - 143:18, 154:9
**subjective** [3] - 19:21, 68:12, 76:24
**subluxation** [1] - 69:2
**subsequent** [8] - 12:7, 87:4, 88:13, 148:15,

150:6, 157:23, 167:20, 174:25
**substance** [3] - 16:1, 16:5, 154:16
**substantial** [11] - 6:4, 8:21, 9:15, 19:8, 24:21, 69:24, 69:25, 88:24, 88:25, 103:22, 165:2
**substantially** [1] - 143:9
**substantive** - 8:17
**successful** [2] - 49:12, 91:6
**succession** [1] - 154:1
**succinctly** [1] - 150:18
**sudden** [1] - 12:20
**suffer** [2] - 9:14, 24:19
**suffered** [4] - 19:6, 20:14, 21:18, 24:5
**suffering** [1] - 24:4
**suffers** [1] - 6:25
**suggested** [2] - 79:4, 85:21
**suggestive** [1] - 143:19
**SUITE** [2] - 2:10, 2:21
**sum** [1] - 24:12
**summary** [1] - 22:14
**superior** [1] - 160:5
**supervise** [1] - 121:3
**supervisor** [16] - 12:3, 61:20, 110:2, 110:6, 110:7, 110:15, 111:2, 111:6, 111:12, 112:11, 113:4, 121:16, 128:16, 129:1, 132:23
**support** [1] - 18:14
**supported** [1] - 158:23
**suppose** [1] - 5:7
**supposed** [1] - 126:6
**surgeon** [10] - 14:5, 14:18, 15:15, 71:18, 148:23, 154:21, 163:14, 166:12, 166:14, 167:22
**surgeons** [1] - 163:10
**surgeries** [1] - 138:7
**surgery** [61] - 6:14, 13:16, 14:9, 14:11, 14:15, 14:17, 14:23, 14:25, 15:2, 15:7, 16:9, 16:21, 17:2, 23:9, 28:9, 50:10, 50:14, 86:21, 86:25, 87:2, 87:12, 88:1,

137:16, 138:5, 140:12, 140:14, 148:6, 149:4, 149:14, 149:16, 149:19, 150:10, 150:14, 150:15, 150:25, 151:4, 152:1, 152:4, 152:8, 152:18, 152:19, 152:20, 154:4, 154:14, 155:5, 155:7, 155:11, 155:16, 156:9, 158:12, 158:13, 163:15, 163:18, 165:3, 166:8, 166:12, 167:10, 167:18, 173:20, 176:22, 178:17
**surgical** [5] - 17:1, 142:5, 156:12, 156:16, 163:13
**surprisingly** [1] - 179:5
**surrounding** [2] - 69:4, 69:7
**survivor** [1] - 6:21
**susceptible** [5] - 16:12, 160:20, 161:12, 161:25, 168:21
**suspended** [1] - 97:20
**suspicion** [1] - 154:13
**sustain** [3] - 103:3, 104:2, 168:25
**sustained** [9] - 16:23, 23:23, 37:10, 37:16, 119:7, 119:9, 130:1, 147:17, 158:2
**swelling** [2] - 146:3, 147:5
**swerve** [2] - 36:20, 93:1
**swerved** [6] - 10:15, 10:19, 37:24, 38:1, 40:22, 92:22
**swerving** [2] - 10:20, 41:9
**switching** [1] - 114:17
**sworn** [4] - 29:17, 104:15, 120:17, 136:3
**symptom** [2] - 13:15, 158:22
**symptomatic** [4] - 150:22, 152:7, 152:12, 164:24
**symptomology** [1] - 21:24
**symptoms** [28] - 6:16,

6:25, 18:18, 19:3, 46:12, 51:4, 51:9, 51:12, 65:13, 66:3, 66:13, 66:19, 79:3, 80:19, 80:24, 83:3, 85:17, 88:8, 90:8, 100:22, 141:16, 142:2, 142:8, 149:24, 150:16, 156:8, 157:20, 174:3
**syncope** [1] - 17:13
**syndrome** [1] - 18:25
**system** [1] - 146:9

