UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

- - -

HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE PRESIDING

- - -

RICHARD CLINTON FOSHEE,          )
                                 )
                PLAINTIFF,       )
                                 )
VS.                              )   CASE NO.:
                                 )   SA CV 23-375-ODW
UNITED STATES OF AMERICA,        )
ET AL.,                          )
                                 )
                DEFENDANT.       )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

THURSDAY, MARCH 20, 2025

LOS ANGELES, CALIFORNIA

LAURA MILLER ELIAS, CSR 10019
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, ROOM 4455
LOS ANGELES, CALIFORNIA 90012
PH:  (213) 894-0374

1

2  APPEARANCES OF COUNSEL:

3

4  ON BEHALF OF PLAINTIFF:

5

6              WESTLAKE INJURY LAW

7              BY:  RUSS ERCOLANI, ESQ.

8                   MELISSA EMERSON, ESQ.

9              4165 EAST THOUSAND OAKS BOULEVARD

10             SUITE 350

11             WESTLAKE VILLAGE, CA 91362

12

13

14  ON BEHALF OF DEFENDANT:

15

16             U.S. ATTORNEY'S OFFICE

17             BY:  JASMIN YANG

18                  PAULINE ALARCON

19             ASSISTANT UNITED STATES ATTORNEYS

20             300 NORTH LOS ANGELES STREET

21             SUITE 7516

22             LOS ANGELES, CA 90012

23

24

25

1

2                                INDEX

3    WITNESSES FOR
     THE PLAINTIFF:
4                       DIRECT      CROSS     REDIRECT     RECROSS

5    WOBROCK, JESSE
     BY: MR. ERCOLANI     6                      50
6    BY: MS. YANG                    34                        52

7    GROSS, HYMAN
     BY:  MR. ERCOLANI   53                     101
8    BY:  MS. YANG                   97

9    WITNESSES FOR
     THE DEFENSE:
10
     ROESCHER, TODD
11   BY:  MS. YANG      106
     BY:  MR. ERCOLANI              130
12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   LOS ANGELES, CALIFORNIA; THURSDAY, MARCH 20, 2025; 9:05 A.M.
 2                              - - -
 3           MS. YANG:  I just wanted to give Your Honor a
 4   run-down of the schedule today.  I think first is plaintiff's
 5   accident reconstructionist slash biomechanical engineer,
 6   Jesse Wobrock.  And second for plaintiff is their
 7   neurologist, Dr. Hyman Gross.  And then after Dr. Gross, the
 8   United States will be calling its biomechanical engineer,
 9   Todd Roescher.  But those are all the witnesses.
10           And I think after plaintiff's second witness today,
11   they intend to rest.
12           THE COURT:  So Lindsay Knutson's not coming in.
13           MS. YANG:  Yes, Your Honor.  I wanted to mention
14   that.  We are electing not to call her.
15           THE COURT:  Okay.
16           MS. YANG:  So that actually means that we'll
17   probably finish early today.
18           And the defense does have three witnesses tomorrow.
19           THE COURT:  What?
20           MS. YANG:  Yes.  And so we tried our best to move
21   them up to today, but unfortunately, they're not available
22   today.  And we'll move through those witnesses quickly,
23   Your Honor, but I was anticipating we'd probably be done with
24   all three by lunch tomorrow and then maybe perhaps just close
25   in the afternoon if that was all right with Your Honor.
```

```
 1                THE COURT:  It is what it is.

 2                MS. YANG:  Thank you.

 3                THE COURT:  Okay.  Thanks for the head's-up.

 4                MS. YANG:  Thank you, Your Honor.

09:05AM 5         THE COURT:  So Todd Roescher is gone.

 6                MS. YANG:  No.  Todd Roescher will be testifying

 7      this afternoon following plaintiff's neurologist, Dr. Hyman

 8      Gross.  The witness that the defense is no longer calling is

 9      Lindsay Knutson.

09:05AM10                THE COURT:  Okay.

11                MS. YANG:  Thank you.

12                THE COURT:  Thank you.

13                MR. ERCOLANI:  And Your Honor, just a point of

14      clarification.  I move quickly.  The Court's instructions are

09:05AM15      that closings are to be limited to 30 minutes.  Is that

16      accurate?

17                THE COURT:  That's accurate.

18                MR. ERCOLANI:  Thank you.

19                THE COURT:  And, of course, if it's riveting and

09:05AM20      brings up some things that I want to delve into, I will ask

21      questions.  So we have a lot more flexibility not having

22      those people over there.

23                Okay.

24                THE CLERK:  Please raise your right hand.

09:06AM25                     (Witness sworn.)
```

```
 1              THE CLERK:  Thank you.

 2              Please be seated in this chair over here.

 3              Please state your first and last name, spell your

 4    last name for the record and speak slowly.

 5              THE WITNESS:  Dr. Jesse, J-e-s-s-e, Wobrock, W-o-b

 6    as in boy r-o-c-k.

 7                        DIRECT EXAMINATION

 8    BY MR. ERCOLANI:

 9    Q.   Good morning, Dr. Wobrock.

10    A.   Good morning.

11    Q.   In this case, it's a little truncated the way we have

12    done things.  We have reached an agreement.  It's stipulated

13    that your CV, in fact, the entirety of your report has

14    already admissible, and it's been admitted into evidence

15    stipulated that you are qualified as an expert.

16              So I mention that because rather than go into as a

17    much detail as you might normally go into, what we want you

18    to do is just give the Court just a little background about

19    your education, training and expertise in your field, please,

20    if you could?

21    A.   Sure.  So I've been working in field of forensics for

22    about 25 years.  In terms of my formal education, I have a

23    Bachelor of Science in kinesiology which is the science of

24    human movement.  And I have a Master of Science in

25    Kinesiology with an emphasis in biomechanics.  Biomechanics
```

1    is the application of physics or physical principles to the

2    human body.

3         I have a PhD in biomedical engineering with an

4    emphasis in biomechanics and a minor in injury epidemiology

09:08AM 5    from UCLA.  And I've published a number of peer reviewed

6    scientific papers.  I've given a number of presentations

7    nationally and internationally on the topics of accident

8    reconstruction and biomechanics.

9         MS. YANG:  Your Honor, I did want the record to

09:09AM 10   reflect that the witness does appear to have a bunch papers

11   and notes with him up at the stand.  I'm not sure what they

12   are, but I did just want to raise that.

13        THE COURT:  He's cheating?

14        THE WITNESS:  Just my file.

09:09AM 15   THE COURT:  Thank you.

16        MR. ERCOLANI:  And I put in front of you anything I

17   have specific questions about and publish that to the Court.

18   If there's something that you need to refresh your

19   recollection with, please let us know, and we can inquire as

09:09AM 20   to what those documents are and make sure it's something

21   that's previously shared and produced and we will then make

22   sure that that's put in front of you to refresh you.

23        THE COURT:  Slow down.

24        MR. ERCOLANI:  Thank you, Your Honor.

09:09AM 25   Q.   Dr. Wobrock, in this case, there's two experts retained

1  by the defense.  One is Mr. Molnar who we heard from

2  yesterday who is an accident reconstructionist and one who we

3  anticipate on hearing from this morning, Mr. Roescher, who is

4  a biomechanical engineer.  Do you essentially cover both of

09:10AM 5  the fields that they will be testifying in?

6  A.   Yes.  I'm both an accident reconstructionist and

7  biomechanics expert.

8  Q.   What are the things that you've done in this case in

9  order to reach the conclusions that you've reached and that

09:10AM 10  you're gonna inform the Court about this morning?

11  A.   Sure.  In terms of the information that I reviewed for

12  my report, I reviewed a couple of depositions, medical

13  records, and I have a list.  It's all listed on my report.

14  Q.   I can pull up your report for you if that's helpful?

09:10AM 15  A.   Sure.  And I'm just looking at my report as well up

16  here.

17        MR. ERCOLANI:  This is Exhibit 55, your Rule 26

18  expert report.

19  Q.   And if you'd like to see a physical copy of it, we can

09:11AM 20  put that up.

21  A.   I have that here.  That's one of the papers I have.

22        MR. ERCOLANI:  Is it acceptable for him to look at

23  his copy?

24        THE COURT:  Certainly.

09:11AM 25        MS. YANG:  That's fine.

```
 1              THE COURT:  It's his life.  I'm pretty sure that he

 2       probably is familiar with this.

 3              THE WITNESS:  So on page 1 and top of page 2 are a

 4       list of materials that I reviewed in this case to formulate

09:11AM 5       my opinions with regards to my report.  After my report, I

 6       reviewed some depositions of the other experts and

 7       individuals, medical doctors, for instance.  But basically

 8       this is what I reviewed.  I did a scene inspection.  We

 9       inspected the postal vehicle as well.  So these are basically

09:12AM10       the foundational documents and information that I reviewed.

11       Q.   First, I'd like to cover the ways in which you agree

12       with the defense expert so that we can get that established

13       for the Court for the things that we're in agreement on.

14       Mr. Molnar testified that just prior to the collision,

09:12AM15       Mr. Foshee's vehicle was traveling at 25 miles per hour.  Do

16       you agree with that?

17       A.   Yes.

18       Q.   Mr. Molnar testified that the postal vehicle as it

19       pulled out and as they came into contact, uh, pulled out at

09:12AM20       an angle and was traveling at 6 miles per hour at the point

21       of contact.  Do you agree with that?

22       A.   Yes.

23       Q.   Now, to be clear, the Court had asked yesterday a

24       question of Mr. Molnar, um, if the cars were, you know,

09:12AM25       traveling in the same direction.  Were the cars traveling in
```

```
 1   the same direction?
 2   A.   Uh, no, because the -- the postal vehicle is traveling
 3   at angle to the left or counterclockwise.  In general, they
 4   were traveling in the same direction, but there was obviously
 5   an angle to the postal vehicle.
 6   Q.   And --
 7           THE COURT:  Wait, wait.  But not the other vehicle?
 8           No angle at all.
 9           THE WITNESS:  Well, relative to the postal vehicle.
10   So relative to the postal vehicle, Mr. Foshee's vehicle would
11   be straight.  The postal vehicle then would be at an angle to
12   the left.
13           THE COURT:  So at the time of impact, Mr. Foshee's
14   vehicle was traveling -- in relation to the street, the
15   curves, et cetera, it was going straight.
16           THE WITNESS:  Correct.
17           THE COURT:  Thank you.
18           THE WITNESS:  And there is a diagram here that I
19   prepared showing the collision configuration.
20           MR. ERCOLANI:  Turning to that now.  We're at
21   page 75 of Exhibit 55.
22   Q.   I believe in Mr. Molnar's simulation, he had the postal
23   vehicle at slightly more of an angle, but generally, what we
24   see in Exhibit 55, page 75 is -- are you in agreement with
25   Mr. Molnar that essentially, this was the configuration of
```

1  the vehicles at the point of impact?

2  A.   Yes.  And if you scroll down a little bit more, there's

3  an overhead that shows the relative -- there you go.

4  Q.   Now, at page 78 of Exhibit 55, is this an overhead

09:14AM 5  diagram that you've prepared that demonstrates the -- what is

6  the AOI 1?

7  A.   That is the Area of Impact Number 1 where the initial

8  contact occurred.

9  Q.   We'll get back to that in just a minute, but turning

09:15AM 10  back to the ways in which you agree with Mr. Molnar,

11  Mr. Molnar opined that in the first accident, the Delta V in

12  the first impact was between 2 to 4 miles per hour.  Do you

13  agree with that?

14  A.   Yes.

09:15AM 15  Q.   Can you briefly explain if Mr. Foshee's vehicle going

16  25 miles an hour, and he had just driven straight into an

17  immovable brick wall, what would the Delta V of that

18  collision be?

19  A.   It would be slightly greater than 25 but about 25 cause

09:15AM 20  his vehicle would immediately stop.

21  Q.   So the Delta V is meant to measure or indicate what?

22  A.   Indicate overall, uh, magnitude of the collision,

23  severity of the collision.

24  Q.   And is it because these vehicles essentially came into

09:16AM 25  contact and without stopping the travel of Mr. Foshee's

1    vehicle, it was able to continue on, that we have less than

2    the 25 mile-an-hour Delta V?

3    A.   Yes.  And it has to do with the angle, the fact that

4    this is a side impact.  There are a couple of side impacts.

09:16AM 5    Q.   To be clear, this is not a collision that occurred at

6    4 miles per hour.  It's a collision that occurred between two

7    vehicles that were going 25 and -- and 6 miles an hour;

8    right?

9    A.   Yes.

09:16AM 10   Q.   And let's get into some of the ways in which you don't

11   agree.  There was a secondary impact in this accident.  Is

12   that your -- I'm sorry, strike that.  Was there any more than

13   one impact in this accident?

14   A.   Yes.  I don't know if we have picture of the vehicle.

09:16AM 15   We could show the damage on Mr. Foshee's vehicle.  That might

16   be helpful.

17          MR. ERCOLANI:  We're at Exhibit 1, page 1.

18   Q.   Is this photographs of Mr. Foshee's vehicle after the

19   collision?

09:16AM 20   A.   Yes.

21   Q.   And what does this depict?

22   A.   So this depicts the second impact to his vehicle from

23   the postal vehicle.

24   Q.   And what was -- you reviewed Mr. Molnar's report

09:17AM 25   concerning his opinions; correct?

```
 1    A.    Yes.

 2    Q.    And did he have an opinion about the significance or the

 3    Delta V of the secondary impact?

 4    A.    I believe he said it was lower than 2 to 4.

 5    Q.    Did he offer a conclusion and testify to it yesterday

 6    that the secondary impact was 0.3 Delta V?

 7    A.    Yes.

 8    Q.    Do you agree with that?

 9    A.    I don't.  I think it's similar in terms of magnitude

10    compared to the first impact.  So this would be another 2 to

11    4 mile-per-hour Delta V.  And the reason why is because the

12    postal vehicle continues its turn.  That's why you have two

13    impacts.  So the postal vehicle is turning to the left and

14    then continues turning to the left after the first impact

15    which is why you have the secondary impact to the back wheel

16    area of the vehicle.

17          So it's not like after the first impact, the

18    vehicles then separated.  The postal vehicle didn't go to the

19    right, for instance, after the initial impact.  It continued

20    going to the left which is why you get this secondary impact

21    on the rear wheel.

22    Q.    And if I'm understanding correctly, are you saying that

23    if the postal driver had essentially at the point of impact

24    jerked his vehicle to the right that there may not have been

25    a secondary impact?
```

```
 1    A.    Correct.
 2    Q.    So is the fact that the vehicle continued forward and to
 3    the left what caused the secondary impact?
 4    A.    Yes.
 5    Q.    And turning your attention back to page 78 of
 6    Exhibit 55, again, this is a diagram that you prepared,
 7    Dr. Wobrock?
 8    A.    Yes.
 9    Q.    And does this show the second impact that you were
10    discussing?
11    A.    Yes.
12    Q.    And where is that?
13    A.    So that's AOI 2.  And then the contact is between the
14    front left of the postal vehicle and the back right side
15    wheel area of Mr. Foshee's vehicle.
16    Q.    Turning your attention to page 3 of Exhibit 1, what is
17    this, Dr. Wobrock?
18    A.    So this shows the damage to Mr. Foshee's vehicle as a
19    result of the first impact from the postal truck.
20    Q.    And what part of his truck came into contact with what
21    part of the postal vehicle?
22    A.    The front left corner, uh, bumper area of the postal
23    vehicle came into contact then with basically the front wheel
24    well and wheel area of Mr. Foshee's vehicle.
25    Q.    And is that why we see a part of the front end of his
```

bumper cover missing in that photograph?

A.    Yes, essentially, because of the two vehicles kinda snagged together, kinda got caught together at that particular point.

Q.    And how long would that snag have lasted?

A.    Oh, maybe, um.1 to .2 seconds.

Q.    And what would the effect of that snag have been?

A.    So it adds another direction to the force that's being applied to Mr. Foshee's vehicle.  It's essentially, if you think about, kind of pulling back on Mr. Foshee's vehicle. So it's creating a force that gonna cause Mr. Foshee's body to move forward and to the side and to the right compared to just moving to the right as a result of an impact to the side.  So the snag actually is like pulling the vehicle back, and that's basically a frontal type of collision.  So if he's --

      THE COURT:  Wait a minute, say that again.  All right.  The postal vehicle, you say, is basically snagged onto Mr. Foshee's vehicle and is pulling it to the rear.

      THE WITNESS:  Correct.

      THE COURT:  And that is causing Mr. Foshee's body to do what?

      THE WITNESS:  So this is where the biomechanics part comes in in terms of the kinematics, knowing his body's gonna move.  So because the impact is to the right, his

1   body's gonna move to the right.  But then because of the snag

2   which is kind of pulling back on his vehicle which is a

3   frontal direction, his body's gonna move forward as well --

4   so forward and to the right.  And his body --

09:21AM 5        And I agree with Mr. Molnar in terms of the PDOF

6   being approximately 1 o'clock in that direction.  So, um,

7   Mr. Foshee's body as a result of this initial collision is

8   going to move basically towards 1 o'clock, the 1 o'clock

9   direction.  If you can imagine a clock, facing forward would

09:22AM 10   be 12:00 and then moving to 1:00.

11   BY MR. ERCOLANI:

12   Q.   You mentioned PDOF.

13        THE COURT:  But not 9 o'clock.

14        THE WITNESS:  No.

09:22AM 15   BY MR. ERCOLANI:

16   Q.   You mentioned PDOF.  What is PDOF?

17   A.   Principal Direction of Force.

18   Q.   All right.  So in that initial impact, Mr. Foshee's body

19   moves forward and to the right.

09:22AM 20   A.   Correct.

21   Q.   Was that the first movement of his body in relation to

22   this impact?

23   A.   No.  Um, based on his testimony, he tried to swerve to

24   the left to avoid the initial collision.  So the initial

09:22AM 25   movement of his body would be to the left.

```
 1    Q.   All right.  So from what you've covered so far, you said
 2    the first movement would have been when he swerved to the
 3    left, his body moves to the left?
 4    A.   Correct.  Yeah, naturally.
09:22AM 5  Q.   Okay.  Then at the first impact, his body moves forward
 6    and to the right?
 7    A.   Approximately towards 1 o'clock, yes.
 8    Q.   And does anything happen after that initial forward and
 9    to the right movement?
09:23AM10  A.   Sure.  So there's always a rebound back of someone's
11    body in a collision.  So the movement is going to be towards
12    1 o'clock, and then his body's gonna be moving back to the
13    left after that initial movement.
14    Q.   And what happened after that?
09:23AM15  A.   Well, after that then was secondary collision with the
16    right rear wheel which would have caused Mr. Foshee's body
17    then to move back to the left.  But because -- or, I'm sorry,
18    back to the right.  And it would not be in the 1 o'clock
19    direction.  It would be closer to the 3:00 o'clock direction
09:23AM20  because this is more of just a side impact to the back right
21    wheel.
22    Q.   Okay.  And then after his body moves to the right in the
23    second impact, what happens next?
24    A.   Then his body would moved back to the left after that.
09:24AM25  Q.   Okay.  So the total body movements that you're opining
```

1    happened in this car accident is initially, he swerves to the

2    left; is that correct?

3    A.    Yes.

4    Q.    And then at the first impact, he moves forward and to

09:24AM 5    the right?

6    A.    Correct.

7    Q.    And then he rebounds backwards into the left?

8    A.    Yes.

9    Q.    And the a secondary impact occurs?

09:24AM 10    A.    Correct.

11    Q.    And he moves to the right?

12    A.    Yes.

13    Q.    And then after that, there's rebound from that, and he

14    moves back again to the left.

09:24AM 15    A.    Correct.

16            THE COURT:  But none of that is depicted in these

17    photographs.

18            THE WITNESS:  In terms of his body movement?

19            THE COURT:  Or the car movement.

09:24AM 20            THE WITNESS:  Uh, well, the -- the cars just in

21    this particular drawing just indicate how they would have

22    come into contact and based on the areas of impact that were

23    documented.  So it wasn't necessarily meant to show his body

24    movement, um, because I was just gonna describe that as a

09:25AM 25    result of the forces that were applied to his body.

1          THE COURT:  If he -- if he snapped the steering

2    wheel sharply to the left, shouldn't he have crossed or at

3    least approached the double yellow?

4          THE WITNESS:  Uh, well, he would have been in the

09:25AM 5    process.  That was his testimony.  He was in the process of

6    doing that at the time he --

7          THE COURT:  Process, but we've got his body now

8    going back and forth.

9          THE WITNESS:  Yes.

09:25AM 10         THE COURT:  But the vehicle going to absorb the

11   impact there.  It is not approaching the double yellow line

12   yet we have got Mr. Foshee rebounding all around the interior

13   of the car.  And this is all taking place, what, in less than

14   a second?

09:25AM 15         THE WITNESS:  Yes, in less than a second.

16         So if you look at this diagram, you could see that

17   his vehicle from the Area Of Impact Number 1 to Area Of

18   Impact Number 2 is directed to the left cause it's turned

19   more towards the double yellow than the initial impact.  So,

09:26AM 20   yes, there would have been some movement of his vehicle to

21   the left after the initial impact.

22         But then the postal vehicle because it continued to

23   turn to the left, then it came into contact with the back

24   right wheel.  So the postal vehicle wasn't turning away to

09:26AM 25   the right after the initial impact.  It continued turning to

```
 1    the left which is why that secondary impact occurred.
 2    BY MR. ERCOLANI:
 3    Q.   Would that secondary impact to what the -- what part of
 4    Mr. Foshee's car did that secondary impact hit?
09:26AM 5    A.   To the back right wheel area.
 6    Q.   Would that have caused any directional force on the way
 7    his car was moving?
 8    A.   Yes.  So it -- it would cause it to move back to the
 9    right, to rotate back clockwise as a result of that impact.
09:26AM 10    So if you think about the center of gravity being in the
11    middle of the car, if there's a force from the right side
12    being applied to the right rear wheel, it's gonna cause the
13    vehicle then to slightly turn to the right away from the
14    double yellow line.
09:27AM 15         THE COURT:  Would this have been a negligible
16    force, though?
17         THE WITNESS:  Uh, well, I wouldn't say negligible,
18    no.  But it's -- it is a -- since it's a side impact, it's
19    not a frontal impact.  You know, with a Delta V of 2 to 4 --
09:27AM 20         THE COURT:  It's not a 90-degree side impact.
21         THE WITNESS:  Correct.
22         THE COURT:  Right?
23         THE WITNESS:  Yeah, correct.
24         THE COURT:  You're talking about a vehicle moving,
09:27AM 25    I don't know, at maximum 6 miles an hour?
```

```
 1                    THE WITNESS:  Yes.

 2                    THE COURT:  And it impacts with another moving

 3       vehicle.

 4                    THE WITNESS:  Correct.

09:27AM 5            THE COURT:  I'm just having trouble following --

 6                    Okay, go ahead.  Go ahead.

 7       BY MR. ERCOLANI:

 8       Q.   Dr. Wobrock, from the questions the Court's asking, I'd

 9       like to make sure I have some clear understanding from you

09:27AM10       that essentially, when the first impact occurred, that would

11       have pushed the front of Mr. Foshee's car lightly to the

12       left?

13       A.   Correct.

14       Q.   And then the secondary impact hits the back of his car,

09:28AM15       and then that moves the front of his vehicle back towards the

16       right so essentially keeping his car in that lane?

17       A.   Yes, it would of.

18                    THE WITNESS:  And just to explain in terms of what

19       Your Honor mentioned about negligible, so this isn't a

09:28AM20       sideswipe collision where, you know, two vehicles maybe rub

21       up against other.  This is a -- it's a side impact in that

22       the postal vehicle's actually turning into the other vehicle.

23       So it's -- it's not --

24                    I would say a sideswipe would be more negligible in

09:28AM25       terms of a force that's being applied when two vehicles kinda
```

```
 1    rub together as they're passing each other, but that's not

 2    what's happening here.  What's happening here is we have that

 3    turning into Mr. Foshee's vehicle, you have the snag on the

 4    front right wheel, and then you have a secondary impact as

 5    well.  So this is a lot different than just a sideswipe.

 6    BY MR. ERCOLANI:

 7    Q.   And, um, what about where the secondary collision

 8    occurred?  You said that that was near the wheel.  Is that

 9    relevant at all?

10    A.   Well, it's relevant in that it's a -- it's an area on

11    the vehicle where you're not gonna see as much visible damage

12    because it's to the wheel compared to say the door of the

13    vehicle if you could show that?

14          So you could see it's in contact with the wheel

15    around the wheel area.  Um, that part of the vehicle is

16    relatively stiffer because the axle being attached to the

17    wheel obviously.  So you're not gonna see as much physical,

18    visible damage to the vehicle as you would if it hit softer

19    structures like the door.

20    Q.   Is there any other, you know, analogous type of car

21    accident where you commonly see, um, what you just described

22    where there's a collision but with less damage than what the

23    impact might indicate?

24    A.   Well, yeah.  It depends.  It depends on what structure's

25    being contacted so if there's a stiffer structure that's
```

1    being contacted.  So, for instance, on a pickup truck, with a

2    tow hitch, if there's contact with the tow hitch because it's

3    stiffer than say just a regular bumper, energy absorbing

4    bumper, um, you won't see as much damage.  There just won't

09:30AM 5    be as much visible damage because it hit that structure.

6    Q.    In this situation where you hit a tow hitch which is --

7    what is a tow hitch attached to?

8    A.    The frame.

9    Q.    In a situation like that where you hit something like

09:30AM 10    the tow hitch that's attached to the frame, where does the

11    force go?

12    A.    Oh, well, it goes into the vehicle which is then

13    translated or transferred into the occupants, um, which then

14    results in a certain amount of movement in a certain

09:31AM 15    direction.

16    Q.    And in this case, you're saying that because the impact,

17    the secondary impact over the wheel area, stiffer area, would

18    that have created greater force to the occupant than would

19    generally be indicated by the visible damage?

09:31AM 20    A.    Yes, relatively speaking.  If impact occurs with a

21    stiffer structure, it can relatively increase the Gs or the

22    forces on the occupants inside compared to impact with an

23    energy absorbing structure like a bumper or, you know, a soft

24    structure like the door, for instance.

09:31AM 25    Q.    You've described for the Court the forces on the car,

```
 1    the forces on the occupant -- or the movement, I'm sorry,

 2    rather than the forces.  Are you able to say that -- strike

 3    that.  Um, with the movements that you have calculated

 4    occurred on Mr. Foshee's body, is it --

 5              MS. YANG:  Objection.

 6              Assumes facts not in evidence.

 7              THE COURT:  Sustained.

 8    BY MR. ERCOLANI:

 9    Q.   Have you reached conclusions about the movements

10    Mr. Foshee's body made in this collision?

11    A.   Yes, relative to the study, the low speed side impact

12    study that I co-authored.  That's one thing I produced with

13    my report.

14    Q.   And we'll get to that in just a moment.  Um, you've told

15    us about the way, uh, you have determined his body moved in

16    this impact?

17    A.   Yes.

18    Q.   Is that consistent with him striking his head on the

19    window?

20    A.   Uh, it would be consistent in that he was out of

21    position and moving back and forth inside the vehicle, um,

22    that he coulda hit his head on the window.  Yes.

23    Q.   What does out of position mean?

24    A.   So, uh, that's more of a scientific study type of

25    description.  In scientific studies, we use individuals
```

1    seated in quote unquote normal position, driving position,

2    uh, hands, both hands on the steering wheel, looking forward,

3    sitting straight up.  That was the position that we used in

4    the paper that I co-authored that I attached to the report

09:33AM 5    having to do with side impact.

6           So in this case, it's different than that in that

7    he was out of position initially when he describes the

8    swerving to the left and then the multiple impacts to the

9    side.  So it's not specifically analogous to one side impact.

09:33AM 10   Um, and there's -- there are no research studies out there

11   that -- that look at specifically individuals putting them

12   out of position and then having them sustain multiple impacts

13   to the vehicle.

14   Q.   So is the out of position reference indicate whether

09:34AM 15   Mr. Foshee's body was in a similar or dissimilar position to

16   the occupants in the studies that you're referencing?

17   A.   It would be dissimilar.

18   Q.   And what relevance, if any, does that have in applying

19   what you know as an accident reconstructionist and

09:34AM 20   biomechanical engineer from those studies to what happened to

21   Mr. Foshee in this accident?

22   A.   Well, in that study, we're looking at kinematics, the

23   way a body moves in low speed side impacts, and like I

24   mentioned, that was a study done with just one impact to the

09:34AM 25   vehicle.  So we know the way his body's gonna move based on

|   |   |
|---|---|
| 1 | the Delta V, for instance.  But in this particular case, it's |
| 2 | different.  Because of the multiple impacts, because of the |
| 3 | out of position nature of his body, he is more susceptible to |
| 4 | injury, um, compared to the individuals in the study. |
| 09:35AM 5 | THE COURT:  What kind of injury? |
| 6 | THE WITNESS:  So cervical spine injury because, uh, |
| 7 | his head and neck are free to move.  It's not restrained, for |
| 8 | instance, like in a rear end collision with the head |
| 9 | restrained in that particular safety feature. |
| 09:35AM 10 | THE COURT:  You don't believe he was wearing |
| 11 | restraints? |
| 12 | THE WITNESS:  Oh, no, I do.  I do.  But in terms of |
| 13 | his movement, the seat belt, the restraints aren't gonna |
| 14 | really play a role in that -- |
| 09:35AM 15 | THE COURT:  Are they going to, I can't use the word |
| 16 | affix, immobilize his hips to the seat so he's basically in |
| 17 | position; right? |
| 18 | THE WITNESS:  Oh, yes.  He's seating in the seat |
| 19 | with the lap belt, yes.  It's holding him to the seat.  But |
| 09:36AM 20 | in terms of his head and neck, those are not restrained so |
| 21 | his head and neck are free to move. |
| 22 | So when I'm describing like he's moving towards |
| 23 | 1 o'clock, his upper body and his head and neck are moving in |
| 24 | that direction with, obviously, the lap belt on him being |
| 09:36AM 25 | secured to the seat, but his upper body and head and neck are |

```
 1    moving in that direction, initially.  And then the secondary

 2    impact, he's moving again to the right.

 3         So his head and neck are not restrained in this

 4    particular type of situation.  They would be --

 5    THE COURT:  Well, he's got control of his head and

 6    shoulders.  He is trying to get away from this vehicle on his

 7    right.

 8    THE WITNESS:  Yes.

 9    THE COURT:  He's turning the wheel to the left.

10    THE WITNESS:  Yes.

11    THE COURT:  And not -- even instinctively, would he

12    not be moving his head and body to the left in order to get

13    away from this vehicle on his right?

14    THE WITNESS:  Yes, exactly.  Exactly.  So that's

15    the initial movement.  So initially, he's out of position

16    because he's doing that.

17    THE COURT:  Okay.

18    THE WITNESS:  And then, um, as a result of the

19    impact, his body then moves to the right.  He can't -- he

20    can't stop that because this happens in a 10th of a second.

21    THE COURT:  Okay.

22    THE WITNESS:  So he's moving to the left initially.

23    And then his body as a result of the first impact moves

24    towards 1 o'clock and then moves back and then towards

25    3:00 o'clock because of the secondary impact.  So he's going
```

```
 1  back and forth.
 2          THE COURT:  Okay.
 3  BY MR. ERCOLANI:
 4  Q.    And that's consistent with a head strike.
 5  A.    His being out of position, it would be.
 6          MR. ERCOLANI:  I'm going to turn your attention to
 7  Defendant's Exhibit 1086 which is Mr. Roescher's report.
 8  Q.    Have you seen these photographs from Test 2 Pre-impact
 9  and Test 2 Maximum Excursion in Mr. Roescher's report?
10  A.    I believe so.  I haven't looked at his report recently,
11  though.
12  Q.    Um, the first question I have for you is when you talk
13  about, um, being in position, is, uh, the occupant in the
14  left most photo there what you would call as being in
15  position?
16  A.    In a normal seated position, yes.
17  Q.    And once the body begins to move, um, like is that what
18  you would call out of position?  Is that what you see in the
19  right most photograph of page 5 of Exhibit 1086?
20  A.    Yes.  That would be described as out of position.
21  Q.    So essentially, that would be the starting point before
22  these movements begin; is that right?
23  A.    What do you mean by starting point?
24  Q.    Sure.  The Court just asked you about, you know,
25  Mr. Foshee taking evasive action and naturally, instinctively
```

09:37AM 5
09:38AM 10
09:38AM 15
09:38AM 20
09:39AM 25

1    moving to the left.  This picture, the person's turning to

2    the right, but essentially, would he be then moving to the

3    left and towards the door and window in the way of being out

4    of position as you describe?

09:39AM 5              MS. YANG:  Objection, vague.

6              THE COURT:  That is hopelessly vague.

7              Take another run at it.

8              MR. ERCOLANI:  Thank you, Your Honor.

9    Q.    The point I'm trying to get at, Dr. Wobrock, is in the

09:39AM 10   two photographs that we see here, you've said the one on the

11   left is in a normal seated position, and the one on the right

12   would be out of position; is that right?

13             MS. YANG:  Objection, leading.

14             THE COURT:  He's an expert.

09:39AM 15            Go ahead.

16             THE WITNESS:  Yes.

17   BY MR. ERCOLANI:

18   Q.    You talked about accident studies that you have

19   participated in just a moment ago.  What, if any, relevance

09:40AM 20   did that play in your analysis in this case?

21   A.    Well, I've documented the Gs on the body based on the

22   Delta V.  Like I said, I agree with Mr. Molnar in terms of

23   the 2 to 4 mile-per-hour Delta V initially, from the initial

24   impact.  And that study quantified the movements of the

09:40AM 25   occupants, the Gs on their body as a result of the side

  1    impacts.

  2    Q.    What are kinematics?

  3    A.    Kinematics just describe movement, essentially.  So

  4    occupant kinematics is a description of how individuals

09:41AM 5    inside of a vehicle, for instance, move.  It doesn't have to

  6    do with force.  Force would be kinetic.  Kinematics just has

  7    to do with the way the body is moving; movement, direction,

  8    those types of things.

  9    Q.    And based on your training and expertise, the things you

09:41AM 10    discussed so far about what you concluded in this case, were

  11    the occupant Kinematics in this case sufficient for a

  12    mechanism of injury to Mr. Foshee's cervical spine?

  13    A.    Yes.

  14    Q.    And what do you base that on?

09:41AM 15    A.    So I base that on the multiple collisions, the out of

  16    position nature of his body, um, and the fact that his head

  17    and neck were unrestrained like we were talking about

  18    previously.  So there is a mechanism of injury there for his

  19    neck because his body --

09:42AM 20          Essentially, if you want to count them, um,

  21    counting the initial movement or evasive action to the left,

  22    he moves to the left, and then he moves to the right and then

  23    back to the left as a result of that initial impact so right

  24    to left.  And then he moves to the right again, um, as a

09:42AM 25    result of the secondary impact and then back to the left.

```
 1              So it would be essentially three movements to the

 2       left, two movements to the right, um, as a result of the

 3       evasive action, out of position nature of the two impacts.

 4       Q.   Did you see a video that Mr. Roescher prepared in this

09:42AM 5       case?

 6       A.   Yes.

 7              MR. ERCOLANI:  I'm going to play for you this

 8       video.  I believe this is Exhibit 1087 that's been admitted

 9       into evidence so let me play this for you.

09:43AM10              MS. YANG:  I'm sorry, Counsel.  Just to clarify, I

11       don't know if we've stipulated as to the admissibility of the

12       demonstratives, but I'm happy to talk about that later.

13              MR. ERCOLANI:  This was actually part of his

14       report, was it not?

09:43AM15              MS. YANG:  That's fine.  I actually don't know.

16              MR. ERCOLANI:  This was actually produces as part

17       of his Rule 26 report.

18              MS. YANG:  Okay.

19                       (Video played.)

09:44AM20       BY MR. ERCOLANI:

21       Q.   So far we've seen Mr. Roescher who's the driver making a

22       couple of turns in this video.  Do you believe that this

23       video accurately represents what was occurring with

24       Mr. Foshee's body during this impact?

09:44AM25              MS. YANG:  Objection, foundation.
```

```
 1              THE COURT:  Sustained.
 2    BY MR. ERCOLANI:
 3    Q.    Have you -- you watched this video all the way through?
 4    A.    Yes.
09:45AM 5    Q.    Do you have any criticisms?  Do you believe that it's
 6    appropriate to use in biomechanical evaluation?
 7              MS. YANG:  Objection, vague.
 8              THE COURT:  Sustained.
 9    BY MR. ERCOLANI:
09:45AM10    Q.    Do you use videos of this sort in creating recreations
11    of any accidents that you're doing the biomechanical analysis
12    for?
13              MS. YANG:  Objection.  This mischaracterizes this
14    video as a recreation.
09:45AM15              THE COURT:  For our purposes, we need to
16    concentrate on this.  Whether or not it's gonna be suitable
17    for us to understand the mechanics of this accident.
18    BY MR. ERCOLANI:
19    Q.    In viewing this video, is this similar to how
09:46AM20    Mr. Foshee's body moved in this accident?
21              THE COURT:  There's no foundation for that.
22    BY MR. ERCOLANI:
23    Q.    Dr. Wobrock, based on all of the testimony you've given,
24    did you make determinations based on your training and
09:46AM25    expertise in biomechanical engineering and accident
```

```
 1    reconstruction about the ways in which Mr. Foshee's body

 2    moved during this impact?

 3    A.    Yes.

 4    Q.    Does this video accurately represent how Mr. Foshee's

 5    body moved in this accident?

 6              MS. YANG:  Objection, foundation.

 7              THE COURT:  I can't wait to hear this.

 8              Go ahead.

 9              THE WITNESS:  No, it doesn't.

10    BY MR. ERCOLANI:

11    Q.    How can you -- how do you know that?

12    A.    Well, because this is -- this is definitely not

13    representative.  Um, one of the things that they're measuring

14    here is the -- it looks like the movement of the right front

15    passenger.  And this is not -- this is not representative of

16    any kind of evasive maneuvering or there's no impacts

17    involved with this particular video.  Um, I just think it's

18    unscientific and doesn't represent anything really having to

19    do with this case.

20    Q.    In reviewing Mr. Roescher's report, did he make

21    reference to this video?

22    A.    Yes.

23    Q.    Did he say that he relied upon the findings in that

24    video in part in reaching his conclusions?

25    A.    Yes.
```

```
 1    Q.   Do you believe that was appropriate for a biomechanical

 2    engineer to utilize that video as a basis for their opinions

 3    about how Mr. Foshee's body moved in this collision?

 4              MS. YANG:  Objection, relevance.

 5              THE COURT:  I'm gonna sustain that because like

 6    he's already said, he's got nothing to do with this case, and

 7    I agree with that.  So we can go down this trail if you want,

 8    but to me, it has no relevance to this case.

 9              MR. ERCOLANI:  Thank you, Your Honor.

10              Nothing further for this witness.

11              THE COURT:  Thank you.

12                        CROSS-EXAMINATION

13    BY MS. YANG:

14    Q.   Good morning, Dr. Wobrock.

15    A.   Good morning.

16    Q.   And I realize I haven't actually made a formal

17    appearance today.  I'm Jasmine Yang, counsel for defendant,

18    United States.  Just very briefly, you are in agreement with

19    Mr. Molnar's analysis the Delta V regarding the first impact

20    being between 2 to 4; correct?

21    A.   Yes.

22    Q.   Okay.  But you disagree with Mr. Molnar's conclusion

23    about the Delta V of the second impact; right?

24    A.   Yes.  I believe the second impact is similar in

25    magnitude to the first impact.
```

1    Q.    And that would be from 2 to 4; correct?

2    A.    Yes.

3    Q.    And then with respect to the principle direction of

4    force of the first impact, there is nothing you necessarily

09:49AM 5    disagreed with in Mr. Molnar's analysis; is that correct?

6    A.    Correct.

7    Q.    And we've been talking about at length for the past few

8    minutes the direction in which Mr. Foshee's body would have

9    moved during the first impact; correct?

09:50AM 10    A.    Yes.

11    Q.    And you would agree that his body would have moved

12    towards -- immediately after the first impact, Mr. Foshee's

13    body would have moved towards the right; correct?

14    A.    Yes, forward and to the right.

09:50AM 15    Q.    And that would be away from the driver's side window;

16    correct?

17    A.    Yes.

18    Q.    Okay.  And then immediately after the second impact that

19    we've been discussing, you also agree that Mr. Foshee's body

09:50AM 20    would have moved towards the right again; correct?

21    A.    Yes.

22    Q.    Okay.  And there has been a discussion about

23    Mr. Foshee's body being out of position following the first

24    impact.  Do you recall that?

09:50AM 25    A.    Yes.

1    Q.   Um, but you made no attempt to quantify how much his

2    body would have been out of position.  Yes or no.

3    A.   Uh, I didn't because I wasn't able to.  There was no

4    information specifically to what he testified to with regards

09:51AM 5    to trying to avoid the collision initially and turning his

6    body to the left.  So there'd be no way to quantify that.

7    Q.   So I'm gonna take that as a no.  You did not quantify

8    how much his body would have moved out of position; right?

9    A.   Correct.  You can't do that.

09:51AM 10   Q.   Thank you.  And, in fact, you testified earlier at

11   deposition that there's no way to quantify how out of

12   position he was; correct?

13   A.   Yes, exactly.

14   Q.   Okay.  Um, but you just mentioned a paper of which

09:51AM 15   you're the author in which you indicated that the movements

16   of the occupants were measured; is that correct?

17   A.   Yes.

18   Q.   And I wanna make sure I'm precise about your opinion

19   regarding Mr. Foshee's head strike.  You're not opining

09:51AM 20   whether his head did hit the window.  Your opinion that him

21   hitting his head off the window is consistent with the

22   kinematics of the accident; correct?

23   A.   Yes.

24   Q.   Okay.  And your report does not discuss whether there's

09:52AM 25   any mechanism for a lumbar spine injury; correct?

UNITED STATES DISTRICT COURT

1    A.    Correct.

2    Q.    Okay.  And then I'm gonna refer to a portion of your

3    report, and I think you pretty much well summarized it today

4    during your testimony earlier.  With respect to Mr. Foshee's

09:52AM 5    cervical spine, your opinion is that based on the out of

6    position nature of Mr. Foshee during the multiple collisions,

7    there would necessarily be lateral flexion and extension,

8    compression and tension and torsional forces acting on

9    Mr. Foshee's cervical spine which are consistent with the

09:52AM 10    cervical spine injury.  That's you're opinion; correct?

11    A.    Yes.

12    Q.    Okay.  However, you made no attempt to quantify the

13    lateral flexion and extension compression and torsion forces

14    that would have been experienced in the subject collision.

09:53AM 15    Yes or no.

16    A.    No, because there would be no way to do that.

17    Q.    And there was a brief discussion about the seat belt.

18    You recall that?

19    A.    Yes.

09:53AM 20    Q.    And your understanding is that Mr. Foshee was wearing a

21    seat belt at the time of the accident; correct?

22    A.    Yes.

23    Q.    Do you know how much Gs of acceleration it takes to get

24    a seat belt to lock?

09:53AM 25    A.    Well, it would depend on the vehicle.  Um, not a whole

1   lot, usually.

2   Q.    Do you think Mr. Foshee's seat belt would have locked

3   during the subject incident?

4   A.    Uh, well, the primary impact was to the side so I can't

09:53AM 5   really give an opinion as to whether it would lock or not.

6   That's not something that I looked at in this case.

7   Q.    And do you believe that the seat belt would have

8   restrained some of the movement of Mr. Foshee's body after

9   the first impact?

09:54AM 10           MR. ERCOLANI:  Objection, vague.

11           THE COURT:  Do you understand what she means?

12           THE WITNESS:  Yes.

13           THE COURT:  Go ahead.

14           THE WITNESS:  Uh, well, he's moving in the

09:54AM 15   1 o'clock direction so there would be some potential

16   restraint from the shoulder belt to his upper body, obviously

17   not to his head and neck.

18   BY MS. YANG:

19   Q.    Okay.  And so you believe that the seat belt would have

09:54AM 20   restricted some of the side to side movement of Mr. Foshee's

21   body following the first impact?

22   A.    No, not the side to side movement.  In terms of the

23   lateral collision, the shoulder belt's not gonna come into

24   play.  It usually doesn't come into play once you get past

09:54AM 25   the 45-degree angle.  But in terms of the initial impact,

1   there could have been contact with the shoulder belt that was

2   going across his body, and that could have potentially

3   restrained his upper body a little bit, but not his head and

4   neck.

09:55AM 5   Q.   Okay.  I just want to make sure I understand.  So your

6   opinion is that the seat belt would not have restricted any

7   of the side to side movement of Mr. Foshee's body after the

8   first impact?

9   A.   No.  It's a convoluted question because he's not moving

09:55AM 10  only to the side.  He's moving forward and to the side.  So

11  like I mentioned, in terms of his forward movement, it could

12  potentially restrain his upper body.

13  Q.   Okay.  And your opinion --

14  A.   The question that you're asking has nothing to do with

09:55AM 15  the way his body moved after the first impact.  If you're

16  asking me about the first impact, the shoulder restraint

17  could have certainly restrained him a little bit because he

18  was moving towards the 1 o'clock direction.

19        In terms of the secondary impact, because it was

09:55AM 20  basically to the side, once you get past 45 degrees, the lap

21  and shoulder belt really doesn't do much in terms of

22  restraining your upper body into the side movements to the

23  right.

24        So it's not -- it's not a -- it's a convoluted

09:56AM 25  question.  It's not a correct question.

1              MS. YANG:  Objection, move to strike.

2          The witness's answer is nonresponsive and argument.

3          THE COURT:  That's his answer.

4          MS. YANG:  All right.

09:56AM 5      Mr. Wobrock, I wanna turn to the 2002 paper that

6    you authored.  You talked about it a bit during your direct.

7    I want to pull up Exhibit 1053.  What's being displayed here

8    had already been stipulated and entered into evidence.

9    Q.   This is the 2002 paper of which you're a co-author;

09:56AM 10   correct?

11   A.   Yes.

12   Q.   This paper reviews prior, published -- well, strike

13   that.  Part of what this paper discusses is prior, published

14   research papers concerning other tests; right?

09:57AM 15   A.   Yes.

16          MS. YANG:  I want to turn to 1053-2.  Okay.

17   Q.   And there is a discussion of relevant literature in this

18   paper; is that correct?

19   A.   Yes.

09:57AM 20   Q.   One of the pieces of literature that your paper reviews

21   is a U.S. Air Force test that was done in the 1960s.  Do you

22   recall that?

23   A.   Are you talking about the last paragraph down on the

24   left?

09:57AM 25   Q.   I'm talking about the first sentence that follows in

```
 1    human subject testing that says the left column?

 2    A.    Okay.   Yes.

 3    Q.    So do you recall there being a U.S. Air Force test that

 4    was done in the 1960s that this paper reviews?

 5    A.    Yes, it's right there.

 6    Q.    And this test, the test subjects in that study

 7    experienced lateral impact accelerations ranging from --

 8                MR. ERCOLANI:   Objection.

 9                Foundation and relevance.

10                THE COURT:   Well, she's reading it.

11                MS. YANG:   Well, Your Honor, I'll cut to the chase

12    as --

13                THE COURT:   Finish your question.

14                MS. YANG:   Pardon?

15                THE COURT:   Finish your question.

16                 MS. YANG:   Thank you.

17    Q.    In this paper that you reviewed, the test subjects in

18    this Air Force study experienced lateral impact accelerations

19    ranging from 3.25 to 9.02 Gs; is that correct?

20    A.    Yes.

21    Q.    And that paper from the 1960s found that there were no

22    permanent physiological changes in any of the test subjects;

23    is that right?

24    A.    In that particular test, yes.

25    Q.    And it also found that the only physical complaints the
```

```
 1    test subjects had was a minor, moderate headache for a few
 2    minutes to hours and possible stiffness for a couple of days;
 3    is that right?
 4    A.   Yes.  But, again, it's not analogous to this case.  You
 5    can go ahead and read it.  It's not the same situation that I
 6    described previously.
 7              MS. YANG:  Move to strike as nonresponsive.
 8              THE COURT:  Denied.  It's his answer.
 9              MS. YANG:  All right.
10    Q.   And then this paper also summarized another study from
11    the late 1970s from the Naval Aerospace Medical Research
12    Laboratory; is that correct?
13    A.   Yes.  I think the paper speaks for itself.
14    Q.   And in that study, the participants were subject to
15    accelerations from 2 to 11 G; right?
16    A.   Yes.  That's what it says in the paper.
17    Q.   And that study reported no physical symptoms; right?
18    A.   Um, where are you reading that from exactly?
19              MR. ERCOLANI:  Objection.  Foundation, relevance.
20              THE COURT:  Where are you reading it?  I was
21    looking for it myself.  Is it the left column, last
22    paragraph?  Naval Aerospace medical research?
23              MS. YANG:  Yes, Your Honor.  And if you go to the
24    right column, the last sentence -- there you go.  Sorry.
25    Okay.  The end of the first paragraph on the right most
```

```
 1    column, it says no physical symptoms were reported in these
 2    studies.
 3              MR. ERCOLANI:  Objection.  Foundation, relevance.
 4              THE COURT:  All right.  We have to read the entire
 5    paragraph to see if this applies to our case.
 6              MS. YANG:  Your Honor, I'll move on.
 7              THE COURT:  Okay.
 8    BY MS. YANG:
 9    Q.   Okay.  There's just one more paper.
10    A.   Okay.
11    Q.   I promise.  So your research paper summarizes another
12    paper from an author named Bailey; is that correct?
13    A.   Yes.  And I believe my answer is gonna be the same as
14    the last two questions.
15    Q.   Okay.  Let's just cut to the chase.  In that other
16    paper, there are no physical symptoms reported by any of the
17    volunteers; correct?
18    A.   Yes.  And, again, it's not analogous to this case.
19    Q.   Okay.
20    A.   But yes, that's what it says.
21    Q.   So your 2002 paper discusses the forces that people
22    experience during low speed side impact collisions; right?
23    A.   Yes, during a single, low speed side impact collision.
24    Q.   But your paper doesn't just discuss preexisting
25    literature.  It discusses crash tests that were done for your
```

```
 1    paper; right?

 2    A.    Yes.

 3    Q.    And you, in fact, were one of the test subjects in these

 4    crash tests; correct?

 5    A.    Yes.

 6              MS. YANG:  Let me go to 1053-3.

 7    Q.    And in this table on the left, you are N1 in the table;

 8    correct?

 9    A.    Yes.

10              MS. YANG:  I'm gonna turn to Exhibit 1055-1.  And

11    this is already been stipulated and entered into evidence.

12    Q.    This picture shows you in the driver's seat of the

13    vehicle; is that correct?

14    A.    That's back when I had hair.  So yes.

15    Q.    And this picture also shows how the tests were set up;

16    right?

17    A.    Essentially.

18    Q.    And the test protocol is that six impacts were performed

19    on each side of the vehicle?

20    A.    Uh, yes.  I believe so.

21    Q.    The first three impacts were performed at the damage

22    onset threshold, and the last three impacts were performed at

23    higher damage producing speeds; right?

24    A.    Are you reading that from an article, from the article

25    itself?  I would like to refer to the article since this was
```

```
 1    done back when I was 24 years old.  You're reading from it.

 2    Can you just point me to where you're reading?

 3              MS. YANG:  Sure.

 4              Okay, let me turn to Exhibit 1053-3.

10:03AM 5    Q.    And then in the last paragraph where in all caps, it

 6    states test protocol, it says six impacts were performed to

 7    each side of the vehicles.  The first three impacts were at

 8    the damage onset threshold speed and the second series, at

 9    the higher damage producing speed.  Is that an accurate

10:03AM10    summary of the test protocols for the tests discussed in your

11    article?

12    A.    Yes, that's what it says.

13    Q.    And you were essentially a human crash test dummy for

14    six simulated collisions; right?

10:04AM15    A.    Uh, essentially.

16    Q.    And the Delta Vs in this simulated collisions ranged

17    from 1.3 to 9.8 kilometers per hour which translates from

18    .8 miles an hour to 6.08 miles per hour; is that correct?

19    A.    Yes.

10:04AM20              MS. YANG:  Let me turn to 1053-4.

21              Sorry, wrong exhibit.

22              Let me turn to Exhibit 1054-1.

23              And I'm sorry.  I'm gonna go back to 1053-4.  Okay.

24    Q.    So after all these crash tests -- well, hang on.  Let me

10:05AM25    back up.  There were eight different human subjects that were
```

```
 1   the crash test volunteers here in this article?
 2              MR. ERCOLANI:  Objection, relevance.
 3              THE COURT:  Well, let's hang on for a second and
 4   see.  Go ahead.
 5   BY MS. YANG:
 6   Q.   There were about eight different volunteers for these
 7   crash tests in this paper; right?
 8   A.   Yes.  If you wanna go back, you can see the table that
 9   lists the different occupants.
10   Q.   So after all these crash tests across the eight
11   different human subjects, the only physical symptoms were
12   minor neck or shoulder symptoms that lasted up to three days;
13   right?
14              MR. ERCOLANI:  Objection.  Relevance, foundation.
15              THE COURT:  Tell us all where we're reading from.
16              MS. YANG:  Sure.
17              THE COURT:  I see now.
18              MS. YANG:  1053-4, the last paragraph on the page.
19              Your Honor, I don't want to bore you.  I could read
20   it into the record.
21              THE COURT:  I see where you are.  I've read it.
22              Thank you.
23              MS. YANG:  Let me go next to Exhibit 1054-1.
24   Q.   And Dr. Wobrock, this table is titled Appendix B Post
25   Test Follow-Up Interview Summary.  And you're M1 in this
```

```
 1    table; right?
 2    A.    Yes.
 3    Q.    And you only reported feeling lightly light-headed after
 4    the last test, and you, yourself, reported no symptoms after
10:07AM 5    the day of testing; right?
 6              MR. ERCOLANI:  Objection, relevance.
 7              THE COURT:  Overruled.
 8              THE WITNESS:  That's what it says, yes.
 9    BY MS. YANG:
10:07AM10    Q.    And, in fact, looking at this table, none of the other
11    test subjects reported any symptoms after one week after the
12    day of the test; right?
13    A.    Correct.
14              MS. YANG:  Let me flip back to your report at
10:07AM15    Exhibit 1053-5.
16    Q.    Okay.  And then underneath the sentence under
17    discussion, your paper states that there is a clear
18    difference between near and far sided occupants with respect
19    to head accelerations; correct?
10:07AM20    A.    Yes.  There was.
21              MS. YANG:  So let me go back to Exhibit 1054, and
22    I'm gonna scroll to pages 2 and 3.
23    Q.    I'll let you look at that for a second.
24    A.    Okay.  I forgot my classes.
10:08AM25    Q.    Do you want a physical copy of it?
```

UNITED STATES DISTRICT COURT

1    A.    No, I have a physical copy.

2    Q.    Okay.  Do you want a minute to refer to it?

3    A.    No.  Go ahead.

4          MS. YANG:  Okay.  And I'll scroll to the next

10:08AM 5   page 1054 dash 3.  And, again, these pages have already been

6    stipulated and entered into evidence.

7    Q.    This table summarizes whether the test subjects made

8    contact with the vehicle interior; is that correct?

9    A.    Yes.

10:08AM 10  Q.    And in the test done, and it's discussed for your paper,

11   you, yourself, did not experience any head contact despite

12   being the near sided occupant.  Yes or no.

13         MR. ERCOLANI:  Objection, relevance.

14         THE COURT:  Overruled.

10:08AM 15         THE WITNESS:  The window was down.  We

16   intentionally put the window down so people didn't hit their

17   head on the window.  So that was one of the test protocols.

18   But yes, I didn't hit my head.

19   BY MS. YANG:

10:09AM 20  Q.    Does your paper discuss the window being down?

21   A.    I don't recall exactly where or if it does that, but

22   that was what we did.

23   Q.    So we're on page 3 of the table.  In this entire table

24   on page 3, none of the occupants reported any head contact;

10:09AM 25  is that correct?

1    A.    Which column are you referring to?

2    Q.    The fourth column where it states impact vehicle

3    interior?

4    A.    Okay.  Um, again, we put the windows down so I wouldn't

10:09AM 5    expect there to be head contact.

6    Q.    Yes or no, Dr. Wobrock.  Did any of the test subjects

7    summarized on this table at page 3 of the appendix report any

8    head contact?

9    A.    Can you scroll down?  I mean, the paper speaks for

10:10AM 10   itself so if you want to scroll down.

11   Q.    Sure.

12   A.    No, it doesn't look like it.

13          MS. YANG:  Okay.  And then let's go to page 2 of

14   this document, the 1054-2.  And feel free to take a few

10:10AM 15   seconds or as much time as you want to take a look at it.

16   Q.    And I will represent to you there is actually one

17   instance of head contact in this table, and that would be the

18   test subject identified as M2?

19   A.    Yes.

10:11AM 20   Q.    Okay.  That single test subject who reported head

21   contact was the near sided occupant; correct?

22   A.    Yes.

23   Q.    You would agree that none of the far sided occupants in

24   any of these crash tests discussed in your paper reported any

10:11AM 25   head contact; correct?

```
 1              MR. ERCOLANI:  Objection, relevance.

 2              THE WITNESS:  Correct, because the window was down.

 3  BY MS. YANG:

 4  Q.   And in the car accident at issue here, plaintiff was a

10:11AM 5  far sided occupant; correct?

 6  A.   Yes, with his window up.

 7              MS. YANG:  No further questions, Your Honor.

 8              THE COURT:  Redirect.

 9                        REDIRECT EXAMINATION

10:12AM10  BY MR. ERCOLANI:

11  Q.   Why was the window put down in those tests, Dr. Wobrock?

12  A.   So that people wouldn't hit their head.

13  Q.   Did that test look at the preexisting or lack thereof

14  degenerative conditions in the spine of any occupants?

10:12AM15  A.   No.

16  Q.   Would that study give any indication of whether someone

17  who has degenerative conditions, uh, experience any

18  exacerbation of those conditions in that test that was

19  performed?

10:12AM20  A.   No.

21  Q.   Uh, in that test, were the occupants in position or out

22  of position at the time of impact?

23  A.   In position, and that's one of the reasons why this is

24  not completely analogous to this case.  And in terms of the

10:13AM25  defense biomechanical expert, he's missing the point, too,
```

```
 1   because this was not a single collision.  The point of this

 2   collision that we're talking about in our case was that

 3   Mr. Foshee was out of position to start.  There were multiple

 4   impacts to his vehicle.

 5            So in terms of this particular study, we looked at

 6   one impact to the side, but that's not completely analogous

 7   to this case.  You can't look at this particular study

 8   because it's only one collision.  It's not -- it's not taking

 9   into account the totality of the circumstances as in this

10   case.

11   Q.   And you've seen the studies referenced by Mr. Roescher

12   as well in his report?

13   A.   Yes.

14   Q.   And in all of those studies or articles, are the

15   occupants also in position at the point of contact?

16   A.   Yes.

17   Q.   Do any of those studies reference any analogous study to

18   what happened to Mr. Foshee's body in this impact?

19   A.   No.

20   Q.   And were all of the opinions that you reached in this

21   case reached to a reasonable degree of scientific

22   probability?

23   A.   Yes.

24            MR. ERCOLANI:  Nothing further, Your Honor.

25            MS. YANG:  Your Honor, I just have one question
```

```
 1    left for this witness.
 2                       RECROSS-EXAMINATION
 3    BY MS. YANG:
 4    Q.   Dr. Wobrock, now that we've flipped through this paper
 5    from 2002, is there anything in the test protocol section of
 6    this paper that mentions the window being down?
 7               MR. ERCOLANI:  Objection, beyond the scope.
 8               THE COURT:  That was your first question.
 9               Overruled.
10               THE WITNESS:  I don't believe so.
11               MS. YANG:  Thank you.  Nothing further.
12               MR. ERCOLANI:  Nothing further, Your Honor.
13               THE COURT:  Thank you, sir.  You may step down.
14               THE WITNESS:  Thank you.
15               THE CLERK:  Please raise your right hand.
16                          (Witness sworn.)
17               THE CLERK:  Please be seated in this chair.
18               Please state your first and last name, spell it and
19    speak slowly for the record.
20               THE WITNESS:  My name is Hyman Gross, H-y-m-a-n
21    G-r-o-s-s.  I'm a medical doctor and specialize in neurology,
22    MD.
23               THE CLERK:  Thank you.
24               THE COURT:  Dr. Gross, before we get started, I
25    just want to give you a heads-up that we're gonna be taking
```

```
 1    our first morning break, uh, in about 12 minutes, okay, at

 2    10:30.

 3              THE WITNESS:  Okay.  Thank you.

 4                      DIRECT EXAMINATION

 5    BY MR. ERCOLANI:

 6    Q.   Good morning, Dr. Gross.

 7    A.   Good morning.

 8    Q.   In this case, uh, defendant United States government and

 9    plaintiff have stipulated to the admissibility of the

10    experts' CVs and the qualification of the expert -- of the

11    witness as an expert so I don't need to go into as detailed

12    background as probably you're familiar with testifying to

13    establish your expertise.  But because this is a bench trial,

14    I do want the Court to understand the basis of your

15    background, training and expertise.

16              Could you give the Court some background as to what

17    your education is, your training and your practice so he has

18    some understanding of the foundation of your opinions in this

19    case?

20    A.   Well, briefly, I graduated biology honor student at the

21    University of New York.  And after that, I went to medical

22    school graduating from UCLA in 1973.  I did a straight

23    medical internship at Charles Drew for a year, and then I

24    went to USC where I did a residency in neurology.  I became

25    board certified in neurology, uh, a Diplomat of Psychiatry in
```

1    the American Board of Neurology.

2              I also went to Psychology Graduate School at USC.

3    I took courses.  I didn't write a thesis.  It was for

4    interest.  I've done throughout the years various forms of

10:20AM 5    Freudian and Jungian therapy.  I have done research on

6    various dementing brain injuries.  I became certified as a

7    behavioral neurologist and a neuropsychiatrist.  As soon as

8    that specialty came out, I was allowed to take the test

9    because of my experience.

10:20AM 10             I've been practicing and predominantly, I'm in

11   private practice as a neurologist that specializes in areas

12   that are between psychiatrist and neurology.  And I do

13   believe that the mind comes out of the brain.  So that's

14   really my interest, my focus on education and what I enjoy

10:21AM 15   doing.

16   Q.   In this case, what did you do to prepare the opinions

17   that you are going to offer today?

18   A.   Um, I have done, I believe, a meticulous review of

19   medical records, as many as I have or submitted to me.  I

10:21AM 20   reviewed predominantly the brain scan, the brain injury

21   aspect.  I reviewed all the reports.  I asked and was able to

22   get an advanced brain scan, 3T, with multiple sequences to

23   allow us to assess various physiological functions of the

24   brain, not just the architecture.

10:22AM 25             Um, I did a detailed examination of the patient.  I

```
 1   also did a detailed extended mental status examination which
 2   is beyond what you usually do which included both areas of
 3   cognition, intellect as well as emotional behavioral
 4   functioning as well as psychosocial history.  Um, I did a
 5   detailed neurological examination, muscular skeletal
 6   examination and physical examination, um, and, uh, reviewed
 7   as many records as I had and synthesized all that into a
 8   report which I have submitted to the Court.
 9   Q.    You mentioned an advanced MRI.  What is an advanced MRI?
10   A.    Um, this is the highest resolution that we have in terms
11   of it's not just research based, but it's available.  But
12   besides the MRI which shows anatomical sequences, in other
13   words, the architecture or the structure of the brain, but in
14   that are sequences that actually show and reflect certain
15   physiological function of the brain.  These are added on.
16        For example, arterial spin labeling where the red
17   blood cells attack, and they will flow to the brain.  Areas
18   of higher metabolism will pick up a denser flow of blood.
19   Because of that, we can visualize areas of decreased or
20   increased metabolism.  Decreased or increased connections.
21   In other words, we now know the brain works by cerebral
22   networks going back and forth at different locations of the
23   brain to synthesize information synergistically, to see the
24   information coming together, you know, better information on
25   what's transpiring.
```

1          Um, other sequences included volumetrics.  We

2    actually parcellate the brain out and see whether it's an

3    average size or it is decreased.  In other words, we can

4    actually honed in on a simple subsegments of the brain that

10:24AM 5    are atrophied or not, atrophy meaning the brain has shrunk

6    down because of either non-functionability or death of

7    neurons.  And then that's the sum of the sequences.

8          There are more there than that.  Um, they are

9    listed in my report.  For examples, magnetic resin

10:24AM10    spectroscopy.  This not advanced.  This has been around 50 or

11   60 years.  But we can do a biochemical analysis of the

12   components of the brain's metabolism.  So we can see if the

13   brain is metabolically under or overactive or if there's

14   oxidative stress meaning there's not enough nutrition for the

10:25AM15    brain to function in certain areas.

16         We can also see if there is evidence of ongoing

17   inflammatory response in the brain to injury, and that's

18   called, you know, if we see microglial activation which is a

19   kind of neuron --

10:25AM20         THE COURT REPORTER:  I'm sorry, micro what?

21         THE WITNESS:  Okay.  I'll try to stop doctor talk.

22         And I really apologize.

23         THE COURT:  Yeah.  Let me see.  You're the only one

24   in the room.  So you're the only one who so far knows what

10:25AM25    you're talking about.  Okay.  Now I am gonna make it even

```
 1   more difficult.  What's vitally important is that I
 2   understand.  Okay.  So I'm an idiot.  So make this
 3   idiot-proof.
 4           THE WITNESS:  Okay.  Nerve cells that respond like
 5   white blood cells to infection inside of the brain are
 6   support cells, and their name is microglial.  So when you
 7   have an increase in that, we will see an increase on the
 8   spectroscopic examination of the brain and a new peak, and we
 9   can pick up when that's increased.  That's usually increased
10   because of ongoing inflammation of the brain which happens
11   after trauma onset which causes an inflammation that
12   shouldn't be there.
13           Other sequences include neurovascular coupling that
14   we did.  The neurons respond to the brain by dilating or
15   closing blood vessels in order to irrigate areas that need
16   more energy.  The energy comes from the blood.  So if these
17   fail to work because there was a trauma, there is an
18   interference with that.  So these are multiple sequences.  I
19   haven't gone through all of them.
20           But what it does is it allows us to look at the
21   brain from multiple different perspectives to see if the
22   information is convergent.  It's not just one test.  Always
23   when you assess something, you have to use the right
24   thermometer for what's going on, and we don't always have the
25   right thermometer.
```

1          I've also done psychometrics which has some value,

2     but it's really limited.

3          I also talked to -- I try talking to family of

4     patients, and I couldn't always get that.  But I tried to get

10:27AM 5     an idea of who he was before the injury and who he is now

6     because if there's no difference, you know, in behavior or

7     cognition, we doubt that there is some significant change in

8     brain functioning.  So those are all important.

9          I did multiple different types of psychometrics.

10:28AM 10    Uh, there were many comments on the chart about his prior

11    psychological makeup about having PTSD and stress related to

12    relationships.  I tried going through that to really get an

13    idea and see how that fits in this picture.

14          That's a brief summary.  I'm sorry it took so long.

10:28AM 15    BY MR. ERCOLANI:

16    Q.   Are an advanced MRI also sometimes called functional MRI

17    or F MRI?

18    A.   Yes.  That's correct.

19    Q.   And also, you mentioned psychometrics.  What are

10:28AM 20    psychometrics?

21    A.   Psychometrics, uh, psyche is a Greek word.  It means the

22    mind or the brain.  It's how we think.  And metrics means the

23    measurement.  And these were the first attempts at measuring

24    brain function, but they're removed from the source so you

10:29AM 25    have to have the filters and the personality and the

1   personality testing.  They are crude, but they do have some

2   value.  And they have limitations, and that's part of what's

3   going on here.

4   Q.    Now, do you have an opinion as to whether advanced MRI

10:29AM 5   or functional MRI is superior to psychometrics or is it just

6   another tool?  How do they relate to each other?

7   A.    Well, okay.  Um, advanced MRI is the cutting edge.  It's

8   technology.  Um, you know, we didn't have computers.  The

9   degree of sophistication that we have now, we did not have

10:29AM 10  when psychometrics were first invented.  They initially were

11  invented to assess school ability in France.  Are kids gonna

12  do well?  And then later on, they evolved into the Army in

13  World War I.  And later on, they went into vocational

14  abilities.  So they gradually progressed until people stopped

10:30AM 15  and thought, well, maybe there's more information that we can

16  use.

17        And so in the 1930s, the Weschsler Adult

18  Information Scale, IQ test, was invented or described by

19  David Weschsler.  And then only in the 1990s and 1980s did we

10:30AM 20  have advanced imaging of the brain.  So there's like at least

21  a 60-year difference between an historical development.  And

22  the original IQ tests were based on hypotheses that were

23  never proven.  They were presumptive.  In other words, they

24  had no gold standard.

10:30AM 25        So if you take an MMPI which is a personality

UNITED STATES DISTRICT COURT

1    inventory, and you do it on so many high school kids, you

2    will get a normal bell-shaped curve so you can average,

3    superior, inferior.  You get an idea what statistically

4    someone would do.

10:31AM 5         But let's say that patient or one out of those

6    patients has a seizure disorder, for example.  So if you have

7    a seizure disorder, it's not documented.  The patient can

8    have periods of absence, not being there, not knowing what

9    he's doing, smelling things that aren't there.  And all these

10:31AM 10   might be written off as bizarre or changes and described as

11   personality changes.  But there was nothing there to take

12   that out of the picture without advanced neurodiagnostic

13   capacity.

14        So the closer you can really get into objectifying

10:31AM 15   where the original signal is coming from, you're gonna get a

16   better picture of what's going on.  The psychologists are not

17   medical physicians.  So they have the capacity, but they

18   don't always have the training that a medical physician will

19   have such as pharmacology, anatomy, microcircuitry of the

10:31AM 20   brain, really understanding what they see.

21        So they have limited places, and -- and -- and they

22   have -- you have to understand them to utilize them.  And you

23   have to understand what's good about them and what -- you

24   know, where they fail.

10:32AM 25   Q.   And as a medical doctor, you rely on this F MRI as an

UNITED STATES DISTRICT COURT

1   objective study?

2   A.   I believe it's the closest to the truth that we can get.

3   And let me just add one thing.  In a surgical situation where

4   it might be a life-threatening decision I would rely on it.

10:32AM 5   For example, I have a tumor in the brain that I want removed.

6   If that tumor is close to the speech area, I would be able to

7   tell the surgeon what planes to use to avoid damage to the

8   speech area.

9   Q.   So you use an F MRI to determine what parts of the tumor

10:32AM 10   to remove and what parts to leave intact and not damage the

11   brain?

12   A.   Well, that's an example, but there are lots of other

13   abnormal blood vessel formation.  There are a lot more things

14   in the brain.  So it has to be that good.  It's used in every

10:33AM 15   major medical center for things like that.

16        MR. ERCOLANI:  Your Honor, before I move into the

17   next section which we'd be talking about the F MRI that was

18   done on Mr. Foshee, do you want us to break?

19        THE COURT:  Thank you.  All right.

10:33AM 20        Let's take our first morning break, 15 minutes.

21             (Recess taken.)

22   BY MR. ERCOLANI:

23   Q.   Before we broke, Dr. Gross, you were talking about the

24   advanced or functional MRI.  Are those widely available?

10:48AM 25   A.   No, they're not.  They're limited, but they're

```
 1    increasing.  They're available at most medical university
 2    centers.  And there are several other places that can do
 3    them, but it takes advance software packages to do them or
 4    process them as well as a high resolution imaging device.
 5    And the highest that we have, we actually have up to 7 or
 6    11T, but those are very few university centers, maybe two in
 7    the country.  The highest ones that are generally available
 8    are 3T.  And that's what I used, but they are not available
 9    all over.  They are available when you need them.
10    Q.   And for Mr. Foshee, did you order a 3T advanced
11    functional MRI?
12    A.   Yes, I did.
13    Q.   And was that done?
14    A.   Yes.
15    Q.   And did you get the imaging back from that that you were
16    able to then go through and review?
17    A.   Yes.
18    Q.   And did you do that in this case?
19    A.   Yes, I did.
20         MR. ERCOLANI:  I'm gonna turn your attention to
21    Exhibit 62 which has been deemed admitted.
22    Q.   After the advanced MRI is done, Dr. Gross, does the
23    software that you discussed create a 3D image of the brain?
24    A.   Yes, it does.
25    Q.   And do you then look at that, and you have the ability
```

```
 1     to, you know, with your own software turn it, rotate it and

 2     look at different parts of the subject's brain?

 3     A.   Correct.

 4     Q.   And to be clear, this is not a sampling.  This is his

 5     actual brain.  This is a 3D image based on the scan that was

 6     done of his actual brain.

 7     A.   This is a high-resolution image that's taken from the

 8     computer, stacking 7-or-9-millimeter images on top of each

 9     other, and then the computer will draw this image based on

10     those images that we usually see on conventional MRI.  But

11     it's what's called MP-RAGE sequence where multiple -- it's

12     stacked like a loaf of bread putting it all together so we

13     can look at different areas of the brain.  The one you're

14     looking at right now is not the surface reconstruction.  The

15     first two were surface reconstructions.

16     Q.   The first two are the -- putting together all those

17     stacks, I think you said slices of bread is what you just

18     called it?

19     A.   Correct.

20     Q.   And is this just an image of a top-down view of one of

21     the slices?

22     A.   This is what's called an axial slice.  So if you take

23     one loaf of bread, and then you take out one piece of bread,

24     this is what that would represent.  One slice.

25     Q.   Do you have the demonstratives that you were prepared to
```

```
 1    use today?

 2              MS. EMERSON:  Your Honor, may I hand this up?

 3              THE COURT:  Sure.

 4    BY MR. ERCOLANI:

10:51AM 5   Q.    Dr. Gross, did you have 3D images built or 3D prints of

 6    Mr. Foshee's brain made from the 3D model that was created

 7    from this image?

 8    A.    Yes.

 9    Q.    And is that what you have as your demonstrative today?

10:51AM10   A.    Yes, I do.  This is computerized, uh, you've heard of

11    this 3D imaging, and this is a normal brain.

12    Q.    You have two 3D models there; correct?

13    A.    Correct.

14    Q.    And is one of those Mr. Foshee's brain?

10:52AM15   A.    Yes, it is.

16    Q.    And what is the other one?

17    A.    This is a perfectly normal brain.  And the reason for

18    that is something without the additional build-up, it's kinda

19    hard to visualize it.  Uh, the 3D putting these pictures

10:52AM20   together in your brain to see what the actual brain would

21    look like.  This is a three-dimensional surface

22    reconstruction that actually shows the brain and we can see

23    the difference between the brain by looking at the areas --

24    if you think there are two structures on the surface of the

10:52AM25   brain.
```

```
 1   Q.   Let me ask you a question, Dr. Gross so it's clear on

 2   the record which one you're referring to.  You have there a

 3   healthy, uh, you said health brain and that's from an

 4   unrelated subject, just something you can access to?

 5   A.   Yes.

 6   Q.   And which one of the demonstratives that you have there

 7   is the healthy brain?

 8   A.   This one right here.

 9   Q.   And the other brain is?

10   A.   This is the brain scan.  This was taken and produced

11   from the brain scan that I ordered.

12   Q.   Of Mr. Foshee?

13   A.   Of Mr. Foshee, right.

14   Q.   Could you describe if there are, are there any

15   differences between Mr. Foshee's brain overall that you see

16   and the exemplar healthy brain that you brought today?

17   A.   Yes.

18   Q.   And could you describe generally what those are?

19   A.   First of all, the overall pattern, the normal brain is

20   sort of plump organ.  It has multiple hills which called gyri

21   g-y-r-i and valleys that are called sulci s-u-l-c-i.  And

22   this is the normal surface of the brain.  It kind of looks

23   robust.  It looks like these are plump and they're taking up

24   as much space as they can because the real estate in the

25   skull is limited, we want to use as much surface we can for
```

10:53AM (line 5)
10:53AM (line 10)
10:53AM (line 15)
10:53AM (line 20)
10:54AM (line 25)

```
 1    nerve health.

 2            Then you get a brain that has some issues with it.

 3    This looks like almost like a coral reef where you see the

 4    areas that are atrophied or shrunk down.  The valleys are

10:54AM 5    deeper.  The mountains are a little more sharp.  This

 6    represents loss of nervous tissue.  It's a little more

 7    localized in two places.

 8            Now, the brain is subdivided, and if I'm going

 9    further than your question, please let me know.

10:54AM10    Q.   Well, Let me ask you another question.  So are there

11    things that you observed that you believe in Mr. Foshee's

12    brain represent acute injury?

13            MS. YANG:  Objection, leading.

14            THE COURT:  Overruled.

10:55AM15            THE WITNESS:  Are you talking about just this

16    sequence?

17            MR. ERCOLANI:  Overall from the advanced MRI.

18            THE WITNESS:  Okay.  So sometimes you can't tell,

19    you know, what you see is shrinking of brain tissue on the

10:55AM20    surface.  You can't always time that because that's a result.

21    It will take at least six months or longer to show the

22    shrinkage of the brain after an acute traumatic event.  You

23    can see what are called axonal shear injuries in what are

24    called certain sequences where you'll see little bright dots

10:56AM25    in certain locations.
```

1           The ones -- and what they represent is it's a tear

2    injury of the individual neuron is very thin.  It's

3    one-one hundredth of a human hair maybe.  And when you torque

4    the brain or the brain gets struck or it's twisted around,

10:56AM 5    hits an object or a hard object hits it, then you can tear

6    these neurons.  And the neurons are the wires that carry the

7    information from the reception to the brain that processes

8    them and then sends an outgoing motor signal.  If those axons

9    are interrupted, you will get these white spots in certain

10:56AM10    locations.

11    Q.   Let me ask you a question about that.  You just told us

12    that if the brain strikes something, does the head needs to

13    strike something in order for those shearing events to

14    happen?

10:57AM15    A.   No.  It can happen, well, first of all, the brain comes

16    inside a bony box, the skull.  So if the brain hits the

17    skull, that's hitting a hard object, but you don't always hit

18    hitting a surface, if that's what you're asking me.  It could

19    be swung like a pendulum, like a volleyball on a rope.

10:57AM20           When it gets swung around, you know, it's moving or

21    if you strike it, this is a microscopic injury that causes

22    the brain -- and the microscopic means beyond resolution

23    usually of the human eye.  It can oscillate, go back and

24    forth, until it comes to rest.  That can have a repetitive,

10:57AM25    you know, sequence of tearing and torque on very fine

filaments.  And they're so small that in one cubic

millimeter, you can have 400,000 neuronal elements together.

So a small injury can interrupt a lot of pathways.

Q.    You talked about, um, you said like a volleyball.  Are

there other situations where in your practice you see this

type of injury occur?

A.    Um, yes.  For example, blast injuries they're gonna

cause the brain to oscillate.  The two typical one are fall

injuries or sports injuries like a football concussion.

Q.    What about whiplash?

A.    Oh, whiplash definitely, yes.

Q.    And what happens to the organ, the brain, um, in a

situation where if the head is whipped in a whiplash injury?

A.    Well, we talk about a couple different types of

injuries.  One of them is a coup, which is a French word for

a hit and then a counter-coup.  The head is -- the brain is

attached to the brain stem so that becomes like the

volleyball and it doesn't have the same density as the bony

ball.  So it will hit against the bone, and then it will

bounce back and hit against the other side of the brain.  So

you can have a frontal injury which is very common.  The

frontal temporal injuries are more common, and then it will

hit back and hit the posterior parietal occipital region

which is back here.

            On this image of Mr. Foshee's brain reconstruction,

UNITED STATES DISTRICT COURT

          1    I don't know if you can see it from here, but it's clearly

          2    atrophic back here.  It atrophied.

          3    Q.    Is there an area that you're looking at where you see on

          4    his brain that there appears to be atrophy or is that

10:59AM   5    shrinking?

          6    A.    Yes.

          7    Q.    Where there appears to be atrophy on his brain in an

          8    area where you would have see coup or contra-coup?

          9    A.    Yes.

10:59AM  10    Q.    And which one of those is it?

         11    A.    Well, first of all, this is just the surface imaging,

         12    but we also see on conversion of other images similar

         13    changes.  But this is the -- back here, to me this is the

         14    most impressive is the parietal occipital region which is

11:00AM  15    back here.  And this real estate is used for -- the occipital

         16    cortex is for visual processing of information.  Um, it's

         17    usually for judgment of line orientation, um, and we can see

         18    that this whole area is shrunk in comparison to the normal.

         19    It's not the same structure any more.

11:00AM  20    Q.    And you said that that atrophy can take six months or so

         21    to appear?

         22    A.    Yeah, it's variable because sometimes it's a little

         23    longer.  It takes some time for scar tissue to form because

         24    originally after an insult, there's edema or swelling, and

11:00AM  25    then it shrinks down.  And then the brain kind of like a

bruise on your skin, you'll have, you know, change in color

of blood, but then have you'll a clot.  And then eventually

that retracts the healing body and healing body takes care of

that and your skin regrows.

11:01AM  Q.    When was this functional MRI done on Mr. Foshee?

A.    It was done probably -- let me just get the exact date.

I'm sorry.  I don't have the report in front of me.

Q.    I can pull that up for you if that's helpful.  Turning

your attention to Plaintiff's 61.

11:02AM        Dr. Gross, take a look at that and tell me when

that would have been ordered and completed.

A.    It was done. . . Performed on October 30, 2023.

Q.    And do you have an understanding of when this auto

collision occurred?

11:02AM  A.    Yes, it was March 6, 2021.

Q.    Is that a sufficient amount of time for the atrophy

you're describing to appear?

A.    Yes.  The usual rule is after a brain injury, there is

some compensation and collateral renervation and the brain

11:02AM  adapts, but by three years after an injury, things are pretty

definite, permanent.

Q.    Turning your attention, you talked about what's apparent

in the 3D imaging, but I think you also referenced other

sequences.  Are there other sequences of the functional MRI

11:03AM  of Mr. Foshee's brain that indicated to you the presence of

         1    objective injury?

         2    A.    Yes.

         3    Q.    And can you describe those for the Court please, just

         4    one sequence at a time.

11:03AM  5    A.    Can I move the screen up or down?

         6    Q.    I can move it forward for you.  This is your Rule 26

         7    report.  That's up.

         8    A.    I do have it with me.

         9    Q.    Exhibit 60 is the Rule 26 report.  61 was his rebuttal

11:04AM 10    report.

        11    A.    The first portion of the report talks about the

        12    three-dimensional surface rendering that I think I've

        13    described.  Kind of reiterates what I've said.  It also

        14    mentions, this is important.  More important than its

11:05AM 15    appearance.  Just seems very small, but you can see there's

        16    gap in the inter -- between the two hemispheres.  There's a

        17    space in between that.  That space is a lot wider than it

        18    should be.

        19           And up front there's actually area of atrophy, this

11:05AM 20    frontal area.  The reason this area is so important is

        21    because it governs judgment, impulse control, ethical

        22    behavior.  It judges the balance of things, how things are

        23    important or non-important.  And it works together to govern

        24    the sensory input from the back of the brain.

11:05AM 25           So it's like a superimposed computer that helps out

UNITED STATES DISTRICT COURT

1    programming and picking out what a best response to

2    environmental stimuli might be and we rely on that.  This has

3    been known since 1848 basically how important the front

4    sectors of the brain are.

11:06AM 5    Q.    Is that the basis of lobotomization?

6    A.    Well, people used that for lobotomy because they

7    realized when people had frontal lobotomy, they weren't as

8    agitated.  Originally, this started in 1938, and all of a

9    sudden, people that were very agitated, highly neurotic

11:06AM 10    became very placid, and they weren't motivated to do

11    anything.  They would sit around quietly.  So people thought

12    they weren't changed, but they lost their personalities.

13    That's why we don't do that any more.

14    Q.    And in Mr. Foshee's functional MRI, are you able to

11:06AM 15    determine if objectively that area is damaged?

16    A.    It is damaged, yes.

17    Q.    Do you have an opinion as to what caused that damage?

18    A.    Well, there's more damage on the frontal pole than there

19    is on the right, but there's also some damage on the right

11:07AM 20    and also back in the posterior parietal region.  I believe

21    his frontal damage was caused by when he hit his, I believe,

22    his frontal forehead against the interior of the car.

23    Q.    We heard from, uh, just heard from Dr. Wobrock that

24    initially Mr. Foshee moved forward and to the right,

11:07AM 25    backwards to the left, then to the right and to the left and

 1      at some point struck the driver's side window.

 2              Is that consistent with what you see in the damage

 3      that you're describing in Mr. Foshee's functional MRI?

 4      A.   Yes.  I might add that this was not a minor injury

11:07AM 5  because it caused severe damage to the neck.  In other words,

 6      there's enough mechanical energy to there to tear and cause

 7      swelling in the end plate of vertebral body at C7.  So these

 8      were acute events and that's not an insignificant bump on the

 9      head.  That's major -- it's enough force to cause that.  Most

11:08AM 10 injuries aren't that severe.

 11     Q.   We heard from Dr. Mobin.  You've reviewed Dr. Mobin's

 12     report in this case as well; correct?

 13     A.   Yes.

 14     Q.   Dr. Mobin told us and he brought a little model that the

11:08AM 15 end plates in this flexion injury kind of smacked into each

 16     other and then developed edema.  Is that what you're

 17     referring to?

 18     A.   Correct, yes.

 19     Q.   And what do you call that?

11:08AM 20 A.   Well, it's called a compression fracture.  There's

 21     breaking of the bone trabeculae or the -- the -- the --

 22     trabeculae is t-r-a-b-e-c-u-l-a-e, I believe.  And that's the

 23     matrix of the bone is damaged.  And that's a lot of energy.

 24     That's not minute.  And the fact that his brain oscillated

11:09AM 25 back and forth in that reconstruction means there wasn't just

1    one hit.

2          The brain was hit in several different places; the

3    back of his head, the side of his head, the right and left

4    frontal region.  And on the brain scan, that correlates with

11:09AM 5    that with major damage shown to be in the left frontal lobe.

6    Q.    Just to be clear for the benefit of the Court, you're

7    not saying that his head needed to hit things on each one of

8    those.  It's the head moving back and forth and what happens

9    with his brain or does the head need to hit something?

11:09AM 10          MS. YANG:  Objection, leading.

11          THE COURT:  It is, but I'll allow it.

12          THE WITNESS:  Could you repeat the question?

13    BY MR. ERCOLANI:

14    Q.    What you were just describing with the back and forth,

11:09AM 15    does the head need to strike something with each of those

16    back and forth movements or are you referring now to what you

17    discussed earlier with the brain moving in coup, contra-coup?

18    A.    For the damage to be done, it's the oscillation.  It

19    doesn't actually have to hit, but you're adding two aspects

11:10AM 20    to the trauma.  One is the sudden torque or the sudden shear

21    where you're getting mechanical energy, you know, going, a

22    kinetic force that's stopped and pulled back.  That's where

23    you tear those axons.  That's different than when you have

24    just the impact, hitting something where you actually can

11:10AM 25    contuse tissues.  Those are two mechanisms of injury that are

UNITED STATES DISTRICT COURT

```
 1    different, but they were both present.

 2    Q.    Is there a cumulative effect of head injury?

 3    A.    Yes.

 4    Q.    And what is that?

 5    A.    Um, it's basically each traumatic event, you have to

 6    give it time to heal and if you don't, the brain might be

 7    more sensitive to the next event.  And over time you can

 8    develop something that we now recognize is called chronic

 9    traumatic encephalopathy where you have the cumulative effect

10    has reached a certain point of no return.  And then the brain

11    functioning slowly decreases, but it can happen even after

12    one impact.  We don't know how many impacts it really takes,

13    but it's more often seen in people that have repetitive hits

14    to the head like football players or boxers.

15    Q.    And in your interviews with Mr. Foshee, did you

16    determine if he's had multiple hits to the head?

17    A.    Um, I think he's had several.  None of them were, uh,

18    none of them ended up in the situation where he needed an

19    emergent surgery and he said -- he was pretty straightforward

20    as I could tell.  He said he got his bell rung a couple

21    times, but none of them required major hospitalization.  And

22    I'm not sure if the brain, you know, the brain tolerates a

23    certain amount of injury and usually gets better.  But once

24    you reach a cumulative impact, then you start seeing changes

25    over time.
```

1    Q.    You had the benefit of all of his medical records, even

2    medical records that predate this accident; correct?

3    A.    Correct.

4    Q.    Was there any care that Mr. Foshee sought out at any

11:12AM 5    time prior to this accident related to head injury?

6    A.    Not specifically to head injury, no.

7    Q.    We were talking earlier and I think we may have kind of

8    changed paths, but you were talking about the difference

9    sequences of the functional MRI.  Have you gone through all

11:12AM 10    of the sequences in which you believe demonstrate objective

11    evidence injury to Mr. Foshee's brain?

12    A.    Uh, I did not.  Let's see if this has my report in front

13    of it.  Yes, you have it on my screen right now.  Like I

14    said, we did a -- let me see.

11:13AM 15    Q.    Dr. Gross, if it helps you to have the physical copy,

16    you may be struggling to find the physical copy.  We can get

17    you a physical copy.

18    A.    Yeah, I do have one.

19    Q.    Do you have them there?  It's your Rule 26 report.  It's

11:14AM 20    Exhibit 61, and then 62 is your rebuttal.

21    A.    I'm sure I have it right here.  So you're asking about

22    the sequence and I do have the report in front of me.  So we

23    talked about the surface reconstruction.  The next part of

24    the report talks about the actual segmental morphology

11:14AM 25    meaning dividing the brain.  The brain has certain areas that

1    are hubs for language, for comprehension, for behavior.  So

2    we can do volumetric which I mentioned.  It means statistical

3    mapping and measuring of those areas.

4    Q.   Did that demonstrate to you objective damage to

11:15AM 5    Mr. Foshee's brain?

6    A.   Yes, it really did.  There's something called the

7    rostral anterior cingulate were atrophic, they were shrunk

8    down.  On the left rostral anterior and cortal cingulate,

9    they measured one percent of the normative amount.  So that's

11:15AM 10    severely shrunk down.  Now -- and on the right side, it

11    measured eight percent.

12         So what that means is that the left had a greater

13    hit than the right in terms of sequence of traumatic events.

14    The anterior cingulate is the area that synthesizes and acts

11:16AM 15    as the generator of activities, the fountainhead of the

16    brain.  We put all this information together, we have an

17    action plan, and we know how to respond to external stimuli.

18         We put our emotional feelings which are going to be

19    bottom down and our cognitive process of intellect, we put it

11:16AM 20    together, and then we come up with a plan to execute, uh,

21    function.  That area, that spigot or that faucet comes from

22    the rostral anterior cingulate.

23    Q.   And do you see that damaged in Mr. Foshee?

24    A.   Yes.

11:16AM 25    Q.   Are there any other sequences that you relied upon to

UNITED STATES DISTRICT COURT

1    determine that you believe there's objective evidence of

2    damage to Mr. Foshee's brain?

3    A.    Yes.  And then, uh, on the arterial spin labeling which

4    is the blood flow sequence I talked to you about, blood flow

11:17AM 5    is coupled with metabolism or the use of the fuel for the

6    brain which is sugar and oxygen and it's correlated highly

7    with the areas of highest use of the brain.  It's decreased,

8    the areas that have decreased metabolism or are weaker or not

9    working.  He's had areas of decreased metabolism.

11:17AM 10         It was greatest in the left frontal, but also in

11    areas of the right frontal and also both posterior parietals.

12    So that's an additional conversion sequence to what we saw in

13    the anatomy.  It adds information.

14         In other words, you can have a diagram of an

11:17AM 15    architecture of the house with all the wires in place, but

16    you don't know if the wires are working until you turn the

17    lights on.  This is a way of turning the lights on and seeing

18    there's less metabolism in those areas that is congruent with

19    the atrophy that we saw.

11:18AM 20    Q.    Dr. Gross, you've been describing these different

21    sequences for us and -- and why they indicate to you

22    objective injury.  How would you describe the organ of the

23    brain in terms of its density?  You previously talked about

24    it's less dense than the structure of the bone, the skull.

11:18AM 25    How would you describe the brain in that regard?

UNITED STATES DISTRICT COURT

A.   It has two different densities.  It has the cortical
gray which is the top area of the brain where all the
neuronal bodies are, the cell bodies, and then the cell
bodies give out a long axon, a wire.  The areas under that
cortex are called white matter because they have a lot of
what's called myelin or the insulation of the wire.  So they
have two densities and that's why you see axonal shear injury
when those densities change.

        For example, if you take a yogurt parfait with some
whip cream on and you throw it against the wall, they're
gonna separate because the densities differ.  That's the area
of rupture of the neuron where those densities change.  And
the density of generally the brain is like jello, it's
pudding as opposed to the bone which is like a stone-like
hardness.

Q.   You said the density of the brain was like jello or
pudding?

A.   It's a soft tissue organ, right.

Q.   Would you describe it as robust or delicate?

A.   Um, that's a relative term.  I -- I look at a brain like
the healthy one and it looks pretty robust, but one that's
damaged it's obviously not as robust.

Q.   Is the structural integrity of the brain is it delicate?

A.   Um, it's delicate.  Um, you can't -- well, that's a
relative term.  It take certain amount of injury quite well.

1    I mean, we're built marvelously, I don't know how else to say

2    it.  We have a lot of integrity, we a lot of mechanisms to

3    preserve and to heal, but there's a point, a breaking point

4    that we can't take any more of it.

11:20AM 5    Q.    Dr. Gross, there was some challenge to whether it's

6    appropriate to use a functional MRI -- strike that.

7          Did you review the reports of Dr. Danan, the

8    defense neurologist and Dr. Hinkin the defense

9    neuropsychologist?

11:20AM 10    A.    Yes, I did.

11    Q.    There was some challenge to whether it's appropriate to

12    use a functional MRI on an individual diagnostic basis.

13          Did you see that?

14    A.    I saw that.

11:20AM 15    Q.    Do you agree that it's appropriate or inappropriate to

16    use functional MRI on a diagnostic, individual diagnostic

17    basis?

18    A.    You know, it depends on the individual that does it.  If

19    you don't have any training in the microcircuitry of the

11:21AM 20    brain or the anatomy or the physiology, you can't use it and

21    that's why neuroradiologists should not and are not really by

22    their own guidelines, they don't read functional imaging.

23    People that usually do this have advanced training in it

24    because it's not just anatomy.  It's understanding the

11:21AM 25    cerebral networks.  It's a lot more complicated than just

1    standard neuroradiology which is basic anatomy.

2    Q.   Do you have advanced training to do this?

3    A.   I do, I do.  Thank you.  I have been doing this since it

4    came out basically.

11:21AM 5         MR. ERCOLANI:  Your Honor, may I take a brief break

6    to review my notes?

7              THE COURT:  You haven't finished yet.  So much for

8    brief.

9              MR. ERCOLANI:  May I just take a brief break to

11:22AM 10    review my notes, Your Honor?

11             THE COURT:  Third one.  When are you going to

12    review the notes?

13             MR. ERCOLANI:  I'm sorry.  I apologize.  I'll do it

14    from the lectern.

11:22AM 15    Q.   There was also some discussion whether this methodology

16    is FDA approved.  Do you see that?

17    A.   If you want to read the specific sentence, I'll be happy

18    to -- but it is -- it's not -- this is FDA approved in terms

19    of the software.  It's definitely FDA approved.  No machine

11:23AM 20    really makes a diagnosis.  It's the clinician utilizing the

21    tools that makes the diagnosis.  So if a clinician is not

22    trained in it, I agree with that.  They should not read it.

23    And someone that doesn't have training in this definitely

24    should not read it.

11:23AM 25             Most neuroradiologists have no concept.  Like I

1  think their expert, um, doesn't do this and he wouldn't know

2  how to read them.  He didn't even try looking at my scans as

3  far as I can tell from his notes.

4  Q.    Did you also conduct an interview where you did

11:23AM 5  psychometric testing with Mr. Foshee?

6  A.    I did.

7  Q.    And what was included within that?

8  A.    It was -- there were multiple, different and varied

9  psychometrics including testing for immediate and delayed

11:23AM 10  memory, attention, visual spatial functioning, um, executive

11  functioning and a lot of these tests -- and language.  A lot

12  of these tests were done on several occasions so I had

13  internal control.  Um, I did a test for effort and

14  cooperation, um, and I did -- I did an extensive personality

11:24AM 15  inventory called the TSI-II which is an analysis of post

16  traumatic stress disorders.

17  Q.    How long did you meet with Mr. Foshee in doing that?

18  A.    I don't remember the exact hours, but it was a good part

19  of the day.  It was probably about seven-and-a-half hours or

11:24AM 20  so.

21  Q.    In this time you spent with him, did you also get a

22  history of his background, his life, his childhood?

23  A.    Yes, I did.

24  Q.    What did you learn generally?

11:24AM 25  A.    Uh, he had a stormy background, but despite that he was

    1    able to get a high school education as best as he could.

    2    When he was 19, he got in some trouble with the law, um, and

    3    then he was able to -- and his parents got divorced and

    4    remarried, um, several times.  His parents were not very

11:25AM 5    stable in certain ways, but despite this he got As, Bs and Cs

    6    in college -- excuse me in high school.  He eventually was

    7    able to get into a college.

    8         He had -- he had tried on several occasions to

    9    remake himself.  Uh, the one area of his life that he felt he

11:25AM10   had self-esteem in was his athletic capacity and he excelled

   11    in that.  He became a world champion in two domains.  So he

   12    was able to pull himself up by himself, and he helped his

   13    brother who got back from being in the service with a back

   14    injury and he moved out to California to help take care of

11:26AM15   him.

   16         And he gradually was able to work in various kinds

   17    of industry, getting a real estate license and start a real

   18    estate practice.

   19    Q.   My question for you, Dr. Gross is do you believe -- did

11:26AM20   Mr. Foshee discuss with you unfortunately a very personal

   21    childhood traumatic event that he underwent?

   22    A.   Yes, and I'm a little reluctant to talk about it.

   23         THE COURT:  There's no need.

   24    BY MR. ERCOLANI:

11:26AM25   Q.   The question I have for you is do you believe that,

there has been some discussion from defense experts as to
whether these other factors are the true effect of deficits
Mr. Foshee is experiencing.

Do you believe that those factors such as PTSD,
childhood trauma, depression play any role or play some role,
any role in the deficits that Mr. Foshee is experiencing?

A.   I do more.  I believe it makes him more susceptible to
additional injury.  And let me just talk a minute about that.
For example, PTSD, symptoms PTSD can be protracted especially
from prior childhood abuse.  Um, we've all heard about war
veterans they hear a truck backfiring, they dive under the
coffee table because they have a hyper alertness to
additional trauma.

But the one thing that most people don't realize
there's a sub-segment of PTSD that's called dissociative
type.  And that's where we're not connected to the anxious
response, but we're connected to blanking out.  When we hear
something that's so painful that we don't want to deal with
it, we blank out, and then we don't have an anxiety response.

PTSD is classified as an anxiety response, but the
dissociative type which he scored very highly on my test is
that kind where you can have periods of loss of memory.  You
might be driving and not knowing where you're going and all
of a sudden you wake up or someone might confront you and you
just, you know, just ignore them.

1          Basically, you have this top-down inhibition of the

2     amygdala functioning which is a portion of the flight or

3     fight portion, a trigger of the brain, but the inhibitory

4     portion cuts that off and they seem like they're terribly

11:28AM 5     calm in the sense of a storm or they blank out from the

6     reality of what's going on.

7     Q.   Did you review the report of Dr. Hinkin, the defense

8     neuropsychologist in this case?

9     A.   Yes, I did.

11:28AM 10    Q.   Did he talk about having Mr. Foshee complete some

11    validity tests?

12    A.   Yes, he did.

13    Q.   What are validity tests?

14    A.   Well, the other word for them is test for cooperation or

11:29AM 15    effort or malingering.  Now, there's literature about what's

16    good and what's bad about them.

17    Q.   We'll get into that in just a second.  Did Dr. Hinkin

18    report that in Mr. Foshee completing some of these validity

19    tests that he took, uh, up to 30 seconds per question and a

11:29AM 20    test took him 67 minutes to complete that he contended should

21    have taken 15?

22    A.   First of all, I don't think Dr. Hinkin did it.  I think

23    he had a PsychD who was a psychometrician because nobody

24    takes 67 minutes to perform that test.  The manual says

11:29AM 25    you're supposed to take ten seconds, and then tell your

1    client, you know, give me your best guess.  And this was

2    like, this to me was a big red flag.  There was something

3    wrong with his test, the way it was done.

4         Um, the other thing that was wrong with it, he

11:30AM 5    performed this test after I performed the test.  So maybe he

6    knew and maybe he didn't know that I performed the test.

7    Now, the problem with that is you can't perform this test

8    twice on someone who has a frontal lobe problem because the

9    test consists of a part where you say, you know, you show a

11:30AM 10   patient pictures of something like a wheelbarrow or whatever,

11   and then you repeat it a second time.

12        And a third time, you know, a couple minutes later,

13   you show him two pictures and you ask him did I show you this

14   or did I show you A or B.  Because visual recollection of an

11:30AM 15   actual icon is much better than verbal recall.  So he was

16   asked if he saw these pictures before, he was telling the

17   truth.  He really did because I already showed the pictures.

18   And for Dr. Hinkin to magnify this as something it's just not

19   reliable at this point in time.

11:31AM 20        In other words, there are a couple options when you

21   have a test like that.  One is the patient's malingering

22   which is a criminal offense.  It's not psychiatric diagnosis.

23   The second one is, you know, the patient doesn't want to do

24   the test and he's responding randomly.  He's going one two,

11:31AM 25   one two, one two.  I remember doing that on a vocational test

1    when I was in school.  Um, it happens.  The third one is you

2    could have other reasons for just not doing well.

3              So in a certain segment which I believe is up to

4    40 percent of the time in a defensive situation, those tests

11:31AM 5    are limited.  And you have to know the limitations of your

6    thermometers to use appropriately.  This was very

7    inappropriate and it questions the validity of the test here.

8    Q.    You talked about a dissociative response.  Did you find

9    that Mr. Foshee exhibits a dissociative response where he

11:32AM 10    essentially zones out?

11    A.    Yes, I believe he does that some times.

12    Q.    And if that was occurring during this test, does the

13    instructions or manual for how to administer it give the test

14    provider instructions about what to do if it's taking the

11:32AM 15    participant too long to complete?

16    A.    Not really.

17              MS. YANG:  Objection.  Vague, compound.

18              THE COURT:  Overruled.  Go ahead.

19              THE WITNESS:  The only instructions that I recall

11:32AM 20    in the manual is after ten seconds, give me your best guess.

21    BY MR. ERCOLANI:

22    Q.    In your opinion should that test ever take 67 minutes?

23    A.    In my entire career, I've never seen anybody documenting

24    that they've done it.  It certainly doesn't take more than,

11:33AM 25    you know, a few minutes to perform this test.  It's a quick

1    test.

2    Q.    Is that something that the examiner should have in your

3    opinion done differently?

4    A.    Well, he certainly should have raised the question or

11:33AM 5    just not, you know, this is -- yes, he shouldn't have done

6    it.

7    Q.    What's the name of that test?  Is there a name for that

8    test?

9    A.    Yes, it's called the Test of Memory and Malingering.

11:33AM 10    Q.    In reviewing the defense neuropsychologist report,

11    Dr. Hinkin, did you have any other criticisms or

12    disagreements with his opinions?

13    A.    Well, yes.  Um, first of all, one of the things that I

14    used to assess correctness of a test is I look at his data

11:34AM 15    and compare it to any other psychometrics that I might have

16    done and see how different they are.  And what I'm finding

17    out in certain areas, they're exactly congruent.  I found

18    that he was impaired in visual memory, in the impaired range

19    on what's called the Rey-Osterrieth Complex Test that

11:34AM 20    Dr. Hinkin did.  He found him to be under the one percentile.

21    Q.    Is that low?

22    A.    Those represent the occipital area of brain that was

23    impaired and incredibly congruent.  You can't fake that

24    response.  You can't remember what you did 10 months earlier

11:34AM 25    represents so it represents reality.

1          The other test, for example, I did a generation

2    task test, I did at least four different ones.  I wanted to

3    make sure that what I was doing was internally consistent,

4    but I also compared to what Dr. Hinkin did.  It's called, the

11:35AM 5    one test, the generation that we did was FAS or the COWAT

6    Control Word Association Test.  And his results -- and what

7    you do is you ask the patients to list all the words you can

8    that start with the letters F, A and S.  And that's one part

9    of it.

11:35AM10          On his FAS for his words, he had 12 that started

11   with F, 13 with A and 10 with S.  Uh, I had the exact same

12   raw score.  He had 35 words, I had 34.  And this was like ten

13   months separately.  He can't remember what he did before and

14   fake the same test twice.

11:36AM15          Then a second part was you do a word generation.

16   You ask how many animals can you list in 60 seconds.  He

17   listed 16 which is the below average 12th percentile and when

18   I gave him the same test, he did also list 16, the exact

19   same.  This is ten months separately.  He was trying on these

11:36AM20   tests.  He was not faking.  And that's the implication that

21   the other side is saying he's simulating responses.

22          Well, a lot of these responses are accurate and you

23   can verify them by comparing two different tests.  It's

24   impossible to remember.

11:36AM25          Another thing that he had, he did a Wexler Memory

Scale Test.  He did the Logical Memory I and the Logical

Memory II.  I did the RD/AZ which has -- and let me explain

what that is.  And I apologize this is taking time, sir.

THE COURT:  Don't worry about it.

THE WITNESS:  Okay.  Logical Memory I is you tell a

simple story, then you tell a second story and after each

one, you ask please repeat the story.  That's a logical

story, but it's immediate memory.  Then 25 or 30 minutes

later which supposedly is delayed, you ask them tell the

story.  He got on the Logical Memory I with Dr. Hinkin, he

got in the 9th percentile.  For the Logical Memory II, he got

in the first percentile so he's severely impaired for

Dr. Hinkin.

On the RD/AZ which is what I do, is very similar

only we use only one story repeated twice and we wait about

20 minutes and ask for the story so that's delayed memory of

a similar logical story.  For me he was also impaired in the

fifth percentile.  So delayed memory for logical stories is

impaired.  Um, and that goes along with his ability, you

know, difficulty handling complex sequence so information.

When I tried a similar story he did for Dr. Hinkin,

the Rey-Osterrieth Complex Test.  This is where you take a

complicated picture with about 36 elements in it and you ask

the patient to copy it.  And then three minutes later, you

ask him to draw it spontaneously, and then about, you know,

             1    several minutes after that, a lot longer, you give a delayed

             2    response.

             3            His response was also very similar to mine, but

             4    these were different tests.  So his copy was under the first

11:38AM      5    percentile, um, and his copy was really, uh, severely

             6    impaired also.

             7            So on visual spatial he has impaired construction

             8    and impaired recollection.  On both of our tests, they're in

             9    the same impaired range even though they're separate tests,

11:39AM     10    separate practitioners, ten months apart.  You can't fake

            11    this profile.  People don't understand what they're supposed

            12    to do in tests like this.

            13            I did the California Verbal Learning Test.  Ten

            14    months Dr. Hinkin did it.  California Verbal Learning Test is

11:39AM     15    another verbal list where you give the patient 16 words,

            16    they're repeated for five trials, and then you ask the

            17    patient after each one to repeat it.  And you see whether he

            18    gets a learning curve and improves or not, can he do it, is

            19    he anxious.  This is a ten-month interval.

11:40AM     20            On my first time I did this which was in September

            21    of '23, on Trial 1 he got five words.  Dr. Hinkin ten months

            22    later, he got six words.  On my Trial 2, he got seven words.

            23    Dr. Hinkin got eight words.  On my Trial 3, he got eight

            24    words, Dr. Hinkin eight words.  Every single one of these

11:40AM     25    responses within one digit.  So he got pretty much, um, his

1    memory 40 total out of something like 80 words.  So I had 40,

2    Dr. Hinkin had 41.

3         You can't fake this response.  He's not faking

4    these tests.  There's something wrong with tests that don't

11:41AM 5    recognize this.

6         MR. ERCOLANI:  I have a further question for you,

7    Dr. Gross.

8    Q.   Dr. Hinkin performed multiple effort tests or validity

9    tests; correct?

11:41AM 10   A.   Correct.

11   Q.   And in two of them, uh, he found that Mr. Foshee

12   performed below the threshold for what is supposed to be an

13   acceptable effort; correct?

14   A.   Correct.

11:41AM 15   Q.   Have you talked to Mr. Foshee since Dr. Hinkin's

16   examination of him?

17   A.   No.  The first time I saw Mr. Foshee was this morning

18   when I said hello.

19   Q.   Did Mr. Foshee speak to you in the ante room outside and

11:41AM 20   tell you what happened in Dr. Hinkin's interview with him?

21   A.   I didn't think it was appropriate for me to ask.  I

22   don't want to ignore him, but I don't want to open up

23   something that I don't have enough time to follow-up with.

24   Q.   In reviewing your report from Dr. Hinkin, did he

11:42AM 25   essentially ask Mr. Foshee about his childhood assault at the

 1  outset before performing these tests?

 2  A.   My impression was that was the sequence, yes.

 3  Q.   And do you believe that was appropriate or -- strike

 4  that.  Do you believe that played any role or had any effect

11:42AM 5  on Mr. Foshee's performance thereafter during the

 6  examination?

 7  A.   It certainly could have triggered him to disassociate.

 8  Q.   Can both things be present someone have a brain injury

 9  and fail a validity test?

11:42AM10  A.   Absolutely.  And that's why 40 percent of the time

11  validity tests in defense situations are found to be invalid.

12  And the invalidity in and of itself does not mean, you know,

13  it's just nondefinable when you can't use some tests because

14  of that circumstance.  It's used as an implication, but it's

11:43AM15  not real evidence.  There's so many other explanations for

16  failing validity tests and I did other validity tests that he

17  passed.

18  Q.   And Dr. Hinkin did other validity tests that he passed

19  as well; right?

11:43AM20  A.   Yes.

21  Q.   In this case did you talk to Jan Roughan, a life care

22  planner, about what Mr. Foshee will need in the future

23  because of his brain injury?

24  A.   Yes, I did.

11:43AM25  Q.   Did you tell her those things he will need to a

```
 1   reasonable degree of medical probability?

 2   A.   Yes, I did.

 3   Q.   Is it your opinion that -- does Mr. Foshee have a brain

 4   injury?

 5   A.   Oh, yes, absolutely.

 6   Q.   Did the auto collision of March 6, 2021 contribute to

 7   this brain injury?

 8   A.   I think it was a substantial effect.  I think it was not

 9   a trivial injury.  It was a severe injury.  And I thought it

10   was a tipping point, and it incited neural degeneration after

11   that and some of the magnetic resonance spectroscopy results

12   showed that he had changes that were ongoing in his brain and

13   that's what happens after you reach that point.

14   Q.   Is that your opinion to a reasonable degree of medical

15   probability?

16   A.   Yes.

17   Q.   Are there any other factors that we haven't discussed

18   that contribute to your opinion that Mr. Foshee has a brain

19   injury?

20   A.   Uh, yes.

21   Q.   There's a lot in your report and I certainly don't want

22   necessarily to go through the minutia of every aspect of it,

23   but we are talking about a significant issue.  So if you can

24   give us the highlights of anything else that's significant.

25   A.   I can give you one or two highlights.  Number one, if
```

1    you look at his history at Kaiser, the mental health

2    practitioner who I think did a pretty decent job said

3    Mr. Foshee has learned to compartmentalize a lot his past

4    painful issues.  So even though he had a turbulent childhood,

11:45AM 5    he was still able to go to school and he thought everybody

6    has this.  And he was able to function by not dealing with

7    it.  That's called disassociation.  So I think there was

8    evidence of that in the history outside of my examination.

9         But the other part is the whole chart looks that

11:45AM 10    way because you have mental health practitioners that didn't

11    realize how bad of a brain injury he really had because he

12    was compartmentalizing.  I go to a neurologist, I talk about

13    my problems with memory.  I go to my therapist, I'm gonna

14    talk about stress factors.  So he compartmentalized.  And how

11:46AM 15    he deals with his pain is by shutting off that spigot and I

16    really believe that's true in this case.

17  Q.    Has Mr. Foshee indicated that one of the primary

18    symptoms of this that affect his ability to function is his

19    memory?

11:46AM 20  A.    Yes.

21  Q.    Is that consistent in what you observed in both the

22    objective evidence that you've discussed and with your

23    examination of him and psychometric testing?

24  A.    Yes, absolutely.  And I have to say it's congruent with

11:46AM 25    all the information.  It's not just me.  It's brain scan.

1    It's Dr. Hinkin.  If you understand what you're looking at,

2    you understand Dr. Hinkin is a neuropsychologist.  He's

3    taking a different stance than I am, but, you know, he can't

4    incorporate all the medical facts because it's not his

11:47AM 5    training.  So I believe reasonable people can have

6    differences, but I'm absolutely sure of this being a severe

7    brain injury.

8    Q.   And in Dr. Hinkin's report actually at page 50, did he

9    offer the opinion that it is possible that Mr. Foshee is

11:47AM 10   experiencing cognitive deficits from the March 2021 accident,

11   but he said it was unlikely.  Did you see that part of his

12   report?

13   A.   Yes.

14   Q.   Do you disagree that it's unlikely and that it's more

11:47AM 15   likely than not?

16   A.   I believe it's more likely than not, absolutely.

17          And two other factors.  If I'm protracting this, I

18   apologize.  He had decreased his business because he had to

19   get an aid within three months of this injury.  That's a big

11:47AM 20   thing.  You don't turn off your living.  That is a big deal.

21          The second one is he had to ask his brother to take

22   over bill reminders.  That is also a big deal.  And the

23   consistent complaints and you always have to listen to

24   patients.  For me it's primary trying to understand what

11:48AM 25   they're saying.  He's struggling with memory and

```
 1    stress-related issues, but this all became an avalanche after

 2    the accident.

 3              MR. ERCOLANI:  Thank you, Doctor.

 4              THE WITNESS:  You're welcome.

 5              THE COURT:  Cross.

 6                        CROSS-EXAMINATION

 7    BY MS. YANG:

 8    Q.   Good morning, Dr. Gross.

 9              You've testified at trial probably over a hundred

10    times; right?

11    A.   Probably.

12    Q.   Usually for plaintiff?

13    A.   Uh, predominantly injured patients which tend to be

14    plaintiffs.

15    Q.   But you didn't review any brain injury of plaintiff's

16    brain from before the accident; is that correct?

17              MR. ERCOLANI:  Objection.  Vague and ambiguous.

18              THE COURT:  Sustained.  I don't understand the

19    question.

20              MS. YANG:  Let me try again.

21    Q.   Dr. Gross, we've been discussing different brain imaging

22    of plaintiff's brain throughout your examination?

23    A.   Yes.

24    Q.   Have you seen any brain imaging that predate March 6,

25    2021?
```

11:48AM 5
11:49AM 10
11:49AM 15
11:50AM 20
11:50AM 25

```
 1   A.   I have not.

 2   Q.   So then you don't know then if the abnormalities that

 3   you're speaking of were already present in his brain; is that

 4   correct?

 5   A.   That's correct.

 6   Q.   Okay.  And I wanted to talk about the advanced MRI that

 7   we've been talking about.  And you were the physician who

 8   ordered the MRI; correct?

 9   A.   Correct.

10   Q.   Okay.  And not only did you order the MRI, you wrote the

11   report for the MRI for yourself.  And that's what I think has

12   been marked as Plaintiff's Exhibit 61, the document on the

13   screen which is your MRI report; correct?

14   A.   Correct.

15   Q.   You're not a radiologist?

16   A.   No, I'm a neurologist.  I can read these.

17   Neuroradiologists don't read these studies very often.

18        MS. YANG:  Your Honor, move to strike as

19   nonresponsive.

20        THE COURT:  All right.  Everything after no, I'm a

21   neurologist can be stricken.

22   BY MS. YANG:

23   Q.   And you're aware that plaintiff had an MRI done at

24   Kaiser after the accident; correct?

25   A.   Yes.
```

```
 1    Q.   But you did not look at those images; right?

 2    A.   I tried to.  I could not open them up on my screen.

 3    Q.   This is Exhibit 1079 which has already been stipulated

 4    and entered into evidence.  I'm gonna go ahead -- have you

 5    seen this document before?

 6    A.   Yes, I filled in these numbers or these descriptions.

 7    Q.   Okay.  And this document relates to the advanced MRI you

 8    ordered for plaintiff; correct?

 9    A.   Correct.

10    Q.   And do you see the letters NL on the right column of

11    this document?

12    A.   Yes, that means normal.

13    Q.   That's right.  And that's your handwriting where it says

14    abnormal on top of the NL that was printed on the document;

15    right?

16    A.   Right.

17    Q.   And the bottom of this page, the asterisk which states

18    that this test is not approved by the FDA or other government

19    agencies for diagnosing or treating any specific condition or

20    disease.  You discussed that earlier with counsel in your

21    direct; right?

22    A.   Correct.

23    Q.   And your testimony is that a neuroradiologist can't make

24    a diagnosis based on these advanced MRIs; right?

25    A.   That's correct.
```

|   |   |
|---|---|
| 1 | Q.    And is your testimony also -- |
| 2 | A.    Unless they have specific additional training in it. |
| 3 | Q.    Okay.  And is your testimony also that most neurologists |
| 4 | unless they have specific special training can't make |
| 11:53AM 5 | diagnoses based on these advanced MRIs? |
| 6 | A.    A lot of them if they do not have additional training |
| 7 | should not, yes. |
| 8 | Q.    And this disclaimer on this exhibit, you believe that |
| 9 | this disclaimer does not apply to you; correct? |
| 11:53AM 10 | A.    Correct.  Well, let me -- this disclaimer was not |
| 11 | printed up by me.  This is kind of -- how to explain this. |
| 12 | This is an algorithm that I'm writing down quickly when I go |
| 13 | through brain scans whether something's normal or abnormal |
| 14 | and then I have to develop that further.  This was just -- |
| 11:54AM 15 | it's a form that my partner Dr. Jordan uses.  I used it as a |
| 16 | scratch pad and I left it in the chart. |
| 17 |       Clinicians make diagnoses.  Neuroradiologists look |
| 18 | at pictures.  You have to have the whole picture in front of |
| 19 | you in order to put this information to use credibly.  And |
| 11:54AM 20 | it's advanced, um, and most neuroradiologists are definitely |
| 21 | not neurologists and they should not make diagnosis.  Just |
| 22 | like a cardiologist now reads coronary angiograms even though |
| 23 | it's a radiological procedure, the radiologist will not read |
| 24 | coronary angiograms because we have to take it to clinical |
| 11:54AM 25 | utilization. |

UNITED STATES DISTRICT COURT

```
 1              So I agree with that standard they shouldn't

 2     because the machine can't make a diagnosis.  The output of

 3     the computer has to be used in corporation with the

 4     clinician's abilities and understanding so he can put

 5     everything together and include what's important and not

 6     include what's not important.

 7              MS. YANG:  Your Honor, I move to strike as

 8     nonresponsive.

 9              THE COURT:  No.

10              MS. YANG:  Let me try again one more time.

11     Q.   Dr. Gross, it's a yes or no question.  This disclaimer

12     at the bottom of this document you believe this disclaimer

13     does not apply to you because of your specialized training

14     and experience; correct?

15     A.   Correct.

16              MS. YANG:  Thank you.  No further questions.

17                        REDIRECT EXAMINATION

18     BY MR. ERCOLANI:

19     Q.   I'm gonna go through a few of those things in reverse

20     order, Dr. Gross.

21              Are even a standard MRI machine approved by the FDA

22     to perform diagnoses absent the clinician's diagnoses?

23              MS. YANG:  Objection.  Outside the scope of cross.

24     Vague.

25              MR. ERCOLANI:  It's exactly what she was asking
```

```
 1   about, Your Honor.
 2            THE COURT:  Just barely.  Overruled.  Go ahead.
 3            THE WITNESS:  There are no machines, uh, MRI that
 4   can do that or do that.
 5   BY MR. ERCOLANI:
 6   Q.   So the machine doesn't do the diagnosis.  The clinician
 7   does; correct?
 8   A.   Correct.
 9   Q.   Regarding this handwriting, you said you essentially
10   used this as a scratch pad.  Just to be clear, did some other
11   neurologist perform a review of this and determine that all
12   of these things were normal and you came in and said no, I
13   disagree or you just took this form and wrote in what you
14   thought was abnormal?
15   A.   Um, on all these studies and I believe that's
16   incorporated in our report, we review them together.  You
17   know, I write the primary report, but the way this is done
18   it's not just me.  It's the whole company.  The imaging has
19   to be taken offsite at Beverly Hills Radiology, and then
20   there's a pipeline that transfers it to an advanced
21   computerized system that Dr. Jordan owns.  It's his
22   equipment.  I can't afford it to be perfectly honest, but I'm
23   his partner.  I read with him and he's had extensive
24   experience and so I've used some of these forms.  I've been
25   partners with him for many, many years and another imaging
```

center many years ago.  So we were there before MRIs were

present in Santa Monica.  And I respect him and that's the

only reason I read through that examination, that specific

examination and that's the basis for my abilities here.

Q.   I understand.  I just want to make sure it's clear for

the Court.  You said you utilized this as a scratch pad and

that's what I was trying to understand.  Was there any

disagreement between you and Dr. Jordan or did you discuss

even with Dr. Jordan the outcome of this F MRI of Mr. Foshee?

A.   No, there's no disagreement at all.

Q.   The MRI of the brain that Ms. Yang referred to from

Kaiser, that was also a post-accident standard Tesla MRI;

correct?

A.   It was a standard.  I don't believe it was read by a

neuroradiologist and it was 1.5 Tesla which is a different

machine than we used.

Q.   It was a lower resolution imaging that was done after

the accident and read by someone at the hospital, but not a

neuroradiologist.

A.   Correct.

Q.   And finally, you haven't seen any imaging from prior to

the accident because there's no indication anywhere in his

medical records that he ever needed to or anyone ordered

imaging of his brain prior to that action?

        MS. YANG:  Objection.

UNITED STATES DISTRICT COURT

```
 1              THE COURT:  Sustained.
 2     BY MR. ERCOLANI:
 3     Q.    Was there anywhere in the medical records an indication
 4     that Mr. Foshee ever was ordered for an MRI prior to this
 5     accident of his brain?
 6     A.    Um, I don't, uh, I don't remember seeing that.
 7     Q.    And you said that you don't know whether this brain
 8     injury was already there.  Are there any other indicators
 9     other than the imaging itself that you relied upon in telling
10     us on direct that this accident was a substantial factor in
11     his brain injury?
12     A.    Um, I'm sorry.
13     Q.    Let me ask it again.
14     A.    Yes, please.
15     Q.    Sure.  Ms. Yang asked if you know whether this brain
16     injury was present prior to the March 6, 2021 accident and
17     you said that you can't know without the image; right?
18     A.    Well, you can make inferences, but knowing is a broad
19     word.  There is no indication -- there was indication that he
20     was having psychiatric issues clear cut and he's had a
21     turbulent background.  We have a life of experiences.  And
22     he's had plenty of experiences of his own.  He was well
23     functioning before this in terms of coping with issues that
24     are severe, working and being productive and trying to make
25     himself the best person he can and to be a good father.
```

1          It was clearly obvious, and develop healthy

2     relationships.  Um, he didn't have any limitations, uh, that

3     were similar to what he was after the injury.  There were no

4     complaints of recurrent headaches, arm pain, neck pain.

12:01PM 5     Q.   In other words, are there other factors that you relied

6     upon in supporting the conclusion that you offered that this

7     accident was a substantial factor in contributing or causing

8     his brain injury?

9     A.   Yes.

12:02PM10          MR. ERCOLANI:  Thank you.

11          MS. YANG:  Your Honor, I have no further questions

12     for this witness.

13          THE COURT:  Thank you so much, Doctor.

14          You're excused.

12:02PM15          MR. ERCOLANI:  Your Honor, with the conclusion of

16     this witness, the plaintiff rests its case.

17          THE COURT:  Are we now down to Todd Roescher?

18          MS. YANG:  Correct, Your Honor.

19          Would Your Honor like to take a lunch break and

12:03PM20     we'll start with Mr. Roescher after lunch?

21          THE COURT:  Today?  I thought I was hearing that

22     your last witness was going to be tomorrow.

23          MS. YANG:  It will be tomorrow.

24          We have Mr. Roescher here today.

12:04PM25          THE COURT:  That's fine.

```
 1              MS. YANG:  And then we have three more tomorrow,
 2      and we'll do our best to get through them quickly.  I think
 3      we can get through them before lunch.
 4              THE COURT:  Excellent.
12:04PM  5              Let's take our lunch break then.
 6              MS. YANG:  Thank you, Your Honor.
 7                      (Lunch recess.)
 8              MS. YANG:  Your Honor, defendant calls
 9      Todd Roescher.
01:21PM 10              THE CLERK:  Please raise your right hand.
11                      (Witness sworn.)
12              THE CLERK:  Thank you.  Please be seated right
13      here.
14              Please state your first and last name, and spell
01:22PM 15      your last name for the record.
16              THE WITNESS:  Todd Roescher, R-o-e-s-c-h-e-r.
17              THE CLERK:  Thank you.  And remember to lean
18      forward.
19                      DIRECT EXAMINATION
01:22PM 20      BY.  MS. YANG:
21      Q.   Good afternoon, Mr. Roescher, what is your occupation?
22      A.   I'm a Forensic Scientist at Aperture.
23      Q.   And how many years have you worked with Aperture?
24      A.   Approximately eight?
01:22PM 25      Q.   Before we get to your opinions, I want to discuss your
```

```
 1   education and training and experience as it relates to this
 2   case rather briefly.  What was your major in college?
 3   A.   In my undergraduate studies, I studied biomechanical
 4   engineering with a concentration in biomechanics and human
 5   performance.  At graduate studies, during my graduate
 6   studies, I studied human factors.
 7   Q.   And where did you get your college degree from?
 8   A.   Undergraduate was Drexel University.  Graduate was
 9   California State University at Long Beach.
10   Q.   Since getting your Master's degree, do you have any
11   other education that bears on your opinions in this case?
12   A.   Sure.  I actively, uh, seek out continuing education on
13   the professional level.  Often times, I will attend
14   conferences, crash testing or other classes in the fields of
15   accident reconstruction, biomechanics and human factors.
16   Q.   Do you have any professional licenses or certifications?
17   A.   I am an ACTAR accredited Accident Reconstructionist.
18        MS. YANG:  And just for the Court's benefit, um,
19   Mr. Roescher's CV is already stipulated and entered into
20   evidence at Exhibit 1086 for pages 37 through 42.
21   Q.   Um, as a forensic scientist at Aperture, what were you
22   retained to do in this case?
23   A.   I was retained to analyze the biomechanics, uh, for
24   Mr. Foshee during the subject motor vehicle accident.
25   Q.   And, um, let's talk about the March 6, 2021 accident.
```

```
 1    Can you briefly summarize your opinions concerning this

 2    accident?

 3    A.    Sure.  So as it relates to Mr. Foshee's cervical and

 4    lumbar spine, there was no mechanism for structural damage.

 5    As it pertains to the claim of traumatic brain injury, there

 6    was no mechanism for traumatic brain injury.

 7    Q.    And what did you do to arrive at your opinions regarding

 8    this accident?

 9    A.    So I evaluated the existing database of scientific

10    literature.  I also conducted a series of my own independent

11    tests.

12    Q.    And, um, can you describe just in general -- well, did

13    you review any, um, records or documents for this case?

14    A.    I did.

15    Q.    And can you describe briefly, you don't have list out

16    each one, but just by category which types of documents you

17    reviewed?

18    A.    Sure.  So I reviewed deposition testimony of Mr. Foshee,

19    um, and Mr. Haidary, um, as well as medical records for

20    Mr. Foshee and discovery responses.  I also reviewed a report

21    by Dr. Wobrock.

22    Q.    Um, did you rely on any other expert's analysis or

23    opinions in performing your analysis of this case?

24    A.    Yes.  I relied on the opinions of Mr. Ben Molnar.

25              MS. YANG:  Okay.  I'm gonna go ahead and pull up
```

Exhibit 1087-4.

Q.    And Mr. Roescher, this is a slide from one of your, um, demonstrative power point slides that were prepared for this case; right?

01:26PM 5   A.    I don't see anything.

MS. YANG:  Um, madame Courtroom Deputy, could you switch the monitor over to, um, Ms. Murillo's screen.

Q.    Mr. Roescher, is this one of your Power Point slides that were prepared as a demonstrative exhibit for this trial?

01:27PM 10   A.    It is.

Q.    Okay.  Um, can you explain to us what this diagram depicts?

A.    Sure.  So you were looking at a top down view of a Chevrolet Cruze with two orange triangles.  Those orange

01:27PM 15   triangles represent the angle where the principal direction of force as already discussed by Mr. Molnar to demonstrate the general trajectory of the human body when it was to a 2 to 4 mile-an-hour impact at an angle of 15 to 35 degrees.

Q.    Thank you.  And did you have the opportunity to review

01:27PM 20   exemplar Chevy Cruze inspection data?

A.    I did.

Q.    And, um, how did you go about doing that?

A.    So I reviewed previously inspected Chevrolet Cruzes for interior clearance measurements and the occupant, um,

01:28PM 25   exemplar measurements.

|     |     |
| --- | --- |
| 1 | MS. YANG:  And I'm gonna turn to Power Point Slide |
| 2 | 5. |
| 3 | Q.   Can you just briefly summarize how you went about |
| 4 | conducting your analysis in this case? |
| 01:28PM 5 | A.   Sure.  As it relates to this slide, I acquired a seat |
| 6 | out of a substantially similar 2012 Chevrolet Cruze.  I |
| 7 | brought our laboratory up to the specified temperature as |
| 8 | required by the ATDs which is anthropomorphic test devices. |
| 9 | Um, I then aligned the seat along the 15, 25 and 35-degree |
| 01:29PM 10 | axes.  I placed the anthropomorphic test device in the seat |
| 11 | as specified in the FMVSS 208 standards, and then I used the |
| 12 | sled to crash into the barrier which in this case are two |
| 13 | bumpers out of a car, um, at speeds varying between 2 and |
| 14 | 4 miles per hour. |
| 01:29PM 15 | Q.   Okay.  There are a lot of terms in there that a lot of |
| 16 | people might not be familiar with so let's start with |
| 17 | anthropomorphic test device.  Can you explain in like |
| 18 | layman's terms what that means? |
| 19 | A.   Sure.  Most people understand these to be, um, crash |
| 01:29PM 20 | test dummies. |
| 21 | Q.   And then so is that picture on the far right, that's a |
| 22 | picture of the crash test dummy that was used during your |
| 23 | test? |
| 24 | A.   That's correct. |
| 01:29PM 25 | Q.   Okay.  And then what is the reason why you had to bring |

|     |     |
| --- | --- |
| 1 | the temperature to 69 degrees? |
| 2 | A.    So the sensors in the crash test dummy are sensitive to |
| 3 | their temperature.  The optimal temperature for use for |
| 4 | collecting accurate data is between 68 and 72 degrees. |
| 01:30PM 5 | Q.    And what did you mean FM 208 standards? |
| 6 | A.    FMVSS 208 stands for Federal Motor Vehicle Safety |
| 7 | Standards outlines positioning of a hybrid 3 ATD for use in |
| 8 | determining biomechanical studies looking at occupant |
| 9 | protection. |
| 01:30PM 10 | Q.    And then lastly, the picture on the bottom, there looks |
| 11 | to be like a square shaped black square with some kind of |
| 12 | white markings down that.  Can you explain what this picture |
| 13 | depicts? |
| 14 | A.    Sure.  So this is a bumper system out of a car. |
| 01:30PM 15 | Q.    And was this used in your testing? |
| 16 | A.    It was.  It acted as the barrier. |
| 17 | Q.    And can you explain what does it mean to conduct a SLED |
| 18 | test? |
| 19 | A.    So as it pertains, it means essentially instrumenting a |
| 01:31PM 20 | SLED with -- with accelerometers and motors, placing the |
| 21 | appropriate seat onto the SLED, placing the appropriate ATD |
| 22 | or live human surrogate onto the SLED and crashing the SLED |
| 23 | into a barrier at a known speed in order to replicate the |
| 24 | Delta Vs. |
| 01:31PM 25 | MS. YANG:  I'm gonna turn next to Exhibit 1086 |

1    which is a page from your report which has already been

2    stipulated to and is in evidence.  Okay.  1086-6.

3            Mr. Roescher, what's up on the screen is what's

4    already been stipulated to and entered into evidence as

01:34PM 5    Exhibit 1086-6.

6    Q.   I wanted to ask in addition to the crash test dummy, did

7    you use any other test subjects for your SLED test?

8    A.   I did.

9    Q.   Okay.  And then here in this picture, can you explain

01:34PM 10   what this picture shows?

11   A.   Sure.  So moving from left to right, the left most

12   photograph shows an elderly male seated in the crash SLED at

13   the moment of impact so prior to biomechanical motion.  The

14   center image is of myself seated in the crash SLED at the

01:35PM 15   moment of impact.  And on the right is the Hybrid 3 50th

16   percentile male ATD in the crash SLED.

17   Q.   Can you summarize each subject's pertinent

18   anthropometric data?

19   A.   Sure.  So the elderly male was approximately 5 foot 11

01:35PM 20   and 180 pounds.

21   Q.   And do you know if he had any pre-existing spine

22   conditions?

23   A.   Yes.  He had prior lumbar spine disk herniations.

24   Q.   And then how about yourself?

01:35PM 25   A.   Sure.  So I'm 5 foot 10, and at the time of this test, I

 1    was 190 pounds.

 2    Q.    And then how about the crash test dummy?  What are its

 3    dimensions?

 4    A.    The ATD is 5 foot 9 and 172 pounds.

01:35PM 5    Q.    From your review of the documents in this case, what is

 6    your understanding of plaintiff's proximate height and weight

 7    at the time of accident?

 8    A.    My understanding from his deposition testimony was that

 9    he's 5 foot 9 and between 175 and 180 pounds.

01:36PM 10    Q.    And how does the crash test dummy's dimensions compare

11    with the plaintiffs?

12    A.    Uh, they are incredibly similar.

13    Q.    And then can you describe again the different range of

14    Delta V and PDOFs that you tested for in your SLED tests?

01:36PM 15    A.    Sure.  So we ran a series of I believe it was 12 tests

16    in total.  The Delta Vs ranged between 3.3 miles per hour and

17    4.3 miles an hour at PDOF reading in between 15 and

18    35 degrees.

19    Q.    How accurate of an approximation to the subject accident

01:37PM 20    are these SLED tests?

21    A.    They're fairly close.  Mr. Molnar had a range to 2 to 4.

22    We were within that range for the most part.  We went above

23    the four mile-per-hour range at 4.3, but they were still

24    fairly close.

01:37PM 25          MS. YANG:  Okay.  I'm gonna turn next to Slide 6 of

1    your power point.

2    Q.    And Mr. Roescher, can you tell us what's going on in

3    this video?

4    A.    Sure.  So you are watching high speed video of one of

01:38PM 5    the SLED test using the Hybrid 3 ATD.  You will see impacts

6    in a few seconds here, and you will see the Hybrid 3 start to

7    move forward towards its right so screen left, um, which

8    would be generally away from the driver's side window of the

9    vehicle.

01:38PM 10    Q.    And can you explain to us what the yellow and black

11    circles on the crash test dummy head is?

12    A.    Sure.  So those are target markers.  We use those in

13    order to look at differences in speed and locations of

14    certain things.  We use it in this case to track the position

01:38PM 15    of the ATD's head relative to the center of the headrest of

16    the Chevrolet Cruze seat.

17            MS. YANG:  Okay.  I'm gonna turn next to your Power

18    Point Slide 7, please?  And this is from Slide 7 of your

19    demonstrative.

01:39PM 20    Q.    Can you explain to us what this video is showing?

21    A.    Sure.  So this is showing a comparing between using the

22    Hybrid 3 crash test dummy and myself at roughly the same

23    Delta V and PDOF demonstrating that the motion of both our

24    bodies are substantially similar in terms of head position,

01:39PM 25    excursion and acceleration.

1    Q.    With respect to the video that we just saw on Slide 6

2    and the video that we're seeing now on Slide 7, how do those

3    compare with realtime video?

4    A.    These are slowing down so high speed, high frame rate,

01:40PM 5    but they're slow motion.

6    Q.    And what was the purpose of showing this in slow motion?

7    A.    It's much easier to see the amount of motion and the

8    direction of motion using high speed video as opposed to

9    normal speed video.

01:40PM 10        MS. YANG:    I want to turn next to your Power Point

11    Slide No. 7.    Sorry, I meant Slide 8.

12    Q.    We don't have to talk about exact numbers, but, in

13    general, what data did you obtain as a result of your SLED

14    tests?

01:40PM 15    A.    Sure.    So the live humans were instrumented with head

16    accelerometers, thorax accelerometers and lumbar spine

17    accelerometers.    The ATD was instrumented with head

18    accelerometers, both linear and rotational, uh, low cells in

19    the upper and lower cervical spine, low cells in the pelvis

01:41PM 20    and accelerometers all throughout.

21    Q.    And what pertinent data did you receive from the SLED

22    tests that are summarized in this table?

23    A.    Sure.    So in looking at whether or not there's a

24    mechanism for herniation of the disk which is the structural

01:41PM 25    damage being claimed, we need to look at the compression and

1    the forward flexion bending moment.  And so we were able to

2    measure those experienced by the ATD in the SLED test and

3    compare it to known tolerance values of the human body.

4    Q.   And Mr. Roescher, I see with you you have a model of the

01:41PM 5    human spine.  If you wouldn't mind demonstrating for us what

6    flexion and extension look like in your model?

7    A.   Sure.  So flexion is forward bending, the vertebral

8    disk.  Extension would be rearward bending.

9    Q.   What is a threshold for failure as is referenced on this

01:42PM 10   slide?

11   A.   So those would be the values that you need to reach in

12   order to anticipate observing structural damage to the

13   cervical or lumbar spine segments.

14   Q.   And what do you mean by structural damage to the spine?

01:42PM 15   A.   Structural damage in general can mean any damage such as

16   compression fractures, um, herniations or protrusions to the

17   vertebral disk, anything excluding soft tissue injury.

18   Q.   And what does the slide show about the measured

19   compression forces relative to the known threshold failures

01:42PM 20   for injuries to the human spine?

21   A.   So the -- the measured forces of compression in both the

22   cervical and lumbar spine were less than ten percent of what

23   would be required to cause structural damage.

24        MS. YANG:  I'm gonna turn to your Slide 9.

01:43PM 25   Q.   And can you explain to us what this slide is

1    summarizing?

2    A.    Sure.    This slide is summarizing the measured head

3    accelerations relative to known thresholds for TBI.

4    Q.    And when you say known thresholds for TBI, where does

01:43PM 5    that come from?

6    A.    So those come from risk curves developed by a number of

7    people.    Generally, they look at linear and angular

8    accelerations and correlate that to the likelihood of a TBI

9    occurring.    The numbers I've put in front of you are the

01:43PM 10    relative risks for .1 percent risk of TBI, 5 percent risk of

11    TBI and 1 percent risk of TBI.

12    Q.    And how does the data that you obtained from your SLED

13    tests compare with known threshold for mild TBI?

14    A.    Um, the data collected from the SLED test was far below,

01:44PM 15    um, even the .1 percent risk curve.

16    Q.    Um, I want to turn next to your review of literature in

17    addition to -- and I know we just discussed your SLED tests.

18    What did you do for your literature review?

19    A.    So I pulled all the literature I could find that was

01:44PM 20    substantially similar in terms of Delta Vs, PDOFs and

21    biomechanical tolerances.

22    Q.    And was there a particular set of crash test data that

23    you thought was a good comparison at the crash at issue?

24    A.    Yes.    There was a study published by Furbish,

01:44PM 25    F-u-r-b-i-s-h, in 2019 that was quite similar to the subject

collision.

Q.   And in what way was it similar to the subject collision?

A.   Both by Delta V and PDOF.

Q.   And what was the methodology that was used in that 2019 Furbish paper?

A.   So that paper used both live human volunteers and ATDs and subjected them to oblique frontal impacts in the range of about 3 to 4 miles an hour such as was sustained in the subject collision.

Q.   What were some of the pertinent conclusions from the 2019 paper?

A.   The head accelerations in that paper were also in the range of around 2 to 4G.  There were no head contacts for far side impact, uh, tests.

Q.   And how did the data in that paper compare with what you observed during your own SLED test?

A.   Um, we were both in the same range as each other.

        MS. YANG:  I'm gonna turn to your Power Point Slide 10.  It's already been stipulated and entered into evidence. It's also Exhibit 1086-5.

Q.   And can you explain what -- uh, which particular test from the Furbish paper you used as a point of comparison?

A.   Sure.  So Test 2 which is contact to the target vehicle's front right corner at a PDOF of 45 degrees was the most similar to the subject accident.

1    Q.    And can you explain what the picture on the -- or

2    actually, the video, I should say.  Can you explain what the

3    video on the right depicts?

4    A.    So this depicts the occupant in motion during that test,

01:46PM 5    Test 2, slowing the lateral excursion and the positioning of

6    the occupant and the anthropomorphic test device.

7    Q.    Can you explain what excursion means?

8    A.    It's essentially distance traveled.

9    Q.    And in addition to your literature review, you also did

01:46PM 10    some more testing.  What other testing did you do?

11    A.    I conducted swerve testing.

12    Q.    And why did you do this?

13    A.    It was simply used to demonstrate how a human body

14    reacts when it's subjected to a lateral acceleration.

01:47PM 15    Q.    And how did you do this?

16    A.    So I instrumented my car with a Video V Box system which

17    tracks acceleration, and I recruited the help of a person at

18    my office.  And I drove around the roadway near my office

19    making hard swerving maneuvers on the order of about .5G to

01:47PM 20    demonstrate how the occupant moves within a vehicle.

21    Q.    Was this meant to approximate or recreate the subject

22    accident?

23    A.    No.

24    Q.    And what was the objective of creating a video from your

01:47PM 25    swerve test?

1    A.    It was purely used to demonstrate occupant motion

2    subjected to a lateral acceleration.

3          MS. YANG:  Okay.  I'm gonna turn to Slide 12 of

4    your power point.

01:48PM 5          MR. ERCOLANI:  Objection, relevance.

6          And foundation.

7          THE COURT:  Foundation.

8    BY MS. YANG:

9    Q.    Mr. Roescher, did you create this video yourself?

01:48PM 10    A.    I did.

11    Q.    In this video, are you the driver on the right side of

12    the video?

13    A.    I am.

14          MS. YANG:  Your Honor, I think this witness has

01:48PM 15    laid a foundation for his knowledge about this video.

16          THE COURT:  Is this supposed to replicate the real

17    accident?

18          THE WITNESS:  No, sir.  This was simply used --

19    Mr. Foshee testified to making a hard left swerve maneuver

01:48PM 20    prior to impact.  This is just to demonstrate when you make

21    those hard left swerve maneuvers that the occupants tend to

22    move towards the right side of the vehicle.

23          THE COURT:  Okay.  Let's see.

24          MS. YANG:  Okay.  Can you play it?

01:49PM 25                    (Video played.)

BY MS. YANG:

Q.   Can you describe how the passenger's body moved when you were making a hard left or swerve?

A.   Yes.  So the --

01:49PM          MR. ERCOLANI:  Objection, relevance.

          THE COURT:  Overruled.

          THE WITNESS:  When the passenger was subjected to a hard leftward steering maneuver, his body moved towards the right or passenger side of the vehicle.

01:49PM BY MS. YANG:

Q.   And that is away from the driver's side window?

A.   That is correct.

Q.   Okay.  Was there any head contact during any of your swerve testing?

01:50PM A.   There was not.

Q.   Based on your experience and your review of relevant literature, how is a hard swerve quantified?

A.   It's generally accepted that swerves about a .3 G lateral are considered a hard swerve.

01:50PM Q.   And how do the swerves that you're executing in this video compare with how hard swerves are define?

A.   So I was executing swerves on the order of about .4 to.5 G so beyond what is required or deemed a hard swerve by the scientific literature.

01:50PM Q.   And is there any correlation between the number of Gs

1    and head excursion?

2    A.   Yes.  As you increase the acceleration, you would expect

3    a greater excursion.

4    Q.   And so would you expect the excursion of the head to be

01:50PM 5    greater at .3 Gs or at .5 Gs?

6    A.   .5.

7    Q.   And at biomechanic speed, what is the difference between

8    a near side and a far side impact?

9    A.   Sure.  So that describes the location of the side impact

01:51PM 10    relative to, in this case, the driver.  The near side

11    collision would occur on the drive's side.  A far side

12    collision is an impact that occurs on the passenger's side.

13    Q.   And relative to the plaintiff in this accident, which

14    kind of impact did his body experience?

01:51PM 15    A.   This would have been a far side impact.

16    Q.   What is the difference between near and far-sided

17    impacts with respect to the likelihood of interior contact

18    with the vehicle?

19    A.   So interior contact is much more likely in nearside

01:51PM 20    impacts because your body is moving towards the nearside, and

21    all of the interior vehicle structures are closer to you like

22    the B pillar window compared to the far-side impact.  They're

23    going to be several feet away.

24    Q.   And based on your experience and training, would you

01:51PM 25    have expected the seatbelt to lock during the subject

1    accident?

2    A.    Per what FMVSS 209 which outlines the standards that

3    auto manufacturers must abide by with their seatbelt, the

4    seatbelt would have locked if its impact did exceed a .7 G

01:52PM 5    acceleration.

6    Q.    And how would the seatbelt affect the movement of the

7    body in subject accident?

8    A.    Sure.  So seatbelts are primarily used to restrict

9    forward motion.  However, considering that the seatbelt

01:52PM 10   should have locked and is going from left shoulder down to

11   your right hip, if there is leftward motion, and the seatbelt

12   is locked, there would be some resistance in that direction.

13   Q.    And what effect does the seatbelt have on the likelihood

14   of plaintiff hitting his head on the driver's side window?

01:52PM 15   A.    It reduces the likelihood.

16   Q.    And in your opinion, do you think it's likely that

17   plaintiff's head made contact with the window in this case?

18   A.    I think it is unlikely.

19   Q.    And why is that?

01:53PM 20   A.    Because all of the components that make up this accident

21   so the initial leftward swerve, the far-side impact, the

22   primary far-side impact and the secondary far-side impact

23   would all have pushed Mr. Foshee's head towards the right.

24   Q.    And then I want to briefly discuss the last kind of

01:53PM 25   testing you did.  Did you do any other kinds of tests for

```
 1    your analysis in this case?

 2    A.   I don't recall.

 3    Q.   Did you make use of the crash test dummy in other ways

 4    regarding your analysis in this case?

 5    A.   Yes.  I actually conducted a series of strike tests

 6    using the crash test dummy as well.

 7    Q.   Can you describe what you did during these strike tests?

 8    A.   So like we did for the SLED test, we instrumented the

 9    ATD with accelerometers and had people hit the ATD in the

10    head with their fist, with their elbow, with their knee and

11    with their foot.

12    Q.   And what did your strike test show?

13              MR. ERCOLANI:  Objection, relevance.

14              THE COURT:  Sustained.

15              MS. YANG:  I'll move on, Your Honor.

16    Q.   All right.  So just in summary, what is your opinion as

17    to whether this accident caused structural damage to

18    plaintiff's cervical spine?

19    A.   There was no mechanism for structural damage to his

20    cervical spine.

21    Q.   And can you explain the basis for that opinion?

22    A.   Sure.  We never met the thresholds required for

23    compressive loads or flexion moments to generate structural

24    damage.  Furthermore, um, herniations to the disk, at least

25    from single loading events, generally only occur in the
```

1    presence of other bony injury.  You're more likely to get a

2    wedge compression fracture of the vertebral body than you

3    are, um, damage to what would be the disk.  And so when you

4    don't have those bony fractures, it's unlikely that the disk

01:55PM 5    was also injured.

6            MS. YANG:  I'm gonna turn to your Power Point Slide

7    11.

8    Q.   How did the biomechanical forces in this accident

9    compares to activities of daily living with respect to the

01:55PM 10   cervical spine?

11   A.   Um, in fact, they're close in a lot of instances, and

12   ADLs in many instances actually exceed the loads experienced,

13   um, during the collision.

14   Q.   And comparing the SLED test data that you obtained to

01:55PM 15   published literature, are there any comparisons you can give

16   for the forces experienced in the subject collision?

17   A.   So as it pertains to the head and head accelerations,

18   this would be similar to sneezing or coughing, um, jumping,

19   swinging, um, walking or running.

01:56PM 20   Q.   And then I wanted to summarize your opinion regarding

21   the lumbar spine.  What is your opinion as to whether this

22   accident caused structural damage to the plaintiff's lumbar

23   spine?

24   A.   Again, we have not met the threshold for a mechanism of

01:56PM 25   structural damage in the lumbar spine.

```
 1    Q.    And what's the basis for that opinion?
 2    A.    Similarly, we do not meet the compressive or flexion
 3    thresholds.
 4    Q.    And is there any other reason why you think this
 5    accident did not cause a herniation to plaintiff's lumbar
 6    spine?
 7    A.    Yes.  I mean, again, it was IDD damage within a vacuum.
 8    There was no additional bony failure.
 9    Q.    And what does the published literature state about motor
10    vehicle accidents and spinal injuries?
11    A.    Generally uncommon.
12    Q.    And how about your opinion as to whether this accident
13    caused traumatic brain injury?
14    A.    There was no mechanism for a traumatic brain injury.
15    Q.    And why is that?
16    A.    Because the accelerations experienced during the
17    collision are in line or less than many of the ADLs such as
18    sneezing or coughing.
19    Q.    Were the accelerations that you measured in your SLED
20    test sufficient to cause a TBI?
21    A.    No.
22    Q.    Does a TBI depend on whether there's a head strike?
23    A.    No.
24          MR. ERCOLANI:  Objection.  Lacks foundation, beyond
25    the scope of this witness's expertise.  Move to strike.
```

01:56PM (line 5)
01:57PM (line 10)
01:57PM (line 15)
01:57PM (line 20)
01:57PM (line 25)

UNITED STATES DISTRICT COURT

```
 1              THE COURT:  The answer will stand.
 2     BY MS. YANG:
 3     Q.   What's the relevant variable when we're analyzing forces
 4     sufficient to cause a TBI?
 5     A.   It's acceleration forces.
 6     Q.   Was there a single example in your SLED test of a
 7     sufficient acceleration to cause a TBI?
 8     A.   No.
 9     Q.   And is there a difference in the TBI threshold between
10     adults and children?
11     A.   Yes.
12     Q.   And what is that?
13     A.   Children and adolescents have substantially lower
14     thresholds for TBI than adults.
15     Q.   I want to briefly discuss what Dr. Wobrock and Ben
16     Molnar referred to as the second impact in this case.  I
17     think Mr. Molnar described the physics of the second impact,
18     and he estimated the Delta V of the second impact as .3.
19              Did you take the second impact into account in your
20     analysis of the forces upon plaintiff's head and spine?
21     A.   I took it into account, but I didn't run separate tests
22     for that impact because the primary impact was the more
23     significant one in nature, and so any values I got from the
24     primary test would have been higher than those collected
25     during the secondary test.
```

Q.   Dr. Wobrock described the direction that he expected plaintiff's head to move following the first impact as being 1 o'clock.  Do you agree with that?

A.   So as an angle, 1 o'clock is about right.

01:59PM Q.   And then with respect to the secondary impact, Dr. Wobrock described that as ascending the body at a 3 o'clock angle.  Do you agree with that?

A.   It's going to depend on that second impact's principal direction of force.  If it is a purely lateral impact as 02:00PM testified to by Dr. Wobrock, the body would generally move in that direction, but it would not necessarily bend at the hip and bend 90 degrees, but it would move towards a 3 o'clock direction.

Q.   Do you believe that the secondary impact could have 02:00PM caused a head strike?

A.   Unlikely.

Q.   Do you believe that the secondary impact could have caused TBI?

A.   Unlikely.

02:00PM Q.   Why not?

A.   Because the acceleration as a result of that second impact would have been lower than the first.

Q.   And what is your basis to say that the accelerations experienced during the second impact would have been lower 02:00PM than the first?

         1    A.    The Delta V of the second impact was lower than the

         2    first.

         3    Q.    And do you believe that the secondary impact could have

         4    caused damage to the plaintiff's cervical spine?

02:00PM  5    A.    No.

         6    Q.    Why not?

         7    A.    All of the cervical spine loads are going to be less

         8    than those experienced in the first impact, and those were

         9    already not sufficient for structural damage.

02:01PM 10    Q.    And do you believe that the secondary impact could have

        11    caused damage to plaintiff's lumbar spine?

        12    A.    No.

        13    Q.    Why not?

        14    A.    For all of the same reasons.  The values of compression

02:01PM 15    and flexion would be far below the tolerance for lumbar spine

        16    damage.

        17    Q.    Even if we were to accept Dr. Wobrock's conclusion about

        18    the Delta V of the second impact which he stated was 2 to

        19    4 miles an hour, would that change your opinion as to the

02:01PM 20    second impact causing a TBI?

        21    A.    No.

        22    Q.    All the opinions that we just discussed today, do you

        23    hold all those opinions to a reasonable degree of scientific

        24    certainty?

02:01PM 25    A.    Yes.

                        UNITED STATES DISTRICT COURT

```
 1              MS. YANG:  No further questions at this time.
 2              THE COURT:  Plaintiff.
 3                           CROSS-EXAMINATION
 4    BY MR. ERCOLANI:
 5    Q.   You describe your qualifications in the beginning.  Do
 6    you serve also as an accident reconstructionist?
 7    A.   I do.
 8    Q.   Do you know why you were not chosen to be an accident
 9    reconstructionist in this case, and instead two separate
10    experts were used for biomechanics and accident
11    reconstruction?
12              MS. YANG:  Objection.  Calls for speculation and
13    relevance.
14              THE COURT:  Sustained.
15    BY MR. ERCOLANI:
16    Q.   Did you agree with Mr. Molnar's evaluation that the
17    secondary impact resulted in a .3 Delta V?
18    A.   I did not do any accident reconstruction so I did not
19    evaluate whether or not I agreed or disagreed.
20    Q.   But in your job, you do that all the time.  You look at
21    pictures.  You evaluate Delta V.  You see what less than a
22    .5 mile-an-hour change in velocity looks like; right?
23              MS. YANG:  Objection, argumentative.
24              THE COURT:  Sustained.
25    BY MR. ERCOLANI:
```

02:02PM (lines 5, 10, 15)
02:03PM (lines 20, 25)

```
 1    Q.   Looking at the photographs of the rear portion of

 2    Mr. Foshee's car where the secondary impact occurred, does

 3    that appear to you to be an impact that would approximate 0.3

 4    Delta V?

02:03PM 5           MS. YANG:  Objection, foundation.

 6                THE COURT:  Are you capable of doing that?

 7                THE WITNESS:  I am, but did not that in this case.

 8                MR. ERCOLANI:  I'm asking you to do it right now.

 9                MS. YANG:  Objection.  This expert has not been

02:03PM10   designated to discuss accident reconstruction.

11                THE COURT:  That's true.  He's a biomedical

12    engineer.  Sustained.

13                MR. ERCOLANI:  May I be heard, Your Honor?

14                THE COURT:  You may ask your next question.

02:04PM15                MR. ERCOLANI:  Thank you.

16    Q.   You talked about a number of studies that you've

17    compared to.  In fact, one of them specifically that was

18    discussed was the Furberish 2019 study that you utilized to

19    draw comparisons to this accident; correct?

02:04PM20   A.   That is correct.

21    Q.   Does that study take into account whether the occupants

22    have advanced degenerative disk disease as Dr. Rudin

23    testified in this case?

24    A.   The driver, the human occupant, in that study did not

02:05PM25   have degenerative disk disease.
```

UNITED STATES DISTRICT COURT

1    Q.   So the study didn't compare someone who had degenerative

2    disk disease as defense expert Brian Rudin has testified

3    Mr. Foshee had at the time of this accident.

4    A.   That's correct.  It wasn't the study's goal.

02:05PM 5    Q.   And, in fact, in none of the studies that you've looked

6    at or compared to were the occupants found to have advanced

7    degenerative disk disease to determine the outcome on their

8    bodies in that condition; right?

9    A.   I don't -- I don't believe that that is true.

02:05PM 10    Q.   What studies includes occupants with advanced

11    degenerative disk disease?

12    A.   In terms of vehicle occupants, I'm not sure, but in the

13    Adams and Hutton lumbar spine compressive to failure paper,

14    almost all of those spines were degenerated.

02:06PM 15    Q.   I'm asking you about the studies that you looked at and

16    compared to, the ones spoke you just spoke about concerning

17    cervical injuries.  That's what we're talking about right

18    now.

19         Do you have any of those studies that compared a

02:06PM 20    cervical disk disease that Dr. Brian Rudin testified

21    Mr. Foshee has to the occupants in the vehicles?

22              MS. YANG:  Objection, asked and answered.

23              THE COURT:  I thought so, too.

24    BY MR. ERCOLANI:

02:06PM 25    Q.   You talked about the SLED testing you performed.

```
 1              Do you remember that?
 2    A.   I do.
 3    Q.   And you said the occupant on the left was the elderly
 4    gentleman.  How old was the elderly gentleman?
 5    A.   I think he was 56 or 57.
 6    Q.   And did you have -- you said he had a disk herniation;
 7    is that right?
 8    A.   Correct.
 9    Q.   Did you look at his MRIs and determine the significance
10    of that disk herniation?
11    A.   Uh, no.  I just asked him.
12    Q.   Okay.  Did he say how many millimeters it was or what
13    the condition was?
14    A.   I do believe he said it was 2 to 3 millimeters when they
15    last checked it in 1999.
16    Q.   And did you ask Brian Rudin to examine him and see if he
17    was an appropriate comparable participant to Mr. Foshee and
18    what he found were Mr. Foshee's conditions?
19    A.   No.
20         MR. ERCOLANI:  I'm gonna turn your attention to
21    your video here.
22    Q.   You told the Court that the purpose of creating this
23    video was to demonstrate the head movement of the occupants;
24    right?
25    A.   Correct.
```

UNITED STATES DISTRICT COURT

Q.   And the relevance of that to you is to compare that to
what you believe may have happened in this accident?

          MS. YANG:  Objection.  Misstates prior testimony.

          THE COURT:  Just ask the question.

02:08PM BY MR. ERCOLANI:

Q.   Do you believe that may approximate what happened in
this accident?

A.   No.  This was prior to the accident.  He indicated he
swerved pre-impact.

02:08PM Q.   So this is just meant to approximate where his head
would have gone in the swerve.

A.   It's not to approximate where his head would have gone.
This is used to just demonstrate head motion during the
swerve.

02:08PM Q.   Is it your purpose in testifying here today to try and
help inform the Court what happened to Mr. Foshee in this
accident?

A.   Yes.

Q.   And so the purpose of creating this is to demonstrate
02:08PM how his head may have moved?

A.   To a certain extent.  It was just to demonstrate that it
would have moved towards the passenger side during that
swerve.

Q.   And you told us that the passenger, he didn't know that
02:08PM the swerve was coming; right?  You said uninformed

```
 1   participant?
 2   A.   That is correct.
 3   Q.   Okay.  Would Mr. Foshee have known he was making a turn
 4   when he made it?
 5   A.   Presumably.
 6   Q.   And he was holding the steering wheel; right?
 7   A.   Presumably.
 8   Q.   And he would have jerked the wheel to the left to avoid
 9   the collision?
10   A.   His statement was that he steered to the left, yes.
11            MR. ERCOLANI:  Let's watch this video for a second
12   here.
13                         (Video played.)
14   BY MR. ERCOLANI:
15   Q.   Mr. Roescher, you're -- you're driving the vehicle in
16   that video; right?
17   A.   I am.
18   Q.   Does your head move away from the window as you're
19   making that turn that you know you're about to make?
20   A.   Yes.
21   Q.   Were you and the occupant moving in opposite directions
22   in that last turn?
23   A.   Not really.  I didn't have much motion in the last turn.
24   Q.   Why didn't you have much motion in that last turn?
25   A.   Because I was tense.  I knew I was about to execute that
```

1    turn.

2    Q.    Right.  So knowing you're about to execute the turn and

3    the action of turning the steering wheel will affect how your

4    body moves?

02:10PM 5    A.    If you tense up, you're going to reduce the amount of

6    motion.

7    Q.    And Dr. Wobrock testified that it also would be natural

8    for, and I think Court's question, to make some of an

9    anticipatory evasive movement like you're anticipating you're

02:10PM 10    about to have a collision and move yourself to the left.  Do

11    you agree that's something a driver may do?

12    A.    So you're getting into the realm of human factors.  It

13    is common for drivers to steer away from the location of the

14    hazard.  Um, in terms of moving their body, generally,

02:11PM 15    there's not much motion because they know they're making the

16    steering maneuver.

17    Q.    What the uninformed passenger did and how his head moved

18    played absolutely no role in what Mr. Foshee and what his

19    head would have done in swerving before this accident.

02:11PM 20         MS. YANG:  Objection.

21         Speculation, argumentative, relevance.

22         THE COURT:  And ridiculous.

23    BY MR. ERCOLANI:

24    Q.    Dr. Wobrock testified that at various points in the

02:11PM 25    steering of the car to the left and during the two different

```
 1   impacts, Mr. Foshee would have been out of position.  Is that
 2   a phrase that you're familiar with?
 3   A.   I am familiar.
 4   Q.   Do you agree that he would have been out of position?
 5   A.   No.
 6   Q.   So he would have been sitting upright, head against the
 7   headrest, back against the lumbar and just turned the wheel,
 8   and that's what would have happened in the moments before
 9   impact?
10            MS. YANG:  Objection, vague as to time.
11            THE COURT:  Overruled.
12            THE WITNESS:  It's not necessarily that he would be
13   in the perfect two away position, but as my swerve test
14   demonstrates, if you're anticipating the swerve, your motion
15   is reduced for that first impact.
16   BY MR. ERCOLANI:
17   Q.   And then after the first impact, his body would have
18   moved in the car.  Your SLED test even demonstrated that;
19   correct?
20   A.   Correct.
21   Q.   And then at the point of the second impact, do you agree
22   that his body would have been out of position at that point?
23   A.   No.
24   Q.   So after the first impact, his body goes back into
25   perfect position, 10 and 2, seated against the seat, head
```

1    against the headrest in time for that second impact to occur.

2    A.    So this is why the duration of time between two impacts

3    is important to look at which is what Dr. Wobrock overlooked.

4    That second impact per Mr. Mulnar's simulation occurs about

02:13PM 5    400 milliseconds after the primary impact.  And if you look

6    at where my body was 400 milliseconds after that impact, I

7    was more or less in an upright position.

8    Q.    Oh, I'm sorry.  What impact are you referring to,

9    Mr. Roescher?

02:13PM 10    A.    The SLED test.

11    Q.    That your body 400 millimeters after impact is still in

12    position.

13            MS. YANG:  Objection, misstates prior testimony.

14            THE COURT:  Overruled.

02:13PM 15            I think that's his testimony now.

16    BY MR. ERCOLANI:

17    Q.    I asked you if he would have been in position for the

18    second test, and you pointed to the SLED test as a

19    demonstrative of why he would have been in position for the

02:13PM 20    second, and you said, well, in the SLED test, 400 millimeters

21    after.

22            So my question to you is 400 milliseconds after the

23    first impact, in your SLED test, your body is still in

24    position?

02:14PM 25    A.    So your body has returned to a relatively normal

```
 1    position after 400 milliseconds after that first impact, yes.

 2    Q.   So 400 milliseconds after the first impact, your body is

 3    back in position in that SLED video we watched.

 4    A.   Correct.

 5              MS. YANG:  Objection, asked and answered.

 6              THE COURT:  Sustained.

 7    BY MR. ERCOLANI:

 8    Q.   Last thing about this driving, you said this was

 9    around -- you're driving around your office park?

10    A.   Correct.

11    Q.   And driving around this office park, there's no impacts

12    demonstrated in this video; correct?

13    A.   That is correct.

14    Q.   And you were not attempting to replicate an evasive

15    maneuver to avoid an impact, were you?

16    A.   I was attempting to replicate a hard swerve which could

17    be an evasive maneuver.

18    Q.   And at the time that you made that hard swerve, you were

19    traveling approximately 15 miles per hour?

20    A.   Approximately.

21    Q.   And what was Mr. Molnar's testimony about how fast

22    Mr. Foshee was going when he made that hard serve?

23    A.   I don't recall.

24    Q.   Isn't it true that he testified that Mr. Foshee was

25    driving 25 miles an hour?  In fact, that's the report that
```

 1    you reviewed; right?

 2    A.    Correct.

 3           MS. YANG:  Objection, foundation.  The witness just

 4    testified he does not recall.

02:15PM 5           MR. ERCOLANI:  He just answered.

 6           THE COURT:  Yeah, I'm not a big fan of isn't it

 7    true.  Just ask a question.

 8    BY MR. ERCOLANI:

 9    Q.    You reviewed Mr. Molnar's report?

02:15PM10    A.    Yes.

11    Q.    And in that report, he stated the speed that

12    Mr. Foshee's vehicle was going just prior to first impact;

13    right?

14    A.    He did.

02:15PM15    Q.    What speed was that?

16    A.    I don't recall.

17    Q.    Was it 25 miles per hour?

18    A.    If you're representing that to me, I'll accept it.

19    Q.    Is that something that would be important for you to

02:15PM20    know in recreating one of these videos?

21           MS. YANG:  Objection, argumentative.

22           THE COURT:  Sustained.

23    BY MR. ERCOLANI:

24    Q.    In none of the studies that you've talked about in

02:16PM25    direct on your comparative analysis, uh, was the occupant out

```
 1    of position at the time of the impact; correct?
 2              MS. YANG:  Objection, vague as to time?
 3              THE COURT:  Overruled.
 4              THE WITNESS:  Yeah.  My understanding is that most
 5    of the time, and I believe it was all in this case, at the
 6    moment of the initial impact, they are in position.
 7              MR. ERCOLANI:  I want to turn your attention to
 8    your conclusions in your Rule 26 report.
 9    Q.   And in your opinion here, 1C, you stated the forces
10    involved in the subject collision would have not met the
11    biomechanical threshold for structural and injury to
12    Mr. Foshee's cervical spine; right?
13    A.   Yes.
14    Q.   And in Subpart 1, you're comparing some threshold load
15    to what loads you measured in the SLED test; is that right?
16    A.   Correct.
17    Q.   You're doing the same thing in Subpart 2?  You're
18    comparing the peak extension threshold load to what you
19    measured in the SLED test?
20    A.   Correct.
21    Q.   And then you go on to state the percentages in the first
22    one.  You say it's 2,000 percent greater.  In the second one,
23    you say the threshold is 36 to 74 percent greater than what
24    would have been needed to cause an injury to Mr. Foshee's
25    neck; right?
```

A.    Correct.

Q.    And in last one, you remove those percentages; right?
You don't talk about that anymore?

A.    Correct.

Q.    And in that last one, you're comparing when -- if there
is compression and bending what the loads would have been
needed to cause injury?

A.    Correct.

Q.    And isn't it true that in that one, the threshold would
have been 90 percent of what you measured?

A.    No.

Q.    Okay.  What is the threshold amount of torque that you
were comparing to?  Because here when you say it's 36 percent
greater than what would have been measured in the test -- I
mean, again, I went to law school, not to engineering school
for a reason.  Uh, most of us are pretty darn bad at math,
but just looking at that, dividing 504 by 1.36, it appeared
that you were comparing that to 370 pounds of torque.

A.    Oh.  So just for the torque, that's probably correct,
but this study looked at both in conjunction, and being close
with the torque is irrelevant if the compression is so low.

Q.    Okay, I understand that.  I understand what you're
saying.  My question is about how much you were comparing the
threshold of torque that was necessary.  370 pounds was the
threshold; right?

```
 1   A.    Uh, inch pounds.

 2   Q.    370 inch pounds.  And in Part 3, what you have measured

 3   in your test would have been 90 percent of that torque

 4   measure; correct?

02:19PM 5            MS. YANG:  Objection, asked and answered.

 6            THE COURT:  Overruled.

 7            THE WITNESS:  So in terms of the moment, that is

 8   correct, but the compression is so low that I would disagree

 9   that we are 90 percent of that threshold.

02:19PM10            MR. ERCOLANI:  Move to strike everything after in

11   terms of the moment, that's correct.

12            THE COURT:  Overruled.

13   BY MR. ERCOLANI:

14   Q.    You removed the 90 percent number there.  Did you do

02:20PM15   that because you believed it's your role to serve as an

16   advocate for a particular position?

17            MS. YANG:  Objection, argumentative.

18            THE COURT:  Sustained.

19   BY MR. ERCOLANI:

02:20PM20   Q.    Why did you remove your comparative percentages as you

21   had in the first section and the second section when you got

22   to the third section?

23   A.    Because this is looking at a combined loading of both

24   flexion and compression.  I couldn't combine my data and

02:20PM25   compare it like that.
```

```
 1   Q.   In the SLED test, you didn't tell the occupants nothing

 2   about what was happening.  They knew the impact was coming;

 3   right?

 4   A.   I mean, I was a participant myself.  I knew the impact

 5   was coming; however, we do our best to relax.  If you see, my

 6   eyes are closed.  I try not to anticipate the accident.

 7   Q.   Doctor -- did you review Dr. Rudin's expert report in

 8   this case?

 9   A.   No.

10   Q.   Are you aware that Dr. Rudin has opined that Mr. Foshee

11   had advanced disk disease at the time of this impact?

12   A.   No.

13   Q.   Do any of your analyses in comparison to other studies

14   take into account whether the occupant of the vehicle would

15   have had advanced disk disease?

16            MS. YANG:  Objection, outside the scope of direct.

17            THE COURT:  Sustained.

18   BY MR. ERCOLANI:

19   Q.   You talked also about the threshold for an occupant to

20   sustain a traumatic brain injury.  Do you remember that?

21   A.   Yes.

22   Q.   And you said that it's a far lower threshold for

23   children; right?

24   A.   Correct.

25   Q.   Is it also a lower threshold for someone who already has
```

```
 1    a preexisting brain injury?
 2              MS. YANG:  Objection, outside the scope of direct.
 3              THE COURT:  Sustained.
 4    BY MR. ERCOLANI:
 5    Q.   In your role as a biomechanical engineer, do you take
 6    efforts to compare the studies that you're utilizing to the
 7    factors that were present in the collision that you're
 8    studying?
 9    A.   I do my best.
10    Q.   And you try and make them close in comparison?
11    A.   As best I can.
12    Q.   And are you aware if defense experts in this case have
13    opined that Mr. Foshee if had any brain injury would have had
14    it before this accident?
15              MS. YANG:  Objection.
16              Outside the scope, foundation.
17              THE COURT:  Sustained.
18    BY MR. ERCOLANI:
19    Q.   You talked earlier about what Dr. Wobrock testified.
20    Did you review a transcript yet of Dr. Wobrock's testimony or
21    are you just basing that on what you've been told?
22    A.   His deposition testimony, I've reviewed.
23    Q.   Got it.  Um, Dr. Wobrock's testimony included that his
24    body -- that Mr. Foshee's body in the impact initially moved
25    to left with the swerve, moved forward to the right,
```

02:22PM (line 5)
02:23PM (line 10)
02:23PM (line 15)
02:23PM (line 20)
02:24PM (line 25)

1    rebounded back to the left, moved to the right in the

2    secondary impact and moved to the left.  Do you agree or

3    disagree?

4    A.    I don't believe he -- he stated that as you've stated

02:24PM 5    it.

6    Q.    Did Mr. -- did Dr. Wobrock describe the movements of

7    Mr. Foshee's body in his deposition?

8    A.    He attempted to, yes.

9    Q.    Okay.  What was his testimony as you understand it about

02:24PM 10    how his body moved?

11    A.    Mr. Wobrock?  What he stated?

12    Q.    Dr. Wobrock's testimony as you understand it about how

13    his body moved.

14            MS. YANG:  Objection, calls for speculation.

02:25PM 15            THE COURT:  And outside the scope of what this

16    witness is here for.

17    BY MR. ERCOLANI:

18    Q.    Do you based on your analysis agree that Mr. Foshee's

19    body and his head would have moved when he initially swerved

20    the wheel to the left?

21    A.    Probably a little bit, yes.

22    Q.    And do you agree that when he had an impact with the

23    postal truck that his head would have moved, and his upper

24    body would have moved forward, I think you said you'd agree

25    with, to approximately 1 o'clock?

1  A.    Forward and towards the right, yes.

2  Q.    Would there be a rebound effect after that initial

3  impact?

4  A.    Yes.  You return to your normal position.

5  Q.    And then there was a secondary impact.  And did his body

6  and upper body and head move again in that secondary impact?

7  A.    Yes.

8  Q.    And is there a rebound effect then from that impact?

9  A.    Again, you're going to return to a normal position, yes.

02:25PM 10  Q.    And your testimony is that through all of that movement,

11  it would have been akin essentially to a sneeze?

12        MS. YANG:  Objection, misstates prior to testimony.

13        THE COURT:  I don't remember that.  Just ask him.

14  BY MR. ERCOLANI:

02:26PM 15  Q.    Is it your opinion that the movement that Mr. Foshee had

16  during this impact would have had the same or a similar

17  effect on his cervical spine and his brain as a sneeze?

18        THE COURT:  All of those movements that he just

19  described.

02:26PM 20        MR. ERCOLANI:  That's what he testified to.

21        That's why I'm asking.

22        THE COURT:  You've asked him about various

23  movements and then rebounds, et cetera.  So what are you

24  concentrating on now that might be similar to a sneeze?

02:26PM 25        MR. ERCOLANI:  I can break it down, Your Honor.

```
 1              THE COURT:  Or he can simply say he doesn't know

 2      what movements you're talking about.

 3      BY MR. ERCOLANI:

 4      Q.   When you testified on direct about the impact being

 5      similar to a sneeze, what were you referring to?

 6              MS. YANG:  Objection, misstates prior testimony.

 7              THE COURT:  Overruled.

 8              THE WITNESS:  Peak accelerations.

 9      BY MR. ERCOLANI:

10      Q.   In relation to this accident, what impact were you

11      referring to that was similar to a sneeze?

12              THE COURT:  In relation to the accident?

13      BY MR. ERCOLANI:

14      Q.   In relation to the movement on Mr. Foshee's body during

15      the accident, you testified that the head movement, the

16      peaked acceleration was similar to a sneeze; correct?

17              MS. YANG:  Objection, misstates prior testimony.

18              THE WITNESS:  Correct.

19              THE COURT:  Can you answer that?

20              THE WITNESS:  Yeah.

21              THE COURT:  Go.

22              THE WITNESS:  Correct.

23              MR. ERCOLANI:  That's all I have.

24              Thank you, Your Honor.

25              MS. YANG:  I have no further questions for this
```

1    witness, Your Honor.

2              THE COURT:  Thank you, sir.  You may step down.

3              Is that it?

4              MR. ERCOLANI:  The plaintiff has rested.

02:27PM 5              THE COURT:  Is this the last witness for today?

6              MS. YANG:  Yes, Your Honor.

7              THE COURT:  Okay.  Good.

8              MS. YANG:  Thank you.

9              THE COURT:  See you in the morning.

02:28PM 10              THE CLERK:  This court is adjourned.

11                (Proceedings concluded at 2:28 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                           CERTIFICATE OF REPORTER

3

4    COUNTY OF LOS ANGELES        )

5                                 )  SS.

6    STATE OF CALIFORNIA          )

7

8    I, LAURA ELIAS, OFFICIAL REPORTER, IN AND FOR THE UNITED

9    STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,

10   DO HEREBY CERTIFY THAT I REPORTED, STENOGRAPHICALLY, THE

11   FOREGOING PROCEEDINGS AT THE TIME AND PLACE HEREINBEFORE SET

12   FORTH; THAT THE SAME WAS THEREAFTER REDUCED TO TYPEWRITTEN

13   FORM BY MEANS OF COMPUTER-AIDED TRANSCRIPTION; AND I DO

14   FURTHER CERTIFY THAT THIS IS A TRUE AND CORRECT TRANSCRIPTION

15   OF MY STENOGRAPHIC NOTES.

16

17

18   DATE:  MAY 5, 2025

19

20       /s/  LAURA MILLER ELIAS

21   LAURA MILLER ELIAS, CSR 10019

22   FEDERAL OFFICIAL COURT REPORTER

23

24

25

UNITED STATES DISTRICT COURT

**'**

**'23** [1] - 91:21

**/**

**/s** [1] - 150:20

**0**

**0.3** [2] - 13:6, 131:3

**1**

**1** [25] - 9:3, 11:6, 11:7, 12:17, 14:16, 16:6, 16:8, 17:7, 17:12, 17:18, 19:17, 26:23, 27:24, 38:15, 39:18, 91:21, 117:10, 117:11, 117:15, 128:3, 128:4, 141:14, 146:25
**1.3** [1] - 45:17
**1.36** [1] - 142:17
**1.5** [1] - 103:15
**10** [5] - 88:24, 89:11, 112:25, 118:19, 137:25
**10019** [2] - 1:23, 150:21
**101** [1] - 3:7
**1053** [1] - 40:7
**1053-2** [1] - 40:16
**1053-3** [2] - 44:6, 45:4
**1053-4** [3] - 45:20, 45:23, 46:18
**1053-5** [1] - 47:15
**1054** [2] - 47:21, 48:5
**1054-1** [2] - 45:22, 46:23
**1054-2** [1] - 49:14
**1055-1** [1] - 44:10
**106** [1] - 3:11
**1079** [1] - 99:3
**1086** [4] - 28:7, 28:19, 107:20, 111:25
**1086-5** [1] - 118:20
**1086-6** [2] - 112:2, 112:5
**1087** [1] - 31:8
**1087-4** [1] - 109:1
**10:30** [1] - 53:2
**10th** [1] - 27:20
**11** [3] - 42:15, 112:19, 125:7
**11T** [1] - 62:6
**12** [4] - 53:1, 89:10, 113:15, 120:3
**12:00** [1] - 16:10

**12th** [1] - 89:17
**13** [1] - 89:11
**130** [1] - 3:11
**15** [6] - 61:20, 85:21, 109:18, 110:9, 113:17, 139:19
**16** [3] - 89:17, 89:18, 91:15
**172** [1] - 113:4
**175** [1] - 113:9
**180** [2] - 112:20, 113:9
**1848** [1] - 72:3
**19** [1] - 83:2
**190** [1] - 113:1
**1930s** [1] - 59:17
**1938** [1] - 72:8
**1960s** [3] - 40:21, 41:4, 41:21
**1970s** [1] - 42:11
**1973** [1] - 53:22
**1980s** [1] - 59:19
**1990s** [1] - 59:19
**1999** [1] - 133:15
**1:00** [1] - 16:10
**1C** [1] - 141:9
**1ST** [1] - 1:24

**2**

**2** [27] - 9:3, 11:12, 13:4, 13:10, 14:13, 15:6, 19:18, 20:19, 28:8, 28:9, 29:23, 34:20, 35:1, 42:15, 47:22, 49:13, 91:22, 109:17, 110:13, 113:21, 118:13, 118:23, 119:5, 129:18, 133:14, 137:25, 141:17
**2,000** [1] - 141:22
**20** [3] - 1:15, 4:1, 90:16
**2002** [4] - 40:5, 40:9, 43:21, 52:5
**2012** [1] - 110:6
**2019** [4] - 117:25, 118:4, 118:11, 131:18
**2021** [6] - 70:15, 94:6, 96:10, 97:25, 104:16, 107:25
**2023** [1] - 70:12
**2025** [3] - 1:15, 4:1, 150:18
**208** [3] - 110:11, 111:5, 111:6
**209** [1] - 123:2
**213** [1] - 1:25
**23-375-ODW** [1] - 1:9

**24** [1] - 45:1
**25** [11] - 6:22, 9:15, 11:16, 11:19, 12:2, 12:7, 90:8, 110:9, 139:25, 140:17
**26** [6] - 8:17, 31:17, 71:6, 71:9, 76:19, 141:8
**2:28** [1] - 149:11

**3**

**3** [21] - 14:16, 47:22, 48:5, 48:23, 48:24, 49:7, 91:23, 111:7, 112:15, 114:5, 114:6, 114:22, 118:8, 121:18, 122:5, 127:18, 128:7, 128:12, 130:17, 133:14, 143:2
**3.25** [1] - 41:19
**3.3** [1] - 113:16
**30** [4] - 5:15, 70:12, 85:19, 90:8
**300** [1] - 2:20
**34** [2] - 3:6, 89:12
**35** [3] - 89:12, 109:18, 113:18
**35-degree** [1] - 110:9
**350** [2] - 1:24, 2:10
**36** [3] - 90:23, 141:23, 142:13
**37** [1] - 107:20
**370** [3] - 142:18, 142:24, 143:2
**3:00** [2] - 17:19, 27:25
**3D** [9] - 62:23, 63:5, 64:5, 64:6, 64:11, 64:12, 64:19, 70:23
**3T** [3] - 54:22, 62:8, 62:10

**4**

**4** [14] - 11:12, 12:6, 13:4, 13:11, 20:19, 29:23, 34:20, 35:1, 109:18, 110:14, 113:21, 118:8, 121:22, 129:19
**4.3** [2] - 113:17, 113:23
**40** [4] - 87:4, 92:1, 93:10
**400** [7] - 138:5, 138:6, 138:11, 138:20, 138:22, 139:1, 139:2
**400,000** [1] - 68:2

**41** [1] - 92:2
**4165** [1] - 2:9
**42** [1] - 107:20
**4455** [1] - 1:24
**45** [2] - 39:20, 118:24
**45-degree** [1] - 38:25
**4G** [1] - 118:13

**5**

**5** [11] - 28:19, 110:2, 112:19, 112:25, 113:4, 113:9, 117:10, 122:5, 122:6, 130:22, 150:18
**50** [3] - 3:5, 56:10, 96:8
**504** [1] - 142:17
**50th** [1] - 112:15
**52** [1] - 3:6
**53** [1] - 3:7
**55** [5] - 8:17, 10:21, 10:24, 11:4, 14:6
**56** [1] - 133:5
**57** [1] - 133:5
**5G** [1] - 119:19

**6**

**6** [11] - 3:5, 9:20, 12:7, 20:25, 70:15, 94:6, 97:24, 104:16, 107:25, 113:25, 115:1
**6.08** [1] - 45:18
**60** [3] - 56:11, 71:9, 89:16
**60-year** [1] - 59:21
**61** [4] - 70:9, 71:9, 76:20, 98:12
**62** [2] - 62:21, 76:20
**67** [3] - 85:20, 85:24, 87:22
**68** [1] - 111:4
**69** [1] - 111:1

**7**

**7** [6] - 62:5, 114:18, 115:2, 115:11, 123:4
**7-or-9-millimeter** [1] - 63:8
**72** [1] - 111:4
**74** [1] - 141:23
**75** [2] - 10:21, 10:24
**7516** [1] - 2:21
**78** [2] - 11:4, 14:5

**8**

**8** [2] - 45:18, 115:11
**80** [1] - 92:1
**894-0374** [1] - 1:25

**9**

**9** [4] - 16:13, 113:4, 113:9, 116:24
**9.02** [1] - 41:19
**9.8** [1] - 45:17
**90** [5] - 128:12, 142:10, 143:3, 143:9, 143:14
**90-degree** [1] - 20:20
**90012** [2] - 1:25, 2:22
**91362** [1] - 2:11
**97** [1] - 3:8
**9:05** [1] - 4:1
**9th** [1] - 90:11

**A**

**A.M** [1] - 4:1
**abide** [1] - 123:3
**abilities** [3] - 59:14, 101:4, 103:4
**ability** [4] - 59:11, 62:25, 90:19, 95:18
**able** [15] - 12:1, 24:2, 36:3, 54:21, 61:6, 62:16, 72:14, 83:1, 83:3, 83:7, 83:12, 83:16, 95:5, 95:6, 116:1
**abnormal** [4] - 61:13, 99:14, 100:13, 102:14
**abnormalities** [1] - 98:2
**absence** [1] - 60:8
**absent** [1] - 101:22
**absolutely** [6] - 93:10, 94:5, 95:24, 96:6, 96:16, 136:18
**absorb** [1] - 19:10
**absorbing** [2] - 23:3, 23:23
**abuse** [1] - 84:10
**acceleration** [11] - 37:23, 114:25, 119:14, 119:17, 120:2, 122:2, 123:5, 127:5, 127:7, 128:21, 148:16
**accelerations** [12] - 41:7, 41:18, 42:15, 47:19, 117:3, 117:8, 118:12, 125:17,

126:16, 126:19, 128:23, 148:8

**accelerometers** [7] - 111:20, 115:16, 115:17, 115:18, 115:20, 124:9

**accept** [2] - 129:17, 140:18

**acceptable** [2] - 8:22, 92:13

**accepted** [1] - 121:18

**access** [1] - 65:4

**accident** [68] - 4:5, 7:7, 8:2, 8:6, 11:11, 12:11, 12:13, 18:1, 22:21, 25:19, 25:21, 29:18, 32:17, 32:20, 32:25, 33:5, 36:22, 37:21, 50:4, 76:2, 76:5, 96:10, 97:2, 97:16, 98:24, 103:12, 103:18, 103:22, 104:5, 104:10, 104:16, 105:7, 107:15, 107:24, 107:25, 108:2, 108:8, 113:7, 113:19, 118:25, 119:22, 120:17, 122:13, 123:1, 123:7, 123:20, 124:17, 125:8, 125:22, 126:5, 126:12, 130:6, 130:8, 130:10, 130:18, 131:10, 131:19, 132:3, 134:2, 134:7, 134:8, 134:17, 136:19, 144:6, 145:14, 148:10, 148:12, 148:15

**Accident** [1] - 107:17

**accidents** [2] - 32:11, 126:10

**account** [5] - 51:9, 127:19, 127:21, 131:21, 144:14

**accredited** [1] - 107:17

**accurate** [6] - 5:16, 5:17, 45:9, 89:22, 111:4, 113:19

**accurately** [2] - 31:23, 33:4

**acquired** [1] - 110:5

**ACTAR** [1] - 107:17

**acted** [1] - 111:16

**acting** [1] - 37:8

**action** [6] - 28:25,

30:21, 31:3, 77:17, 103:24, 136:3

**activation** [1] - 56:18

**actively** [1] - 107:12

**activities** [2] - 77:15, 125:9

**acts** [1] - 77:14

**actual** [5] - 63:5, 63:6, 64:20, 76:24, 86:15

**acute** [3] - 66:12, 66:22, 73:8

**Adams** [1] - 132:13

**adapts** [1] - 70:20

**add** [2] - 61:3, 73:4

**added** [1] - 55:15

**adding** [1] - 74:19

**addition** [3] - 112:6, 117:17, 119:9

**additional** [7] - 64:18, 78:12, 84:8, 84:13, 100:2, 100:6, 126:8

**adds** [2] - 15:8, 78:13

**adjourned** [1] - 149:10

**ADLs** [2] - 125:12, 126:17

**administer** [1] - 87:13

**admissibility** [2] - 31:11, 53:9

**admissible** [1] - 6:14

**admitted** [3] - 6:14, 31:8, 62:21

**adolescents** [1] - 127:13

**Adult** [1] - 59:17

**adults** [2] - 127:10, 127:14

**advance** [1] - 62:3

**advanced** [26] - 54:22, 55:9, 56:10, 58:16, 59:4, 59:7, 59:20, 60:12, 61:24, 62:10, 62:22, 66:17, 80:23, 81:2, 98:6, 99:7, 99:24, 100:5, 100:20, 102:20, 131:22, 132:6, 132:10, 144:11, 144:15

**advocate** [1] - 143:16

**Aerospace** [2] - 42:11, 42:22

**affect** [3] - 95:18, 123:6, 136:3

**affix** [1] - 26:16

**afford** [1] - 102:22

**afternoon** [3] - 4:25, 5:7, 106:21

**agencies** [1] - 99:19

**agitated** [2] - 72:8, 72:9

**ago** [2] - 29:19, 103:1

**agree** [26] - 9:11, 9:16, 9:21, 11:10, 11:13, 12:11, 13:8, 16:5, 29:22, 34:7, 35:11, 35:19, 49:23, 80:15, 81:22, 101:1, 128:3, 128:7, 130:16, 136:11, 137:4, 137:21, 146:2, 146:18, 146:22, 146:24

**agreed** [1] - 130:19

**agreement** [4] - 6:12, 9:13, 10:24, 34:18

**ahead** [12] - 21:6, 29:15, 33:8, 38:13, 42:5, 46:4, 48:3, 87:18, 99:4, 102:2, 108:25

**aid** [1] - 96:19

**AIDED** [1] - 150:13

**Air** [3] - 40:21, 41:3, 41:18

**akin** [1] - 147:11

**AL** [1] - 1:10

**ALARCON** [1] - 2:18

**alertness** [1] - 84:12

**algorithm** [1] - 100:12

**aligned** [1] - 110:9

**allow** [2] - 54:23, 74:11

**allowed** [1] - 54:8

**allows** [1] - 57:20

**almost** [2] - 66:3, 132:14

**ambiguous** [1] - 97:17

**AMERICA** [2] - 1:1, 1:9

**American** [1] - 54:1

**amount** [8] - 23:14, 70:16, 75:23, 77:9, 79:25, 115:7, 136:5, 142:12

**amygdala** [1] - 85:2

**analogous** [7] - 22:20, 25:9, 42:4, 43:18, 50:24, 51:6, 51:17

**analyses** [1] - 144:13

**analysis** [14] - 29:20, 32:11, 34:19, 35:5, 56:11, 82:15, 108:22, 108:23, 110:4, 124:1, 124:4, 127:20, 140:25, 146:18

**analyze** [1] - 107:23

**analyzing** [1] - 127:3

**anatomical** [1] - 55:12

**anatomy** [5] - 60:19,

78:13, 80:20, 80:24, 81:1

**AND** [4] - 150:8, 150:11, 150:13, 150:14

**ANGELES** [6] - 1:16, 1:25, 2:20, 2:22, 4:1, 150:4

**angiograms** [2] - 100:22, 100:24

**angle** [12] - 9:20, 10:3, 10:5, 10:8, 10:11, 10:23, 12:3, 38:25, 109:15, 109:18, 128:4, 128:7

**angular** [1] - 117:7

**animals** [1] - 89:16

**answer** [6] - 40:2, 40:3, 42:8, 43:13, 127:1, 148:19

**answered** [4] - 132:22, 139:5, 140:5, 143:5

**ante** [1] - 92:19

**anterior** [4] - 77:7, 77:8, 77:14, 77:22

**anthropometric** [1] - 112:18

**anthropomorphic** [4] - 110:8, 110:10, 110:17, 119:6

**anticipate** [3] - 8:3, 116:12, 144:6

**anticipating** [3] - 4:23, 136:9, 137:14

**anticipatory** [1] - 136:9

**anxiety** [2] - 84:19, 84:20

**anxious** [2] - 84:16, 91:19

**AOI** [2] - 11:6, 14:13

**apart** [1] - 91:10

**Aperture** [3] - 106:22, 106:23, 107:21

**apologize** [4] - 56:22, 81:13, 90:3, 96:18

**apparent** [1] - 70:22

**appear** [4] - 7:10, 69:21, 70:17, 131:3

**appearance** [2] - 34:17, 71:15

**APPEARANCES** [1] - 2:2

**appeared** [1] - 142:17

**Appendix** [1] - 46:24

**appendix** [1] - 49:7

**application** [1] - 7:1

**applied** [4] - 15:9, 18:25, 20:12, 21:25

**applies** [1] - 43:5

**apply** [2] - 100:9, 101:13

**applying** [1] - 25:18

**approached** [1] - 19:3

**approaching** [1] - 19:11

**appropriate** [10] - 32:6, 34:1, 80:6, 80:11, 80:15, 92:21, 93:3, 111:21, 133:17

**appropriately** [1] - 87:6

**approved** [5] - 81:16, 81:18, 81:19, 99:18, 101:21

**approximate** [5] - 119:21, 131:3, 134:6, 134:10, 134:12

**approximation** [1] - 113:19

**architecture** [3] - 54:24, 55:13, 78:15

**area** [24] - 13:16, 14:15, 14:22, 14:24, 20:5, 22:10, 22:15, 23:17, 61:6, 61:8, 69:3, 69:8, 69:18, 71:19, 71:20, 72:15, 77:14, 77:21, 79:2, 79:11, 83:9, 88:22

**Area** [3] - 11:7, 19:17

**areas** [19] - 18:22, 54:11, 55:2, 55:17, 55:19, 56:15, 57:15, 63:13, 64:23, 66:4, 76:25, 77:3, 78:7, 78:8, 78:9, 78:11, 78:18, 79:4, 88:17

**argument** [1] - 40:2

**argumentative** [4] - 130:23, 136:21, 140:21, 143:17

**arm** [1] - 105:4

**Army** [1] - 59:12

**arrive** [1] - 108:7

**arterial** [2] - 55:16, 78:3

**article** [5] - 44:24, 44:25, 45:11, 46:1

**articles** [1] - 51:14

**ascending** [1] - 128:6

**aspect** [2] - 54:21, 94:22

**aspects** [1] - 74:19

**assault** [1] - 92:25

**assess** [4] - 54:23, 57:23, 59:11, 88:14

**ASSISTANT** [1] - 2:19

**Association** [1] - 89:6
**assumes** [1] - 24:6
**asterisk** [1] - 99:17
**AT** [1] - 150:11
**ATD** [9] - 111:7, 111:21, 112:16, 113:4, 114:5, 115:17, 116:2, 124:9
**ATD's** [1] - 114:15
**ATDs** [2] - 110:8, 118:6
**athletic** [1] - 83:10
**atrophic** [2] - 69:2, 77:7
**atrophied** [3] - 56:5, 66:4, 69:2
**atrophy** [7] - 56:5, 69:4, 69:7, 69:20, 70:16, 71:19, 78:19
**attached** [5] - 22:16, 23:7, 23:10, 25:4, 68:17
**attack** [1] - 55:17
**attempt** [2] - 36:1, 37:12
**attempted** [1] - 146:8
**attempting** [2] - 139:14, 139:16
**attempts** [1] - 58:23
**attend** [1] - 107:13
**attention** [9] - 14:5, 14:16, 28:6, 62:20, 70:9, 70:22, 82:10, 133:20, 141:7
**ATTORNEY'S** [1] - 2:16
**ATTORNEYS** [1] - 2:19
**author** [3] - 36:15, 40:9, 43:12
**authored** [3] - 24:12, 25:4, 40:6
**auto** [3] - 70:13, 94:6, 123:3
**available** [7] - 4:21, 55:11, 61:24, 62:1, 62:7, 62:8, 62:9
**avalanche** [1] - 97:1
**average** [3] - 56:3, 60:2, 89:17
**avoid** [5] - 16:24, 36:5, 61:7, 135:8, 139:15
**aware** [3] - 98:23, 144:10, 145:12
**axes** [1] - 110:10
**axial** [1] - 63:22
**axle** [1] - 22:16
**axon** [1] - 79:4
**axonal** [2] - 66:23, 79:7

**axons** [2] - 67:8, 74:23

## B

**Bachelor** [1] - 6:23
**backfiring** [1] - 84:11
**background** [7] - 6:18, 53:12, 53:15, 53:16, 82:22, 82:25, 104:21
**backwards** [2] - 18:7, 72:25
**bad** [3] - 85:16, 95:11, 142:16
**Bailey** [1] - 43:12
**balance** [1] - 71:22
**ball** [1] - 68:19
**barely** [1] - 102:2
**barrier** [3] - 110:12, 111:16, 111:23
**base** [2] - 30:14, 30:15
**based** [17] - 16:23, 18:22, 25:25, 29:21, 30:9, 32:23, 32:24, 37:5, 55:11, 59:22, 63:5, 63:9, 99:24, 100:5, 121:16, 122:24, 146:18
**basic** [1] - 81:1
**basing** [1] - 145:21
**basis** [9] - 34:2, 53:14, 72:5, 80:12, 80:17, 103:4, 124:21, 126:1, 128:23
**Beach** [1] - 107:9
**bears** [1] - 107:11
**became** [5] - 53:24, 54:6, 72:10, 83:11, 97:1
**becomes** [1] - 68:17
**begin** [1] - 28:22
**beginning** [1] - 130:5
**begins** [1] - 28:17
**BEHALF** [2] - 2:4, 2:14
**behavior** [3] - 58:6, 71:22, 77:1
**behavioral** [2] - 54:7, 55:3
**bell** [2] - 60:2, 75:20
**bell-shaped** [1] - 60:2
**below** [4] - 89:17, 92:12, 117:14, 129:15
**belt** [13] - 26:13, 26:19, 26:24, 37:17, 37:21, 37:24, 38:2, 38:7, 38:16, 38:19, 39:1, 39:6, 39:21
**belt's** [1] - 38:23
**Ben** [2] - 108:24,

127:15
**bench** [1] - 53:13
**bend** [2] - 128:11, 128:12
**bending** [4] - 116:1, 116:7, 116:8, 142:6
**benefit** [3] - 74:6, 76:1, 107:18
**best** [10] - 4:20, 72:1, 83:1, 86:1, 87:20, 104:25, 106:2, 144:5, 145:9, 145:11
**better** [4] - 55:24, 60:16, 75:23, 86:15
**between** [23] - 11:12, 12:6, 14:13, 34:20, 47:18, 54:12, 59:21, 64:23, 65:15, 71:16, 71:17, 103:8, 110:13, 111:4, 113:9, 113:16, 113:17, 114:21, 121:25, 122:7, 122:16, 127:9, 138:2
**Beverly** [1] - 102:19
**beyond** [5] - 52:7, 55:2, 67:22, 121:23, 126:24
**big** [5] - 86:2, 96:19, 96:20, 96:22, 140:6
**bill** [1] - 96:22
**biochemical** [1] - 56:11
**biology** [1] - 53:20
**biomechanic** [1] - 122:7
**biomechanical** [16] - 4:5, 4:8, 8:4, 25:20, 32:6, 32:11, 32:25, 34:1, 50:25, 107:3, 111:8, 112:13, 117:21, 125:8, 141:11, 145:5
**biomechanics** [9] - 6:25, 7:4, 7:8, 8:7, 15:23, 107:4, 107:15, 107:23, 130:10
**Biomechanics** [1] - 6:25
**biomedical** [2] - 7:3, 131:11
**bit** [5] - 11:2, 39:3, 39:17, 40:6, 146:21
**bizarre** [1] - 60:10
**black** [2] - 111:11, 114:10
**blank** [2] - 84:19, 85:5
**blanking** [1] - 84:17
**blast** [1] - 68:7

**blood** [9] - 55:17, 55:18, 57:5, 57:15, 57:16, 61:13, 70:2, 78:4
**board** [1] - 53:25
**Board** [1] - 54:1
**bodies** [5] - 79:3, 79:4, 114:24, 132:8
**body** [93] - 7:2, 15:11, 15:21, 16:4, 16:7, 16:18, 16:21, 16:25, 17:3, 17:5, 17:11, 17:16, 17:22, 17:24, 17:25, 18:18, 18:23, 18:25, 19:7, 24:4, 24:10, 24:15, 25:15, 25:23, 26:3, 26:23, 26:25, 27:12, 27:19, 27:23, 28:17, 29:21, 29:25, 30:7, 30:16, 30:19, 31:24, 32:20, 33:1, 33:5, 34:3, 35:8, 35:11, 35:13, 35:19, 35:23, 36:2, 36:6, 36:8, 38:8, 38:16, 38:21, 39:2, 39:3, 39:7, 39:12, 39:15, 39:22, 51:18, 70:3, 73:7, 109:17, 116:3, 119:13, 121:2, 121:8, 122:14, 122:20, 123:7, 125:2, 128:6, 128:10, 136:4, 136:14, 137:17, 137:22, 137:24, 138:6, 138:11, 138:23, 138:25, 139:2, 145:24, 146:7, 146:10, 146:13, 146:19, 146:24, 147:5, 147:6, 148:14
**body's** [5] - 15:24, 16:1, 16:3, 17:12, 25:25
**bone** [5] - 68:19, 73:21, 73:23, 78:24, 79:14
**bony** [5] - 67:16, 68:18, 125:1, 125:4, 126:8
**bore** [1] - 46:19
**bottom** [4] - 77:19, 99:17, 101:12, 111:10
**BOULEVARD** [1] - 2:9
**bounce** [1] - 68:20
**Box** [1] - 119:16
**box** [1] - 67:16

**boxers** [1] - 75:14
**boy** [1] - 6:6
**brain** [137] - 54:6, 54:13, 54:20, 54:22, 54:24, 55:13, 55:15, 55:17, 55:21, 55:23, 56:2, 56:4, 56:5, 56:13, 56:15, 56:17, 57:5, 57:8, 57:10, 57:14, 57:21, 58:8, 58:22, 58:24, 59:20, 60:20, 61:5, 61:11, 61:14, 62:23, 63:2, 63:5, 63:6, 63:13, 64:6, 64:11, 64:14, 64:17, 64:20, 64:22, 64:23, 64:25, 65:3, 65:7, 65:9, 65:10, 65:11, 65:15, 65:16, 65:19, 65:22, 66:2, 66:8, 66:12, 66:19, 66:22, 67:4, 67:7, 67:12, 67:15, 67:16, 67:22, 68:8, 68:12, 68:16, 68:17, 68:20, 68:25, 69:4, 69:7, 69:25, 70:18, 70:19, 70:25, 71:24, 72:4, 73:24, 74:2, 74:4, 74:9, 74:17, 75:6, 75:10, 75:22, 76:11, 76:25, 77:5, 77:16, 78:2, 78:6, 78:7, 78:23, 78:25, 79:2, 79:13, 79:16, 79:20, 79:23, 80:20, 85:3, 88:22, 93:8, 93:23, 94:3, 94:7, 94:12, 94:18, 95:11, 95:25, 96:7, 97:15, 97:16, 97:21, 97:22, 97:24, 98:3, 100:13, 103:11, 103:24, 104:5, 104:7, 104:11, 104:15, 105:8, 108:5, 108:6, 126:13, 126:14, 144:20, 145:1, 145:13, 147:17
**brain's** [1] - 56:12
**bread** [4] - 63:12, 63:17, 63:23
**break** [8] - 53:1, 61:18, 61:20, 81:5, 81:9, 105:19, 106:5, 147:25
**breaking** [2] - 73:21, 80:3
**Brian** [3] - 132:2, 132:20, 133:16

**brick** [1] - 11:17
**brief** [5] - 37:17, 58:14, 81:5, 81:8, 81:9
**briefly** [9] - 11:15, 34:18, 53:20, 107:2, 108:1, 108:15, 110:3, 123:24, 127:15
**bright** [1] - 66:24
**bring** [1] - 110:25
**brings** [1] - 5:20
**broad** [1] - 104:18
**broke** [1] - 61:23
**brother** [2] - 83:13, 96:21
**brought** [3] - 65:16, 73:14, 110:7
**bruise** [1] - 70:1
**Bs** [1] - 83:5
**build** [1] - 64:18
**build-up** [1] - 64:18
**built** [2] - 64:5, 80:1
**bump** [1] - 73:8
**bumper** [6] - 14:22, 15:1, 23:3, 23:4, 23:23, 111:14
**bumpers** [1] - 110:13
**bunch** [1] - 7:10
**business** [1] - 96:18
**BY** [72] - 2:7, 2:17, 3:5, 3:6, 3:7, 3:8, 3:11, 3:11, 6:8, 16:11, 16:15, 20:2, 21:7, 22:6, 24:8, 28:3, 29:17, 31:20, 32:2, 32:9, 32:18, 32:22, 33:10, 34:13, 38:18, 43:8, 46:5, 47:9, 48:19, 50:3, 50:10, 52:3, 53:5, 58:15, 61:22, 64:4, 74:13, 83:24, 87:21, 97:7, 98:22, 101:18, 102:5, 104:2, 106:20, 120:8, 121:1, 121:10, 127:2, 130:4, 130:15, 130:25, 132:24, 134:5, 135:14, 136:23, 137:16, 138:16, 139:7, 140:8, 140:23, 143:13, 143:19, 144:18, 145:4, 145:18, 146:17, 147:14, 148:3, 148:9, 148:13, 150:13

**C**

**C7** [1] - 73:7
**CA** [2] - 2:11, 2:22
**calculated** [1] - 24:3
**California** [4] - 83:14, 91:13, 91:14, 107:9
**CALIFORNIA** [6] - 1:2, 1:16, 1:25, 4:1, 150:6, 150:9
**calm** [1] - 85:5
**capable** [1] - 131:6
**capacity** [3] - 60:13, 60:17, 83:10
**caps** [1] - 45:5
**car** [19] - 18:1, 18:19, 19:13, 20:4, 20:7, 20:11, 21:11, 21:14, 21:16, 22:20, 23:25, 50:4, 72:22, 110:13, 111:14, 119:16, 131:2, 136:25, 137:18
**cardiologist** [1] - 100:22
**care** [4] - 70:3, 76:4, 83:14, 93:21
**career** [1] - 87:23
**carry** [1] - 67:6
**cars** [3] - 9:24, 9:25, 18:20
**case** [53] - 6:11, 7:25, 8:8, 9:4, 23:16, 25:6, 26:1, 29:20, 30:10, 30:11, 31:5, 33:19, 34:6, 34:8, 38:6, 42:4, 43:5, 43:18, 50:24, 51:2, 51:7, 51:10, 51:21, 53:8, 53:19, 54:16, 62:18, 73:12, 85:8, 93:21, 95:16, 105:16, 107:2, 107:11, 107:22, 108:13, 108:23, 109:4, 110:4, 110:12, 113:5, 114:14, 122:10, 123:17, 124:1, 124:4, 127:16, 130:9, 131:7, 131:23, 141:5, 144:8, 145:12
**CASE** [1] - 1:8
**category** [1] - 108:16
**caught** [1] - 15:3
**caused** [13] - 14:3, 17:16, 20:6, 72:17, 72:21, 73:5, 124:17, 125:22, 126:13, 128:15, 128:18,
129:4, 129:11
**causes** [2] - 57:11, 67:21
**causing** [3] - 15:21, 105:7, 129:20
**cell** [2] - 79:3
**cells** [6] - 55:17, 57:4, 57:5, 57:6, 115:18, 115:19
**center** [5] - 20:10, 61:15, 103:1, 112:14, 114:15
**centers** [2] - 62:2, 62:6
**CENTRAL** [2] - 1:2, 150:9
**cerebral** [2] - 55:21, 80:25
**certain** [16] - 23:14, 55:14, 56:15, 66:24, 66:25, 67:9, 75:10, 75:23, 76:25, 79:25, 83:5, 87:3, 88:17, 114:14, 134:21
**certainly** [6] - 8:24, 39:17, 87:24, 88:4, 93:7, 94:21
**certainty** [1] - 129:24
**CERTIFICATE** [1] - 150:2
**certifications** [1] - 107:16
**certified** [2] - 53:25, 54:6
**CERTIFY** [2] - 150:10, 150:14
**cervical** [18] - 26:6, 30:12, 37:5, 37:9, 37:10, 108:3, 115:19, 116:13, 116:22, 124:18, 124:20, 125:10, 129:4, 129:7, 132:17, 132:20, 141:12, 147:17
**cetera** [2] - 10:15, 147:23
**chair** [2] - 6:2, 52:17
**challenge** [2] - 80:5, 80:11
**champion** [1] - 83:11
**change** [6] - 58:7, 70:1, 79:8, 79:12, 129:19, 130:22
**changed** [2] - 72:12, 76:8
**changes** [6] - 41:22, 60:10, 60:11, 69:13, 75:24, 94:12
**Charles** [1] - 53:23

**chart** [3] - 58:10, 95:9, 100:16
**chase** [2] - 41:11, 43:15
**cheating** [1] - 7:13
**checked** [1] - 133:15
**Chevrolet** [4] - 109:14, 109:23, 110:6, 114:16
**Chevy** [1] - 109:20
**childhood** [6] - 82:22, 83:21, 84:5, 84:10, 92:25, 95:4
**children** [2] - 127:10, 127:13, 144:23
**chosen** [1] - 130:8
**chronic** [1] - 75:8
**cingulate** [4] - 77:7, 77:8, 77:14, 77:22
**circles** [1] - 114:11
**circumstance** [1] - 93:14
**circumstances** [1] - 51:9
**claim** [1] - 108:5
**claimed** [1] - 115:25
**clarification** [1] - 5:14
**clarify** [1] - 31:10
**classes** [2] - 47:24, 107:14
**classified** [1] - 84:20
**clear** [10] - 9:23, 12:5, 21:9, 47:17, 63:4, 65:1, 74:6, 102:10, 103:5, 104:20
**clearance** [1] - 109:24
**clearly** [2] - 69:1, 105:1
**CLERK** [9] - 5:24, 6:1, 52:15, 52:17, 52:23, 106:10, 106:12, 106:17, 149:10
**client** [1] - 86:1
**clinical** [1] - 100:24
**clinician** [3] - 81:20, 81:21, 102:6
**clinician's** [2] - 101:4, 101:22
**clinicians** [1] - 100:17
**CLINTON** [1] - 1:6
**clock** [1] - 16:9
**clockwise** [1] - 20:9
**close** [7] - 4:24, 61:6, 113:21, 113:24, 125:11, 142:20, 145:10
**closed** [1] - 144:6
**closer** [3] - 17:19, 60:14, 122:21
**closest** [1] - 61:2

**closing** [1] - 57:15
**closings** [1] - 5:15
**clot** [1] - 70:2
**co** [3] - 24:12, 25:4, 40:9
**co-author** [1] - 40:9
**co-authored** [2] - 24:12, 25:4
**coffee** [1] - 84:12
**cognition** [2] - 55:3, 58:7
**cognitive** [2] - 77:19, 96:10
**collateral** [1] - 70:19
**collected** [2] - 117:14, 127:24
**collecting** [1] - 111:4
**college** [4] - 83:6, 83:7, 107:2, 107:7
**collision** [40] - 9:14, 10:19, 11:18, 11:22, 11:23, 12:5, 12:6, 12:19, 15:15, 16:7, 16:24, 17:11, 17:15, 21:20, 22:7, 22:22, 24:10, 26:8, 34:3, 36:5, 37:14, 38:23, 43:23, 51:1, 51:2, 51:8, 70:14, 94:6, 118:1, 118:2, 118:9, 122:11, 122:12, 125:13, 125:16, 126:17, 135:9, 136:10, 141:10, 145:7
**collisions** [5] - 30:15, 37:6, 43:22, 45:14, 45:16
**color** [1] - 70:1
**column** [7] - 41:1, 42:21, 42:24, 43:1, 49:1, 49:2, 99:10
**combine** [1] - 143:24
**combined** [1] - 143:23
**coming** [6] - 4:12, 55:24, 60:15, 134:25, 144:2, 144:5
**comments** [1] - 58:10
**common** [3] - 68:21, 68:22, 136:13
**commonly** [1] - 22:21
**company** [1] - 102:18
**comparable** [1] - 133:17
**comparative** [2] - 140:25, 143:20
**compare** [11] - 88:15, 113:10, 115:3, 116:3, 117:13, 118:15, 121:21,

132:1, 134:1, 143:25, 145:6
compared [11] - 13:10, 15:12, 22:12, 23:22, 26:4, 89:4, 122:22, 131:17, 132:6, 132:16, 132:19
compares [1] - 125:9
comparing [9] - 89:23, 114:21, 125:14, 141:14, 141:18, 142:5, 142:13, 142:18, 142:23
comparison [5] - 69:18, 117:23, 118:22, 144:13, 145:10
comparisons [2] - 125:15, 131:19
compartmentalize [1] - 95:3
compartmentalized [1] - 95:14
compartmentalizing [1] - 95:12
compensation [1] - 70:19
complaints [3] - 41:25, 96:23, 105:4
complete [3] - 85:10, 85:20, 87:15
completed [1] - 70:11
completely [2] - 50:24, 51:6
completing [1] - 85:18
Complex [2] - 88:19, 90:22
complex [1] - 90:20
complicated [2] - 80:25, 90:23
components [2] - 56:12, 123:20
compound [1] - 87:17
comprehension [1] - 77:1
compression [13] - 37:8, 37:13, 73:20, 115:25, 116:16, 116:19, 116:21, 125:2, 129:14, 142:6, 142:21, 143:8, 143:24
compressive [3] - 124:23, 126:2, 132:13
computer [4] - 63:8, 63:9, 71:25, 101:3
COMPUTER [1] - 150:13

COMPUTER-AIDED [1] - 150:13
computerized [2] - 64:10, 102:21
computers [1] - 59:8
concentrate [1] - 32:16
concentrating [1] - 147:24
concentration [1] - 107:4
concept [1] - 81:25
concerning [4] - 12:25, 40:14, 108:1, 132:16
concluded [2] - 30:10, 149:11
conclusion [5] - 13:5, 34:22, 105:6, 105:15, 129:17
conclusions [5] - 8:9, 24:9, 33:24, 118:10, 141:8
concussion [1] - 68:9
condition [3] - 99:19, 132:8, 133:13
conditions [5] - 50:14, 50:17, 50:18, 112:22, 133:18
conduct [2] - 82:4, 111:17
conducted [3] - 108:10, 119:11, 124:5
conducting [1] - 110:4
conferences [1] - 107:14
configuration [2] - 10:19, 10:25
confront [1] - 84:24
congruent [4] - 78:18, 88:17, 88:23, 95:24
conjunction [1] - 142:20
connected [2] - 84:16, 84:17
connections [1] - 55:20
considered [1] - 121:19
considering [1] - 123:9
consistent [9] - 24:18, 24:20, 28:4, 36:21, 37:9, 73:2, 89:3, 95:21, 96:23
consists [1] - 86:9
construction [1] - 91:7
contact [26] - 9:19,

9:21, 11:8, 11:25, 14:13, 14:20, 14:23, 18:22, 19:23, 22:14, 23:2, 39:1, 48:8, 48:11, 48:24, 49:5, 49:8, 49:17, 49:21, 49:25, 51:15, 118:23, 121:13, 122:17, 122:19, 123:17
contacted [2] - 22:25, 23:1
contacts [1] - 118:13
contended [1] - 85:20
continue [1] - 12:1
continued [4] - 13:19, 14:2, 19:22, 19:25
continues [2] - 13:12, 13:14
continuing [1] - 107:12
contra [2] - 69:8, 74:17
contra-coup [2] - 69:8, 74:17
contribute [2] - 94:6, 94:18
contributing [1] - 105:7
control [3] - 27:5, 71:21, 82:13
Control [1] - 89:6
contuse [1] - 74:25
conventional [1] - 63:10
convergent [1] - 57:22
conversion [2] - 69:12, 78:12
convoluted [2] - 39:9, 39:24
cooperation [2] - 82:14, 85:14
coping [1] - 104:23
copy [10] - 8:19, 8:23, 47:25, 48:1, 76:15, 76:16, 76:17, 90:24, 91:4, 91:5
coral [1] - 66:3
corner [2] - 14:22, 118:24
coronary [2] - 100:22, 100:24
corporation [1] - 101:3
correct [112] - 10:16, 12:25, 14:1, 15:20, 16:20, 17:4, 18:2, 18:6, 18:10, 18:15, 20:21, 20:23, 21:4, 21:13, 34:20, 35:1,

35:5, 35:6, 35:9, 35:13, 35:16, 35:20, 36:9, 36:12, 36:16, 36:22, 36:25, 37:1, 37:10, 37:21, 39:25, 40:10, 40:18, 41:19, 42:12, 43:12, 43:17, 44:4, 44:8, 44:13, 45:18, 47:13, 47:19, 48:8, 48:25, 49:21, 49:25, 50:2, 50:5, 58:18, 63:3, 63:19, 64:12, 64:13, 73:12, 73:18, 76:2, 76:3, 92:9, 92:10, 92:13, 92:14, 97:16, 98:4, 98:5, 98:8, 98:9, 98:13, 98:14, 98:24, 99:8, 99:9, 99:22, 99:25, 100:9, 100:10, 101:14, 101:15, 102:7, 102:8, 103:13, 103:20, 105:18, 110:24, 121:12, 131:19, 131:20, 132:4, 133:8, 133:25, 135:2, 137:19, 137:20, 139:4, 139:10, 139:12, 139:13, 140:2, 141:1, 141:16, 141:20, 142:1, 142:4, 142:8, 142:19, 143:4, 143:8, 143:11, 144:24, 148:16, 148:18, 148:22
CORRECT [1] - 150:14
correctly [1] - 13:22
correctness [1] - 88:14
correlate [1] - 117:8
correlated [1] - 78:6
correlates [1] - 74:4
correlation [1] - 121:25
cortal [1] - 77:8
cortex [2] - 69:16, 79:5
cortical [1] - 79:1
coughing [2] - 125:18, 126:18
coulda [1] - 24:22
Counsel [1] - 31:10
counsel [2] - 34:17, 99:20
COUNSEL [1] - 2:2
count [1] - 30:20

counter [1] - 68:16
counter-coup [1] - 68:16
counterclockwise [1] - 10:3
counting [1] - 30:21
country [1] - 62:7
COUNTY [1] - 150:4
coup [6] - 68:15, 68:16, 69:8, 74:17
couple [8] - 8:12, 12:4, 31:22, 42:2, 68:14, 75:20, 86:12, 86:20
coupled [1] - 78:5
coupling [1] - 57:13
course [1] - 5:19
courses [1] - 54:3
COURT [137] - 1:1, 1:24, 4:12, 4:15, 4:19, 5:1, 5:3, 5:5, 5:10, 5:12, 5:17, 5:19, 7:13, 7:15, 7:23, 8:24, 9:1, 10:7, 10:13, 10:17, 15:17, 15:21, 16:13, 18:16, 18:19, 19:1, 19:7, 19:10, 20:15, 20:20, 20:22, 20:24, 21:2, 21:5, 24:7, 26:5, 26:10, 26:15, 27:5, 27:9, 27:11, 27:17, 27:21, 28:2, 29:6, 29:14, 32:1, 32:8, 32:15, 32:21, 33:7, 34:5, 34:11, 38:11, 38:13, 40:3, 41:10, 41:13, 41:15, 42:8, 42:20, 43:4, 43:7, 46:3, 46:15, 46:17, 46:21, 47:7, 48:14, 50:8, 52:8, 52:13, 52:24, 56:20, 56:23, 61:19, 64:3, 66:14, 74:11, 81:7, 81:11, 83:23, 87:18, 90:4, 97:5, 97:18, 98:20, 101:9, 102:2, 104:1, 105:13, 105:17, 105:21, 105:25, 106:4, 120:7, 120:16, 120:23, 121:6, 124:14, 127:1, 130:2, 130:14, 130:24, 131:6, 131:11, 131:14, 132:23, 134:4, 136:22, 137:11, 138:14, 139:6, 140:6,

140:22, 141:3, 143:6, 143:12, 143:18, 144:17, 145:3, 145:17, 146:15, 147:13, 147:18, 147:22, 148:1, 148:7, 148:12, 148:19, 148:21, 149:2, 149:5, 149:7, 149:9, 150:9, 150:22
**Court** [15] - 6:18, 7:17, 8:10, 9:13, 9:23, 23:25, 28:24, 53:14, 53:16, 55:8, 71:3, 74:6, 103:6, 133:22, 134:16
**court** [1] - 149:10
**Court's** [4] - 5:14, 21:8, 107:18, 136:8
**Courtroom** [1] - 109:6
**cover** [3] - 8:4, 9:11, 15:1
**covered** [1] - 17:1
**COWAT** [1] - 89:5
**crash** [25] - 43:25, 44:4, 45:13, 45:24, 46:1, 46:7, 46:10, 49:24, 107:14, 110:12, 110:19, 110:22, 111:2, 112:6, 112:12, 112:14, 112:16, 113:2, 113:10, 114:11, 114:22, 117:22, 117:23, 124:3, 124:6
**crashing** [1] - 111:22
**cream** [1] - 79:10
**create** [2] - 62:23, 120:9
**created** [2] - 23:18, 64:6
**creating** [5] - 15:11, 32:10, 119:24, 133:22, 134:19
**credibly** [1] - 100:19
**criminal** [1] - 86:22
**criticisms** [2] - 32:5, 88:11
**cross** [2] - 97:5, 101:23
**CROSS** [4] - 3:4, 34:12, 97:6, 130:3
**CROSS-EXAMINATION** [3] - 34:12, 97:6, 130:3
**crossed** [1] - 19:2
**crude** [1] - 59:1
**Cruze** [4] - 109:14,

109:20, 110:6, 114:16
**Cruzes** [1] - 109:23
**Cs** [1] - 83:5
**CSR** [2] - 1:23, 150:21
**cubic** [1] - 68:1
**cumulative** [3] - 75:2, 75:9, 75:24
**curve** [3] - 60:2, 91:18, 117:15
**curves** [2] - 10:15, 117:6
**cut** [3] - 41:11, 43:15, 104:20
**cuts** [1] - 85:4
**cutting** [1] - 59:7
**CV** [3] - 1:9, 6:13, 107:19
**CVs** [1] - 53:10

## D

**daily** [1] - 125:9
**damage** [42] - 12:15, 14:18, 22:11, 22:18, 22:22, 23:4, 23:5, 23:19, 44:21, 44:23, 45:8, 45:9, 61:7, 61:10, 72:17, 72:18, 72:19, 72:21, 73:2, 73:5, 74:5, 74:18, 77:4, 78:2, 108:4, 115:25, 116:12, 116:14, 116:15, 116:23, 124:17, 124:19, 124:24, 125:3, 125:22, 125:25, 126:7, 129:4, 129:9, 129:11, 129:16
**damaged** [5] - 72:15, 72:16, 73:23, 77:23, 79:22
**Danan** [1] - 80:7
**darn** [1] - 142:16
**dash** [1] - 48:5
**data** [12] - 88:14, 109:20, 111:4, 112:18, 115:13, 115:21, 117:12, 117:14, 117:22, 118:15, 125:14, 143:24
**database** [1] - 108:9
**date** [1] - 70:6
**DATE** [1] - 150:18
**David** [1] - 59:19
**days** [2] - 42:2, 46:12
**deal** [3] - 84:18, 96:20, 96:22

**dealing** [1] - 95:6
**deals** [1] - 95:15
**death** [1] - 56:6
**decent** [1] - 95:2
**decision** [1] - 61:4
**decreased** [7] - 55:19, 55:20, 56:3, 78:7, 78:8, 78:9, 96:18
**decreases** [1] - 75:11
**deemed** [2] - 62:21, 121:23
**deeper** [1] - 66:5
**DEFENDANT** [2] - 1:11, 2:14
**defendant** [3] - 34:17, 53:8, 106:8
**Defendant's** [1] - 28:7
**DEFENSE** [1] - 3:9
**defense** [13] - 4:18, 5:8, 8:1, 9:12, 50:25, 80:8, 84:1, 85:7, 88:10, 93:11, 132:2, 145:12
**defensive** [1] - 87:4
**deficits** [3] - 84:2, 84:6, 96:10
**define** [1] - 121:21
**definite** [1] - 70:21
**definitely** [5] - 33:12, 68:11, 81:19, 81:23, 100:20
**degenerated** [1] - 132:14
**degeneration** [1] - 94:10
**degenerative** [7] - 50:14, 50:17, 131:22, 131:25, 132:1, 132:7, 132:11
**degree** [7] - 51:21, 59:9, 94:1, 94:14, 107:7, 107:10, 129:23
**degrees** [7] - 39:20, 109:18, 111:1, 111:4, 113:18, 118:24, 128:12
**delayed** [5] - 82:9, 90:9, 90:16, 90:18, 91:1
**delicate** [3] - 79:19, 79:23, 79:24
**Delta** [26] - 11:11, 11:17, 11:21, 12:2, 13:3, 13:6, 13:11, 20:19, 26:1, 29:22, 29:23, 34:19, 34:23, 45:16, 111:24, 113:14, 113:16, 114:23, 117:20,

118:3, 127:18, 129:1, 129:18, 130:17, 130:21, 131:4
**delve** [1] - 5:20
**dementing** [1] - 54:6
**demonstrate** [11] - 76:10, 77:4, 109:16, 119:13, 119:20, 120:1, 120:20, 133:23, 134:13, 134:19, 134:21
**demonstrated** [2] - 137:18, 139:12
**demonstrates** [2] - 11:5, 137:14
**demonstrating** [2] - 114:23, 116:5
**demonstrative** [5] - 64:9, 109:3, 109:9, 114:19, 138:19
**demonstratives** [3] - 31:12, 63:25, 65:6
**denied** [1] - 42:8
**dense** [1] - 78:24
**denser** [1] - 55:18
**densities** [5] - 79:1, 79:7, 79:8, 79:11, 79:12
**density** [4] - 68:18, 78:23, 79:13, 79:16
**depict** [1] - 12:21
**depicted** [1] - 18:16
**depicts** [5] - 12:22, 109:12, 111:13, 119:3, 119:4
**deposition** [5] - 36:11, 108:18, 113:8, 145:22, 146:7
**depositions** [2] - 8:12, 9:6
**depression** [1] - 84:5
**Deputy** [1] - 109:6
**describe** [16] - 18:24, 29:4, 30:3, 65:14, 65:18, 71:3, 78:22, 78:25, 79:19, 108:12, 108:15, 113:13, 121:2, 124:7, 130:5, 146:6
**described** [11] - 22:21, 23:25, 28:20, 42:6, 59:18, 60:10, 71:13, 127:17, 128:1, 128:6, 147:19
**describes** [2] - 25:7, 122:9
**describing** [5] - 26:22, 70:17, 73:3, 74:14, 78:20

**description** [2] - 24:25, 30:4
**descriptions** [1] - 99:6
**designated** [1] - 131:10
**despite** [3] - 48:11, 82:25, 83:5
**detail** [1] - 6:17
**detailed** [4] - 53:11, 54:25, 55:1, 55:5
**determinations** [1] - 32:24
**determine** [7] - 61:9, 72:15, 75:16, 78:1, 102:11, 132:7, 133:9
**determined** [1] - 24:15
**determining** [1] - 111:8
**develop** [3] - 75:8, 100:14, 105:1
**developed** [2] - 73:16, 117:6
**development** [1] - 59:21
**device** [4] - 62:4, 110:10, 110:17, 119:6
**devices** [1] - 110:8
**diagnoses** [4] - 100:5, 100:17, 101:22
**diagnosing** [1] - 99:19
**diagnosis** [7] - 81:20, 81:21, 86:22, 99:24, 100:21, 101:2, 102:6
**diagnostic** [3] - 80:12, 80:16
**diagram** [6] - 10:18, 11:5, 14:6, 19:16, 78:14, 109:11
**differ** [1] - 79:11
**difference** [8] - 47:18, 58:6, 59:21, 64:23, 76:8, 122:7, 122:16, 127:9
**differences** [3] - 65:15, 96:6, 114:13
**different** [28] - 22:5, 25:6, 26:2, 45:25, 46:6, 46:9, 46:11, 55:22, 57:21, 58:9, 63:2, 63:13, 68:14, 74:2, 74:23, 75:1, 78:20, 79:1, 82:8, 88:16, 89:2, 89:23, 91:4, 96:3, 97:21, 103:15, 113:13, 136:25
**differently** [1] - 88:3
**difficult** [1] - 57:1
**difficulty** [1] - 90:20

**digit** [1] - 91:25
**dilating** [1] - 57:14
**dimensional** [2] - 64:21, 71:12
**dimensions** [2] - 113:3, 113:10
**Diplomat** [1] - 53:25
**DIRECT** [4] - 3:4, 6:7, 53:4, 106:19
**direct** [7] - 40:6, 99:21, 104:10, 140:25, 144:16, 145:2, 148:4
**directed** [1] - 19:18
**Direction** [1] - 16:17
**direction** [24] - 9:25, 10:1, 10:4, 15:8, 16:3, 16:6, 16:9, 17:19, 23:15, 26:24, 27:1, 30:7, 35:3, 35:8, 38:15, 39:18, 109:15, 115:8, 123:12, 128:1, 128:9, 128:11, 128:13
**directional** [1] - 20:6
**directions** [1] - 135:21
**disagree** [5] - 34:22, 96:14, 102:13, 143:8, 146:3
**disagreed** [2] - 35:5, 130:19
**disagreement** [2] - 103:8, 103:10
**disagreements** [1] - 88:12
**disassociate** [1] - 93:7
**disassociation** [1] - 95:7
**disclaimer** [5] - 100:8, 100:9, 100:10, 101:11, 101:12
**discovery** [1] - 108:20
**discuss** [9] - 36:24, 43:24, 48:20, 83:20, 103:8, 106:25, 123:24, 127:15, 131:10
**discussed** [13] - 30:10, 45:10, 48:10, 49:24, 62:23, 74:17, 94:17, 95:22, 99:20, 109:16, 117:17, 129:22, 131:18
**discusses** [3] - 40:13, 43:21, 43:25
**discussing** [3] - 14:10, 35:19, 97:21
**discussion** [6] -

35:22, 37:17, 40:17, 47:17, 81:15, 84:1
**disease** [9] - 99:20, 131:22, 131:25, 132:2, 132:7, 132:11, 132:20, 144:11, 144:15
**disk** [17] - 112:23, 115:24, 116:8, 116:17, 124:24, 125:3, 125:4, 131:22, 131:25, 132:2, 132:7, 132:11, 132:20, 133:6, 133:10, 144:11, 144:15
**disorder** [2] - 60:6, 60:7
**disorders** [1] - 82:16
**displayed** [1] - 40:7
**dissimilar** [2] - 25:15, 25:17
**dissociative** [4] - 84:15, 84:21, 87:8, 87:9
**distance** [1] - 119:8
**DISTRICT** [5] - 1:1, 1:2, 1:4, 150:9
**dive** [1] - 84:11
**dividing** [2] - 76:25, 142:17
**DIVISION** [1] - 1:2
**divorced** [1] - 83:3
**DO** [2] - 150:10, 150:13
**doctor** [4] - 52:21, 56:21, 60:25, 144:7
**Doctor** [2] - 97:3, 105:13
**doctors** [1] - 9:7
**document** [7] - 49:14, 98:12, 99:5, 99:7, 99:11, 99:14, 101:12
**documented** [3] - 18:23, 29:21, 60:7
**documenting** [1] - 87:23
**documents** [5] - 7:20, 9:10, 108:13, 108:16, 113:5
**domains** [1] - 83:11
**done** [31] - 4:23, 6:12, 8:8, 25:24, 40:21, 41:4, 43:25, 45:1, 48:10, 54:4, 54:5, 54:18, 58:1, 61:18, 62:13, 62:22, 63:6, 70:5, 70:6, 70:12, 74:18, 82:12, 86:3, 87:24, 88:3, 88:5,

88:16, 98:23, 102:17, 103:17, 136:19
**door** [4] - 22:12, 22:19, 23:24, 29:3
**dots** [1] - 66:24
**double** [4] - 19:3, 19:11, 19:19, 20:14
**doubt** [1] - 58:7
**down** [32] - 4:4, 7:23, 11:2, 34:7, 40:23, 48:15, 48:16, 48:20, 49:4, 49:9, 49:10, 50:2, 50:11, 52:6, 52:13, 56:6, 63:20, 66:4, 69:25, 71:5, 77:8, 77:10, 77:19, 85:1, 100:12, 105:17, 109:13, 111:12, 115:4, 123:10, 147:25, 149:2
**Dr** [82] - 4:7, 5:7, 6:5, 6:9, 7:25, 14:7, 14:17, 21:8, 29:9, 32:23, 34:14, 46:24, 49:6, 50:11, 52:4, 53:6, 61:23, 62:22, 64:5, 65:1, 70:10, 72:23, 73:11, 73:14, 76:15, 78:20, 80:5, 80:7, 80:8, 83:19, 85:7, 85:17, 85:22, 86:18, 88:11, 88:20, 89:4, 90:10, 90:13, 90:21, 91:14, 91:21, 91:23, 91:24, 92:2, 92:7, 92:8, 92:15, 92:20, 92:24, 93:18, 96:1, 96:2, 96:8, 97:8, 97:21, 100:15, 101:11, 101:20, 102:21, 103:8, 103:9, 108:21, 127:15, 128:1, 128:6, 128:10, 129:17, 131:22, 132:20, 136:7, 136:24, 138:3, 144:7, 144:10, 145:19, 145:20, 145:23, 146:6, 146:12
**dr** [1] - 52:24
**draw** [3] - 63:9, 90:25, 131:19
**drawing** [1] - 18:21
**Drew** [1] - 53:23
**Drexel** [1] - 107:8
**drive's** [1] - 122:11

**driven** [1] - 11:16
**driver** [6] - 13:23, 31:21, 120:11, 122:10, 131:24, 136:11
**driver's** [6] - 35:15, 44:12, 73:1, 114:8, 121:11, 123:14
**drivers** [1] - 136:13
**driving** [7] - 25:1, 84:23, 135:15, 139:8, 139:9, 139:11, 139:25
**drove** [1] - 119:18
**dummies** [1] - 110:20
**dummy** [9] - 45:13, 110:22, 111:2, 112:6, 113:2, 114:11, 114:22, 124:3, 124:6
**dummy's** [1] - 113:10
**duration** [1] - 138:2
**during** [28] - 31:24, 33:2, 35:9, 37:4, 37:6, 38:3, 40:6, 43:22, 43:23, 87:12, 93:5, 107:5, 107:24, 110:22, 118:16, 119:4, 121:13, 122:25, 124:7, 125:13, 126:16, 127:25, 128:24, 134:13, 134:22, 136:25, 147:16, 148:14

---

**E**

---

**early** [1] - 4:17
**easier** [1] - 115:7
**EAST** [1] - 2:9
**edema** [2] - 69:24, 73:16
**edge** [1] - 59:7
**education** [8] - 6:19, 6:22, 53:17, 54:14, 83:1, 107:1, 107:11, 107:12
**effect** [10] - 15:7, 75:2, 75:9, 84:2, 93:4, 94:8, 123:13, 147:2, 147:8, 147:17
**effort** [4] - 82:13, 85:15, 92:8, 92:13
**efforts** [1] - 145:6
**eight** [8] - 45:25, 46:6, 46:10, 77:11, 91:23, 91:24, 106:24
**either** [1] - 56:6
**elbow** [1] - 124:10

**elderly** [4] - 112:12, 112:19, 133:3, 133:4
**electing** [1] - 4:14
**elements** [2] - 68:2, 90:23
**ELIAS** [4] - 1:23, 150:8, 150:20, 150:21
**emergent** [1] - 75:19
**EMERSON** [2] - 2:8, 64:2
**emotional** [2] - 55:3, 77:18
**emphasis** [2] - 6:25, 7:4
**encephalopathy** [1] - 75:9
**end** [5] - 14:25, 26:8, 42:25, 73:7, 73:15
**ended** [1] - 75:18
**energy** [7] - 23:3, 23:23, 57:16, 73:6, 73:23, 74:21
**engineer** [7] - 4:5, 4:8, 8:4, 25:20, 34:2, 131:12, 145:5
**engineering** [4] - 7:3, 32:25, 107:4, 142:15
**enjoy** [1] - 54:14
**entered** [7] - 40:8, 44:11, 48:6, 99:4, 107:19, 112:4, 118:19
**entire** [3] - 43:4, 48:23, 87:23
**entirety** [1] - 6:13
**environmental** [1] - 72:2
**epidemiology** [1] - 7:4
**equipment** [1] - 102:22
**ERCOLANI** [106] - 2:7, 3:5, 3:7, 3:11, 5:13, 5:18, 6:8, 7:16, 7:24, 8:17, 8:22, 10:20, 12:17, 16:11, 16:15, 20:2, 21:7, 22:6, 24:8, 28:3, 28:6, 29:8, 29:17, 31:7, 31:13, 31:16, 31:20, 32:2, 32:9, 32:18, 32:22, 33:10, 34:9, 38:10, 41:8, 42:19, 43:3, 46:2, 46:14, 47:6, 48:13, 50:1, 50:10, 51:24, 52:7, 52:12, 53:5, 58:15, 61:16, 61:22, 62:20, 64:4, 66:17, 74:13, 81:5, 81:9, 81:13,

83:24, 87:21, 92:6, 97:3, 97:17, 101:18, 101:25, 102:5, 104:2, 105:10, 105:15, 120:5, 121:5, 124:13, 126:24, 130:4, 130:15, 130:25, 131:8, 131:13, 131:15, 132:24, 133:20, 134:5, 135:11, 135:14, 136:23, 137:16, 138:16, 139:7, 140:5, 140:8, 140:23, 141:7, 143:10, 143:13, 143:19, 144:18, 145:4, 145:18, 146:17, 147:14, 147:20, 147:25, 148:3, 148:9, 148:13, 148:23, 149:4
**especially** [1] - 84:9
**ESQ** [2] - 2:7, 2:8
**essentially** [22] - 8:4, 10:25, 11:24, 13:23, 15:2, 15:9, 21:10, 21:16, 28:21, 29:2, 30:3, 30:20, 31:1, 44:17, 45:13, 45:15, 87:10, 92:25, 102:9, 111:19, 119:8, 147:11
**establish** [1] - 53:13
**established** [1] - 9:12
**estate** [4] - 65:24, 69:15, 83:17, 83:18
**esteem** [1] - 83:10
**estimated** [1] - 127:18
**ET** [1] - 1:10
**et** [2] - 10:15, 147:23
**ethical** [1] - 71:21
**evaluate** [2] - 130:19, 130:21
**evaluated** [1] - 108:9
**evaluation** [2] - 32:6, 130:16
**evasive** [7] - 28:25, 30:21, 31:3, 33:16, 136:9, 139:14, 139:17
**event** [4] - 66:22, 75:5, 75:7, 83:21
**events** [4] - 67:13, 73:8, 77:13, 124:25
**eventually** [2] - 70:2, 83:6
**evidence** [17] - 6:14,

24:6, 31:9, 40:8, 44:11, 48:6, 56:16, 76:11, 78:1, 93:15, 95:8, 95:22, 99:4, 107:20, 112:2, 112:4, 118:19
**evolved** [1] - 59:12
**exacerbation** [1] - 50:18
**exact** [5] - 70:6, 82:18, 89:11, 89:18, 115:12
**exactly** [7] - 27:14, 36:13, 42:18, 48:21, 88:17, 101:25
**examination** [13] - 54:25, 55:1, 55:5, 55:6, 57:8, 92:16, 93:6, 95:8, 95:23, 97:22, 103:3, 103:4
**EXAMINATION** [9] - 6:7, 34:12, 50:9, 52:2, 53:4, 97:6, 101:17, 106:19, 130:3
**examine** [1] - 133:16
**examiner** [1] - 88:2
**example** [9] - 55:16, 60:6, 61:5, 61:12, 68:7, 79:9, 84:9, 89:1, 127:6
**examples** [1] - 56:9
**exceed** [2] - 123:4, 125:12
**excelled** [1] - 83:10
**excellent** [1] - 106:4
**excluding** [1] - 116:17
**excursion** [6] - 114:25, 119:5, 119:7, 122:1, 122:3, 122:4
**Excursion** [1] - 28:9
**excuse** [1] - 83:6
**excused** [1] - 105:14
**execute** [3] - 77:20, 135:25, 136:2
**executing** [2] - 121:20, 121:22
**executive** [1] - 82:10
**exemplar** [3] - 65:16, 109:20, 109:25
**exhibit** [3] - 45:21, 100:8, 109:9
**Exhibit** [8] - 8:17, 10:21, 10:24, 11:4, 12:17, 14:6, 14:16, 28:7, 28:19, 31:8, 40:7, 44:10, 45:4, 45:22, 46:23, 47:15, 47:21, 62:21, 71:9, 76:20, 98:12, 99:3,

107:20, 109:1, 111:25, 112:5, 118:20
**exhibits** [1] - 87:9
**existing** [2] - 108:9, 112:21
**expect** [3] - 49:5, 122:2, 122:4
**expected** [2] - 122:25, 128:1
**experience** [10] - 43:22, 48:11, 50:17, 54:9, 101:14, 102:24, 107:1, 121:16, 122:14, 122:24
**experienced** [9] - 37:14, 41:7, 41:18, 116:2, 125:12, 125:16, 126:16, 128:24, 129:8
**experiences** [2] - 104:21, 104:22
**experiencing** [3] - 84:3, 84:6, 96:10
**expert** [12] - 6:15, 8:7, 8:18, 9:12, 29:14, 50:25, 53:10, 53:11, 82:1, 131:9, 132:2, 144:7
**expert's** [1] - 108:22
**expertise** [6] - 6:19, 30:9, 32:25, 53:13, 53:15, 126:25
**experts** [5] - 7:25, 9:6, 84:1, 130:10, 145:12
**experts'** [1] - 53:10
**explain** [7] - 11:15, 21:18, 90:2, 100:11, 109:11, 110:17, 111:12, 111:17, 112:9, 114:10, 114:20, 116:25, 118:21, 119:1, 119:2, 119:7, 124:21
**explanations** [1] - 93:15
**extended** [1] - 55:1
**extension** [5] - 37:7, 37:13, 116:6, 116:8, 141:18
**extensive** [2] - 82:14, 102:23
**extent** [1] - 134:21
**external** [1] - 77:17
**eye** [1] - 67:23
**eyes** [1] - 144:6

## F

**facing** [1] - 16:9
**fact** [12] - 6:13, 12:3, 14:2, 30:16, 36:10, 44:3, 47:10, 73:24, 125:11, 131:17, 132:5, 139:25
**factor** [2] - 104:10, 105:7
**factors** [10] - 84:2, 84:4, 94:17, 95:14, 96:17, 105:5, 107:6, 107:15, 136:12, 145:7
**facts** [2] - 24:6, 96:4
**fail** [3] - 57:17, 60:24, 93:9
**failing** [1] - 93:16
**failure** [3] - 116:9, 126:8, 132:13
**failures** [1] - 116:19
**fairly** [2] - 113:21, 113:24
**fake** [4] - 88:23, 89:14, 91:10, 92:3
**faking** [2] - 89:20, 92:3
**fall** [1] - 68:8
**familiar** [5] - 9:2, 53:12, 110:16, 137:2, 137:3
**family** [1] - 58:3
**fan** [1] - 140:6
**far** [21] - 17:1, 30:10, 31:21, 47:18, 49:23, 50:5, 56:24, 82:3, 110:21, 117:14, 118:13, 122:8, 122:11, 122:15, 122:16, 122:22, 123:21, 123:22, 129:15, 144:22
**far-side** [4] - 122:22, 123:21, 123:22
**far-sided** [1] - 122:16
**FAS** [2] - 89:5, 89:10
**fast** [1] - 139:21
**father** [1] - 104:25
**faucet** [1] - 77:21
**FDA** [5] - 81:16, 81:18, 81:19, 99:18, 101:21
**feature** [1] - 26:9
**Federal** [1] - 111:6
**FEDERAL** [2] - 1:24, 150:22
**feelings** [1] - 77:18
**feet** [1] - 122:23
**felt** [1] - 83:9
**few** [7] - 35:7, 42:1,

49:14, 62:6, 87:25, 101:19, 114:6
**field** [2] - 6:19, 6:21
**fields** [2] - 8:5, 107:14
**fifth** [1] - 90:18
**fight** [1] - 85:3
**filaments** [1] - 68:1
**file** [1] - 7:14
**filled** [1] - 99:6
**filters** [1] - 58:25
**finally** [1] - 103:21
**findings** [1] - 33:23
**fine** [4] - 8:25, 31:15, 67:25, 105:25
**finish** [3] - 4:17, 41:13, 41:15
**finished** [1] - 81:7
**first** [64] - 4:4, 6:3, 9:11, 11:11, 11:12, 13:10, 13:14, 13:17, 14:19, 16:21, 17:2, 17:5, 18:4, 21:10, 27:23, 28:12, 34:19, 34:25, 35:4, 35:9, 35:12, 35:23, 38:9, 38:21, 39:8, 39:15, 39:16, 40:25, 42:25, 44:21, 45:7, 52:8, 52:18, 53:1, 58:23, 59:10, 61:20, 63:15, 63:16, 65:19, 67:15, 69:11, 71:11, 85:22, 88:13, 90:12, 91:4, 91:20, 92:17, 106:14, 128:2, 128:22, 128:25, 129:2, 129:8, 137:15, 137:17, 137:24, 138:23, 139:1, 139:2, 140:12, 141:21, 143:21
**fist** [1] - 124:10
**fits** [1] - 58:13
**five** [2] - 91:16, 91:21
**flag** [1] - 86:2
**flexibility** [1] - 5:21
**flexion** [10] - 37:7, 37:13, 73:15, 116:1, 116:6, 116:7, 124:23, 126:2, 129:15, 143:24
**flight** [1] - 85:2
**flip** [1] - 47:14
**flipped** [1] - 52:4
**flow** [4] - 55:17, 55:18, 78:4
**FM** [1] - 111:5
**FMVSS** [3] - 110:11, 111:6, 123:2

**focus** [1] - 54:14
**follow** [1] - 92:23
**Follow** [1] - 46:25
**follow-up** [1] - 92:23
**Follow-Up** [1] - 46:25
**following** [5] - 5:7, 21:5, 35:23, 38:21, 128:2
**follows** [1] - 40:25
**foot** [5] - 112:19, 112:25, 113:4, 113:9, 124:11
**football** [2] - 68:9, 75:14
**FOR** [4] - 3:3, 3:9, 150:8, 150:9
**force** [15] - 15:8, 15:11, 20:6, 20:11, 20:16, 21:25, 23:11, 23:18, 30:6, 35:4, 73:9, 74:22, 109:16, 128:9
**Force** [4] - 16:17, 40:21, 41:3, 41:18
**forces** [16] - 18:25, 23:22, 23:25, 24:1, 24:2, 37:8, 37:13, 43:21, 116:19, 116:21, 125:8, 125:16, 127:3, 127:5, 127:20, 141:9
**FOREGOING** [1] - 150:11
**forehead** [1] - 72:22
**Forensic** [1] - 106:22
**forensic** [1] - 107:21
**forensics** [1] - 6:21
**forgot** [1] - 47:24
**form** [3] - 69:23, 100:15, 102:13
**FORM** [1] - 150:13
**formal** [2] - 6:22, 34:16
**formation** [1] - 61:13
**forms** [2] - 54:4, 102:24
**formulate** [1] - 9:4
**forth** [9] - 19:8, 24:21, 28:1, 55:22, 67:24, 73:25, 74:8, 74:14, 74:16
**FORTH** [1] - 150:12
**forward** [23] - 14:2, 15:12, 16:3, 16:4, 16:9, 16:19, 17:5, 17:8, 18:4, 25:2, 35:14, 39:10, 39:11, 71:6, 72:24, 106:18, 114:7, 116:1, 116:7, 123:9, 145:25,

146:24, 147:1
**FOSHEE** [1] - 1:6
**Foshee** [52] - 19:12, 25:21, 28:25, 37:6, 37:20, 51:3, 61:18, 62:10, 65:12, 65:13, 70:5, 72:24, 75:15, 76:4, 77:23, 82:5, 82:17, 83:20, 84:3, 84:6, 85:10, 85:18, 87:9, 92:11, 92:15, 92:17, 92:19, 92:25, 93:22, 94:3, 94:18, 95:3, 95:17, 96:9, 103:9, 104:4, 107:24, 108:18, 108:20, 120:19, 132:3, 132:21, 133:17, 134:16, 135:3, 136:18, 137:1, 139:22, 139:24, 144:10, 145:13, 147:15
**Foshee's** [65] - 9:15, 10:10, 10:13, 11:15, 11:25, 12:15, 12:18, 14:15, 14:18, 14:24, 15:9, 15:10, 15:11, 15:19, 15:21, 16:7, 16:18, 17:16, 20:4, 21:11, 22:3, 24:4, 24:10, 25:15, 30:12, 31:24, 32:20, 33:1, 33:4, 34:3, 35:8, 35:12, 35:19, 35:23, 36:19, 37:4, 37:9, 38:2, 38:8, 38:20, 39:7, 51:18, 64:6, 64:14, 65:15, 66:11, 68:25, 70:25, 72:14, 73:3, 76:11, 77:5, 78:2, 93:5, 108:3, 123:23, 131:2, 133:18, 140:12, 141:12, 141:24, 145:24, 146:7, 146:18, 148:14
**foundation** [15] - 31:25, 32:21, 33:6, 41:9, 42:19, 43:3, 46:14, 53:18, 120:6, 120:7, 120:15, 126:24, 131:5, 140:3, 145:16
**foundational** [1] - 9:10
**fountainhead** [1] - 77:15
**four** [2] - 89:2, 113:23
**fourth** [1] - 49:2

**fracture** [2] - 73:20, 125:2
**fractures** [2] - 116:16, 125:4
**frame** [3] - 23:8, 23:10, 115:4
**France** [1] - 59:11
**free** [3] - 26:7, 26:21, 49:14
**French** [1] - 68:15
**Freudian** [1] - 54:5
**front** [18] - 7:16, 7:22, 14:14, 14:22, 14:23, 14:25, 21:11, 21:15, 22:4, 33:14, 70:7, 71:19, 72:3, 76:12, 76:22, 100:18, 117:9, 118:24
**frontal** [16] - 15:15, 16:3, 20:19, 68:21, 68:22, 71:20, 72:7, 72:18, 72:21, 72:22, 74:4, 74:5, 78:10, 78:11, 86:8, 118:7
**fuel** [1] - 78:5
**function** [6] - 55:15, 56:15, 58:24, 77:21, 95:6, 95:18
**functionability** [1] - 56:6
**functional** [13] - 58:16, 59:5, 61:24, 62:11, 70:5, 70:24, 72:14, 73:3, 76:9, 80:6, 80:12, 80:16, 80:22
**functioning** [7] - 55:4, 58:8, 75:11, 82:10, 82:11, 85:2, 104:23
**functions** [1] - 54:23
**Furberish** [1] - 131:18
**Furbish** [3] - 117:24, 118:5, 118:22
**FURBISH** [1] - 117:25
**FURTHER** [1] - 150:14
**furthermore** [1] - 124:24
**future** [1] - 93:22

**G**

**G-r-o-s-s** [1] - 52:21
**gap** [1] - 71:16
**general** [5] - 10:3, 108:12, 109:17, 115:13, 116:15
**generally** [13] - 10:23, 23:19, 62:7, 65:18, 79:13, 82:24, 114:8, 117:7, 121:18,

124:25, 126:11, 128:10, 136:14
**generate** [1] - 124:23
**generation** [3] - 89:1, 89:5, 89:15
**generator** [1] - 77:15
**gentleman** [2] - 133:4
**given** [2] - 7:6, 32:23
**goal** [1] - 132:4
**gold** [1] - 59:24
**gonna** [41] - 8:10, 15:11, 15:25, 16:1, 16:3, 17:12, 18:24, 20:12, 22:11, 22:17, 25:25, 26:13, 32:16, 34:5, 36:7, 37:2, 38:23, 43:13, 44:10, 45:23, 47:22, 52:25, 56:25, 59:11, 60:15, 62:20, 68:7, 79:11, 95:13, 99:4, 101:19, 108:25, 110:1, 111:25, 113:25, 114:17, 116:24, 118:18, 120:3, 125:6, 133:20
**govern** [1] - 71:23
**government** [2] - 53:8, 99:18
**governs** [1] - 71:21
**gradually** [2] - 59:14, 83:16
**Graduate** [1] - 54:2
**graduate** [3] - 107:5, 107:8
**graduated** [1] - 53:20
**graduating** [1] - 53:22
**gravity** [1] - 20:10
**gray** [1] - 79:2
**greater** [8] - 11:19, 23:18, 77:12, 122:3, 122:5, 141:22, 141:23, 142:14
**greatest** [1] - 78:10
**Greek** [1] - 58:21
**Gross** [20] - 4:7, 5:8, 52:20, 52:24, 53:6, 61:23, 62:22, 64:5, 65:1, 70:10, 76:15, 78:20, 80:5, 83:19, 92:7, 97:8, 97:21, 101:11, 101:20
**GROSS** [1] - 3:7
**Gs** [8] - 23:21, 29:21, 29:25, 37:23, 41:19, 121:25, 122:5
**guess** [2] - 86:1, 87:20
**guidelines** [1] - 80:22
**gyri** [1] - 65:20
**GYRI** [1] - 65:21

**H**

**Haidary** [1] - 108:19
**hair** [2] - 44:14, 67:3
**half** [1] - 82:19
**hand** [4] - 5:24, 52:15, 64:2, 106:10
**handling** [1] - 90:20
**hands** [2] - 25:2
**handwriting** [2] - 99:13, 102:9
**hang** [2] - 45:24, 46:3
**happy** [2] - 31:12, 81:17
**hard** [15] - 64:19, 67:5, 67:17, 119:19, 120:19, 120:21, 121:3, 121:8, 121:17, 121:19, 121:21, 121:23, 139:16, 139:18, 139:22
**hardness** [1] - 79:15
**hazard** [1] - 136:14
**head** [79] - 24:18, 24:22, 26:7, 26:8, 26:20, 26:21, 26:23, 26:25, 27:3, 27:5, 27:12, 28:4, 30:16, 36:19, 36:20, 36:21, 38:17, 39:3, 47:19, 48:11, 48:17, 48:18, 48:24, 49:5, 49:8, 49:17, 49:20, 49:25, 50:12, 67:12, 68:13, 68:16, 73:9, 74:3, 74:7, 74:8, 74:9, 74:15, 75:2, 75:14, 75:16, 76:5, 76:6, 114:11, 114:15, 114:24, 115:15, 115:17, 117:2, 118:12, 118:13, 121:13, 122:1, 122:4, 123:14, 123:17, 123:23, 124:10, 125:17, 126:22, 127:20, 128:2, 128:15, 133:23, 134:10, 134:12, 134:13, 134:20, 135:18, 136:17, 136:19, 137:6, 137:25, 146:19, 146:23, 147:6, 148:15
**head's** [1] - 5:3
**head's-up** [1] - 5:3
**headache** [1] - 42:1
**headaches** [1] - 105:4

**headed** [1] - 47:3
**headrest** [3] - 114:15, 137:7, 138:1
**heads** [1] - 52:25
**heads-up** [1] - 52:25
**heal** [2] - 75:6, 80:3
**healing** [2] - 70:3
**health** [4] - 65:3, 66:1, 95:1, 95:10
**healthy** [5] - 65:3, 65:7, 65:16, 79:21, 105:1
**hear** [3] - 33:7, 84:11, 84:17
**heard** [7] - 8:1, 64:10, 72:23, 73:11, 84:10, 131:13
**hearing** [2] - 8:3, 105:21
**height** [1] - 113:6
**hello** [1] - 92:18
**help** [3] - 83:14, 119:17, 134:16
**helped** [1] - 83:12
**helpful** [3] - 8:14, 12:16, 70:8
**helps** [2] - 71:25, 76:15
**hemispheres** [1] - 71:16
**HEREBY** [1] - 150:10
**HEREINBEFORE** [1] - 150:11
**herniation** [4] - 115:24, 126:5, 133:6, 133:10
**herniations** [3] - 112:23, 116:16, 124:24
**high** [9] - 60:1, 62:4, 63:7, 83:1, 83:6, 114:4, 115:4, 115:8
**high-resolution** [1] - 63:7
**higher** [4] - 44:23, 45:9, 55:18, 127:24
**highest** [4] - 55:10, 62:5, 62:7, 78:7
**highlights** [2] - 94:24, 94:25
**highly** [3] - 72:9, 78:6, 84:21
**hills** [1] - 65:20
**Hills** [1] - 102:19
**himself** [4] - 83:9, 83:12, 104:25
**Hinkin** [21] - 80:8, 85:7, 85:17, 85:22, 86:18, 88:11, 88:20, 89:4, 90:10, 90:13,

90:21, 91:14, 91:21, 91:23, 91:24, 92:2, 92:8, 92:24, 93:18, 96:1, 96:2
**Hinkin's** [3] - 92:15, 92:20, 96:8
**hip** [2] - 123:11, 128:11
**hips** [1] - 26:16
**historical** [1] - 59:21
**history** [4] - 55:4, 82:22, 95:1, 95:8
**hit** [24] - 20:4, 22:18, 23:5, 23:6, 23:9, 24:22, 36:20, 48:16, 48:18, 50:12, 67:17, 68:16, 68:19, 68:20, 68:23, 72:21, 74:1, 74:2, 74:7, 74:9, 74:19, 77:13, 124:9
**hitch** [5] - 23:2, 23:6, 23:7, 23:10
**hits** [6] - 21:14, 67:5, 67:16, 75:13, 75:16
**hitting** [5] - 36:21, 67:17, 67:18, 74:24, 123:14
**hold** [1] - 129:23
**holding** [2] - 26:19, 135:6
**honed** [1] - 56:4
**honest** [1] - 102:22
**honor** [1] - 53:20
**Honor** [39] - 4:3, 4:13, 4:23, 4:25, 5:4, 5:13, 7:9, 7:24, 21:19, 29:8, 34:9, 41:11, 42:23, 43:6, 46:19, 50:7, 51:24, 51:25, 52:12, 61:16, 64:2, 81:5, 81:10, 98:18, 101:7, 102:1, 105:11, 105:15, 105:18, 105:19, 106:6, 106:8, 120:14, 124:15, 131:13, 147:25, 148:24, 149:1, 149:6
**HONORABLE** [1] - 1:4
**hopelessly** [1] - 29:6
**hospital** [1] - 103:18
**hospitalization** [1] - 75:21
**hour** [24] - 9:15, 9:20, 11:12, 11:16, 12:2, 12:6, 12:7, 13:11, 20:25, 29:23, 45:17, 45:18, 109:18, 110:14, 113:16, 113:17, 113:23,

118:8, 129:19, 130:22, 139:19, 139:25, 140:17
**hours** [3] - 42:2, 82:18, 82:19
**house** [1] - 78:15
**hubs** [1] - 77:1
**human** [20] - 6:24, 7:2, 41:1, 45:13, 45:25, 46:11, 67:3, 67:23, 107:4, 107:6, 107:15, 109:17, 111:22, 116:3, 116:5, 116:20, 118:6, 119:13, 131:24, 136:12
**humans** [1] - 115:15
**hundred** [1] - 97:9
**hundredth** [1] - 67:3
**Hutton** [1] - 132:13
**hybrid** [1] - 111:7
**Hybrid** [4] - 112:15, 114:5, 114:6, 114:22
**Hyman** [3] - 4:7, 5:7, 52:20
**HYMAN** [2] - 3:7, 52:20
**hyper** [1] - 84:12
**hypotheses** [1] - 59:22

# I

**icon** [1] - 86:15
**IDD** [1] - 126:7
**idea** [3] - 58:5, 58:13, 60:3
**identified** [1] - 49:18
**idiot** [2] - 57:2, 57:3
**idiot-proof** [1] - 57:3
**ignore** [2] - 84:25, 92:22
**II** [4] - 1:4, 82:15, 90:2, 90:11
**image** [9] - 62:23, 63:5, 63:7, 63:9, 63:20, 64:7, 68:25, 104:17, 112:14
**images** [5] - 63:8, 63:10, 64:5, 69:12, 99:1
**imagine** [1] - 16:9
**imaging** [15] - 59:20, 62:4, 62:15, 64:11, 69:11, 70:23, 80:22, 97:21, 97:24, 102:18, 102:25, 103:17, 103:21, 103:24, 104:9
**immediate** [2] - 82:9,

90:8
**immediately** [3] - 11:20, 35:12, 35:18
**immobilize** [1] - 26:16
**immovable** [1] - 11:17
**impact** [162] - 10:13, 11:1, 11:12, 12:4, 12:11, 12:13, 12:22, 13:3, 13:6, 13:10, 13:14, 13:15, 13:17, 13:19, 13:20, 13:23, 13:25, 14:3, 14:9, 14:19, 15:13, 15:25, 16:18, 16:22, 17:5, 17:20, 17:23, 18:4, 18:9, 18:22, 19:11, 19:19, 19:21, 19:25, 20:1, 20:3, 20:4, 20:9, 20:18, 20:19, 20:20, 21:10, 21:14, 21:21, 22:4, 22:23, 23:16, 23:17, 23:20, 23:22, 24:11, 24:16, 25:5, 25:9, 25:24, 27:2, 27:19, 27:23, 27:25, 28:8, 29:24, 30:23, 30:25, 31:24, 33:2, 34:19, 34:23, 34:24, 34:25, 35:4, 35:9, 35:12, 35:18, 35:24, 38:4, 38:9, 38:21, 38:25, 39:8, 39:15, 39:16, 39:19, 41:7, 41:18, 43:22, 43:23, 49:2, 50:22, 51:6, 51:18, 74:24, 75:12, 75:24, 109:18, 112:13, 112:15, 118:14, 120:20, 122:8, 122:9, 122:12, 122:14, 122:15, 122:22, 123:4, 123:21, 123:22, 127:16, 127:17, 127:18, 127:19, 127:22, 128:2, 128:5, 128:9, 128:14, 128:17, 128:22, 128:24, 129:1, 129:3, 129:8, 129:10, 129:18, 129:20, 130:17, 131:2, 131:3, 134:9, 137:9, 137:15, 137:17, 137:21, 137:24, 138:1, 138:4, 138:5, 138:6, 138:8, 138:11, 138:23, 139:1, 139:2, 139:15,

140:12, 141:1, 141:6, 144:2, 144:4, 144:11, 145:24, 146:2, 146:22, 147:3, 147:5, 147:6, 147:8, 147:16, 148:4, 148:10
**Impact** [3] - 11:7, 19:17, 19:18
**impact's** [1] - 128:8
**impacts** [24] - 12:4, 13:13, 21:2, 25:8, 25:12, 25:23, 26:2, 30:1, 31:3, 33:16, 44:18, 44:21, 44:22, 45:6, 45:7, 51:4, 75:12, 114:5, 118:7, 122:17, 122:20, 137:1, 138:2, 139:11
**impaired** [10] - 88:18, 88:23, 90:12, 90:17, 90:19, 91:6, 91:7, 91:8, 91:9
**implication** [2] - 89:20, 93:14
**important** [12] - 57:1, 58:8, 71:14, 71:20, 71:23, 72:3, 101:5, 101:6, 138:3, 140:19
**impossible** [1] - 89:24
**impression** [1] - 93:2
**impressive** [1] - 69:14
**improves** [1] - 91:18
**impulse** [1] - 71:21
**IN** [1] - 150:8
**inappropriate** [2] - 80:15, 87:7
**inch** [2] - 143:1, 143:2
**incident** [1] - 38:3
**incited** [1] - 94:10
**include** [3] - 57:13, 101:5, 101:6
**included** [4] - 5:2, 56:1, 82:7, 145:23
**includes** [1] - 132:10
**including** [1] - 82:9
**incorporate** [1] - 96:4
**incorporated** [1] - 102:16
**increase** [4] - 23:21, 57:7, 122:2
**increased** [4] - 55:20, 57:9
**increasing** [1] - 62:1
**incredibly** [2] - 88:23, 113:12
**independent** [1] - 108:10
**INDEX** [1] - 3:2
**indicate** [6] - 11:21,

11:22, 18:21, 22:23, 25:14, 78:21
**indicated** [5] - 23:19, 36:15, 70:25, 95:17, 134:8
**indication** [5] - 50:16, 103:22, 104:3, 104:19
**indicators** [1] - 104:8
**individual** [4] - 67:2, 80:12, 80:16, 80:18
**individuals** [5] - 9:7, 24:25, 25:11, 26:4, 30:4
**industry** [1] - 83:17
**infection** [1] - 57:5
**inferences** [1] - 104:18
**inferior** [1] - 60:3
**inflammation** [2] - 57:10, 57:11
**inflammatory** [1] - 56:17
**inform** [2] - 8:10, 134:16
**Information** [1] - 59:18
**information** [15] - 8:11, 9:10, 36:4, 55:23, 55:24, 57:22, 59:15, 67:7, 69:16, 77:16, 78:13, 90:20, 95:25, 100:19
**inhibition** [1] - 85:1
**inhibitory** [1] - 85:3
**initial** [19] - 11:7, 13:19, 16:7, 16:18, 16:24, 17:8, 17:13, 19:19, 19:21, 19:25, 27:15, 29:23, 30:21, 30:23, 38:25, 123:21, 141:6, 147:2
**injured** [2] - 97:13, 125:5
**injuries** [11] - 54:6, 66:23, 68:7, 68:9, 68:15, 68:22, 73:10, 116:20, 126:10, 132:17
**INJURY** [1] - 2:6
**injury** [62] - 7:4, 26:4, 26:5, 26:6, 30:12, 30:18, 36:25, 37:10, 54:20, 56:17, 58:5, 66:12, 67:2, 67:21, 68:3, 68:6, 68:13, 68:21, 70:18, 70:20, 71:1, 73:4, 73:15, 74:25, 75:2, 75:23, 76:5, 76:6, 76:11,

78:22, 79:7, 79:25, 83:14, 84:8, 93:8, 93:23, 94:4, 94:7, 94:9, 94:19, 95:11, 96:7, 96:19, 97:15, 104:8, 104:11, 104:16, 105:3, 105:8, 108:5, 108:6, 116:17, 125:1, 126:13, 126:14, 141:11, 141:24, 142:7, 144:20, 145:1, 145:13
**input** [1] - 71:24
**inquire** [1] - 7:19
**inside** [5] - 23:22, 24:21, 30:5, 57:5, 67:16
**insignificant** [1] - 73:8
**inspected** [2] - 9:9, 109:23
**inspection** [2] - 9:8, 109:20
**instance** [8] - 9:7, 13:19, 23:1, 23:24, 26:1, 26:8, 30:5, 49:17
**instances** [2] - 125:11, 125:12
**instead** [1] - 130:9
**instinctively** [2] - 27:11, 28:25
**instructions** [4] - 5:14, 87:13, 87:14, 87:19
**instrumented** [4] - 115:15, 115:17, 119:16, 124:8
**instrumenting** [1] - 111:19
**insulation** [1] - 79:6
**insult** [1] - 69:24
**intact** [1] - 61:10
**integrity** [2] - 79:23, 80:2
**intellect** [2] - 55:3, 77:19
**intend** [1] - 4:11
**intentionally** [1] - 48:16
**inter** [1] - 71:16
**interest** [2] - 54:4, 54:14
**interference** [1] - 57:18
**interior** [8] - 19:12, 48:8, 49:3, 72:22, 109:24, 122:17, 122:19, 122:21
**internal** [1] - 82:13

**internally** [1] - 89:3
**internationally** [1] - 7:7
**internship** [1] - 53:23
**interrupt** [1] - 68:3
**interrupted** [1] - 67:9
**interval** [1] - 91:19
**Interview** [1] - 46:25
**interview** [2] - 82:4, 92:20
**interviews** [1] - 75:15
**invalid** [1] - 93:11
**invalidity** [1] - 93:12
**invented** [3] - 59:10, 59:11, 59:18
**inventory** [2] - 60:1, 82:15
**involved** [2] - 33:17, 141:10
**IQ** [2] - 59:18, 59:22
**irrelevant** [1] - 142:21
**irrigate** [1] - 57:15
**IS** [1] - 150:14
**issue** [3] - 50:4, 94:23, 117:23
**issues** [5] - 66:2, 95:4, 97:1, 104:20, 104:23
**itself** [5] - 42:13, 44:25, 49:10, 93:12, 104:9

## J

**Jan** [1] - 93:21
**JASMIN** [1] - 2:17
**Jasmine** [1] - 34:17
**jello** [2] - 79:13, 79:16
**jerked** [2] - 13:24, 135:8
**Jesse** [2] - 4:6, 6:5
**JESSE** [2] - 3:5, 6:5
**job** [2] - 95:2, 130:20
**Jordan** [4] - 100:15, 102:21, 103:8, 103:9
**JUDGE** [1] - 1:4
**judges** [1] - 71:22
**judgment** [2] - 69:17, 71:21
**jumping** [1] - 125:18
**Jungian** [1] - 54:5

## K

**Kaiser** [3] - 95:1, 98:24, 103:12
**keeping** [1] - 21:16
**kids** [2] - 59:11, 60:1
**kilometers** [1] - 45:17
**kind** [15] - 15:10, 16:2, 26:5, 33:16, 56:19,

65:22, 69:25, 71:13, 73:15, 76:7, 84:22, 100:11, 111:11, 122:14, 123:24
**kinda** [4] - 15:2, 15:3, 21:25, 64:18
**kinds** [2] - 83:16, 123:25
**Kinematics** [3] - 30:3, 30:6, 30:11
**kinematics** [5] - 15:24, 25:22, 30:2, 30:4, 36:22
**kinesiology** [1] - 6:23
**Kinesiology** [1] - 6:25
**kinetic** [2] - 30:6, 74:22
**knee** [1] - 124:10
**knowing** [5] - 15:24, 60:8, 84:23, 104:18, 136:2
**knowledge** [1] - 120:15
**known** [8] - 72:3, 111:23, 116:3, 116:19, 117:3, 117:4, 117:13, 135:3
**knows** [1] - 56:24
**Knutson** [1] - 5:9
**Knutson's** [1] - 4:12

## L

**labeling** [2] - 55:16, 78:3
**Laboratory** [1] - 42:12
**laboratory** [1] - 110:7
**lack** [1] - 50:13
**lacks** [1] - 126:24
**laid** [1] - 120:15
**lane** [1] - 21:16
**language** [2] - 77:1, 82:11
**lap** [3] - 26:19, 26:24, 39:20
**last** [23] - 6:3, 6:4, 40:23, 42:21, 42:24, 43:14, 44:22, 45:5, 46:18, 47:4, 52:18, 105:22, 106:14, 106:15, 123:24, 133:15, 135:22, 135:23, 135:24, 139:8, 142:2, 142:5, 149:5
**lasted** [2] - 15:5, 46:12
**lastly** [1] - 111:10
**late** [1] - 21:16
**lateral** [10] - 37:7, 37:13, 38:23, 41:7,

41:18, 119:5, 119:14, 120:2, 121:19, 128:9
**LAURA** [4] - 1:23, 150:8, 150:20, 150:21
**law** [2] - 83:2, 142:15
**LAW** [1] - 2:6
**layman's** [1] - 110:18
**leading** [3] - 29:13, 66:13, 74:10
**lean** [1] - 106:17
**learn** [1] - 82:24
**learned** [1] - 95:3
**Learning** [2] - 91:13, 91:14
**learning** [1] - 91:18
**least** [5] - 19:3, 59:20, 66:21, 89:2, 124:24
**leave** [1] - 61:10
**lectern** [1] - 81:14
**left** [68] - 10:3, 10:12, 13:13, 13:14, 13:20, 14:3, 14:14, 14:22, 16:24, 16:25, 17:3, 17:13, 17:17, 17:24, 18:2, 18:7, 18:14, 19:2, 19:18, 19:21, 19:23, 20:1, 21:12, 25:8, 27:9, 27:12, 27:22, 28:14, 29:1, 29:3, 29:11, 30:21, 30:22, 30:23, 30:24, 30:25, 31:2, 36:6, 40:24, 41:1, 42:21, 44:7, 52:1, 72:25, 74:3, 74:5, 77:8, 77:12, 78:10, 100:16, 112:11, 114:7, 120:19, 120:21, 121:3, 123:10, 133:3, 135:8, 135:10, 136:10, 136:25, 145:25, 146:1, 146:2, 146:20
**leftward** [3] - 121:8, 123:11, 123:21
**length** [1] - 35:7
**less** [11] - 12:1, 19:13, 19:15, 22:22, 78:18, 78:24, 116:22, 126:17, 129:7, 130:21, 138:7
**letters** [2] - 89:8, 99:10
**level** [1] - 107:13
**license** [1] - 83:17
**licenses** [1] - 107:16
**life** [6] - 9:1, 61:4,

82:22, 83:9, 93:21, 104:21
**life-threatening** [1] - 61:4
**light** [1] - 47:3
**light-headed** [1] - 47:3
**lightly** [2] - 21:11, 47:3
**lights** [2] - 78:17
**likelihood** [4] - 117:8, 122:17, 123:13, 123:15
**likely** [5] - 96:15, 96:16, 122:19, 123:16, 125:1
**limitations** [3] - 59:2, 87:5, 105:2
**limited** [6] - 5:15, 58:2, 60:21, 61:25, 65:25, 87:5
**Lindsay** [2] - 4:12, 5:9
**line** [4] - 19:11, 20:14, 69:17, 126:17
**linear** [2] - 115:18, 117:7
**list** [7] - 8:13, 9:4, 89:7, 89:16, 89:18, 91:15, 108:15
**listed** [3] - 8:13, 56:9, 89:17
**listen** [1] - 96:23
**lists** [1] - 46:9
**literature** [13] - 40:17, 40:20, 43:25, 85:15, 108:10, 117:16, 117:18, 117:19, 119:9, 121:17, 121:24, 125:15, 126:9
**live** [3] - 111:22, 115:15, 118:6
**living** [2] - 96:20, 125:9
**load** [2] - 141:14, 141:18
**loading** [2] - 124:25, 143:23
**loads** [5] - 124:23, 125:12, 129:7, 141:15, 142:6
**loaf** [2] - 63:12, 63:23
**lobe** [2] - 74:5, 86:8
**lobotomization** [1] - 72:5
**lobotomy** [2] - 72:6, 72:7
**localized** [1] - 66:7
**location** [2] - 122:9, 136:13
**locations** [4] - 55:22,

66:25, 67:10, 114:13
**lock** [3] - 37:24, 38:5, 122:25
**locked** [4] - 38:2, 123:4, 123:10, 123:12
**Logical** [4] - 90:1, 90:10, 90:11
**logical** [4] - 90:5, 90:7, 90:17, 90:18
**look** [27] - 8:22, 19:16, 25:11, 47:23, 49:12, 49:15, 50:13, 51:7, 57:20, 62:25, 63:2, 63:13, 64:21, 70:10, 79:20, 88:14, 95:1, 99:1, 100:17, 114:13, 115:25, 116:6, 117:7, 130:20, 133:9, 138:3, 138:5
**looked** [6] - 28:10, 38:6, 51:5, 132:5, 132:15, 142:20
**looking** [16] - 8:15, 25:2, 25:22, 42:21, 47:10, 63:14, 64:23, 69:3, 82:2, 96:1, 109:13, 111:8, 115:23, 131:1, 142:17, 143:23
**looks** [8] - 33:14, 65:22, 65:23, 66:3, 79:21, 95:9, 111:10, 130:22
**LOS** [6] - 1:16, 1:25, 2:20, 2:22, 4:1, 150:4
**loss** [2] - 66:6, 84:22
**lost** [1] - 72:12
**low** [9] - 24:11, 25:23, 43:22, 43:23, 88:21, 115:18, 115:19, 142:21, 143:8
**lower** [9] - 13:4, 103:17, 115:19, 127:13, 128:22, 128:24, 129:1, 144:22, 144:25
**lumbar** [14] - 36:25, 108:4, 112:23, 115:16, 116:13, 116:22, 125:21, 125:22, 125:25, 126:5, 129:11, 129:15, 132:13, 137:7
**lunch** [6] - 4:24, 105:19, 105:20, 106:3, 106:5, 106:7

# M

**M1** [1] - 46:25
**M2** [1] - 49:18
**machine** [5] - 81:19, 101:2, 101:21, 102:6, 103:16
**machines** [1] - 102:3
**madame** [1] - 109:6
**magnetic** [2] - 56:9, 94:11
**magnify** [1] - 86:18
**magnitude** [3] - 11:22, 13:9, 34:25
**major** [5] - 61:15, 73:9, 74:5, 75:21, 107:2
**makeup** [1] - 58:11
**male** [3] - 112:12, 112:16, 112:19
**Malingering** [1] - 88:9
**malingering** [2] - 85:15, 86:21
**maneuver** [5] - 120:19, 121:8, 136:16, 139:15, 139:17
**maneuvering** [1] - 33:16
**maneuvers** [2] - 119:19, 120:21
**manual** [3] - 85:24, 87:13, 87:20
**manufacturers** [1] - 123:3
**mapping** [1] - 77:3
**March** [6] - 70:15, 94:6, 96:10, 97:24, 104:16, 107:25
**MARCH** [2] - 1:15, 4:1
**marked** [1] - 98:12
**markers** [1] - 114:12
**markings** [1] - 111:12
**marvelously** [1] - 80:1
**Master** [1] - 6:24
**Master's** [1] - 107:10
**materials** [1] - 9:4
**math** [1] - 142:16
**matrix** [1] - 73:23
**matter** [1] - 79:5
**maximum** [1] - 20:25
**Maximum** [1] - 28:9
**MAY** [1] - 150:18
**MD** [1] - 52:22
**mean** [12] - 24:23, 28:23, 49:9, 80:1, 93:12, 111:5, 111:17, 116:14, 116:15, 126:7, 142:15, 144:4

**meaning** [3] - 56:5, 56:14, 76:25
**means** [12] - 4:16, 38:11, 58:21, 58:22, 67:22, 73:25, 77:2, 77:12, 99:12, 110:18, 111:19, 119:7
**MEANS** [1] - 150:13
**meant** [5] - 11:21, 18:23, 115:11, 119:21, 134:10
**measure** [3] - 11:21, 116:2, 143:4
**measured** [12] - 36:16, 77:9, 77:11, 116:18, 116:21, 117:2, 126:19, 141:15, 141:19, 142:10, 142:14, 143:2
**measurement** [1] - 58:23
**measurements** [2] - 109:24, 109:25
**measuring** [3] - 33:13, 58:23, 77:3
**mechanical** [2] - 73:6, 74:21
**mechanics** [1] - 32:17
**mechanism** [9] - 30:12, 30:18, 36:25, 108:4, 108:6, 115:24, 124:19, 125:24, 126:14
**mechanisms** [2] - 74:25, 80:2
**medical** [20] - 8:12, 9:7, 42:22, 52:21, 53:21, 53:23, 54:19, 60:17, 60:18, 60:25, 61:15, 62:1, 76:1, 76:2, 94:1, 94:14, 96:4, 103:23, 104:3, 108:19
**Medical** [1] - 42:11
**meet** [2] - 82:17, 126:2
**MELISSA** [1] - 2:8
**Memory** [7] - 88:9, 89:25, 90:1, 90:2, 90:5, 90:10, 90:11
**memory** [10] - 82:10, 84:22, 88:18, 90:8, 90:16, 90:18, 92:1, 95:13, 95:19, 96:25
**mental** [3] - 55:1, 95:1, 95:10
**mention** [2] - 4:13, 6:16
**mentioned** [9] - 16:12, 16:16, 21:19, 25:24,

36:14, 39:11, 55:9, 58:19, 77:2
**mentions** [2] - 52:6, 71:14
**met** [3] - 124:22, 125:24, 141:10
**metabolically** [1] - 56:13
**metabolism** [7] - 55:18, 55:20, 56:12, 78:5, 78:8, 78:9, 78:18
**methodology** [2] - 81:15, 118:4
**meticulous** [1] - 54:18
**metrics** [1] - 58:22
**micro** [1] - 56:20
**microcircuitry** [2] - 60:19, 80:19
**microglial** [2] - 56:18, 57:6
**microscopic** [2] - 67:21, 67:22
**middle** [1] - 20:11
**might** [13] - 6:17, 12:15, 22:23, 60:10, 61:4, 72:2, 73:4, 75:6, 84:23, 84:24, 88:15, 110:16, 147:24
**mild** [1] - 117:13
**mile** [6] - 12:2, 13:11, 29:23, 109:18, 113:23, 130:22
**mile-an-hour** [3] - 12:2, 109:18, 130:22
**mile-per-hour** [3] - 13:11, 29:23, 113:23
**miles** [17] - 9:15, 9:20, 11:12, 11:16, 12:6, 12:7, 20:25, 45:18, 110:14, 113:16, 113:17, 118:8, 129:19, 139:19, 139:25, 140:17
**MILLER** [3] - 1:23, 150:20, 150:21
**millimeter** [1] - 68:2
**millimeters** [4] - 133:12, 133:14, 138:11, 138:20
**milliseconds** [5] - 138:5, 138:6, 138:22, 139:1, 139:2
**mind** [3] - 54:13, 58:22, 116:5
**mine** [1] - 91:3
**minor** [4] - 7:4, 42:1, 46:12, 73:4
**minute** [5] - 11:9,

15:17, 48:2, 73:24, 84:8
**minutes** [14] - 5:15, 35:8, 42:2, 53:1, 61:20, 85:20, 85:24, 86:12, 87:22, 87:25, 90:8, 90:16, 90:24, 91:1
**minutia** [1] - 94:22
**mischaracterizes** [1] - 32:13
**missing** [2] - 15:1, 50:25
**misstates** [5] - 134:3, 138:13, 147:12, 148:6, 148:17
**MMPI** [1] - 59:25
**Mobin** [2] - 73:11, 73:14
**Mobin's** [1] - 73:11
**model** [4] - 64:6, 73:14, 116:4, 116:6
**models** [1] - 64:12
**moderate** [1] - 42:1
**Molnar** [14] - 8:1, 9:14, 9:18, 9:24, 10:25, 11:10, 11:11, 16:5, 29:22, 108:24, 109:16, 113:21, 127:16, 127:17
**Molnar's** [8] - 10:22, 12:24, 34:19, 34:22, 35:5, 130:16, 139:21, 140:9
**moment** [8] - 24:14, 29:19, 112:13, 112:15, 116:1, 141:6, 143:7, 143:11
**moments** [2] - 124:23, 137:8
**Monica** [1] - 103:2
**monitor** [1] - 109:7
**month** [1] - 91:19
**months** [9] - 66:21, 69:20, 88:24, 89:13, 89:19, 91:10, 91:14, 91:21, 96:19
**morning** [13] - 6:9, 6:10, 8:3, 8:10, 34:14, 34:15, 53:1, 53:6, 53:7, 61:20, 92:17, 97:8, 149:9
**morphology** [1] - 76:24
**most** [16] - 28:14, 28:19, 42:25, 62:1, 69:14, 73:9, 81:25, 84:14, 100:3, 100:20, 110:19, 112:11, 113:22,

118:25, 141:4, 142:16
**motion** [16] - 112:13, 114:23, 115:5, 115:6, 115:7, 115:8, 119:4, 120:1, 123:9, 123:11, 134:13, 135:23, 135:24, 136:6, 136:15, 137:14
**motivated** [1] - 72:10
**Motor** [1] - 111:6
**motor** [3] - 67:8, 107:24, 126:9
**motors** [1] - 111:20
**mountains** [1] - 66:5
**move** [34] - 4:20, 4:22, 5:14, 15:12, 15:25, 16:1, 16:3, 16:8, 17:17, 20:8, 25:25, 26:7, 26:21, 28:17, 30:5, 40:1, 42:7, 43:6, 61:16, 71:5, 71:6, 98:18, 101:7, 114:7, 120:22, 124:15, 126:25, 128:2, 128:10, 128:12, 135:18, 136:10, 143:10, 147:6
**moved** [29] - 17:24, 24:15, 32:20, 33:2, 33:5, 34:3, 35:9, 35:11, 35:13, 35:20, 36:8, 39:15, 72:24, 83:14, 121:2, 121:8, 134:20, 134:22, 136:17, 137:18, 145:24, 145:25, 146:1, 146:2, 146:10, 146:13, 146:19, 146:23, 146:24
**movement** [31] - 6:24, 16:21, 16:25, 17:2, 17:9, 17:11, 17:13, 18:18, 18:19, 18:24, 19:20, 23:14, 24:1, 26:13, 27:15, 30:3, 30:7, 30:21, 33:14, 38:8, 38:20, 38:22, 39:7, 39:11, 123:6, 133:23, 136:9, 147:10, 147:15, 148:14, 148:15
**movements** [14] - 17:25, 24:3, 24:9, 28:22, 29:24, 31:1, 31:2, 36:15, 39:22, 74:16, 146:6,

147:18, 147:23, 148:2
**moves** [17] - 16:19, 17:3, 17:5, 17:22, 18:4, 18:11, 18:14, 21:15, 25:23, 27:19, 27:23, 27:24, 30:22, 30:24, 119:20, 136:4
**moving** [27] - 15:13, 16:10, 17:12, 20:7, 20:24, 21:2, 24:21, 26:22, 26:23, 27:1, 27:2, 27:12, 27:22, 29:1, 29:2, 30:7, 38:14, 39:9, 39:10, 39:18, 67:20, 74:8, 74:17, 112:11, 122:20, 135:21, 136:14
**MP** [1] - 63:11
**MP-RAGE** [1] - 63:11
**MR** [105] - 3:5, 3:7, 3:11, 5:13, 5:18, 6:8, 7:16, 7:24, 8:17, 8:22, 10:20, 12:17, 16:11, 16:15, 20:2, 21:7, 22:6, 24:8, 28:3, 28:6, 29:8, 29:17, 31:7, 31:13, 31:16, 31:20, 32:2, 32:9, 32:18, 32:22, 33:10, 34:9, 38:10, 41:8, 42:19, 43:3, 46:2, 46:14, 47:6, 48:13, 50:1, 50:10, 51:24, 52:7, 52:12, 53:5, 58:15, 61:16, 61:22, 62:20, 64:4, 66:17, 74:13, 81:5, 81:9, 81:13, 83:24, 87:21, 92:6, 97:3, 97:17, 101:18, 101:25, 102:5, 104:2, 105:10, 105:15, 120:5, 121:5, 124:13, 126:24, 130:4, 130:15, 130:25, 131:8, 131:13, 131:15, 132:24, 133:20, 134:5, 135:11, 135:14, 136:23, 137:16, 138:16, 139:7, 140:5, 140:8, 140:23, 141:7, 143:10, 143:13, 143:19, 144:18, 145:4, 145:18, 146:17, 147:14,

147:20, 147:25, 148:3, 148:9, 148:13, 148:23, 149:4
**MRI** [38] - 55:9, 55:12, 58:16, 58:17, 59:4, 59:5, 59:7, 60:25, 61:9, 61:17, 61:24, 62:11, 62:22, 63:10, 66:17, 70:5, 70:24, 72:14, 73:3, 76:9, 80:6, 80:12, 80:16, 98:6, 98:8, 98:10, 98:11, 98:13, 98:23, 99:7, 101:21, 102:3, 103:9, 103:11, 103:12, 104:4
**MRIs** [4] - 99:24, 100:5, 103:1, 133:9
**MS** [121] - 3:6, 3:8, 3:11, 4:3, 4:13, 4:16, 4:20, 5:2, 5:4, 5:6, 5:11, 7:9, 8:25, 24:5, 29:5, 29:13, 31:10, 31:15, 31:18, 31:25, 32:7, 32:13, 33:6, 34:4, 34:13, 38:18, 40:1, 40:4, 40:16, 41:11, 41:14, 41:16, 42:7, 42:9, 42:23, 43:6, 43:8, 44:6, 44:10, 45:3, 45:20, 46:5, 46:16, 46:18, 46:23, 47:9, 47:14, 47:21, 48:4, 48:19, 49:13, 50:3, 50:7, 51:25, 52:3, 52:11, 64:2, 66:13, 74:10, 87:17, 97:7, 97:20, 98:18, 98:22, 101:7, 101:10, 101:16, 101:23, 103:25, 105:11, 105:18, 105:23, 106:1, 106:6, 106:8, 106:20, 107:18, 108:25, 109:6, 110:1, 111:25, 113:25, 114:17, 115:10, 116:24, 118:18, 120:3, 120:8, 120:14, 120:24, 121:1, 121:10, 124:15, 125:6, 127:2, 130:1, 130:12, 130:23, 131:5, 131:9, 132:22, 134:3, 136:20, 137:10, 138:13, 139:5, 140:3, 140:21,

141:2, 143:5, 143:17, 144:16, 145:2, 145:15, 146:14, 147:12, 148:6, 148:17, 148:25, 149:6, 149:8
**Mulnar's** [1] - 138:4
**multiple** [15] - 25:8, 25:12, 26:2, 30:15, 37:6, 51:3, 54:22, 57:18, 57:21, 58:9, 63:11, 65:20, 75:16, 82:8, 92:8
**Murillo's** [1] - 109:7
**muscular** [1] - 55:5
**must** [1] - 123:3
**MY** [1] - 150:15
**myelin** [1] - 79:6

# N

**N1** [1] - 44:7
**name** [9] - 6:3, 6:4, 52:18, 52:20, 57:6, 88:7, 106:14, 106:15
**named** [1] - 43:12
**nationally** [1] - 7:7
**natural** [1] - 136:7
**naturally** [2] - 17:4, 28:25
**nature** [5] - 26:3, 30:16, 31:3, 37:6, 127:23
**Naval** [2] - 42:11, 42:22
**near** [8] - 22:8, 47:18, 48:12, 49:21, 119:18, 122:8, 122:10, 122:16
**nearside** [2] - 122:19, 122:20
**necessarily** [6] - 18:23, 35:4, 37:7, 94:22, 128:11, 137:12
**necessary** [1] - 142:24
**neck** [14] - 26:7, 26:20, 26:21, 26:23, 26:25, 27:3, 30:17, 30:19, 38:17, 39:4, 46:12, 73:5, 105:4, 141:25
**need** [12] - 7:18, 32:15, 53:11, 57:15, 62:9, 74:9, 74:15, 83:23, 93:22, 93:25, 115:25, 116:11
**needed** [5] - 74:7, 75:18, 103:23, 141:24, 142:7

needs [1] - 67:12
negligible [4] - 20:15, 20:17, 21:19, 21:24
nerve [2] - 57:4, 66:1
nervous [1] - 66:6
networks [2] - 55:22, 80:25
neural [1] - 94:10
neurodiagnostic [1] - 60:12
neurological [1] - 55:5
neurologist [9] - 4:7, 5:7, 54:7, 54:11, 80:8, 95:12, 98:16, 98:21, 102:11
neurologists [2] - 100:3, 100:21
neurology [4] - 52:21, 53:24, 53:25, 54:12
Neurology [1] - 54:1
neuron [3] - 56:19, 67:2, 79:12
neuronal [2] - 68:2, 79:3
neurons [4] - 56:7, 57:14, 67:6
neuropsychiatrist [1] - 54:7
neuropsychologist [4] - 80:9, 85:8, 88:10, 96:2
neuroradiologist [3] - 99:23, 103:15, 103:19
neuroradiologists [5] - 80:21, 81:25, 98:17, 100:17, 100:20
neuroradiology [1] - 81:1
neurotic [1] - 72:9
neurovascular [1] - 57:13
never [3] - 59:23, 87:23, 124:22
New [1] - 53:21
new [1] - 57:8
next [12] - 17:23, 46:23, 48:4, 61:17, 75:7, 76:23, 111:25, 113:25, 114:17, 115:10, 117:16, 131:14
NL [2] - 99:10, 99:14
NO [1] - 1:8
nobody [1] - 85:23
non [2] - 56:6, 71:23
non-functionability [1] - 56:6
non-important [1] -
71:23
nondefinable [1] - 93:13
none [9] - 18:16, 47:10, 48:24, 49:23, 75:17, 75:18, 75:21, 132:5, 140:24
nonresponsive [4] - 40:2, 42:7, 98:19, 101:8
normal [16] - 25:1, 28:16, 29:11, 60:2, 64:11, 64:17, 65:19, 65:22, 69:18, 99:12, 100:13, 102:12, 115:9, 138:25, 147:4, 147:9
normally [1] - 6:17
normative [1] - 77:9
NORTH [1] - 2:20
notes [5] - 7:11, 81:6, 81:10, 81:12, 82:3
NOTES [1] - 150:15
nothing [4] - 34:6, 34:10, 35:4, 39:14, 51:24, 52:11, 52:12, 60:11, 144:1
Number [4] - 11:7, 19:17, 19:18, 94:25
number [6] - 7:5, 7:6, 117:6, 121:25, 131:16, 143:14
numbers [3] - 99:6, 115:12, 117:9
nutrition [1] - 56:14

O

o'clock [18] - 16:6, 16:8, 16:13, 17:7, 17:12, 17:18, 17:19, 26:23, 27:24, 27:25, 38:15, 39:18, 128:3, 128:4, 128:7, 128:12, 146:25
OAKS [1] - 2:9
object [3] - 67:5, 67:17
objectifying [1] - 60:14
objection [51] - 24:5, 29:5, 29:13, 31:25, 32:7, 32:13, 33:6, 34:4, 38:10, 40:1, 41:8, 42:19, 43:3, 46:2, 46:14, 47:6, 48:13, 50:1, 52:7, 52:13, 74:10, 87:17, 97:17, 101:23, 103:25, 120:5,
121:5, 124:13, 126:24, 130:12, 130:23, 131:5, 131:9, 132:22, 134:3, 136:20, 137:10, 138:13, 139:5, 140:3, 140:21, 141:2, 143:5, 143:17, 144:16, 145:2, 145:15, 146:14, 147:12, 148:6, 148:17
objective [8] - 61:1, 71:1, 76:10, 77:4, 78:1, 78:22, 95:22, 119:24
objectively [1] - 72:15
oblique [1] - 118:7
observed [3] - 66:11, 95:21, 118:16
observing [1] - 116:12
obtain [1] - 115:13
obtained [2] - 117:12, 125:14
obvious [1] - 105:1
obviously [5] - 10:4, 22:17, 26:24, 38:16, 79:22
occasions [2] - 82:12, 83:8
occipital [4] - 68:23, 69:14, 69:15, 88:22
occupant [20] - 23:18, 24:1, 28:13, 30:4, 30:11, 48:12, 49:21, 50:5, 109:24, 111:8, 119:4, 119:6, 119:20, 120:1, 131:24, 133:3, 135:21, 140:25, 144:14, 144:19
occupants [20] - 23:13, 23:22, 25:16, 29:25, 36:16, 46:9, 47:18, 48:24, 49:23, 50:14, 50:21, 51:15, 120:21, 131:21, 132:6, 132:10, 132:12, 132:21, 133:23, 144:1
occupation [1] - 106:21
occur [4] - 68:6, 122:11, 124:25, 138:1
occurred [9] - 11:8, 12:5, 12:6, 20:1, 21:10, 22:8, 24:4, 70:14, 131:2
occurring [3] - 31:23, 87:12, 117:9
occurs [4] - 18:9, 23:20, 122:12, 138:4
October [1] - 70:12
OF [13] - 1:1, 1:2, 1:9, 1:14, 2:2, 2:4, 2:14, 150:2, 150:4, 150:6, 150:9, 150:13, 150:15
offense [1] - 86:22
offer [3] - 13:5, 54:17, 96:9
offered [1] - 105:6
OFFICE [1] - 2:16
office [4] - 119:18, 139:9, 139:11
OFFICIAL [3] - 1:24, 150:8, 150:22
offsite [1] - 102:19
often [3] - 75:13, 98:17, 107:13
old [2] - 45:1, 133:4
ON [2] - 2:4, 2:14
once [4] - 28:17, 38:24, 39:20, 75:23
one [85] - 8:1, 8:2, 8:21, 12:13, 24:12, 25:9, 25:24, 29:10, 29:11, 33:13, 40:20, 43:9, 44:3, 47:11, 48:17, 49:16, 50:23, 51:6, 51:8, 51:25, 56:23, 56:24, 57:22, 60:5, 61:3, 63:13, 63:20, 63:23, 63:24, 64:14, 64:16, 65:2, 65:6, 65:8, 67:3, 68:1, 68:8, 68:15, 69:10, 71:4, 74:1, 74:7, 74:20, 75:12, 76:18, 77:9, 79:21, 81:11, 83:9, 84:14, 86:21, 86:23, 86:24, 86:25, 87:1, 88:13, 88:20, 89:5, 89:8, 90:7, 90:15, 91:17, 91:24, 91:25, 94:25, 95:17, 96:21, 101:10, 108:16, 109:2, 109:8, 114:4, 127:23, 131:17, 140:20, 141:22, 142:2, 142:5, 142:9
one-one [1] - 67:3
ones [4] - 62:7, 67:1, 89:2, 132:16
ongoing [3] - 56:16, 57:10, 94:12
onset [3] - 44:22,
45:8, 57:11
open [2] - 92:22, 99:2
opined [3] - 11:11, 144:10, 145:13
opining [2] - 17:25, 36:19
opinion [26] - 13:2, 36:18, 36:20, 37:5, 37:10, 38:5, 39:6, 39:13, 59:4, 72:17, 87:22, 88:3, 94:3, 94:14, 94:18, 96:9, 123:16, 124:16, 124:21, 125:20, 125:21, 126:1, 126:12, 129:19, 141:9, 147:15
opinions [15] - 9:5, 12:25, 34:2, 51:20, 53:18, 54:16, 88:12, 106:25, 107:11, 108:1, 108:7, 108:23, 108:24, 129:22, 129:23
opportunity [1] - 109:19
opposed [2] - 79:14, 115:8
opposite [1] - 135:21
optimal [1] - 111:3
options [1] - 86:20
orange [2] - 109:14
order [13] - 8:9, 27:12, 57:15, 62:10, 67:13, 98:10, 100:19, 101:20, 111:23, 114:13, 116:12, 119:19, 121:22
ordered [6] - 65:11, 70:11, 98:8, 99:8, 103:23, 104:4
organ [4] - 65:20, 68:12, 78:22, 79:18
orientation [1] - 69:17
original [2] - 59:22, 60:15
originally [2] - 69:24, 72:8
oscillate [2] - 67:23, 68:8
oscillated [1] - 73:24
oscillation [1] - 74:18
Osterrieth [2] - 88:19, 90:22
OTIS [1] - 1:4
outcome [2] - 103:9, 132:7
outgoing [1] - 67:8
outlines [2] - 111:7, 123:2

**output** [1] - 101:2
**outset** [1] - 93:1
**outside** [7] - 92:19, 95:8, 101:23, 144:16, 145:2, 145:16, 146:15
**overactive** [1] - 56:13
**overall** [4] - 11:22, 65:15, 65:19, 66:17
**overhead** [2] - 11:3, 11:4
**overlooked** [1] - 138:3
**overruled** [13] - 47:7, 48:14, 52:9, 66:14, 87:18, 102:2, 121:6, 137:11, 138:14, 141:3, 143:6, 143:12, 148:7
**own** [5] - 63:1, 80:22, 104:22, 108:10, 118:16
**owns** [1] - 102:21
**oxidative** [1] - 56:14
**oxygen** [1] - 78:6

**P**

**p.m** [1] - 149:11
**packages** [1] - 62:3
**pad** [3] - 100:16, 102:10, 103:6
**page** [18] - 9:3, 10:21, 10:24, 11:4, 12:17, 14:5, 14:16, 28:19, 46:18, 48:5, 48:23, 48:24, 49:7, 49:13, 96:8, 99:17, 112:1
**pages** [2] - 47:22, 48:5, 107:20
**pain** [3] - 95:15, 105:4
**painful** [2] - 84:18, 95:4
**paper** [36] - 25:4, 36:14, 40:5, 40:9, 40:12, 40:13, 40:18, 40:20, 41:4, 41:17, 41:21, 42:10, 42:13, 42:16, 43:9, 43:11, 43:12, 43:16, 43:21, 43:24, 44:1, 46:7, 47:17, 48:10, 48:20, 49:9, 49:24, 52:4, 52:6, 118:5, 118:6, 118:11, 118:12, 118:15, 118:22, 132:13
**papers** [4] - 7:6, 7:10, 8:21, 40:14
**paragraph** [6] - 40:23, 42:22, 42:25, 43:5,

45:5, 46:18
**parcellate** [1] - 56:2
**pardon** [1] - 41:14
**parents** [2] - 83:3, 83:4
**parfait** [1] - 79:9
**parietal** [3] - 68:23, 69:14, 72:20
**parietals** [1] - 78:11
**park** [2] - 139:9, 139:11
**part** [19] - 14:20, 14:21, 14:25, 15:24, 20:3, 22:15, 31:13, 31:16, 33:24, 40:13, 59:2, 76:23, 82:18, 86:9, 89:8, 89:15, 95:9, 96:11, 113:22
**Part** [1] - 143:2
**participant** [4] - 87:15, 133:17, 135:1, 144:4
**participants** [1] - 42:14
**participated** [1] - 29:19
**particular** [12] - 15:4, 18:21, 26:1, 26:9, 27:4, 33:17, 41:24, 51:5, 51:7, 117:22, 118:21, 143:16
**partner** [2] - 100:15, 102:23
**partners** [1] - 102:25
**parts** [3] - 61:9, 61:10, 63:2
**passed** [2] - 93:17, 93:18
**passenger** [6] - 33:15, 121:7, 121:9, 134:22, 134:24, 136:17
**passenger's** [2] - 121:2, 122:12
**passing** [1] - 22:1
**past** [4] - 35:7, 38:24, 39:20, 95:3
**paths** [1] - 76:8
**pathways** [1] - 68:3
**patient** [8] - 54:25, 60:5, 60:7, 86:10, 86:23, 90:24, 91:15, 91:17
**patient's** [1] - 86:21
**patients** [5] - 58:4, 60:6, 89:7, 96:24, 97:13
**pattern** [1] - 65:19
**PAULINE** [1] - 2:18
**PDOF** [8] - 16:5, 16:12, 16:16,

113:17, 114:23, 118:3, 118:24
**PDOFs** [2] - 113:14, 117:20
**peak** [3] - 57:8, 141:18, 148:8
**peaked** [1] - 148:16
**peer** [1] - 7:5
**pelvis** [1] - 115:19
**pendulum** [1] - 67:19
**people** [18] - 5:22, 43:21, 48:16, 50:12, 59:14, 72:6, 72:7, 72:9, 72:11, 75:13, 80:23, 84:14, 91:11, 96:5, 110:16, 110:19, 117:7, 124:9
**per** [16] - 9:15, 9:20, 11:12, 12:6, 13:11, 29:23, 45:17, 45:18, 85:19, 110:14, 113:16, 113:23, 123:2, 138:4, 139:19, 140:17
**percent** [16] - 77:9, 77:11, 87:4, 93:10, 116:22, 117:10, 117:11, 117:15, 141:22, 141:23, 142:10, 142:13, 143:3, 143:9, 143:14
**percentages** [3] - 141:21, 142:2, 143:20
**percentile** [7] - 88:20, 89:17, 90:11, 90:12, 90:18, 91:5, 112:16
**perfect** [2] - 137:13, 137:25
**perfectly** [2] - 64:17, 102:22
**perform** [5] - 85:24, 86:7, 87:25, 101:22, 102:11
**performance** [2] - 93:5, 107:5
**performed** [12] - 44:18, 44:21, 44:22, 45:6, 50:19, 70:12, 86:5, 86:6, 92:8, 92:12, 132:25
**performing** [2] - 93:1, 108:23
**perhaps** [1] - 4:24
**periods** [2] - 60:8, 84:22
**permanent** [2] - 41:22, 70:21
**person** [2] - 104:25, 119:17

**person's** [1] - 29:1
**personal** [1] - 83:20
**personalities** [1] - 72:12
**personality** [5] - 58:25, 59:1, 59:25, 60:11, 82:14
**perspectives** [1] - 57:21
**pertains** [3] - 108:5, 111:19, 125:17
**pertinent** [2] - 112:17, 115:21, 118:10
**PH** [1] - 1:25
**pharmacology** [1] - 60:19
**PhD** [1] - 7:3
**photo** [1] - 28:14
**photograph** [3] - 15:1, 28:19, 112:12
**photographs** [5] - 12:18, 18:17, 28:8, 29:10, 131:1
**phrase** [1] - 137:2
**physical** [14] - 7:1, 8:19, 22:17, 41:25, 42:17, 43:1, 43:16, 46:11, 47:25, 48:1, 55:6, 76:15, 76:16, 76:17
**physician** [2] - 60:18, 98:7
**physicians** [1] - 60:17
**physics** [2] - 7:1, 127:17
**physiological** [3] - 41:22, 54:23, 55:15
**physiology** [1] - 80:20
**pick** [2] - 55:18, 57:9
**picking** [1] - 72:1
**pickup** [1] - 23:1
**picture** [16] - 12:14, 29:1, 44:12, 44:15, 58:13, 60:12, 60:16, 90:23, 100:18, 110:21, 110:22, 111:10, 111:12, 112:9, 112:10, 119:1
**pictures** [7] - 64:19, 86:10, 86:13, 86:16, 86:17, 100:18, 130:21
**piece** [1] - 63:23
**pieces** [1] - 40:20
**pillar** [1] - 122:22
**pipeline** [1] - 102:20
**place** [2] - 19:13, 78:15
**PLACE** [1] - 150:11
**placed** [1] - 110:10

**places** [4] - 60:21, 62:2, 66:7, 74:2
**placid** [1] - 72:10
**placing** [2] - 111:20, 111:21
**PLAINTIFF** [3] - 1:7, 2:4, 3:3
**plaintiff** [11] - 4:6, 50:4, 53:9, 97:12, 98:23, 99:8, 105:16, 122:13, 123:14, 130:2, 149:4
**Plaintiff's** [2] - 70:9, 98:12
**plaintiff's** [14] - 4:4, 4:10, 5:7, 97:15, 97:22, 113:6, 123:17, 124:18, 125:22, 126:5, 127:20, 128:2, 129:4, 129:11
**plaintiffs** [2] - 97:14, 113:11
**plan** [2] - 77:17, 77:20
**planes** [1] - 61:7
**planner** [1] - 93:22
**plate** [1] - 73:7
**plates** [1] - 73:15
**play** [9] - 26:14, 29:20, 31:7, 31:9, 38:24, 84:5, 120:24
**played** [5] - 31:19, 93:4, 120:25, 135:13, 136:18
**players** [1] - 75:14
**plenty** [1] - 104:22
**plump** [2] - 65:20, 65:23
**point** [25] - 5:13, 9:20, 11:1, 13:23, 15:4, 28:21, 28:23, 29:9, 45:2, 50:25, 51:1, 51:15, 73:1, 75:10, 80:3, 86:19, 94:10, 94:13, 109:3, 114:1, 118:22, 120:4, 137:21, 137:22
**Point** [6] - 109:8, 110:1, 114:18, 115:10, 118:18, 125:6
**pointed** [1] - 138:18
**points** [1] - 136:24
**pole** [1] - 72:18
**portion** [6] - 37:2, 71:11, 85:2, 85:3, 85:4, 131:1
**position** [52] - 24:21, 24:23, 25:1, 25:3, 25:7, 25:12, 25:14,

25:15, 26:3, 26:17, 27:15, 28:5, 28:13, 28:15, 28:16, 28:18, 28:20, 29:4, 29:11, 29:12, 30:16, 31:3, 35:23, 36:2, 36:8, 36:12, 37:6, 50:21, 50:22, 50:23, 51:3, 51:15, 114:14, 114:24, 137:1, 137:4, 137:13, 137:22, 137:25, 138:7, 138:12, 138:17, 138:19, 138:24, 139:1, 139:3, 141:1, 141:6, 143:16, 147:4, 147:9
**positioning** [2] - 111:7, 119:5
**possible** [2] - 42:2, 96:9
**post** [2] - 82:15, 103:12
**Post** [1] - 46:24
**post-accident** [1] - 103:12
**postal** [22] - 9:9, 9:18, 10:2, 10:5, 10:9, 10:10, 10:11, 10:22, 12:23, 13:12, 13:13, 13:18, 13:23, 14:14, 14:19, 14:21, 14:22, 15:18, 19:22, 19:24, 21:22, 146:23
**posterior** [3] - 68:23, 72:20, 78:11
**potential** [1] - 38:15
**potentially** [2] - 39:2, 39:12
**pounds** [8] - 112:20, 113:1, 113:4, 113:9, 142:18, 142:24, 143:1, 143:2
**power** [3] - 109:3, 114:1, 120:4
**Power** [6] - 109:8, 110:1, 114:17, 115:10, 118:18, 125:6
**practice** [4] - 53:17, 54:11, 68:5, 83:18
**practicing** [1] - 54:10
**practitioner** [1] - 95:2
**practitioners** [2] - 91:10, 95:10
**pre** [2] - 112:21, 134:9
**Pre** [1] - 28:8
**pre-existing** [1] - 112:21
**pre-impact** [1] - 134:9

**Pre-impact** [1] - 28:8
**precise** [1] - 36:18
**predate** [2] - 76:2, 97:24
**predominantly** [3] - 54:10, 54:20, 97:13
**preexisting** [3] - 43:24, 50:13, 145:1
**prepare** [1] - 54:16
**prepared** [7] - 10:19, 11:5, 14:6, 31:4, 63:25, 109:3, 109:9
**presence** [2] - 70:25, 125:1
**present** [6] - 75:1, 93:8, 98:3, 103:2, 104:16, 145:7
**presentations** [1] - 7:6
**preserve** [1] - 80:3
**PRESIDING** [1] - 1:4
**presumably** [2] - 135:5, 135:7
**presumptive** [1] - 59:23
**pretty** [8] - 9:1, 37:3, 70:20, 75:19, 79:21, 91:25, 95:2, 142:16
**previously** [5] - 7:21, 30:18, 42:6, 78:23, 109:23
**primarily** [1] - 123:8
**primary** [8] - 38:4, 95:17, 96:24, 102:17, 123:22, 127:22, 127:24, 138:5
**principal** [3] - 16:17, 109:15, 128:8
**principle** [1] - 35:3
**principles** [1] - 7:1
**printed** [2] - 99:14, 100:11
**prints** [1] - 64:5
**private** [1] - 54:11
**probability** [3] - 51:22, 94:1, 94:15
**problem** [2] - 86:7, 86:8
**problems** [1] - 95:13
**procedure** [1] - 100:23
**Proceedings** [1] - 149:11
**PROCEEDINGS** [2] - 1:14, 150:11
**process** [5] - 19:5, 19:7, 62:4, 77:19
**processes** [1] - 67:7
**processing** [1] - 69:16
**produced** [3] - 7:21,

24:12, 65:10
**produces** [1] - 31:16
**producing** [2] - 44:23, 45:9
**productive** [1] - 104:24
**professional** [2] - 107:13, 107:16
**profile** [1] - 91:11
**programming** [1] - 72:1
**progressed** [1] - 59:14
**promise** [1] - 43:11
**proof** [1] - 57:3
**protection** [1] - 111:9
**protocol** [3] - 44:18, 45:6, 52:5
**protocols** [2] - 45:10, 48:17
**protracted** [1] - 84:9
**protracting** [1] - 96:17
**protrusions** [1] - 116:16
**proven** [1] - 59:23
**provider** [1] - 87:14
**proximate** [1] - 113:6
**PsychD** [1] - 85:23
**psyche** [1] - 58:21
**psychiatric** [2] - 86:22, 104:20
**psychiatrist** [1] - 54:12
**Psychiatry** [1] - 53:25
**psychological** [1] - 58:11
**psychologists** [1] - 60:16
**Psychology** [1] - 54:2
**psychometric** [2] - 82:5, 95:23
**psychometrician** [1] - 85:23
**psychometrics** [9] - 58:1, 58:9, 58:19, 58:20, 58:21, 59:5, 59:10, 82:9, 88:15
**psychosocial** [1] - 55:4
**PTSD** [6] - 58:11, 84:4, 84:9, 84:15, 84:20
**publish** [1] - 7:17
**published** [6] - 7:5, 40:12, 40:13, 117:24, 125:15, 126:9
**pudding** [2] - 79:14, 79:17
**pull** [5] - 8:14, 40:7, 70:8, 83:12, 108:25
**pulled** [4] - 9:19,

74:22, 117:19
**pulling** [4] - 15:10, 15:14, 15:19, 16:2
**purely** [2] - 120:1, 128:9
**purpose** [4] - 115:6, 133:22, 134:15, 134:19
**purposes** [1] - 32:15
**pushed** [2] - 21:11, 123:23
**put** [12] - 7:16, 7:22, 8:20, 48:16, 49:4, 50:11, 77:16, 77:18, 77:19, 100:19, 101:4, 117:9
**putting** [4] - 25:11, 63:12, 63:16, 64:19

## Q

**qualification** [1] - 53:10
**qualifications** [1] - 130:5
**qualified** [1] - 6:15
**quantified** [2] - 29:24, 121:17
**quantify** [5] - 36:1, 36:6, 36:7, 36:11, 37:12
**questions** [10] - 5:21, 7:17, 21:8, 43:14, 50:7, 87:7, 101:16, 105:11, 130:1, 148:25
**quick** [1] - 87:25
**quickly** [4] - 4:22, 5:14, 100:12, 106:2
**quietly** [1] - 72:11
**quite** [2] - 79:25, 117:25
**quote** [1] - 25:1

## R

**r-o-c-k** [1] - 6:6
**R-o-e-s-c-h-e-r** [1] - 106:16
**radiological** [1] - 100:23
**radiologist** [2] - 98:15, 100:23
**Radiology** [1] - 102:19
**RAGE** [1] - 63:11
**raise** [4] - 5:24, 7:12, 52:15, 106:10
**raised** [1] - 88:4
**ran** [1] - 113:15
**randomly** [1] - 86:24

**range** [9] - 88:18, 91:9, 113:13, 113:21, 113:22, 113:23, 118:7, 118:13, 118:17
**ranged** [2] - 45:16, 113:16
**ranging** [1] - 41:7, 41:19
**rate** [1] - 115:4
**rather** [3] - 6:16, 24:2, 107:2
**raw** [1] - 89:12
**RD/AZ** [2] - 90:2, 90:14
**reach** [4] - 8:9, 75:24, 94:13, 116:11
**reached** [6] - 6:12, 8:9, 24:9, 51:20, 51:21, 75:10
**reaching** [1] - 33:24
**reacts** [1] - 119:14
**read** [16] - 42:5, 43:4, 46:19, 46:21, 80:22, 81:17, 81:22, 81:24, 82:2, 98:16, 98:17, 100:23, 102:23, 103:3, 103:14, 103:18
**reading** [8] - 41:10, 42:18, 42:20, 44:24, 45:1, 45:2, 46:15, 113:17
**reads** [1] - 100:22
**real** [6] - 65:24, 69:15, 83:17, 93:15, 120:16
**reality** [2] - 85:6, 88:25
**realize** [3] - 34:16, 84:14, 95:11
**realized** [1] - 72:7
**really** [20] - 26:14, 33:18, 38:5, 39:21, 54:14, 56:22, 58:2, 58:12, 60:14, 60:20, 75:12, 77:6, 80:21, 81:20, 86:17, 87:16, 91:5, 95:11, 95:16, 135:23
**realm** [1] - 136:12
**realtime** [1] - 115:3
**rear** [6] - 13:21, 15:19, 17:16, 20:12, 26:8, 131:1
**rearward** [1] - 116:8
**reason** [7] - 13:11, 64:17, 71:20, 103:3, 110:25, 126:4, 142:16
**reasonable** [5] - 51:21, 94:1, 94:14,

96:5, 129:23
**reasons** [3] - 50:23, 87:2, 129:14
**rebound** [4] - 17:10, 18:13, 147:2, 147:8
**rebounded** [1] - 146:1
**rebounding** [1] - 19:12
**rebounds** [2] - 18:7, 147:23
**rebuttal** [2] - 71:9, 76:20
**receive** [1] - 115:21
**recently** [1] - 28:10
**reception** [1] - 67:7
**Recess** [1] - 61:21
**recess** [1] - 106:7
**recognize** [2] - 75:8, 92:5
**recollection** [3] - 7:19, 86:14, 91:8
**reconstruction** [11] - 7:8, 33:1, 63:14, 64:22, 68:25, 73:25, 76:23, 107:15, 130:11, 130:18, 131:10
**reconstructionist** [6] - 4:5, 8:2, 8:6, 25:19, 130:6, 130:9
**Reconstructionist** [1] - 107:17
**reconstructions** [1] - 63:15
**record** [6] - 6:4, 7:9, 46:20, 52:19, 65:2, 106:15
**records** [9] - 8:13, 54:19, 55:7, 76:1, 76:2, 103:23, 104:3, 108:13, 108:19
**recreate** [1] - 119:21
**recreating** [1] - 140:20
**recreation** [1] - 32:14
**recreations** [1] - 32:10
**RECROSS** [2] - 3:4, 52:2
**RECROSS-EXAMINATION** [1] - 52:2
**recruited** [1] - 119:17
**recurrent** [1] - 105:4
**red** [2] - 55:16, 86:2
**REDIRECT** [3] - 3:4, 50:9, 101:17
**redirect** [1] - 50:8
**reduce** [1] - 136:5
**REDUCED** [1] - 150:12
**reduced** [1] - 137:15

reduces [1] - 123:15
**reef** [1] - 66:3
**refer** [3] - 37:2, 44:25, 48:2
**reference** [3] - 25:14, 33:21, 51:17
**referenced** [3] - 51:11, 70:23, 116:9
**referencing** [1] - 25:16
**referred** [2] - 103:11, 127:16
**referring** [7] - 49:1, 65:2, 73:17, 74:16, 138:8, 148:5, 148:11
**reflect** [2] - 7:10, 55:14
**refresh** [2] - 7:18, 7:22
**regard** [1] - 78:25
**regarding** [6] - 34:19, 36:19, 102:9, 108:7, 124:4, 125:20
**regards** [2] - 9:5, 36:4
**region** [4] - 68:23, 69:14, 72:20, 74:4
**regrows** [1] - 70:4
**regular** [1] - 23:3
**reiterates** [1] - 71:13
**relate** [1] - 59:6
**related** [3] - 58:11, 76:5, 97:1
**relates** [4] - 99:7, 107:1, 108:3, 110:5
**relation** [5] - 10:14, 16:21, 148:10, 148:12, 148:14
**relationships** [2] - 58:12, 105:2
**relative** [12] - 10:9, 10:10, 11:3, 24:11, 79:20, 79:25, 114:15, 116:19, 117:3, 117:10, 122:10, 122:13
**relatively** [4] - 22:16, 23:20, 23:21, 138:25
**relax** [1] - 144:5
**relevance** [18] - 25:18, 29:19, 34:4, 34:8, 41:9, 42:19, 43:3, 46:2, 46:14, 47:6, 48:13, 50:1, 120:5, 121:5, 124:13, 130:13, 134:1, 136:21
**relevant** [5] - 22:9, 22:10, 40:17, 121:16, 127:3
**reliable** [1] - 86:19
**relied** [5] - 33:23, 77:25, 104:9, 105:5,

108:24
**reluctant** [1] - 83:22
**rely** [4] - 60:25, 61:4, 72:2, 108:22
**remake** [1] - 83:9
**remarried** [1] - 83:4
**remember** [10] - 82:18, 86:25, 88:24, 89:13, 89:24, 104:6, 106:17, 133:1, 144:20, 147:13
**reminders** [1] - 96:22
**remove** [3] - 61:10, 142:2, 143:20
**removed** [3] - 58:24, 61:5, 143:14
**rendering** [1] - 71:12
**renervation** [1] - 70:19
**repeat** [4] - 74:12, 86:11, 90:7, 91:17
**repeated** [2] - 90:15, 91:16
**repetitive** [1] - 67:24, 75:13
**replicate** [4] - 111:23, 120:16, 139:14, 139:16
**report** [52] - 6:13, 8:12, 8:13, 8:14, 8:15, 8:18, 9:5, 12:24, 24:13, 25:4, 28:7, 28:9, 28:10, 31:14, 31:17, 33:20, 36:24, 37:3, 47:14, 49:7, 51:12, 55:8, 56:9, 70:7, 71:7, 71:9, 71:10, 71:11, 73:12, 76:12, 76:19, 76:22, 76:24, 85:7, 85:18, 88:10, 92:24, 94:21, 96:8, 96:12, 98:11, 98:13, 102:16, 102:17, 108:20, 112:1, 139:25, 140:9, 140:11, 141:8, 144:7
**reported** [9] - 42:17, 43:1, 43:16, 47:3, 47:4, 47:11, 48:24, 49:20, 49:24
**REPORTED** [1] - 150:10
**REPORTER** [5] - 1:24, 56:20, 150:2, 150:8, 150:22
**REPORTER'S** [1] - 1:14
**reports** [2] - 54:21, 80:7
**represent** [8] - 33:4,

33:18, 49:16, 63:24, 66:12, 67:1, 88:22, 109:15
**representative** [2] - 33:13, 33:15
**representing** [1] - 140:18
**represents** [4] - 31:23, 66:6, 88:25
**required** [5] - 75:21, 110:8, 116:23, 121:23, 124:22
**Research** [1] - 42:11
**research** [6] - 25:10, 40:14, 42:22, 43:11, 54:5, 55:11
**residency** [1] - 53:24
**resin** [1] - 56:9
**resistance** [1] - 123:12
**resolution** [5] - 55:10, 62:4, 63:7, 67:22, 103:17
**resonance** [1] - 94:11
**respect** [8] - 35:3, 37:4, 47:18, 103:2, 115:1, 122:17, 125:9, 128:5
**respond** [3] - 57:4, 57:14, 77:17
**responding** [1] - 86:24
**response** [4] - 56:17, 72:1, 84:17, 84:19, 84:20, 87:8, 87:9, 88:24, 91:2, 91:3, 92:3
**responses** [4] - 89:21, 89:22, 91:25, 108:20
**rest** [4] - 4:11, 67:24
**rested** [1] - 149:4
**restrain** [1] - 39:12
**restrained** [7] - 26:7, 26:9, 26:20, 27:3, 38:8, 39:3, 39:17
**restraining** [1] - 39:22
**restraint** [2] - 38:16, 39:16
**restraints** [2] - 26:11, 26:13
**restrict** [1] - 123:8
**restricted** [2] - 38:20, 39:6
**rests** [1] - 105:16
**result** [14] - 14:19, 15:13, 16:7, 18:25, 20:9, 27:18, 27:23, 29:25, 30:23, 30:25, 31:2, 66:20, 115:13, 128:21

resulted [1] - 130:17
**results** [3] - 23:14, 89:6, 94:11
**retained** [3] - 7:25, 107:22, 107:23
**retracts** [1] - 70:3
**return** [3] - 75:10, 147:4, 147:9
**returned** [1] - 138:25
**reverse** [1] - 101:19
**review** [9] - 54:18, 62:16, 80:7, 81:6, 81:10, 81:12, 85:7, 97:15, 102:11, 102:16, 108:13, 109:19, 113:5, 117:16, 117:18, 119:9, 121:16, 144:7, 145:20
**reviewed** [20] - 7:5, 8:11, 8:12, 9:4, 9:6, 9:8, 9:10, 12:24, 41:17, 54:20, 54:21, 55:6, 73:11, 108:17, 108:18, 108:20, 109:23, 140:1, 140:9, 145:22
**reviewing** [3] - 33:20, 88:10, 92:24
**reviews** [3] - 40:12, 40:20, 41:4
**Rey** [2] - 88:19, 90:22
**Rey-Osterrieth** [2] - 88:19, 90:22
**RICHARD** [1] - 1:6
**ridiculous** [1] - 136:22
**risk** [5] - 117:6, 117:10, 117:11, 117:15
**risks** [1] - 117:10
**riveting** [1] - 5:19
**roadway** [1] - 119:18
**robust** [4] - 65:23, 79:19, 79:21, 79:22
**Roescher** [21] - 4:9, 5:5, 5:6, 8:3, 31:4, 31:21, 51:11, 105:17, 105:20, 105:24, 106:9, 106:16, 106:21, 109:2, 109:8, 112:3, 114:2, 116:4, 120:9, 135:15, 138:9
**ROESCHER** [1] - 3:10
**Roescher's** [4] - 28:7, 28:9, 33:20, 107:19
**role** [8] - 26:14, 84:5, 84:6, 93:4, 136:18, 143:15, 145:5
**ROOM** [1] - 1:24

**room** [2] - 56:24, 92:19
**rope** [1] - 67:19
**rostral** [3] - 77:7, 77:8, 77:22
**rotate** [2] - 20:9, 63:1
**rotational** [1] - 115:18
**Roughan** [1] - 93:21
**roughly** [1] - 114:22
**rub** [2] - 21:20, 22:1
**Rudin** [5] - 131:22, 132:2, 132:20, 133:16, 144:10
**Rudin's** [1] - 144:7
**Rule** [6] - 8:17, 31:17, 71:6, 71:9, 76:19, 141:8
**rule** [1] - 70:18
**run** [3] - 4:4, 29:7, 127:21
**run-down** [1] - 4:4
**rung** [1] - 75:20
**running** [1] - 125:19
**rupture** [1] - 79:12
**RUSS** [1] - 2:7

**S**

**s-u-l-c-i** [1] - 65:21
**SA** [1] - 1:9
**Safety** [1] - 111:6
**safety** [1] - 26:9
**SAME** [1] - 150:12
**sampling** [1] - 63:4
**Santa** [1] - 103:2
**saw** [6] - 78:12, 78:19, 80:14, 86:16, 92:17, 115:1
**Scale** [2] - 59:18, 90:1
**scan** [7] - 54:20, 54:22, 63:5, 65:10, 65:11, 74:4, 95:25
**scans** [2] - 82:2, 100:13
**scar** [1] - 69:23
**scene** [1] - 9:8
**schedule** [1] - 4:4
**school** [9] - 53:22, 59:11, 60:1, 83:1, 83:6, 87:1, 95:5, 142:15
**School** [1] - 54:2
**Science** [2] - 6:23, 6:24
**science** [1] - 6:23
**scientific** [7] - 7:6, 24:24, 24:25, 51:21, 108:9, 121:24, 129:23
**Scientist** [1] - 106:22

**scientist** [1] - 107:21
**scope** [7] - 52:7, 101:23, 126:25, 144:16, 145:2, 145:16, 146:15
**score** [1] - 89:12
**scored** [1] - 84:21
**scratch** [3] - 100:16, 102:10, 103:6
**screen** [7] - 71:5, 76:13, 98:13, 99:2, 109:7, 112:3, 114:7
**scroll** [5] - 11:2, 47:22, 48:4, 49:9, 49:10
**seat** [19] - 26:13, 26:16, 26:18, 26:19, 26:25, 37:17, 37:21, 37:24, 38:2, 38:7, 38:19, 39:6, 44:12, 110:5, 110:9, 110:10, 111:21, 114:16, 137:25
**seatbelt** [7] - 122:25, 123:3, 123:4, 123:6, 123:9, 123:11, 123:13
**seatbelts** [1] - 123:8
**seated** [9] - 6:2, 25:1, 28:16, 29:11, 52:17, 106:12, 112:12, 112:14, 137:25
**seating** [1] - 26:18
**second** [38] - 4:6, 4:10, 12:22, 14:9, 17:23, 19:14, 19:15, 27:20, 34:23, 34:24, 35:18, 45:8, 46:3, 47:23, 85:17, 86:11, 86:23, 89:15, 90:6, 96:21, 127:16, 127:17, 127:18, 127:19, 128:8, 128:21, 128:24, 129:1, 129:18, 129:20, 135:11, 137:21, 138:1, 138:4, 138:18, 138:20, 141:22, 143:21
**secondary** [32] - 12:11, 13:3, 13:6, 13:15, 13:20, 13:25, 14:3, 17:15, 18:9, 20:1, 20:3, 20:4, 21:14, 22:4, 22:7, 23:17, 27:1, 27:25, 30:25, 39:19, 123:22, 127:25, 128:5, 128:14,

128:17, 129:3, 129:10, 130:17, 131:2, 146:2, 147:5, 147:6
**seconds** [7] - 15:6, 49:15, 85:19, 85:25, 87:20, 89:16, 114:6
**section** [5] - 52:5, 61:17, 143:21, 143:22
**sectors** [1] - 72:4
**secured** [1] - 26:25
**see** [63] - 8:19, 10:24, 14:25, 19:16, 22:11, 22:14, 22:17, 22:21, 23:4, 28:18, 29:10, 31:4, 43:5, 46:4, 46:8, 46:17, 46:21, 55:23, 56:2, 56:12, 56:16, 56:18, 56:23, 57:7, 57:21, 58:13, 60:20, 63:10, 64:20, 64:22, 65:15, 66:3, 66:19, 66:23, 66:24, 68:5, 69:1, 69:3, 69:8, 69:12, 69:17, 71:15, 73:2, 76:12, 76:14, 77:23, 79:7, 80:13, 81:16, 88:16, 91:17, 96:11, 99:10, 109:5, 114:5, 114:6, 115:7, 116:4, 120:23, 130:21, 133:16, 144:5, 149:9
**seeing** [4] - 75:24, 78:17, 104:6, 115:2
**seek** [1] - 107:12
**seem** [1] - 85:4
**segment** [2] - 84:15, 87:3
**segmental** [1] - 76:24
**segments** [1] - 116:13
**seizure** [2] - 60:6, 60:7
**self** [1] - 83:10
**self-esteem** [1] - 83:10
**sends** [1] - 67:8
**sense** [1] - 85:5
**sensitive** [2] - 75:7, 111:2
**sensors** [1] - 111:2
**sensory** [1] - 71:24
**sentence** [4] - 40:25, 42:24, 47:16, 81:17
**separate** [5] - 79:11, 91:9, 91:10, 127:21, 130:9
**separated** [1] - 13:18
**separately** [2] - 89:13, 89:19

**September** [1] - 91:20
**sequence** [10] - 63:11, 66:16, 67:25, 71:4, 76:22, 77:13, 78:4, 78:12, 90:20, 93:2
**sequences** [14] - 54:22, 55:12, 55:14, 56:1, 56:7, 57:13, 57:18, 66:24, 70:24, 76:9, 76:10, 77:25, 78:21
**series** [4] - 45:8, 108:10, 113:15, 124:5
**serve** [3] - 130:6, 139:22, 143:15
**service** [1] - 83:13
**set** [2] - 44:15, 117:22
**SET** [1] - 150:11
**seven** [2] - 82:19, 91:22
**seven-and-a-half** [1] - 82:19
**several** [8] - 62:2, 74:2, 75:17, 82:12, 83:4, 83:8, 91:1, 122:23
**severe** [5] - 73:5, 73:10, 94:9, 96:6, 104:24
**severely** [3] - 77:10, 90:12, 91:5
**severity** [1] - 11:23
**shaped** [2] - 60:2, 111:11
**shared** [1] - 7:21
**sharp** [1] - 66:5
**sharply** [1] - 19:2
**shear** [2] - 66:23, 74:20, 79:7
**shearing** [1] - 67:13
**shoulder** [7] - 38:16, 38:23, 39:1, 39:16, 39:21, 46:12, 123:10
**shoulders** [1] - 27:6
**show** [12] - 12:15, 14:9, 18:23, 22:13, 55:14, 66:21, 86:9, 86:13, 86:14, 116:18, 124:12
**showed** [2] - 86:17, 94:12
**showing** [4] - 10:19, 114:20, 114:21, 115:6
**shown** [1] - 74:5
**shows** [8] - 11:3, 14:18, 44:12, 44:15, 55:12, 64:22, 112:10, 112:12

**shrinkage** [1] - 66:22
**shrinking** [2] - 66:19, 69:5
**shrinks** [1] - 69:25
**shrunk** [5] - 56:5, 66:4, 69:18, 77:7, 77:10
**shutting** [1] - 95:15
**side** [58] - 12:4, 14:14, 15:12, 15:14, 17:20, 20:11, 20:18, 20:20, 21:21, 24:11, 25:5, 25:9, 25:23, 29:25, 35:15, 38:4, 38:20, 38:22, 39:7, 39:10, 39:20, 39:22, 43:22, 43:23, 44:19, 45:7, 51:6, 68:20, 73:1, 74:3, 77:10, 89:21, 114:8, 118:14, 120:11, 120:22, 121:9, 121:11, 122:8, 122:9, 122:10, 122:11, 122:12, 122:15, 122:22, 123:14, 123:21, 123:22, 134:22
**sided** [6] - 47:18, 48:12, 49:21, 49:23, 50:5, 122:16
**sideswipe** [3] - 21:20, 21:24, 22:5
**signal** [2] - 60:15, 67:8
**significance** [2] - 13:2, 133:9
**significant** [4] - 58:7, 94:23, 94:24, 127:23
**similar** [23] - 13:9, 25:15, 32:19, 34:24, 69:12, 90:14, 90:17, 90:21, 91:3, 105:3, 110:6, 113:12, 114:24, 117:20, 117:25, 118:2, 118:25, 125:18, 147:16, 147:24, 148:5, 148:11, 148:16
**similarly** [1] - 126:2
**simple** [2] - 56:4, 90:6
**simply** [3] - 119:13, 120:18, 148:1
**simulated** [2] - 45:14, 45:16
**simulating** [1] - 89:21
**simulation** [2] - 10:22, 138:4
**single** [6] - 43:23, 49:20, 51:1, 91:24,

124:25, 127:6
**sit** [1] - 72:11
**sitting** [2] - 25:3, 137:6
**situation** [8] - 23:6, 23:9, 27:4, 42:5, 61:3, 68:13, 75:18, 87:4
**situations** [2] - 68:5, 93:11
**six** [6] - 44:18, 45:6, 45:14, 66:21, 69:20, 91:22
**size** [1] - 56:3
**skeletal** [1] - 55:5
**skin** [2] - 70:1, 70:4
**skull** [4] - 65:25, 67:16, 67:17, 78:24
**slash** [1] - 4:5
**sled** [1] - 110:12
**SLED** [33] - 111:17, 111:20, 111:21, 111:22, 112:7, 112:12, 112:14, 112:16, 113:14, 113:20, 114:5, 115:13, 115:21, 116:2, 117:12, 117:14, 117:17, 118:16, 124:8, 125:14, 126:19, 127:6, 132:25, 137:18, 138:10, 138:18, 138:20, 138:23, 139:3, 141:15, 141:19, 144:1
**slice** [2] - 63:22, 63:24
**slices** [2] - 63:17, 63:21
**slide** [6] - 109:2, 110:5, 116:10, 116:18, 116:25, 117:2
**Slide** [12] - 110:1, 113:25, 114:18, 115:1, 115:2, 115:11, 116:24, 118:18, 120:3, 125:6
**slides** [2] - 109:3, 109:8
**slightly** [3] - 10:23, 11:19, 20:13
**slow** [3] - 7:23, 115:5, 115:6
**slowing** [2] - 115:4, 119:5
**slowly** [3] - 6:4, 52:19, 75:11
**smacked** [1] - 73:15

**small** [3] - 68:1, 68:3, 71:15
**smelling** [1] - 60:9
**snag** [5] - 15:5, 15:7, 15:14, 16:1, 22:3
**snagged** [2] - 15:3, 15:18
**snapped** [1] - 19:1
**sneeze** [6] - 147:11, 147:17, 147:24, 148:5, 148:11, 148:16
**sneezing** [2] - 125:18, 126:18
**soft** [3] - 23:23, 79:18, 116:17
**softer** [1] - 22:18
**software** [4] - 62:3, 62:23, 63:1, 81:19
**someone** [9] - 50:16, 60:4, 81:23, 84:24, 86:8, 93:8, 103:18, 132:1, 144:25
**something's** [1] - 100:13
**sometimes** [3] - 58:16, 66:18, 69:22
**soon** [1] - 54:7
**sophistication** [1] - 59:9
**sorry** [14] - 12:12, 17:17, 24:1, 31:10, 42:24, 45:21, 45:23, 56:20, 58:14, 70:7, 81:13, 104:12, 115:11, 138:8
**sort** [2] - 32:10, 65:20
**sought** [1] - 76:4
**source** [1] - 58:24
**space** [3] - 65:24, 71:17
**spatial** [2] - 82:10, 91:7
**speaking** [2] - 23:20, 98:3
**speaks** [2] - 42:13, 49:9
**special** [1] - 100:4
**specialize** [1] - 52:21
**specialized** [1] - 101:13
**specializes** [1] - 54:11
**specialty** [1] - 54:8
**specific** [6] - 7:17, 81:17, 99:19, 100:2, 100:4, 103:3
**specifically** [5] - 25:9, 25:11, 36:4, 76:6, 131:17
**specified** [2] - 110:7,

110:11
**spectroscopic** [1] - 57:8
**spectroscopy** [2] - 56:10, 94:11
**speculation** [2] - 130:12, 136:21, 146:14
**speech** [2] - 61:6, 61:8
**speed** [15] - 24:11, 25:23, 43:22, 43:23, 45:8, 45:9, 111:23, 114:4, 114:13, 115:4, 115:8, 115:9, 122:7, 140:11, 140:15
**speeds** [2] - 44:23, 110:13
**spell** [3] - 6:3, 52:18, 106:14
**spent** [1] - 82:21
**spigot** [2] - 77:21, 95:15
**spin** [2] - 55:16, 78:3
**spinal** [1] - 126:10
**spine** [32] - 26:6, 30:12, 36:25, 37:5, 37:9, 37:10, 50:14, 108:4, 112:21, 112:23, 115:16, 115:19, 116:5, 116:13, 116:14, 116:20, 116:22, 124:18, 124:20, 125:10, 125:21, 125:23, 125:25, 126:6, 127:20, 129:4, 129:7, 129:11, 129:15, 132:13, 141:12, 147:17
**spines** [1] - 132:14
**spontaneously** [1] - 90:25
**sports** [1] - 68:9
**spots** [1] - 67:9
**square** [2] - 111:11
**SS** [1] - 150:5
**stable** [1] - 83:5
**stacked** [1] - 63:12
**stacking** [1] - 63:8
**stacks** [1] - 63:17
**stance** [1] - 96:3
**stand** [2] - 7:11, 127:1
**standard** [6] - 59:24, 81:1, 101:1, 101:21, 103:12, 103:14
**standards** [3] - 110:11, 111:5, 123:2
**Standards** [1] - 111:7

**stands** [1] - 111:6
**start** [7] - 51:3, 75:24, 83:17, 89:8, 105:20, 110:16, 114:6
**started** [3] - 52:24, 72:8, 89:10
**starting** [2] - 28:21, 28:23
**STATE** [1] - 150:6
**State** [1] - 107:9
**state** [5] - 6:3, 52:18, 106:14, 126:9, 141:21
**statement** [1] - 135:10
**states** [4] - 45:6, 47:17, 49:2, 99:17
**STATES** [6] - 1:1, 1:1, 1:4, 1:9, 2:19, 150:9
**States** [4] - 4:8, 34:18, 53:8
**statistical** [1] - 77:2
**statistically** [1] - 60:3
**status** [1] - 55:1
**steer** [1] - 136:13
**steered** [1] - 135:10
**steering** [7] - 19:1, 25:2, 121:8, 135:6, 136:3, 136:16, 136:25
**stem** [1] - 68:17
**STENOGRAPHIC** [1] - 150:15
**STENOGRAPHICALLY** [1] - 150:10
**step** [2] - 52:13, 149:2
**stiffer** [6] - 22:16, 22:25, 23:3, 23:17, 23:21
**stiffness** [1] - 42:2
**still** [4] - 95:5, 113:23, 138:11, 138:23
**stimuli** [2] - 72:2, 77:17
**stipulated** [12] - 6:12, 6:15, 31:11, 40:8, 44:11, 48:6, 53:9, 99:3, 107:19, 112:2, 112:4, 118:19
**stone** [1] - 79:14
**stone-like** [1] - 79:14
**stop** [3] - 11:20, 27:20, 56:21
**stopped** [2] - 59:14, 74:22
**stopping** [1] - 11:25
**stories** [1] - 90:18
**storm** [1] - 85:5
**stormy** [1] - 82:25
**story** [9] - 90:6, 90:7, 90:8, 90:10, 90:15,

90:16, 90:17, 90:21
**straight** [5] - 10:11, 10:15, 11:16, 25:3, 53:22
**straightforward** [1] - 75:19
**street** [1] - 10:14
**STREET** [2] - 1:24, 2:20
**stress** [5] - 56:14, 58:11, 82:16, 95:14, 97:1
**stress-related** [1] - 97:1
**stricken** [1] - 98:21
**strike** [21] - 12:12, 24:2, 28:4, 36:19, 40:1, 40:12, 42:7, 67:13, 67:21, 74:15, 80:6, 93:3, 98:18, 101:7, 124:5, 124:7, 124:12, 126:22, 126:25, 128:15, 143:10
**strikes** [1] - 67:12
**striking** [1] - 24:18
**struck** [2] - 67:4, 73:1
**structural** [14] - 79:23, 108:4, 115:24, 116:12, 116:14, 116:15, 116:23, 124:17, 124:19, 124:23, 125:22, 125:25, 129:9, 141:11
**structure** [8] - 22:25, 23:5, 23:21, 23:23, 23:24, 55:13, 69:19, 78:24
**structure's** [1] - 22:24
**structures** [3] - 22:19, 64:24, 122:21
**struggling** [2] - 76:16, 96:25
**student** [1] - 53:20
**studied** [2] - 107:3, 107:6
**studies** [23] - 24:25, 25:10, 25:16, 25:20, 29:18, 43:2, 51:11, 51:14, 51:17, 98:17, 102:15, 107:3, 107:5, 107:6, 111:8, 131:16, 132:5, 132:10, 132:15, 132:19, 140:24, 144:13, 145:6
**study** [23] - 24:11, 24:12, 24:24, 25:22, 25:24, 26:4, 29:24,

41:6, 41:18, 42:10, 42:14, 42:17, 50:16, 51:5, 51:7, 51:17, 61:1, 117:24, 131:18, 131:21, 131:24, 132:1, 142:20
**study's** [1] - 132:4
**studying** [1] - 145:8
**sub** [1] - 84:15
**sub-segment** [1] - 84:15
**subdivided** [1] - 66:8
**subject** [18] - 37:14, 38:3, 41:1, 42:14, 49:18, 49:20, 65:4, 107:24, 113:19, 117:25, 118:2, 118:9, 118:25, 119:21, 122:25, 123:7, 125:16, 141:10
**subject's** [2] - 63:2, 112:17
**subjected** [4] - 118:7, 119:14, 120:2, 121:7
**subjects** [11] - 41:6, 41:17, 41:22, 42:1, 44:3, 45:25, 46:11, 47:11, 48:7, 49:6, 112:7
**submitted** [2] - 54:19, 55:8
**Subpart** [2] - 141:14, 141:17
**subsegments** [1] - 56:4
**substantial** [3] - 94:8, 104:10, 105:7
**substantially** [4] - 110:6, 114:24, 117:20, 127:13
**sudden** [4] - 72:9, 74:20, 84:24
**sufficient** [6] - 30:11, 70:16, 126:20, 127:4, 127:7, 129:9
**sugar** [1] - 78:6
**suitable** [1] - 32:16
**SUITE** [2] - 2:10, 2:21
**sulci** [1] - 65:21
**sum** [1] - 56:7
**summarize** [4] - 108:1, 110:3, 112:17, 125:20
**summarized** [4] - 37:3, 42:10, 49:7, 115:22
**summarizes** [2] - 43:11, 48:7

**summarizing** [2] - 117:1, 117:2
**summary** [3] - 45:10, 58:14, 124:16
**Summary** [1] - 46:25
**superimposed** [1] - 71:25
**superior** [2] - 59:5, 60:3
**support** [1] - 57:6
**supporting** [1] - 105:6
**supposed** [4] - 85:25, 91:11, 92:12, 120:16
**supposedly** [1] - 90:9
**surface** [11] - 63:14, 63:15, 64:21, 64:24, 65:22, 65:25, 66:20, 67:18, 69:11, 71:12, 76:23
**surgeon** [1] - 61:7
**surgery** [1] - 75:19
**surgical** [1] - 61:3
**surrogate** [1] - 111:22
**susceptible** [2] - 26:3, 84:7
**sustain** [3] - 25:12, 34:5, 144:20
**sustained** [16] - 24:7, 32:1, 32:8, 97:18, 104:1, 118:8, 124:14, 130:14, 130:24, 131:12, 139:6, 140:22, 143:18, 144:17, 145:3, 145:17
**swelling** [2] - 69:24, 73:7
**swerve** [20] - 16:23, 119:11, 119:25, 120:19, 120:21, 121:3, 121:14, 121:17, 121:19, 121:23, 123:21, 134:11, 134:14, 134:23, 134:25, 137:13, 137:14, 139:16, 139:18, 145:25
**swerved** [3] - 17:2, 134:9, 146:19
**swerves** [5] - 18:1, 121:18, 121:20, 121:21, 121:22
**swerving** [3] - 25:8, 119:19, 136:19
**swinging** [1] - 125:19
**switch** [1] - 109:7
**sworn** [3] - 5:25, 52:16, 106:11
**swung** [1] - 67:19,

67:20
**symptoms** [9] - 42:17, 43:1, 43:16, 46:11, 46:12, 47:4, 47:11, 84:9, 95:18
**synergistically** [1] - 55:23
**synthesize** [1] - 55:23
**synthesized** [1] - 55:7
**synthesizes** [1] - 77:14
**system** [3] - 102:21, 111:14, 119:16

---

## T

**table** [13] - 44:7, 46:8, 46:24, 47:1, 47:10, 48:7, 48:23, 49:7, 49:17, 84:12, 115:22
**talks** [2] - 71:11, 76:24
**target** [2] - 114:12, 118:23
**task** [1] - 89:2
**TBI** [15] - 117:3, 117:4, 117:8, 117:10, 117:11, 117:13, 126:20, 126:22, 127:4, 127:7, 127:9, 127:14, 128:18, 129:20
**tear** [4] - 67:1, 67:5, 73:6, 74:23
**tearing** [1] - 67:25
**technology** [1] - 59:8
**temperature** [4] - 110:7, 111:1, 111:3
**temporal** [1] - 68:22
**ten** [9] - 85:25, 87:20, 89:12, 89:19, 91:10, 91:13, 91:19, 91:21, 116:22
**ten-month** [1] - 91:19
**tend** [2] - 97:13, 120:21
**tense** [2] - 135:25, 136:5
**tension** [1] - 37:8
**term** [2] - 79:20, 79:25
**terms** [31] - 6:22, 8:11, 13:9, 15:24, 16:5, 18:18, 21:18, 21:25, 26:12, 26:20, 29:22, 38:22, 38:25, 39:11, 39:19, 39:21, 50:24, 51:5, 55:10, 77:13, 78:23, 81:18, 104:23, 110:15, 110:18, 114:24, 117:20, 132:12,

136:14, 143:7, 143:11
**terribly** [1] - 85:4
**Tesla** [2] - 103:12, 103:15
**test** [106] - 40:21, 41:3, 41:6, 41:17, 41:22, 41:24, 42:1, 44:3, 44:18, 45:6, 45:10, 45:13, 46:1, 47:4, 47:11, 47:12, 48:7, 48:10, 48:17, 49:6, 49:18, 49:20, 50:13, 50:18, 50:21, 52:5, 54:8, 57:22, 59:18, 82:13, 84:21, 85:14, 85:20, 85:24, 86:3, 86:5, 86:6, 86:7, 86:9, 86:21, 86:24, 86:25, 87:7, 87:12, 87:13, 87:22, 87:25, 88:1, 88:7, 88:8, 88:14, 89:1, 89:2, 89:5, 89:14, 89:18, 93:9, 99:18, 110:8, 110:10, 110:17, 110:20, 110:22, 110:23, 111:2, 111:18, 112:6, 112:7, 112:25, 113:2, 113:10, 114:5, 114:11, 114:22, 116:2, 117:14, 117:22, 118:16, 118:21, 119:4, 119:6, 119:25, 124:3, 124:6, 124:8, 124:12, 125:14, 126:20, 127:6, 127:24, 127:25, 137:13, 137:18, 138:10, 138:18, 138:20, 138:23, 141:15, 141:19, 142:14, 143:3, 144:1
**Test** [12] - 28:8, 28:9, 46:25, 88:9, 88:19, 89:6, 90:1, 90:22, 91:13, 91:14, 118:23, 119:5
**tested** [1] - 113:14
**testified** [18] - 9:14, 9:18, 36:4, 36:10, 97:9, 120:19, 128:10, 131:23, 132:2, 132:20, 136:7, 136:24, 139:24, 140:4, 145:19, 147:20,

148:4, 148:15
**testify** [1] - 13:5
**testifying** [4] - 5:6, 8:5, 53:12, 134:15
**testimony** [22] - 16:23, 19:5, 32:23, 37:4, 99:23, 100:1, 100:3, 108:18, 113:8, 134:3, 138:13, 138:15, 139:21, 145:20, 145:22, 145:23, 146:9, 146:12, 147:10, 147:12, 148:6, 148:17
**testing** [14] - 41:1, 47:5, 59:1, 82:5, 82:9, 95:23, 107:14, 111:15, 119:10, 119:11, 121:14, 123:25, 132:25
**tests** [46] - 40:14, 43:25, 44:4, 44:15, 45:10, 45:24, 46:7, 46:10, 49:24, 50:11, 59:22, 82:11, 82:12, 85:11, 85:13, 85:19, 87:4, 89:20, 89:23, 91:4, 91:8, 91:9, 91:12, 92:4, 92:8, 92:9, 93:1, 93:11, 93:13, 93:16, 93:18, 108:11, 113:14, 113:15, 113:20, 115:14, 115:22, 117:13, 117:17, 118:14, 123:25, 124:5, 124:7, 127:21
**THAT** [3] - 150:10, 150:12, 150:14
**THE** [207] - 3:3, 3:9, 4:12, 4:15, 4:19, 5:1, 5:3, 5:5, 5:10, 5:12, 5:17, 5:19, 5:24, 6:1, 6:5, 7:13, 7:14, 7:15, 7:23, 8:24, 9:1, 9:3, 10:7, 10:9, 10:13, 10:16, 10:17, 10:18, 15:17, 15:20, 15:21, 15:23, 16:13, 16:14, 18:16, 18:18, 18:19, 18:20, 19:1, 19:4, 19:7, 19:9, 19:10, 19:15, 20:15, 20:17, 20:20, 20:21, 20:22, 20:23, 20:24, 21:1, 21:2, 21:4, 21:5, 21:18, 24:7, 26:5, 26:6, 26:10, 26:12, 26:15, 26:18, 27:5,

27:8, 27:9, 27:10, 27:11, 27:14, 27:17, 27:18, 27:21, 27:22, 28:2, 29:6, 29:14, 29:16, 32:1, 32:8, 32:15, 32:21, 33:7, 33:9, 34:5, 34:11, 38:11, 38:12, 38:13, 38:14, 40:3, 41:10, 41:13, 41:15, 42:8, 42:20, 43:4, 43:7, 46:3, 46:15, 46:17, 46:21, 47:7, 47:8, 48:14, 48:15, 50:2, 50:8, 52:8, 52:10, 52:13, 52:14, 52:15, 52:17, 52:20, 52:23, 52:24, 53:3, 56:21, 56:23, 57:4, 61:19, 64:3, 66:14, 66:15, 66:18, 74:11, 74:12, 81:7, 81:11, 83:23, 87:18, 87:19, 90:4, 90:5, 97:4, 97:5, 97:18, 98:20, 101:9, 102:2, 102:3, 104:1, 105:13, 105:17, 105:21, 105:25, 106:4, 106:10, 106:12, 106:16, 106:17, 120:7, 120:16, 120:18, 120:23, 121:6, 121:7, 124:14, 127:1, 130:2, 130:14, 130:24, 131:6, 131:7, 131:11, 131:14, 132:23, 134:4, 136:22, 137:11, 137:12, 138:14, 139:6, 140:6, 140:22, 141:3, 141:4, 143:6, 143:7, 143:12, 143:18, 144:17, 145:3, 145:17, 146:15, 147:13, 147:18, 147:22, 148:1, 148:7, 148:8, 148:12, 148:18, 148:19, 148:20, 148:21, 148:22, 149:2, 149:5, 149:7, 149:9, 149:10, 150:8, 150:9, 150:10, 150:11, 150:12
**therapist** [1] - 95:13
**therapy** [1] - 54:5
**there'd** [1] - 36:6

**THEREAFTER** [1] - 150:12
**thereafter** [1] - 93:5
**thereof** [1] - 50:13
**thermometer** [2] - 57:24, 57:25
**thermometers** [1] - 87:6
**thesis** [1] - 54:3
**they've** [1] - 87:24
**thin** [1] - 67:2
**third** [4] - 81:11, 86:12, 87:1, 143:22
**THIS** [1] - 150:14
**thorax** [1] - 115:16
**THOUSAND** [1] - 2:9
**threatening** [1] - 61:4
**three** [13] - 4:18, 4:24, 31:1, 44:21, 44:22, 45:7, 46:12, 64:21, 70:20, 71:12, 90:24, 96:19, 106:1
**three-dimensional** [2] - 64:21, 71:12
**threshold** [20] - 44:22, 45:8, 92:12, 116:9, 116:19, 117:13, 125:24, 127:9, 141:11, 141:14, 141:18, 141:23, 142:9, 142:12, 142:24, 142:25, 143:9, 144:19, 144:22, 144:25
**thresholds** [5] - 117:3, 117:4, 124:22, 126:3, 127:14
**throughout** [3] - 54:4, 97:22, 115:20
**throw** [1] - 79:10
**THURSDAY** [2] - 1:15, 4:1
**TIME** [1] - 150:11
**tipping** [1] - 94:10
**tissue** [2] - 66:6, 66:19, 69:23, 79:18, 116:17
**tissues** [1] - 74:25
**titled** [1] - 46:24
**TO** [1] - 150:12
**to.5** [1] - 121:22
**today** [16] - 4:4, 4:10, 4:17, 4:21, 4:22, 34:17, 37:3, 54:17, 64:1, 64:9, 65:16, 105:21, 105:24, 129:22, 134:15, 149:5
**Todd** [6] - 4:9, 5:5, 5:6, 105:17, 106:9,

106:16
**TODD** [1] - 3:10
**together** [13] - 15:3, 22:1, 55:24, 63:12, 63:16, 64:20, 68:2, 71:23, 77:16, 77:20, 101:5, 102:16
**tolerance** [2] - 116:3, 129:15
**tolerances** [1] - 117:21
**tolerates** [1] - 75:22
**tomorrow** [5] - 4:18, 4:24, 105:22, 105:23, 106:1
**took** [6] - 54:3, 58:14, 85:19, 85:20, 102:13, 127:21
**tool** [1] - 59:6
**tools** [1] - 81:21
**top** [7] - 9:3, 63:8, 63:20, 79:2, 85:1, 99:14, 109:13
**top-down** [2] - 63:20, 85:1
**topics** [1] - 7:7
**torque** [9] - 67:3, 67:25, 74:20, 142:12, 142:18, 142:19, 142:21, 142:24, 143:3
**torsion** [1] - 37:13
**torsional** [1] - 37:8
**total** [3] - 17:25, 92:1, 113:16
**totality** [1] - 51:9
**tow** [5] - 23:2, 23:6, 23:7, 23:10
**towards** [21] - 16:8, 17:7, 17:11, 19:19, 21:15, 26:22, 27:24, 29:3, 35:12, 35:13, 35:20, 39:18, 114:7, 120:22, 121:8, 122:20, 123:23, 128:12, 134:22, 147:1
**trabeculae** [2] - 73:21, 73:22
**TRABECULAE** [1] - 73:22
**track** [1] - 114:14
**tracks** [1] - 119:17
**trail** [1] - 34:7
**trained** [1] - 81:22
**training** [17] - 6:19, 30:9, 32:24, 53:15, 53:17, 60:18, 80:19, 80:23, 81:2, 81:23, 96:5, 100:2, 100:4,

100:6, 101:13, 107:1, 122:24
**trajectory** [1] - 109:17
**transcript** [1] - 145:20
**TRANSCRIPT** [1] - 1:14
**TRANSCRIPTION** [2] - 150:13, 150:14
**transferred** [1] - 23:13
**transfers** [1] - 102:20
**translated** [1] - 23:13
**translates** [1] - 45:17
**transpiring** [1] - 55:25
**trauma** [5] - 57:11, 57:17, 74:20, 84:5, 84:13
**traumatic** [11] - 66:22, 75:5, 75:9, 77:13, 82:16, 83:21, 108:5, 108:6, 126:13, 126:14, 144:20
**travel** [1] - 11:25
**traveled** [1] - 119:8
**traveling** [9] - 9:15, 9:20, 9:25, 10:2, 10:4, 10:14, 139:19
**treating** [1] - 99:19
**trial** [3] - 53:13, 97:9, 109:9
**Trial** [3] - 91:21, 91:22, 91:23
**trials** [1] - 91:16
**triangles** [2] - 109:14, 109:15
**tried** [7] - 4:20, 16:23, 58:4, 58:12, 83:8, 90:21, 99:2
**trigger** [1] - 85:3
**triggered** [1] - 93:7
**trivial** [1] - 94:9
**trouble** [2] - 21:25, 83:2
**truck** [5] - 14:19, 14:20, 23:1, 84:11, 146:23
**true** [7] - 84:2, 95:16, 131:11, 132:9, 139:24, 140:7, 142:9
**TRUE** [1] - 150:14
**truncated** [1] - 6:11
**truth** [2] - 61:2, 86:17
**try** [8] - 56:21, 58:3, 82:2, 97:20, 101:10, 134:15, 144:6, 145:10
**trying** [7] - 27:6, 29:9, 36:5, 89:19, 96:24, 103:7, 104:24
**TSI** [1] - 82:15
**TSI-II** [1] - 82:15
**tumor** [3] - 61:5, 61:6,

61:9
**turbulent** [2] - 95:4, 104:21
**turn** [33] - 13:12, 19:23, 20:13, 28:6, 40:5, 40:16, 44:10, 45:4, 45:20, 45:22, 62:20, 63:1, 78:16, 96:20, 110:1, 111:25, 113:25, 114:17, 115:10, 116:24, 117:16, 118:18, 120:3, 125:6, 133:20, 135:3, 135:19, 135:22, 135:23, 135:24, 136:1, 136:2, 141:7
**turned** [2] - 19:18, 137:7
**turning** [17] - 10:20, 11:9, 13:13, 13:14, 14:5, 14:16, 19:24, 19:25, 21:22, 22:3, 27:9, 29:1, 36:5, 70:8, 70:22, 78:17, 136:3
**turns** [1] - 31:22
**twice** [3] - 86:8, 89:14, 90:15
**twisted** [1] - 67:4
**two** [37] - 7:25, 12:6, 13:12, 15:2, 21:20, 21:25, 29:10, 31:2, 31:3, 43:14, 62:6, 63:15, 63:16, 64:12, 64:24, 66:7, 68:8, 71:16, 74:19, 74:25, 79:1, 79:7, 83:11, 86:13, 86:24, 86:25, 89:23, 92:11, 94:25, 96:17, 109:14, 110:12, 130:9, 136:25, 137:13, 138:2
**type** [7] - 15:15, 22:20, 24:24, 27:4, 68:6, 84:16, 84:21
**types** [4] - 30:8, 58:9, 68:14, 108:16
**TYPEWRITTEN** [1] - 150:12
**typical** [1] - 68:8

**U**

**U.S** [3] - 2:16, 40:21, 41:3
**UCLA** [2] - 7:5, 53:22
**um.1** [1] - 15:6

**uncommon** [1] - 126:11
**under** [6] - 47:16, 56:13, 79:4, 84:11, 88:20, 91:4
**undergraduate** [2] - 107:3, 107:8
**underneath** [1] - 47:16
**underwent** [1] - 83:21
**unfortunately** [2] - 4:21, 83:20
**uninformed** [2] - 134:25, 136:17
**United** [3] - 4:8, 34:18, 53:8
**UNITED** [6] - 1:1, 1:1, 1:4, 1:9, 2:19, 150:8
**university** [2] - 62:1, 62:6
**University** [3] - 53:21, 107:8, 107:9
**unless** [2] - 100:2, 100:4
**unlikely** [6] - 96:11, 96:14, 123:18, 125:4, 128:16, 128:19
**unquote** [1] - 25:1
**unrelated** [1] - 65:4
**unrestrained** [1] - 30:17
**unscientific** [1] - 33:18
**Up** [1] - 46:25
**up** [40] - 4:21, 5:3, 5:20, 7:11, 8:14, 8:15, 8:20, 21:21, 25:3, 40:7, 44:15, 45:25, 46:12, 50:6, 52:25, 55:18, 57:9, 62:5, 64:2, 64:18, 65:23, 70:8, 71:5, 71:7, 71:19, 75:18, 77:20, 83:12, 84:24, 85:19, 87:3, 92:22, 92:23, 99:2, 100:11, 108:25, 110:7, 112:3, 123:20, 136:5
**upper** [9] - 26:23, 26:25, 38:16, 39:3, 39:12, 39:22, 115:19, 146:23, 147:6
**upright** [2] - 137:6, 138:7
**USC** [2] - 53:24, 54:2
**uses** [1] - 100:15
**usual** [1] - 70:18
**utilization** [1] - 100:25

**utilize** [2] - 34:2, 60:22
**utilized** [2] - 103:6, 131:18
**utilizing** [2] - 81:20, 145:6

## V

**vacuum** [1] - 126:7
**vague** [9] - 29:5, 29:6, 32:7, 38:10, 87:17, 97:17, 101:24, 137:10, 141:2
**validity** [10] - 85:11, 85:13, 85:18, 87:7, 92:8, 93:9, 93:11, 93:16, 93:18
**valleys** [2] - 65:21, 66:4
**value** [2] - 58:1, 59:2
**values** [4] - 116:3, 116:11, 127:23, 129:14
**variable** [2] - 69:22, 127:3
**varied** [1] - 82:8
**various** [6] - 54:4, 54:6, 54:23, 83:16, 136:24, 147:22
**varying** [1] - 110:13
**vehicle** [78] - 9:9, 9:15, 9:18, 10:2, 10:5, 10:7, 10:9, 10:10, 10:11, 10:14, 10:23, 11:15, 11:20, 12:1, 12:14, 12:15, 12:18, 12:22, 12:23, 13:12, 13:13, 13:16, 13:18, 13:24, 14:2, 14:14, 14:15, 14:18, 14:21, 14:23, 14:24, 15:9, 15:10, 15:14, 15:18, 15:19, 16:2, 19:10, 19:17, 19:20, 19:22, 19:24, 20:13, 20:24, 21:3, 21:15, 21:22, 22:3, 22:11, 22:13, 22:15, 22:18, 23:12, 24:21, 25:13, 25:25, 27:6, 27:13, 30:5, 37:25, 44:13, 44:19, 48:8, 49:2, 51:4, 107:24, 114:9, 119:20, 120:22, 121:9, 122:18, 122:21, 126:10, 132:12, 135:15, 140:12, 144:14
**Vehicle** [1] - 111:6
**vehicle's** [2] - 21:22,

118:24
**vehicles** [9] - 11:1, 11:24, 12:7, 13:18, 15:2, 21:20, 21:25, 45:7, 132:21
**velocity** [1] - 130:22
**verbal** [2] - 86:15, 91:15
**Verbal** [2] - 91:13, 91:14
**verify** [1] - 89:23
**vertebral** [4] - 73:7, 116:7, 116:17, 125:2
**vessel** [1] - 61:13
**vessels** [1] - 57:15
**veterans** [1] - 84:11
**video** [35] - 31:4, 31:8, 31:22, 31:23, 32:3, 32:14, 32:19, 33:4, 33:17, 33:21, 33:24, 34:2, 114:3, 114:4, 114:20, 115:1, 115:2, 115:3, 115:8, 115:9, 119:2, 119:3, 119:24, 120:9, 120:11, 120:12, 120:15, 120:25, 121:21, 133:21, 133:23, 135:11, 135:16, 139:3, 139:12
**Video** [3] - 31:19, 119:16, 135:13
**videos** [2] - 32:10, 140:20
**view** [2] - 63:20, 109:13
**viewing** [1] - 32:19
**VILLAGE** [1] - 2:11
**visible** [4] - 22:11, 22:18, 23:5, 23:19
**visual** [5] - 69:16, 82:10, 86:14, 88:18, 91:7
**visualize** [2] - 55:19, 64:19
**vitally** [1] - 57:1
**vocational** [2] - 59:13, 86:25
**volleyball** [3] - 67:19, 68:4, 68:18
**volumetric** [1] - 77:2
**volumetrics** [1] - 56:1
**volunteers** [4] - 43:17, 46:1, 46:6, 118:6
**VS** [1] - 1:8
**Vs** [4] - 45:16, 111:24, 113:16, 117:20

## W

**wait** [5] - 10:7, 15:17, 33:7, 90:15
**wake** [1] - 84:24
**walking** [1] - 125:19
**wall** [2] - 11:17, 79:10
**wanna** [3] - 36:18, 40:5, 46:8
**war** [1] - 84:10
**War** [1] - 59:13
**WAS** [1] - 150:12
**watch** [1] - 135:11
**watched** [2] - 32:3, 139:3
**watching** [1] - 114:4
**ways** [6] - 9:11, 11:10, 12:10, 33:1, 83:5, 124:3
**weaker** [1] - 78:8
**wearing** [2] - 26:10, 37:20
**wedge** [1] - 125:2
**week** [1] - 47:11
**weight** [1] - 113:6
**welcome** [1] - 97:4
**Weschsler** [2] - 59:17, 59:19
**WEST** [1] - 1:24
**WESTERN** [1] - 1:2
**WESTLAKE** [2] - 2:6, 2:11
**Wexler** [1] - 89:25
**wheel** [25] - 13:15, 13:21, 14:15, 14:23, 14:24, 17:16, 17:21, 19:2, 19:24, 20:5, 20:12, 22:4, 22:8, 22:12, 22:14, 22:15, 22:17, 23:17, 25:2, 27:9, 135:6, 135:8, 136:3, 137:7, 146:20
**wheelbarrow** [1] - 86:10
**whip** [1] - 79:10
**whiplash** [3] - 68:10, 68:11, 68:13
**whipped** [1] - 68:13
**white** [4] - 57:5, 67:9, 79:5, 111:12
**whole** [5] - 37:25, 69:18, 95:9, 100:18, 102:18
**widely** [1] - 61:24
**wider** [1] - 71:17
**window** [21] - 24:19, 24:22, 29:3, 35:15, 36:20, 36:21, 48:15, 48:16, 48:17, 48:20, 50:2, 50:6, 50:11,

52:6, 73:1, 114:8, 121:11, 122:22, 123:14, 123:17, 135:18
**windows** [1] - 49:4
**wire** [2] - 79:4, 79:6
**wires** [3] - 67:6, 78:15, 78:16
**WITNESS** [59] - 6:5, 7:14, 9:3, 10:9, 10:16, 10:18, 15:20, 15:23, 16:14, 18:18, 18:20, 19:4, 19:9, 19:15, 20:17, 20:21, 20:23, 21:1, 21:4, 21:18, 26:6, 26:12, 26:18, 27:8, 27:10, 27:14, 27:18, 27:22, 29:16, 33:9, 38:12, 38:14, 47:8, 48:15, 50:2, 52:10, 52:14, 52:20, 53:3, 56:21, 57:4, 66:15, 66:18, 74:12, 87:19, 90:5, 97:4, 102:3, 106:16, 120:18, 121:7, 131:7, 137:12, 141:4, 143:7, 148:8, 148:18, 148:20, 148:22
**witness** [17] - 4:10, 5:8, 5:25, 7:10, 34:10, 52:1, 52:16, 53:11, 105:12, 105:16, 105:22, 106:11, 120:14, 140:3, 146:16, 149:1, 149:5
**witness's** [2] - 40:2, 126:25
**witnesses** [3] - 4:9, 4:18, 4:22
**WITNESSES** [2] - 3:3, 3:9
**WOB** [1] - 6:5
**Wobrock** [27] - 4:6, 6:5, 6:9, 7:25, 14:7, 14:17, 21:8, 29:9, 32:23, 34:14, 40:5, 46:24, 49:6, 50:11, 52:4, 72:23, 108:21, 127:15, 128:1, 128:6, 128:10, 136:7, 136:24, 138:3, 145:19, 146:6, 146:11
**WOBROCK** [1] - 3:5
**Wobrock's** [4] - 129:17, 145:20, 145:23, 146:12

**Word** [1] - 89:6
**word** [6] - 26:15, 58:21, 68:15, 85:14, 89:15, 104:19
**words** [19] - 55:13, 55:21, 56:3, 59:23, 73:5, 78:14, 86:20, 89:7, 89:10, 89:12, 91:15, 91:21, 91:22, 91:23, 91:24, 92:1, 105:5
**works** [2] - 55:21, 71:23
**world** [1] - 83:11
**World** [1] - 59:13
**worry** [1] - 90:4
**WRIGHT** [1] - 1:4
**write** [2] - 54:3, 102:17
**writing** [1] - 100:12
**written** [1] - 60:10
**wrote** [2] - 98:10, 102:13

## Y

**yang** [1] - 104:15
**YANG** [121] - 2:17, 3:6, 3:8, 3:11, 4:3, 4:13, 4:16, 4:20, 5:2, 5:4, 5:6, 5:11, 7:9, 8:25, 24:5, 29:5, 29:13, 31:10, 31:15, 31:18, 31:25, 32:7, 32:13, 33:6, 34:4, 34:13, 38:18, 40:1, 40:4, 40:16, 41:11, 41:14, 41:16, 42:7, 42:9, 42:23, 43:6, 43:8, 44:6, 44:10, 45:3, 45:20, 46:5, 46:16, 46:18, 46:23, 47:9, 47:14, 47:21, 48:4, 48:19, 49:13, 50:3, 50:7, 51:25, 52:3, 52:11, 66:13, 74:10, 87:17, 97:7, 97:20, 98:18, 98:22, 101:7, 101:10, 101:16, 101:23, 103:25, 105:11, 105:18, 105:23, 106:1, 106:6, 106:8, 106:20, 107:18, 108:25, 109:6, 110:1, 111:25, 113:25, 114:17, 115:10, 116:24, 118:18, 120:3, 120:8, 120:14, 120:24, 121:1,

121:10, 124:15, 125:6, 127:2, 130:1, 130:12, 130:23, 131:5, 131:9, 132:22, 134:3, 136:20, 137:10, 138:13, 139:5, 140:3, 140:21, 141:2, 143:5, 143:17, 144:16, 145:2, 145:15, 146:14, 147:12, 148:6, 148:17, 148:25, 149:6, 149:8
**Yang** [2] - 34:17, 103:11
**year** [1] - 53:23
**years** [8] - 6:22, 45:1, 54:4, 56:11, 70:20, 102:25, 103:1, 106:23
**yellow** [5] - 19:3, 19:11, 19:19, 20:14, 114:10
**yesterday** [3] - 8:2, 9:23, 13:5
**yogurt** [1] - 79:9
**York** [1] - 53:21
**yourself** [6] - 47:4, 48:11, 98:11, 112:24, 120:9, 136:10

## Z

**zones** [1] - 87:10