Russ W. Ercolani (SBN 240493)
Russ@WestlakeInjury.com
Melissa L. Emerson (SBN 343982)
WESTLAKE INJURY LAW
4165 E. Thousand Oaks Blvd., Suite 350
Westlake Village, CA 91362
Telephone: +1 805 338 6880
Facsimile: + 1 805 367 4454

Attorneys for Plaintiff
RICHARD CLINTON FOSHEE

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| RICHARD CLINTON FOSHEE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 8:23-cv-00375-ODW-JDEx<br><br>**NOTICE OF LODGING OF PLAINTIFF RICHARD CLINTON FOSHEE'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>[Local Rule 52-1]<br><br>Bench Trial Dates: March 18-21, 2025<br><br>Honorable Otis D. Wright II<br>United States District Judge |

1

Pursuant to Local Rules 52 and 58, Plaintiff Richard Clinton Foshee hereby lodges his Proposed Findings of Fact and Conclusions of Law, attached hereto as Exhibit 1.

Dated: May 21, 2025                Respectfully submitted,

                                   WESTLAKE INJURY LAW


                                   ___/s/ Melissa L. Emerson_____
                                   RUSS W. ERCOLANI
                                   MELISSA L. EMERSON

                                   Attorneys for Plaintiff
                                   RICHARD CLINTON FOSHEE