BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JASMIN YANG (Cal. Bar No. 255254)
PAULINE H. ALARCON (Cal. Bar No. 345785)
Assistant United States Attorneys
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-8827 (Yang), -3992 (Alarcon)
     Facsimile: (213) 894-7819
     E-mail: Jasmin.Yang@usdoj.gov;
             Pauline.Alarcon@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| RICHARD CLINTON FOSHEE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | No. 8:23-cv-00375- ODW(JDEx)<br><br>**NOTICE OF LODGING OF DEFENDANT UNITED STATES OF AMERICA'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Hon. Otis D. Wright<br>United States District Judge |

1

PLEASE TAKE NOTICE that pursuant to the Court's March 21, 2025 Minute Order (Dkt. 58), Defendant United States of America hereby lodges its Proposed Findings of Fact and Conclusions of Law.

Dated: May 21, 2025                    Respectfully submitted,

                                       BILAL A. ESSAYLI
                                       United States Attorney
                                       DAVID M. HARRIS
                                       Assistant United States Attorney
                                       Chief, Civil Division
                                       JOANNE S. OSINOFF
                                       Assistant United States Attorney
                                       Chief, Complex and Defensive Litigation Section

                                          /s/ Jasmin Yang
                                       JASMIN YANG
                                       Assistant United States Attorney

                                       Attorneys for Defendant
                                       UNITED STATES OF AMERICA