BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JASMIN YANG (Cal. Bar No. 255254)
PAULINE H. ALARCON (Cal. Bar No. 345785)
Assistant United States Attorneys
  Federal Building, Suite 7516
  300 North Los Angeles Street
  Los Angeles, California 90012
  Telephone: (213) 894-8827 (Yang), -3992 (Alarcon)
  Facsimile: (213) 894-7819
  E-mail: Jasmin.Yang@usdoj.gov;
          Pauline.Alarcon@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RICHARD CLINTON FOSHEE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | No. 8:23-cv-00375- ODW(JDEx)<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT**<br><br>Hon. Otis D. Wright<br>United States District Judge |

PLEASE TAKE NOTICE that pursuant to the Court's October 9, 2025 Findings of Fact and Conclusions of Law (Dkt. 69), Defendant United States of America hereby lodges the [Proposed] Judgment. Defendant's counsel has conferred with Plaintiff's counsel, who has approved the attached [Proposed] Judgment.

Dated: October 23, 2025         Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　　　/s/ Jasmin Yang
JASMIN YANG
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA