JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RICHARD CLINTON FOSHEE, | No. 8:23-cv-00375- ODW(JDEx) |
| Plaintiff, | **JUDGMENT** |
| v. | Hon. Otis D. Wright |
| UNITED STATES OF AMERICA, | United States District Judge |
| Defendants. | |

In accordance with the Court's Findings of Fact and Conclusions of Law dated October 9, 2025 (Dkt. 69) following the bench trial from March 18 to 21, 2025, it is hereby ordered, adjudged, and decreed that:

1. Judgment is entered in favor of plaintiff Richard Clinton Foshee ("Plaintiff").
2. Defendant United States of America (the "United States") is ordered to pay Plaintiff a total of $15,748.90 in damages, which includes $3,248.90 for past economic damages and $12,500.00 for past non-economic damages.
3. Plaintiff shall take no damages for future economic and non-economic damages.
4. Costs of suit are awarded to Plaintiff in an amount according to proof. Within 14 days after entry of this judgment, Plaintiff shall file and serve, in accordance with L.R. 54-2, a completed Application to the Clerk to Tax Costs.

DATED: October 24, 2025

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE