# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CLINTON FOSHEE <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES OF AMERICA, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 8:23-cv-00375-ODW-JDE <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   11/21/2025

Document No.:   75

Title of Document:   Motion for New Trial by plaintiff

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Missing LR 6.1 formal Notice of Motion TEXT re hearing date, time, Judge and courtroom and Street Location information. NO HEARING SET ON JUDGES' MOTION calendar to correspond to date on the filing itself with wrong year ...January 26 , "2025" 1:30 PM.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: November 24, 2025       By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                             Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G-112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.