---

# T

**T1** [5] - 145:11, 146:17, 147:25, 157:1, 157:11
**T2** [10] - 144:1, 144:9, 147:6, 147:24, 157:1, 162:16, 162:20, 162:21, 162:22, 177:22
**table** [4] - 4:20, 22:15, 22:17, 22:20
**tables** [1] - 23:18
**tackle** [1] - 59:20
**takedown** [1] - 59:10
**takedowns** [1] - 54:22
**takin'** [1] - 102:13
**tangible** [1] - 19:11
**tasks** [2] - 103:2, 103:10
**tat** [1] - 11:5
**TBI** [2] - 6:16, 6:25
**tear** [1] - 74:14
**tears** [1] - 58:4
**tediousness** [1] - 72:19
**teeth** [1] - 97:1
**ten** [4] - 29:8, 57:7, 58:22, 62:3
**Tenny** [3] - 20:4, 20:11, 20:13
**term** [2] - 49:12, 49:13
**terms** [1] - 168:19
**testified** [10] - 9:24, 11:21, 38:13, 91:24, 118:18, 119:11, 169:23, 170:1, 173:22, 177:15
**testify** [54] - 6:20, 6:23, 7:13, 8:6, 9:20, 10:8, 10:13, 10:18, 11:2, 11:5, 11:9, 11:12, 12:16, 13:14, 14:18, 14:20, 15:4, 15:13, 15:17, 16:7, 16:22, 16:25, 18:11,

18:22, 19:6, 19:13, 19:16, 20:1, 20:6, 20:8, 20:13, 20:24, 21:6, 21:8, 21:11, 21:15, 21:17, 22:9, 23:25, 24:2, 24:3, 24:6, 24:9, 25:12, 25:19, 26:13, 27:9, 27:14, 27:19, 27:23, 28:3, 28:7, 28:11, 28:15
**testimony** [3] - 38:22, 92:6, 118:24
**testing** [1] - 55:11
**tests** [1] - 27:24
**thankfully** [1] - 45:21
**THAT** [3] - 180:10, 180:12, 180:14
**THE** [139] - 3:6, 4:3, 4:13, 4:22, 5:4, 5:7, 16:3, 16:15, 16:17, 25:4, 26:4, 26:18, 26:21, 26:23, 27:3, 27:12, 29:7, 29:9, 29:11, 29:16, 29:18, 29:22, 29:24, 34:4, 36:22, 36:23, 36:24, 37:10, 37:16, 38:12, 38:15, 38:23, 38:25, 39:1, 39:4, 40:18, 40:19, 40:21, 40:25, 41:1, 41:2, 43:13, 43:15, 50:7, 50:9, 50:14, 50:17, 57:19, 57:20, 57:21, 57:23, 58:5, 71:24, 73:25, 75:20, 76:3, 81:11, 82:3, 82:5, 82:8, 84:7, 84:19, 91:25, 92:8, 92:14, 92:18, 104:11, 104:12, 104:14, 104:16, 104:20, 111:10, 112:20, 112:23, 113:20, 113:23, 119:7, 119:9, 119:19, 119:21, 119:22, 119:24, 120:2, 120:5, 120:9, 120:11, 120:16, 120:18, 120:20, 128:1, 128:5, 128:6, 128:8, 128:11, 128:13, 128:14, 128:16, 129:2, 129:5, 129:6, 129:7, 129:8, 129:9, 129:10, 129:11, 129:12, 129:15, 130:1, 134:20,

134:21, 134:24, 135:3, 135:16, 135:21, 135:22, 135:24, 136:2, 136:4, 136:9, 136:16, 136:20, 136:24, 137:2, 141:6, 141:7, 141:8, 147:17, 158:2, 169:2, 169:3, 178:15, 178:16, 179:3, 179:8, 180:8, 180:9, 180:10, 180:11, 180:12
**themselves** [1] - 139:20
**therapies** [2] - 49:10, 167:20
**therapist** [1] - 63:25
**Therapy** [1] - 171:7
**therapy** [11] - 13:21, 49:8, 49:10, 65:6, 65:10, 67:21, 75:5, 78:15, 90:4, 152:14, 164:9
**THEREAFTER** [1] - 180:12
**thereafter** [2] - 17:19, 77:10
**they've** [3] - 20:1, 49:7, 67:19
**thigh** [2] - 73:14, 73:23
**thighs** [1] - 70:11
**third** [3] - 8:20, 165:22
**THIS** [1] - 180:14
**Thompson** [8] - 18:9, 20:18, 20:20, 20:21, 21:2, 21:4, 21:11
**Thompson's** [2] - 20:23, 21:3
**THOUSAND** [1] - 2:9
**thousand** [1] - 87:22
**thousands** [1] - 20:11
**three** [19] - 10:4, 13:23, 17:12, 17:23, 19:25, 32:17, 33:19, 49:8, 62:12, 70:4, 89:9, 104:5, 105:11, 126:9, 138:13, 143:17, 156:24, 167:21, 174:7
**throbbing** [1] - 50:24
**throughout** [4] - 63:14, 65:1, 89:11, 103:12
**throw** [1] - 54:20
**thrown** [2] - 6:7, 12:22
**throws** [1] - 54:23
**ti** [1] - 105:20

**tight** [5] - 172:25, 176:21, 176:24, 178:21
**tightness** [9] - 13:25, 15:9, 15:12, 48:10, 48:17, 62:8, 73:18, 159:12, 178:20
**TIME** [1] - 180:11
**timeline** [1] - 72:9
**tingling** [10] - 7:5, 13:17, 48:9, 48:10, 48:11, 48:17, 63:9, 74:3, 86:18, 89:4
**tissue** [2] - 69:4, 69:7
**titled** [2] - 124:13, 125:12
**TO** [1] - 180:12
**to-do** [1] - 103:11
**today** [11] - 21:11, 30:3, 31:2, 51:7, 63:11, 65:23, 65:25, 66:12, 88:9, 120:25, 178:1
**Todd** [2] - 12:11, 28:11
**together** [7] - 20:5, 20:10, 20:22, 64:25, 160:12, 160:14, 167:14
**tolerated** [1] - 161:7
**tomorrow** [2] - 179:7, 179:10
**took** [14] - 43:3, 45:16, 45:17, 46:19, 92:3, 93:5, 95:2, 95:12, 95:14, 95:16, 96:13, 132:23, 133:20, 156:10
**top** [4] - 15:22, 144:12, 160:13, 166:23
**topics** [1] - 93:17
**Tort** [2] - 5:18, 8:16
**total** [7] - 22:23, 23:4, 24:10, 62:25, 76:1, 133:11, 135:6
**totaled** [1] - 46:8
**totality** [1] - 158:25
**totalled** [1] - 176:13
**totally** [1] - 52:7
**tough** [1] - 64:7
**towards** [1] - 53:5
**towing** [1] - 135:9
**trabecular** [1] - 146:15
**track** [1] - 91:5
**train** [8] - 20:5, 20:7, 52:9, 58:24, 62:9, 110:3, 176:4
**trained** [6] - 52:18, 56:3, 59:11, 59:21,

61:13, 116:16
**training** [34] - 12:7, 20:4, 55:17, 56:5, 56:8, 57:10, 58:12, 58:23, 62:6, 68:13, 68:18, 70:9, 111:16, 113:9, 113:11, 113:12, 113:15, 127:8, 127:12, 127:13, 127:17, 127:22, 137:11, 137:14, 137:16, 137:18, 137:20, 137:22, 137:23, 140:3, 140:5, 140:7, 168:17, 173:7
**transaction** [1] - 103:7
**transactions** [2] - 103:4, 103:5
**transcript** [1] - 154:20
**TRANSCRIPT** [1] - 1:14
**TRANSCRIPTION** [2] - 180:13, 180:14
**translated** [1] - 35:20
**transmitted** [1] - 151:15
**transparent** [1] - 102:21
**trauma** [9] - 27:21, 64:23, 71:9, 141:14, 141:15, 147:1, 147:2, 157:2, 178:5
**traumas** [1] - 65:7
**Traumatic** [2] - 6:10, 13:3
**traumatic** [12] - 7:1, 15:21, 17:4, 18:12, 63:23, 143:20, 145:12, 157:4, 157:6, 161:12, 163:9
**traumatically** [1] - 156:25
**travel** [1] - 73:22
**traveling** [7] - 9:23, 9:25, 10:2, 36:3, 108:9, 108:14, 176:11
**treat** [5] - 49:6, 69:18, 79:3, 140:22, 148:3
**treated** [4] - 6:11, 56:22, 152:13, 154:10
**treating** [7] - 56:23, 140:1, 158:10, 177:1, 177:9, 178:11
**treatment** [37] - 13:8, 17:2, 21:25, 23:1, 23:10, 23:11, 48:3, 49:15, 56:15, 59:24,

62:13, 67:20, 72:9, 74:19, 75:5, 77:20, 78:9, 139:15, 148:5, 148:9, 148:13, 148:15, 148:17, 148:18, 152:14, 153:14, 154:11, 158:6, 159:2, 159:11, 161:3, 163:18, 164:9, 165:6, 165:13, 178:16
**treatments** [1] - 70:4
**trial** [6] - 4:23, 5:23, 9:9, 16:19, 24:13, 29:4
**triceps** [2] - 150:2, 150:3
**tricks** [1] - 5:9
**tried** [3] - 36:20, 49:7, 49:11
**trigger** [2] - 49:9, 78:14
**trouble** [2] - 90:10, 91:1
**troubled** [1] - 6:20
**truck** [43] - 6:3, 9:4, 10:9, 10:11, 10:14, 11:20, 11:23, 26:10, 27:4, 34:24, 35:2, 35:4, 35:13, 36:14, 36:16, 37:1, 37:4, 37:13, 37:19, 37:20, 37:22, 37:25, 40:14, 41:18, 43:19, 43:25, 44:11, 44:14, 44:16, 44:18, 44:19, 87:6, 91:22, 92:22, 92:25, 107:1, 107:6, 108:3, 109:1, 118:14, 129:17, 135:9, 150:7
**TRUE** [1] - 180:14
**truncate** [1] - 136:14
**try** [15] - 37:24, 49:5, 50:5, 64:9, 67:24, 68:18, 69:9, 80:9, 91:3, 92:4, 92:25, 122:21, 123:3, 148:20, 163:10
**tryin'** [1] - 45:11
**trying** [11] - 37:21, 41:5, 42:3, 78:19, 86:11, 88:21, 95:10, 107:12, 131:16, 150:23, 160:11
**Tucson** [1] - 98:1
**TUESDAY** [2] - 1:15, 4:1
**turn** [19] - 25:17, 42:20, 68:6, 91:15,

91:20, 93:5, 95:8, 107:17, 107:18, 107:19, 108:20, 110:5, 165:16, 171:19, 172:4, 172:8, 172:12, 173:9
**turned** [4] - 25:17, 39:25, 40:3, 93:11
**turning** [16] - 34:6, 35:19, 35:23, 38:6, 43:17, 69:12, 71:17, 74:19, 75:14, 76:16, 78:23, 80:10, 83:22, 86:12, 140:24, 141:2
**twice** [1] - 62:23
**two** [46] - 7:23, 10:16, 10:17, 11:18, 13:1, 19:11, 20:4, 20:9, 22:6, 29:2, 30:17, 32:9, 32:17, 35:6, 35:8, 49:9, 61:13, 61:21, 86:2, 86:4, 104:5, 105:13, 128:2, 128:3, 130:4, 133:3, 134:22, 138:8, 144:8, 145:2, 145:22, 146:13, 148:20, 150:10, 157:24, 158:20, 160:6, 160:8, 160:14, 160:15, 161:13, 164:17, 165:22, 167:13, 167:20, 168:10, 174:6, 178:3
**Tylenol** [2] - 89:10
**Tyler** [2] - 18:9, 20:18
**Type** [2] - 162:24
**type** [15] - 12:20, 28:12, 50:24, 54:16, 59:10, 60:4, 85:19, 91:13, 114:25, 124:8, 129:3, 129:4, 129:5, 138:8, 159:9
**types** [1] - 156:24
**TYPEWRITTEN** [1] - 180:12

**U**

**U.S** [3] - 2:16, 35:2, 124:13
**UC** [3] - 137:16, 137:18, 137:21
**UCLA** [3] - 137:20, 137:23, 140:5
**ultimate** [1] - 155:21
**ultimately** [11] - 139:9, 148:22, 148:25, 149:13, 149:18,

150:25, 153:23, 154:2, 156:12, 156:15, 163:11
**unable** [3] - 10:16, 29:2, 52:22
**unattended** [1] - 135:10
**uncle** [1] - 7:9
**uncooperative** [1] - 134:7
**under** [11] - 5:17, 8:16, 43:21, 43:23, 44:3, 68:12, 69:2, 83:24, 143:22, 152:2, 175:14
**undergo** [3] - 127:16, 149:4, 152:3
**undergone** [1] - 142:4
**underlying** [2] - 16:11, 164:24
**understood** [1] - 16:18
**underwent** [3] - 17:23, 167:18, 176:3
**unearthing** [1] - 65:15
**uneasy** [1] - 64:8
**unequivocally** [1] - 19:6
**unexpected** [1] - 12:20
**unfortunate** [1] - 158:14
**unfortunately** [1] - 49:14
**uniform** [1] - 94:12
**uninterrupted** [1] - 138:1
**unique** [1] - 20:19
**UNITED** [6] - 1:1, 1:1, 1:4, 1:9, 2:19, 180:8
**United** [23] - 4:5, 4:15, 4:16, 4:17, 4:18, 8:10, 8:12, 8:19, 9:10, 25:9, 27:13, 27:18, 27:22, 28:2, 28:6, 28:10, 28:14, 32:14, 32:20, 34:24, 93:22, 105:6, 121:6
**University** [2] - 30:19, 137:14
**unknown** [1] - 23:12
**unlucky** [2] - 16:20, 21:21
**unrelenting** [1] - 6:16
**unresolved** [1] - 65:9
**unsafe** [6] - 113:1, 126:6, 126:12, 126:15, 126:16, 129:3
**unwanted** [1] - 167:7

**up** [62] - 17:14, 18:6, 25:7, 29:1, 33:16, 34:7, 34:15, 34:20, 34:22, 36:4, 36:8, 40:13, 43:21, 43:23, 44:3, 49:22, 51:1, 57:17, 57:18, 59:9, 59:19, 61:23, 62:1, 62:2, 62:4, 62:20, 62:21, 69:9, 79:7, 81:3, 81:7, 81:20, 94:5, 94:17, 94:24, 96:3, 96:25, 98:20, 99:6, 102:25, 104:3, 114:9, 118:14, 120:11, 122:10, 122:24, 124:10, 125:7, 136:17, 137:6, 139:8, 144:9, 146:19, 155:23, 160:6, 161:5, 163:23, 165:18, 170:10, 172:22, 173:5
**up-to-date** [1] - 137:6
**upper** [2] - 7:5, 14:2, 71:11, 138:17, 150:19
**upset** [1] - 40:5
**urgent** [1] - 70:21
**USPS** [13] - 6:3, 8:14, 11:23, 12:2, 12:4, 110:20, 111:3, 111:23, 112:7, 115:7, 116:9, 118:14, 118:22
**usual** [1] - 22:11

**V**

**vague** [1] - 37:15
**Valley** [1] - 31:9
**value** [3] - 22:12, 22:14, 28:15
**valued** [3] - 22:7, 23:4, 23:11
**values** [1] - 22:17
**vantage** [1] - 26:9
**various** [3] - 19:20, 66:19, 75:22
**vehicle** [98] - 6:4, 6:6, 9:3, 10:2, 10:5, 10:19, 11:3, 11:8, 11:10, 11:11, 11:24, 12:13, 12:15, 12:19, 23:4, 25:14, 25:15, 25:17, 25:22, 25:24, 26:2, 26:19, 27:2, 27:15, 34:20, 34:22, 36:5, 40:12, 41:8,

41:13, 41:15, 43:2, 43:10, 44:4, 44:5, 44:6, 44:8, 44:9, 44:10, 44:13, 46:25, 76:10, 90:16, 107:7, 107:9, 107:14, 108:1, 108:3, 108:5, 108:6, 108:9, 108:13, 108:18, 109:3, 109:9, 109:14, 109:20, 110:1, 110:5, 114:6, 114:13, 114:18, 114:23, 114:25, 115:4, 115:24, 115:25, 116:3, 116:8, 116:24, 117:10, 117:12, 118:19, 118:22, 118:25, 119:3, 119:12, 120:3, 122:1, 122:18, 123:13, 127:21, 127:22, 128:19, 129:20, 129:23, 130:14, 130:15, 130:18, 131:15, 131:16, 132:21, 132:24, 133:4, 134:4, 134:14
**vehicles** [13] - 10:17, 27:4, 35:6, 38:10, 38:17, 38:19, 107:23, 108:2, 110:4, 115:2, 117:9, 118:1, 118:17
**velocity** [1] - 168:10
**venture** [1] - 20:12
**verbal** [1] - 18:3
**versed** [1] - 59:11
**version** [1] - 8:8
**versus** [7] - 4:5, 101:20, 143:24, 149:8, 149:17, 162:8
**vertebrae** [9] - 144:5, 144:8, 145:11, 146:15, 157:13, 162:11, 162:15, 167:12
**vertebral** [7] - 144:3, 156:22, 166:16, 167:8, 167:15, 178:8
**vibrant** [2] - 6:23, 8:6
**vicariously** [1] - 8:11
**video** [22] - 7:22, 12:11, 12:12, 12:14, 12:16, 12:18, 28:20, 91:11, 91:13, 91:16, 91:19, 91:24, 91:25, 92:2, 93:2, 94:3,

94:10, 94:15, 94:19, 96:5, 96:12
**Video** [3] - 7:24, 8:2, 91:17
**videos** [2] - 104:4, 104:6
**Viejo** [1] - 70:20
**view** [7] - 34:16, 35:3, 128:9, 128:19, 129:18, 129:21, 152:22
**VILLAGE** [1] - 2:11
**Vincent** [2] - 14:4, 14:5
**violently** [1] - 6:8
**visible** [2] - 131:2, 145:14
**visit** [8] - 15:10, 17:1, 71:14, 73:7, 79:23, 81:14, 176:8, 176:15
**visited** [1] - 13:22
**visits** [4] - 15:11, 56:24, 66:13, 139:8
**vocational** [1] - 23:9
**voice** [1] - 73:3
**volume** [1] - 138:13
**vomiting** [1] - 71:4
**VS** [1] - 1:8

**W**

**waffled** [2] - 57:24
**wait** [4] - 119:19, 135:8
**waiting** [1] - 135:18
**walking** [2] - 105:25, 163:5
**wants** [1] - 5:7
**WAS** [1] - 180:12
**watch** [3] - 12:10, 116:15, 116:16
**watched** [1] - 93:2
**water** [10] - 143:24, 144:1, 144:4, 146:16, 146:18, 147:24, 148:1, 157:2, 162:17
**ways** [8] - 19:11, 21:13, 52:5, 52:12, 52:13, 55:23, 58:18, 128:3
**weakness** [2] - 150:2, 160:16
**wear** [5] - 60:20, 60:22, 60:23, 61:6, 61:14
**wearing** [5] - 40:1, 94:12, 94:18, 98:21, 167:22
**week** [8] - 7:19, 20:5,

21:5, 49:8, 110:25, 138:4, 138:7, 138:8
**weeks** [8] - 12:4, 12:6, 16:21, 17:7, 32:17, 70:5, 143:17, 167:20
**weight** [3] - 15:25, 16:5, 101:24
**weighted** [4] - 144:2, 162:20, 162:21, 162:22
**weird** [1] - 60:4
**well-established** [1] - 140:7
**well-known** [1] - 151:19
**WEST** [1] - 1:24
**WESTERN** [1] - 1:2
**WESTLAKE** [2] - 2:6, 2:11
**wheel** [8] - 39:21, 43:7, 43:20, 43:21, 43:23, 44:2, 44:3, 93:11
**whereas** [1] - 93:7
**whips** [1] - 144:7
**white** [5] - 44:13, 44:14, 44:16, 144:10, 147:19
**willing** [2] - 86:23, 133:7
**window** [7] - 6:9, 10:23, 11:17, 12:24, 19:15, 38:3, 78:3
**wish** [1] - 93:12
**withstanding** [1] - 174:1
**witness** [20] - 29:13, 29:17, 38:13, 39:2, 75:25, 91:23, 93:16, 111:9, 113:25, 120:10, 120:17, 123:9, 130:5, 135:13, 135:17, 136:3, 169:17, 169:23, 179:2, 179:7
**Witness** [1] - 104:15
**WITNESS** [30] - 29:22, 36:23, 38:25, 40:19, 40:21, 41:1, 43:15, 57:20, 57:23, 104:12, 104:20, 119:21, 119:24, 120:5, 120:20, 128:5, 128:8, 128:13, 128:16, 129:5, 129:7, 129:9, 129:11, 134:21, 135:16, 136:9, 141:6, 141:8, 169:3, 178:16

**witness's** [1] - 34:6
**witnesses** [5] - 19:25, 24:8, 75:22, 76:1, 131:12
**WITNESSES** [1] - 3:5
**witnesses'** [1] - 136:12
**Wobrock** [7] - 11:1, 11:5, 11:9, 11:12, 12:16, 34:8, 38:8
**Wobrock's** [1] - 11:17
**woke** [2] - 17:14, 81:3
**won** [1] - 8:1
**wonderful** [1] - 146:9
**wondering** [1] - 26:8
**word** [2] - 37:23, 177:24
**words** [4] - 129:3, 144:19, 148:17, 152:7
**wore** [2] - 61:22, 61:24
**worker** [2] - 33:13, 41:21
**worksheet** [2] - 112:7, 124:13
**world** [3] - 7:17, 54:13, 61:5
**worried** [2] - 40:8, 49:19
**worse** [2] - 18:19, 63:13
**worsening** [1] - 17:16
**wrestlers** [2] - 58:11
**wrestling** [5] - 54:15, 54:16, 58:15, 60:24, 61:2
**WRIGHT** [1] - 1:4
**write** [8] - 83:25, 84:1, 85:16, 110:11, 110:14, 118:5, 126:17, 128:15
**writing** [1] - 76:6
**wrote** [1] - 125:20

**X**

**x-ray** [1] - 166:17
**x-rays** [1] - 140:8

**Y**

**Yang** [9] - 4:15, 93:21, 101:13, 102:4, 103:21, 136:11, 175:25, 177:10, 178:9
**YANG** [46] - 2:17, 3:8, 3:14, 4:14, 37:9, 37:15, 38:11, 38:13, 38:21, 40:17, 43:12,

73:24, 81:9, 84:6,
91:23, 93:15, 93:20,
94:1, 94:9, 94:14,
94:24, 95:8, 96:3,
96:9, 96:11, 98:19,
98:24, 99:6, 99:20,
101:9, 104:10,
147:16, 158:1,
169:1, 169:14,
170:9, 170:21,
171:12, 171:19,
172:4, 172:12,
172:22, 173:9,
176:17, 178:14,
179:1

**yards** [1] - 26:13
**year** [15] - 30:8, 30:14,
32:9, 49:9, 56:18,
62:18, 62:24, 64:3,
102:8, 137:17,
137:22, 150:4,
156:11, 178:12,
178:17
**year-and-a-half** [3] -
156:11, 178:12,
178:17
**years** [38] - 7:8, 7:10,
15:16, 20:19, 23:17,
23:19, 30:17, 32:10,
56:7, 57:7, 58:22,
59:2, 61:13, 62:3,
62:4, 62:13, 66:16,
66:20, 90:15, 91:7,
100:3, 100:25,
103:24, 105:11,
105:13, 121:10,
137:14, 142:15,
142:19, 144:21,
145:9, 152:11,
152:21, 171:15,
176:1, 178:11
**yelling** [1] - 41:11
**young** [1] - 101:2
**younger** [1] - 90:13
**yourself** [7] - 30:6,
73:1, 80:3, 95:2,
96:13, 98:4, 174:5

---

**Z**

---

**Zawadzki** [1] - 27:19